Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
6156 Innovation Way
Carlsbad, CA 92009
Tel:   (760) 929-9303
Fax:   (760) 929-9260

Walter Haines, Esq. (SBN 71075)
walter@whaines.com
**THE UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Ste 201
Huntington Beach, CA 92649
Tel:   (310) 234-5678
Fax:   (562) 256-1006

Attorneys for Plaintiffs
SCHOULEE CONES and DEXTER PASIS

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHOULEE CONES, an individual, and DEXTER PASIS, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAREXEL INTERNATIONAL CORPORATION, a Massachusetts corporation licensed to do business in the State of California; and PAREXEL INTERNATIONAL, LLC, a Massachusetts limited liability company licensed to do business in the State of California,<br><br>Defendants. | Case No. 16-cv-3084-L-BGS<br><br>Assigned to: Hon. M. James Lorenz<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONDITIONAL CLASS CERTIFICATION UNDER FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b); AND FOR CLASS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23**<br><br>Date: May 14, 2018<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

PLEASE TAKE NOTICE that on May 14, 2018 in Courtroom 5B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Schoulee Cones and Dexter Pasis ("Plaintiffs") will and hereby do move the Court for an order that their Fair Labor Standards Act ("FLSA") claims may proceed as a collective action under 29 U.S.C. §

216(b). Specifically, pursuant to 29 U.S.C. § 216(b), Plaintiffs move the Court to (1) order conditional certification of Plaintiffs' First Claim for Relief for violations of the FLSA, 29 U.S.C. § 201 *et. seq.*, Second Amended Complaint ("SAC") (Dkt. No. 26) ¶¶ 54–59, on behalf of a class of similarly situated employees, as an opt-in collective action under 29 U.S.C. § 216(b), defined as follows:

> **FLSA Class:** All persons employed by Defendants as a Clinical Research Associate (CRA) in the positions of a "Clinical Monitoring Associate I (CMA I)," a "Clinical Monitoring Associate II (CMA II)," "Senior Clinical Monitoring Associate (Sr. CMA)," a "Clinical Research Associate I (CRA I)," a "Clinical Research Associate II (CRA II),"  and/or a "Senior Clinical Research Associate (Sr. CRA)" within the United States at any time since December 22, 2013 to December 31, 2017 ("Class Period"), and who file their consent to join this collective action as a party plaintiff pursuant to 29 U.S.C. § 216(b).

(2) order that notice be sent to all putative FLSA Class members; (3) order the parties file a single notice or competing notices for approval of the form and content of notice and reminder notice by joint motion within ten days of the order granting this motion; (4) order Defendants to produce the contact information for each and every putative FLSA Class members to Plaintiffs' counsel, within ten days of the order granting this motion; and (5) authorize a ninety day notice period after delivery of the Court approved notice for putative FLSA Class members to join the case.

The motion for conditional certification under 29 U.S.C. § 216(b) is made upon the grounds that Plaintiffs are similarly situated with the other FLSA Class members, and that applying the liberal standard for conditional certification, the Court should permit Plaintiffs to send notice pursuant to 29 U.S.C. § 216(b) to all persons in the FLSA Class, who were uniformly classified as exempt from the overtime requirements of the FLSA.

In addition, on May 14, 2018 in Courtroom 5B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Schoulee Cones and Dexter Pasis ("Plaintiffs") will and hereby do move, pursuant to Federal Rule of Civil Procedure 23, the Court for an order (1) certifying Plaintiffs' Second Claim for Relief for failure to pay overtime

compensation, Second Amended Complaint ("SAC") (Dkt. No. 26) ¶¶ 60–72; Third Claim for Relief for failure to provide rest breaks and meal periods, id. ¶¶ 73–83; Fourth Claim for Relief for failure to provide accurate itemized wage statements, id. ¶¶ 84–92; Fifth Claim for Relief for late pay and waiting time penalties, id. ¶¶ 93–100; and Sixth Claim for Relief for unfair business practices, id. ¶¶ 101–108, on behalf of a class of similarly situated employees defined as follows:

> **California Sub-Class:** All persons employed by Defendants as a Clinical Research Associate (CRA) in the positions of a "Clinical Monitoring Associate I (CMA I)," a "Clinical Monitoring Associate II (CMA II)," "Senior Clinical Monitoring Associate (Sr. CMA)," a "Clinical Research Associate I (CRA I)," a "Clinical Research Associate II (CRA II)," and/or a "Senior Clinical Research Associate (Sr. CRA)" within the State of California at any time since December 22, 2012 to December 31, 2017 ("Class Period");

(2) appointing Plaintiffs Schoulee Cones and Dexter Pasis as the class representatives for the California Sub-Class; and (3) appointing Patrick N. Keegan of the law firm of Keegan & Baker, LLP, and Walter Haines of the law firm of The United Employees Law Group as Class Counsel.

The motion for certification under Federal Rule of Civil Procedure 23 is made upon the grounds that certification is appropriate under Federal Rule of Civil Procedure 23 based on common questions of law and common facts applicable to all potential members of the class, including whether Defendants acted legally when they classified all California Sub-Class members as exempt from California overtime and meal and rest period premium requirements, and all of the prerequisites for class certification set forth in Federal Rule of Civil Procedure 23(a) and (b)(3) are satisfied in this case.

This Motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the accompanying Request for Judicial Notice; the accompanying declarations and deposition testimony of named plaintiffs Schoulee Cones and Dexter Pasis, deposition testimony of Defendants' five designees, Karen Chu, Meaghan Marnell, Jamie Langley, Alison Moyer, and Cynthia Vibar , declarations of Plaintiffs' experts, Malcolm S. Cohen, Ph.D. and David Gortler, Pharm.D., FCCP,

1  declarations of putative class members, declarations of Plaintiffs' counsel Patrick N.
2  Keegan and Walter Haines, and the Exhibits attached to all such declarations; the
3  pleadings and papers on file in this action; and upon any other oral or documentary
4  evidence as the Court may consider at the time of the hearing.

5  Dated: April 9, 2018                              KEEGAN & BAKER, LLP

                                                     s/ *Patrick N. Keegan*
                                                     Patrick N. Keegan, Esq.
                                                     Attorneys for Plaintiffs Schoulee Cones
                                                     and Dexter Pasis