Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
6156 Innovation Way
Carlsbad, CA 92009
Tel:    (760) 929-9303
Fax:    (760) 929-9260

Walter Haines, Esq. (SBN 71075)
walter@whaines.com
**THE UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Ste 201
Huntington Beach, CA 92649
Tel:    (310) 234-5678
Fax:    (562) 256-1006

Attorneys for Plaintiffs
SCHOULEE CONES and DEXTER PASIS

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHOULEE CONES, an individual, and DEXTER PASIS, an individual, on behalf of themselves and all others similarly situated, | Case No. 16-cv-3084-L-BGS |
| | Assigned to: Hon. M. James Lorenz |
| Plaintiff, | **DECLARATION OF DAVID GORTLER, PHARM.D., FCCP** |
| vs. | |
| PAREXEL INTERNATIONAL CORPORATION, a Massachusetts corporation licensed to do business in the State of California; and PAREXEL INTERNATIONAL, LLC, a Massachusetts limited liability company licensed to do business in the State of California, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SCHOULEE CONES and DEXTER PASIS, on behalf
of themselves and all other persons similarly situated,

                          Plaintiffs,                              Case No. 3:16-cv-03084-L-BGS

          - against -

PAREXEL INTERNATIONAL CORPORATION, a
Massachusetts corporation licensed to do business in the
State of California; and PAREXEL INTERNATIONAL,
LLC, a Massachusetts limited liability company licensed
to do business in the State of California,

                          Defendants.

I, David Gortler, Pharm.D., FCCP, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I have personal knowledge of the facts set forth herein below and if called upon as a witness

I could and would competently testify thereto.

**A.      Education and Experience (Brief Summary)**

2.      I received my doctorate in pharmacy in 1998.  I am a pharmacist and pharmacologist with

almost 20 years of experience in drug development including over 10 years of experience as a

didactic professor of drug development, FDA regulatory affairs, clinical and non-clinical

pharmacology.  I am an expert on the laws, regulations and rules of the United States Food and

Drug Administration (FDA).  I have authored or co-authored over 50 publications, papers, articles,

reviews, clinical protocols and reports in several areas which include pharmacology and drug

safety.

3.      I have been interviewed and quoted by the lay press and news reporters working for both

major newspapers and magazines/periodicals, as well as by specialty news publications as an

authority on pharmacology, drug safety, FDA policy and regulatory affairs.  I am a member of the consulting group www.FormerFDA.com.

4.      As an expert, I have been invited to testify in front of the United States Senate on matters relating to FDA regulatory affairs.

5.      I have served as a Healthcare/ FDA regulatory affairs and FDA policy advisor to a presidential candidate in the 2016 presidential campaign.

6.      I have participated extensively at every level, and in virtually all aspects of drug development and evaluation from pre-clinical testing to post-marketing surveillance and Phase 3 and Phase 4 safety analyses.  My work and research has involved evaluating how drugs work in the human body based on their identified mechanism of action and how that applies to human disease states as treatment modalities.  My work has specifically involved identification of the pharmacologic mechanisms whereby drugs can have adverse outcomes on the human body.

**B.      Education and Experience (Detailed Summary)**

7.      From 1998-1999, I did a postdoctoral general practice residency through the Columbia Presbyterian Hospital.  During that time, I was an Assistant Clinical Instructor in the Department of Pharmacy Practice at Rutgers College of Pharmacy.

8.      From 1999-2000, I did a Clinical and Investigational Drug Information Residency at the Yale-New Haven Hospital.  During this time, I performed extensive literature research on complex pharmacology questions regarding drugs and pharmacotherapy and also assisted in monitoring and managing the 200+ drug trials at The Yale University Investigational Drug Service.

9.      From 1999-2002, I did a Vascular and Cardiovascular Medicine postdoctoral fellowship in the Department of Surgery at the Yale School of Medicine.  My duties included basic science bench research as well as enrolling patients into multiple investigational medicine trials and

working closely with the investigational drug service of the Yale-New Haven Hospital at Yale University. During this fellowship, I designed and conducted basic science research projects in both pharmacology and molecular biology exploring the molecular mechanisms of hypertension and diabetes in association with cholesterol plaque formation and intimal hyperplasia as related to hemodynamics. I published my findings in the field of pharmacology, medicine and basic science research.

10.     From 2002-2005, I was employed by Pfizer as an investigational medicine research scientist and research manager. At Pfizer, I was involved in the clinical research aspects of drug development and was responsible for designing, implementing and driving the process of state-of-the-art clinical pharmacology studies for multiple early and full development compounds. I personally designed, composed and managed the implementation of investigational medicine study protocols and study reports for first-in-human studies, multiple dose studies, food effect studies, dose-escalation studies, drug interaction studies, drug safety studies and bioequivalence studies. I was responsible for clinical study application in multiple aspects including CRO negotiations, supervision and management, CRO selection, study initiation, clinical safety monitoring, chairing study team meetings, and managing a multidisciplinary operational group: (clinical research associates, project assistants, medical monitors, assay coordinators, biometricians, data managers). I was also a contributor to Early Clinical Development Plans of early phase compounds and thus, am familiar with the evaluation of the pharmacologic properties of drugs prior to approval of the U.S. Food and Drug Administration ("FDA").

11.     From 2004-2008, I taught pharmacology as an Assistant Professor at Yale University School of Medicine. At Yale, I taught graduate level clinical pharmacology courses to medical students and pharmacology Ph.D. candidates. At Yale University, I was involved in multiple

interdisciplinary scientific and research collaborations and made multiple academic presentations to the faculty.  Thus, I am familiar with, and have taught, basic and advanced scientific principles of clinical- and non-clinical pharmacology, the application to clinical pharmacology and research aspects of pharmacology.  Aspects of pharmacology taught included basic science research exploring hemodynamic cell signaling pathways related to components of the vasculature and cell signaling pathways.  I also served as a faculty member of the Yale University Center for Bioethics, Research Ethics Working Group and Research Ethics Writing Group.

12.    From 2005-2008, I served as a Clinical Coordinator at Gaylord Hospital and Hill Health Center in New Haven, Connecticut.  In this role, I recommended appropriate evidence-based therapeutic regimens based on provider diagnoses, designed and implemented evidence-based drug monitoring plans, monitored patient progress via laboratory assessments, physical signs and assessments and made dosing decisions as necessary, and formally presented and coordinated medication-related issues and updates with hospital staff.

13.    From 2007-2011, I was at the FDA as a Medical Officer/Senior Medical Analyst in the Office of Drug Evaluation and the Office of New Drugs.  While employed by the FDA, I was the lead clinical reviewer responsible for various safety and efficacy analyses of clinical study proposals, reports, product labeling, New Drug Applications ("NDAs"), Investigational New Drug Applications, new protocols and protocol amendments.  As such, I am familiar with the process by which new drugs are evaluated and become approved for marketing in the United States through the FDA.  As a Medical Officer at the FDA, I evaluated NDAs, supplements and pre-clinical applications based on FDA guidance documents and the Code of Federal Regulations.  Part of my role as an FDA Medical Officer was being directly responsible for evaluating the safety and efficacy of drugs both in pre-clinical development and in marketed products.  I have prepared full

reports as well as major presentations for interdisciplinary reviewers and senior management at the FDA regarding both the safety and efficacy of marketed products, including clinical study protocols and proposed changes to drug package labeling (package inserts are also known as package labeling).  My responsibilities at the FDA included working with the pharmaceutical companies, known at the FDA as "sponsors" regarding the safety, efficacy and clinical protocols for their products, both pre-clinical and approved.  In this capacity, I have advised sponsors on the suitability of drug development plans and clinical trials and evaluated whether sponsor applications were sufficient to support the efficacy and safety of drugs under investigation.  On behalf of the FDA, I advised major pharmaceutical companies and investigators on the design of clinical studies, ethics, data monitoring and outcomes evaluations.

14.     From 2009 to 2014, I taught pharmacology at The Georgetown University School of Medicine as an Associate Professor.  My responsibilities as an Associate Professor include lecturing and thesis advising to graduate level pharmacology and medical students in various therapeutic areas including cardiology, metabolic diseases, obesity, alcohol pharmacology/neuropharmacology, drug development, and drugs of abuse.  I was also a research advisor for Medical and Pharmacology Ph.D.  students and teach the appropriate methodology and scientific principles for conducting research various areas of pharmacology.

15.     Currently, I am an Associate Professor at The George Washington University School of Medicine.

16.     I currently serve as the editor-in-chief of the Journal: *Advances in Pharmacology and Therapeutic Medicine.*  I am on the editorial board of several other academic peer reviewed journals related to pharmacology and/or investigational medicine.

17.     I continue to attend and present research findings at conferences and educate students, physicians and health care professionals on subjects related to pharmacology, investigational medicine, drug safety and FDA regulatory affairs and FDA policy-related matters.  This includes all aspects of clinical trials, drug and device development, and testing and monitoring.

18.     In forming my opinions, I have relied on my knowledge, training, and experience as a clinician, professor and research scientist.  A copy of my current curriculum vitae is attached as Exhibit A, which describes my education and experience.

19.     The issues that are presented regarding the duties of a clinical research associate and conducting high-quality clinical trials are within my realm of expertise, as I have both authored and provided clinical/scientific oversight on clinical trials.  I have also managed a team of clinical research associates as a routine part of my managerial duties.

20.     I have participated in several medical/legal cases during my career.  I have never been disqualified from providing any of my expert opinions.

21.     I have provided sworn expert testimony twice within the past five years.  My hourly charge for my expert services is $475 per hour.

**C.     Analysis of Clinical Research Associate (CRA) Duties and Responsibilities, and PAREXEL's CRA and CMA Job Classifications**

22.     For two decades, I have worked in the capacity of an investigational medicine research scientist.  At Pfizer Inc., I designed and proctored investigational medicine studies.  As a scientist and manager, I utilized a team of one or more clinical research associate (CRAs).  The duties of a CRA are that of a research assistant.  Much like a medical assistant, nurse's assistant or pharmacy technician, the duties are almost all clerical/technical in nature.  This is in no way meant to debase the duties of any of the above professions, but as one would not expect a pharmacy technician to

6

evaluate and recommend clinical pharmacology dosing guidelines, one would also not expect a CRA to divert from clinical/scientific protocols, as a CRA's training is not to divert from clinical/scientific protocols.

23.     CRAs coordinate the collection, distribution and storage of data obtained during clinical research trials, such as those which test drugs and medical products.  In addition to ensuring that trials stay on track with clinical objectives and comply with federal regulations, they may monitor individual cases of testing participants of third-party physicians, referred to as investigators at hospitals, clinics, or other locations.  It is my understanding that PAREXEL's CRA and CMA did not meet with or speak to testing participants who participated in or who might participate in any clinical trial speak or their family members.   They also maintain databases of patient information, draft correspondence and gather data used in grant proposals and budgeting.  CRAs are employed by pharmaceutical companies, scientific research organizations, academic institutions and government agencies throughout the United States.

24.     CRAs should be good problem-solvers with a solid understanding of scientific data collection and management methods.  Solid verbal and written communication skills are necessary, as is the ability to interact with healthcare professionals, researchers, clinical trial sponsors and trial participants.  Excellent computer skills and proficiency with spreadsheets are essential.

25.     While conducting clinical trials questions routinely come up regarding documentation or deviation from the established protocol prior to, during and following dosing.  A CRA's job may, for instance, include documentation of any deviations, but they would need a scientist or clinical manager to approve any changes.

26.     While CRAs are important to maintaining data integrity, they do not make clinical decisions or decisions on protocol deviations.  PAREXEL's CRA and CMA job descriptions do

not require a specific college degree or education to perform duties and responsibilities of the positions. Due to the varied backgrounds that CRAs possess, it would be unethical for one to ask a CRA to conduct a statistical, safety or clinical analysis or make a clinical or protocol deviation decision, as they are not statisticians, scientists, safety experts or clinicians.

27.   PAREXEL's CRA and CMA job descriptions for various positions for the CRAs/CMAs positions are similar and have three levels commensurate with experience.[1] They include:

• Clinical Research Associate (CRA) I

• Clinical Research Associate (CRA) II

• Senior Clinical Research Associate (Sr. CRA)

• Clinical Monitoring Associate I (CMA I)

• Clinical Monitoring Associate II (CMA II)

• Senior Clinical Monitoring Associate (Sr. CMA)

They do not list statistical, clinical or protocol deviation type-decisions as a duty or responsibility of CRAs or CMAs. The senior most job descriptions of CRAs or CMAs do not list conducting research as a prerequisite or expected duties of the position, except in terms of site data management (i.e., data integrity).

28.   There are no mandatory licensure or clinical degrees as educational prerequisites for any of the CRA/CMA positions. Much like a sales representative from a drug company, without a clinical degree, one cannot opine on investigational or an off-label (i.e., off protocol) implementation of a drug (or investigational product). Likewise, one without a clinical degree (physician, pharmacy or nursing degree), a non-clinician is cannot be held responsible for

---

[1] See PAR000296 - PAR000327.

legitimately recommending clinical, statistical, safety or fundamental investigational protocol design decisions.

   1.   **Examples of the Duties of a Medical Scientist Versus that of PAREXEL's CRA and CMA Job Classifications**

29.   In contrast to the duties of a CRA, the duties of a medical scientist are more rigorous and scientifically/academically substantial.   As is detailed below, the duties of the medical scientist are robustly scientific and involve FDA regulation, research and data analysis.  The duties also include state of the art study design, analysis of clinical trial data, testing, developing hypotheses and experiments, and making design implementations and adaptations.[2]

30.   Medical scientist positions have been described as doing the following as part of their jobs:

•   Design and conduct studies that investigate both human diseases and methods to prevent and treat them

•   Prepare and analyze medical samples and data to investigate causes and treatment of toxicity, pathogens, or chronic diseases

•   Standardize drug potency, doses, and methods to allow for the mass manufacturing and distribution of drugs and medicinal compounds

•   Create and test medical devices

•   Develop programs that improve health outcomes, in partnership with health departments, industry personnel, and physicians

---

[2] As of May 2015, the U.S. Bureau of Labor Statistics reported that these CRA workers made a median annual wage of $38,970.  The highest-paid ten percent of workers made about $60,810 in the same year. (Retrieved on 2/23/18 from https://study.com/articles/Clinical_Research_Associates_Job_Duties_and_Information_About_Becoming_a_Clinical_Research_Associate.html). Clinical/investigational research scientist make in excess of $100,000 per year.

•       Write research grant proposals and apply for funding from government agencies and private funding sources

•       Follow procedures to avoid contamination and maintain safety

31.     Many medical scientists form hypotheses and develop experiments, with little supervision. They often lead teams of technicians and, sometimes, students, who perform support tasks.  For example, a medical scientist working in a university laboratory may have undergraduate assistants take measurements and make observations for the scientist's research similar to the way a clinical trial scientist uses a CRA or CMA to assist with clinical trial research.

32.     Medical scientists study the causes of diseases and other health problems.  For example, a medical scientist who does cancer research might put together a combination of drugs that could slow the cancer's progress.  A clinical trial may be done to test the drugs.  A medical scientist may work with licensed physicians to test the new combination on patients who are willing to participate in the study, with the clerical/technical assistance of a CRA or CMA.

33.     In a clinical trial, patients agree to help determine if a particular drug, a combination of drugs, or some other medical intervention works.  Without knowing which group they are in, patients in a drug-related clinical trial receive either the trial drug or a placebo—a pill or injection that looks like the trial drug but does not actually contain the drug.  Performing clerical/technical aspects of a scientist's design might be by a CRA or CMA.

34.     Medical scientists analyze the data from all of the patients in the clinical trial, to see how the trial drug performed.  They compare the results with those obtained from the control group that took the placebo, and they analyze the attributes of the participants.  After they complete their analysis, medical scientists may write about and publish their findings.  Medical writers may assist with editing the draft of such a report but not analyze the potential pharmacogenomics implications

10

of a sample population.  PAREXEL's CRA and CMA job descriptions do not require to perform any of these duties.

35.     Medical scientists do research both to develop new treatments and to try to prevent health problems.  For example, they may study the link between smoking and lung cancer or between diet and diabetes.  The CRA/CMA positions are not required to be academically qualified to assess or make such an epidemiological correlation.

36.     Medical scientists who work in private industry usually have to research the topics that benefit their company the most, rather than investigate their own interests.  Although they may not have the pressure of writing grant proposals to get money for their research, they may have to explain complicated research plans to nonscientist managers or executives.  The CRA/CMA positions are not required to perform any of these duties.

37.     Medical scientists usually specialize in an area of research within the broad area of understanding and improving human health.  Medical scientists may engage in basic and translational research that seeks to improve the understanding of, or strategies for, improving health.  They may also choose to engage in clinical research that studies specific experimental treatments.   The CRA/CMA positions do not require and are unlikely to have any meaningful/applicable academic basic science/clinical research/experimental training in their academic training.

38.     As a university professor, I know that in the United States, postgraduate science degrees given by accredited universities require that original research be collected and compiled in the form of a master's thesis or a doctoral/PhD dissertation.  A postgraduate degree-seeking student cannot graduate until they have prospectively or retrospectively conducted a scientific study and compiled and analyzed original findings with their mentor.  Per PARAXEL's job descriptions, a

11

postgraduate science degree or academic experience in research methodology is not a minimum educational requirement for a I, II or Senior CRA or CMA positions.

**D.      Summary**

39.      In summary, as someone who has worked for two decades in investigational medicine, I have lead many teams of CRAs, including CRAs and CMAs.  It is my belief that CRAs and CMAs provide important technical and monitoring services before, during and after investigational medicine trials.   However, the CRA/CMA positions are not required to have the requisite educational training of a medical scientist, per PARAXEL's job descriptions, and therefore, the CRA/CMA positions cannot be held responsible for conducting of any scientific or clinical research, i.e. they cannot be held responsible for legitimately recommending or making any clinical, statistical, safety or fundamental investigational protocol design decisions.

40.      The contents of this declaration represent my opinion to a reasonable degree of professional certainty. This declaration is based on analysis conducted by me. I have been provided with certain documents, in order to formulate my analysis. I reserve the right to alter or expand my opinion should additional information become available.

         I declare under penalty of perjury that the foregoing statement is true and correct. Executed on this 8th day of April, 2018.

D. Gortler

Digitally signed by D. Gortler
Date: 2018.04.08
18:56:02 -07'00'

David Gortler, Pharm.D., FCCP

# Exhibit A

**CURRICULUM VITAE**

## David Gortler, Pharm.D. FCCP

(203) 772-1309

(202) 248-2777

**Preferred E-mail:  david.gortler@gmail.com**

**Summary**:  Professor, research scientist and Former FDA Medical Officer and Senior Medical Analyst who has served as a healthcare /FDA policy advisor on the 2016 Ted Cruz presidential campaign, and who has also been invited to testify in front of the U.S. Senate as a healthcare policy expert, FDA expert and Pharmacology expert.  David Gortler is the Chief Medical Officer for Valisure Inc, a Yale University-founded startup medical device startup company at science park in New Haven, CT.  He is on the editorial board of several different peer-reviewed medical journals and serves as the Editor-in-Chief of *Advances in Investigational Pharmacology and Therapeutic Medicine*.

Two decades of investigational medicine experience, and over a decade of didactic professorships at top-tiered medical schools (Yale University, Georgetown University, and George Washington University).  Author/co-author of over 50 publications, papers, articles, reviews, clinical protocols and reports in related areas including drug pricing, FDA policy, drug safety, clinical and non-clinical pharmacology, FDA law, healthcare policy and drug development.

## Editor-in-Chief :

- **Advances in Pharmacology and Therapeutic Medicine:**  2016 - CURRENT

## Valisure

- **Chief Medical Officer** Yale University Science Park which develops novel analytic instrumentation to validate the purity of imported generic prescription drugs: 2016 - CURRENT

## Journal Editorial Boards:

1. **Journal of Pharmacology and Clinical Toxicology:**  2012 – CURRENT
2. **Journal of Drug Research and Development:**  2013 – CURRENT
3. **SRL Pharmacology and Therapeutics:**  2014 -- CURRENT
4. **Chronicles of Pharmaceutical Science:**  2016 – CURRENT
5. **American Research Journal of Addiction Medicine and Rehabilitation.**  2016 – CURRENT
6. **Journal of Drug Design Development and Delivery** 2017 - CURRENT
7. **Basic and Applied Pharmacy and Pharmacology** 2017 - CURRENT
8. **Forensic Science and Addiction Research** 2017 - CURRENT
9. **Journal of Biomedical Research and Practice** 2017 - CURRENT
10. **Advances in Pharmacology and Therapeutic Medicine** 2017 - CURRENT

<u>**Associate Professor George Washington University,**</u>
**Associate Professor of FDA Regulatory Affairs and Pharmacology:**
> July 2014 - Current
> - Associate Professor in graduate level Biotechnology, Pharmacology and medical students in various therapeutic areas.
>
> - Research advisor for Medical and Pharmacology Ph.D. students.
>
> - See website at George Washington University for details.

**Ted Cruz for President:   2016 Presidential Campaign Policy Advisor:**
> - Healthcare team advisor on FDA policy, FDA Law and private insurance architecture proposals related to Obamacare replaecment, as well as various other healthcare related topics including "Right-to-Try" legislation.
>
> - Initiative on drug drug pricing recommendations modeled on "**National Institute of Comparative Efficacy (NICE)**" or the United Kingdom model of reimbursing drugs based on F/AERS and efficacy and safety evaluations and Phase 4 data

<u>**Drug Safety Evaluation Expert, and FDA Policy/Regulatory Expert at FormerFDA.com US Food and Drug Administration, (FDA) Regulatory Consulting:**</u>
> January 2012 – CURRENT
> Lead FDA Expert and FDA Analyst
> - Managed a wide variety of complex consultation requests for investors, drug companies and attorneys which include various safety and efficacy analyses of clinical study proposals, reports, product labeling NDAs, End of Phase 2 go/no go criteria, new protocols and protocol amendments.
>
> - Prepared summary presentations and/or served in an expert advisor capacity on complex regulatory FDA issues including:
>
>   - FDA Law (CFRs  21, 22)
>   - FDA and Clinical Trial Regulatory Affairs
>   - Insurance Reimbursement
>   - Drug Pricing
>   - Drug Importation
>   - Medicare/Insurance Billing
>   - Drug Labeling
>   - Orphan Drug Designation
>   - Compassionate Use
>   - "Right to Try" Legislation
>   - FDA Recalls
>   - Drug Importation/ Drug Manufacturing
>   - ACA Legislation Repair/Replacement
>   - Generic Drugs (Quality Issues)
>   - Clinical Trial Design
>   - Clinical Trial Ethics

- Provided attorney/witness preparation and personally provided expert depositions for a wide range of cases, anywhere from small physician malpractice suits and patent declarations, to multibillion class-action litigation lawsuits.

- Prepared and provided formal presentations of clinical and pharmacology data to lay population of (financial analysts, individual investors, board of director panels, attorneys, et cetera)

**US Food and Drug Administration, (FDA)** **Medical Officer/ Senior Analyst:**

December 2007 – December 2011
Division of Metabolism and Endocrinology Products (DEMP)
Office of Drug Evaluation, Office of New Drugs.

- Lead reviewer responsible for various safety and efficacy analyses of clinical study proposals, reports, product labeling BLAs, NDAs, INDs, new protocols and protocol amendments.

- Lead medical officer for the *SEARCH* trial: "Study of the Effectiveness of Additional Reductions in Cholesterol and Homocysteine" addressing the safety and efficacy of simvastatin 80mg.

- Proficient in searching and analyzing AERS data

- Lead efficacy medical officer for the Livalo (pitavastatin) NDA.

- Prepared written summaries and formal presentations of safety and efficacy of protocols and package labeling for interdisciplinary reviewers and division directors.

- Advised sponsors on the suitability of drug development plans and clinical trials were adequate and well-controlled, and sufficient to support the efficacy and safety of drugs under investigation, based on the available data.

- Reviewed post-marketing safety reports, databases and safety submissions to determine if there were potential issues that required further evaluation or product labeling changes.

- Provided advice and direction to pharmaceutical sponsors and investigators on the design of clinical studies.

- Compiled data to prepare special reports related to the work of the Division and analyzed background data pertinent to FDA programs.

- Assessed New Drug Applications, supplements and pre-clinical applications based on the most recent version of FDA guidance documents and The Code of Federal Regulations.

**Georgetown University and George Washington University,**
**Associate Professor of FDA Regulatory Affairs and Pharmacology:**
>
> July 2009 - 2014
> - Associate Professor, lecturer and thesis advisor to graduate level pharmacology and medical students in various therapeutic areas.
>
> - Research advisor for Medical and Pharmacology Ph.D. students.
>
> - See website at Georgetown University for details.

**Yale University, Assistant Professor of Pharmacology:**
>
> January 2004 – January 2008:
> Assistant Professor (Timothy Dwight College Fellow, Chubb Fellow)
> Department of Pharmacology,
> Yale School of Medicine
>
> - Lectured on graduate level clinical pharmacology for medical, physician assistant and pharmacology Ph.D. students.  Lectures and discussions include cardiology, metabolic diseases, obesity, alcohol pharmacology/neuropharmacology, drug development, drugs of abuse, among others.
>
> - Research advisor for Medical, Physician Assistant and Pharmacology Ph.D. students. Thesis committees and participation in rotation guidance.
>
> - Clinical investigation analyzing and standardizing drug therapy during surgical procedures including carotid endarterectomy and carotid stenting procedures.
>
> - Clinical investigation on compounds which have the potential to modulate endogenous cholesterol levels.
>
> - Basic science research exploring various hemodynamic cell signaling pathways related to vascular wall thickening, inflammation, plaque stabilization, migration and the non-random localization of atherosclerotic plaques in the vasculature.
>
> - Faculty member of the Yale University Center for Bioethics, Research Ethics working group and Research Ethics writing group.
>
> - Involved in multiple interdisciplinary scientific and research collaborations as well as various academic presentations to the faculty.

**Yale University, Bioethics Center Research Working Group**
>
> - Faculty member of the Yale University Center for Bioethics, Research Ethics working group and Research Ethics writing group.
>
> - Involved in multiple interdisciplinary scientific and research collaborations as well as various academic bioethics presentations to the faculty.

**Pharmaceutical Industry:  Merck Inc. Vioxx Litigation Consultant and Expert Witness:**

      January 2005 - December 2007
            Expert witness and consultant on the clinical use of drugs and basic science
            pharmacology Williams and Connolly LLP and Fulbright & Jaworski LLP

- Applied expertise to research, consult and deliver expert witness services to litigators defending Merck Inc. in Vioxx litigation.

- Used clinical pharmacology and basic science research to give a comprehensive interpretation of scientific publications related to vascular occlusion and thrombosis.

- Performed an independent and comprehensive search and examination of the medical literature as pertaining to the defendant's case.

- Communicated directly with publication authors on studies as necessary to clarify detail and endpoints.

- Provided independent opinion in a detailed and heavily referenced publication-style report.

- Provided additional reports in an easy to understand format for the expert as well as the lay individual.


**Pfizer Inc., Investigational Medicine Scientist**

      November 2001 - January 2005
            Investigational Medicine Research Scientist
            Clinical Research and Development,
            Pfizer Inc., Groton/ New London, CT

- Responsible for designing, implementing and driving the process of state-of-the-art clinical pharmacology studies for multiple early and full development compounds.

- Designed and composed Phase 1 and 2 protocols and study reports for first-in-human studies, multiple dose studies, food effect studies, dose escalation studies, drug interaction studies and dose bioequivalence studies.

- CRO negotiations, supervision and management

- Responsible for study implementation including:

  - Chairing study team meetings

  - Managing a multidisciplinary operational group:  (clinical research associate, project assistant, medical monitor, assay coordinator, biometrician, data manager)

  - CRO selection, study initiation, clinical safety monitoring

  - Projecting study budgets and recognizing/ implementing areas of cost savings in study design and conduct.

- Contributor to Early Clinical Development Plans of early phase compounds

- Ad hoc presenter of various clinical, scientific and protocol related topics.

**Postdoctoral Training**:  **Yale University Vascular Medicine/ Pharmacology Fellowship:**

December 1999-January 2002:

<u>Vascular and Cardiovascular Medicine Postdoctoral Fellowship</u>
Department of Surgery, Section of Vascular Surgery,
Yale School of Medicine

- Basic Science research related clinically to cholesterol, arteriosclerosis, intimal hyperplasia, diabetes and hypertension.
- Clinical Research:  Coordinator for multiple clinical trials assessing efficacy in atherosclerosis and hypertension.  Responsible for GCP adherence.  Screened and managed patients or subjects in studies.

**Basic Science Pharmacology Research Fellowship, Yale University (research activities):**

December 1999 to January 2002:

Vascular and Cardiovascular Medicine Research Fellowship, Yale School of Medicine

- Studied the effect of atherosclerosis, diabetic levels of glucose isomers, and their effects on endothelial and smooth muscle cells.

- Red wine polyphenols, (with emphasis on resveretrol and quercetin) and their role in atherosclerotic disease.  Studied smooth muscle migration and cell cycle analysis as related to atheroma formation.

- Cyclic strain induced activation of pro-survival cascades in bovine aortic endothelial cells and bovine aortic smooth muscle cells.
  - The effects of cyclic strain on the phosphorylation of AKT and BAD in vascular endothelial and smooth muscle cells.
  - The effects of cyclic strain on the rate and extent of apoptosis in vascular endothelial and smooth muscle cells.
  - The effects of cyclic strain on transcription factor NF[k]B in vascular endothelial and smooth muscle cells.

- The significance of cytoskeleton integrity in mechanical stress induced signal transduction in bovine aortic endothelial cells.
  - Cyclic strain induced activation of the GTPase RhoA.
  - The effects of cytochalasin B on cyclic strain induced activation of MAPK.

- The effects of galvanotaxis on vascular endothelial and smooth muscle cells.
- Clinical research investigator/coordinator in charge of screening patients upon verification of diagnosis.

- Applied GCP standards for all patient follow-up and monitoring of safety and efficacy parameters.

- Served as the primary or secondary contact at Yale University for listed investigational drug trials.

- Responsible for protocol adherence, study drug accountability, compliance assessment, and adverse event assessment.

- Responsible for regulating compliance with investigational compound sponsor and the University Human Investigation Committee.

- Designed and conducted research projects exploring the molecular mechanisms of hypertension and diabetes in association with cholesterol plaque formation and intimal hyperplasia as related to hemodynamics.

- Worked under an annually renewed NIH (RO1 HL 47345-05) and VA Merit Review Grant.

**Postdoctoral Training: Specialty Residency: Yale-New Haven Hospital:**

July 1999-January 2000:

Clinical and Investigational Drug Information Residency (ASHP Accredited)
The Yale-New Haven Hospital.  New Haven, CT

- Performed extensive literature research on complex questions regarding drugs and pharmacotherapy.

- Worked with the Yale University Investigational Drug Service on managing the approximately 200+ drug trials at Yale University.

- Responsible for providing Yale physicians with information on medication use (drug-drug interactions, pharmacologic mechanism, unapproved uses, et cetera)

**Postdoctoral Training: General Residency: Columbia Presbyterian**

July 1998 to July 1999

General Clinical Pharmacy Practice Residency (ASHP Accredited)
The Valley Hospital (affiliate of Columbia Presbyterian Medical Center)
Ridgewood, NJ

- Special emphasis in cardiac and psychiatric pharmacology

- Pharmacy and Therapeutics Committee member (addressing disease state management protocol and hospital formulary issues)

- Investigational New Drug Review Committee member. Worked with private industry to set up clinical trials in several patient populations.

- Anticoagulation and Hypertension clinic team member.

- Twice-weekly clinic and patient assessment with appropriate dosage and lifestyle recommendations.

- Residency project:  "Standardizing Hyperlipidemia Treatment in Postoperative Cardiac Patients."  Meta-analysis cohort funded with a grant from Merck Pharmaceuticals.

Assistant Clinical Instructor, Department of Pharmacy Practice,
Rutgers College of Pharmacy, Piscataway, NJ

<u>Assistant Clinical Instructor,</u> Bergen Community College,
Department of Nursing, Paramus, NJ

**<u>Clinical Coordinator</u> Gaylord Hospital and Hill Health Center: New Haven, CT**
January 2005 - January 2008

<u>Clinical Duties</u>

Operated a drug-monitoring clinic for hypercholesterolemia, hypertension, diabetes and warfarin.  Identified and resolved pharmacy-related patient care problems by implementing collaborative, cooperative, communicative, interdependent relationships with medical staff.

Supervised and/or performed the following duties in a hospital and/or ambulatory care setting:

- Recommended appropriate evidence-based therapeutic regimens based on provider diagnoses.
- Designed and implemented evidence-based drug monitoring plans.
- Monitored patient progress via laboratory assessments, physical signs and assessments and made dosing decisions as necessary.
- Formally presented and coordinated pharmacy clinic issues and updates with hospital staff.
- Designed and implemented forms for patient drug-monitoring activity.
- Integrated thorough and effective communication techniques in interviews with patients, in assessing:

    *1. Medication is used with no medical indication*
    *2. Diagnosis for which there is no medication prescribed*
    *3. Appropriateness of medication for a particular medical condition*
    *4. Immunization regimen completeness*
    *5. Current medication therapy regimen and inappropriate (dose, dosage form, duration, schedule, route of administration, method of administration)*
    *6. Therapeutic duplication*
    *7. Medication allergies*
    *8. Clinically significant drug-drug, drug-disease, drug-nutrient interactions or potential for such interactions*
    *9. Medical therapy interference by social, recreational, nonprescription, or nontraditional drug use.*
    *10. Patient benefit of prescribed medication therapy*
    *11. Patient understanding of medication therapy*
    *12. Compliance with medication regimen*

<u>Administrative Duties</u>

- Addressed Medicare billing reimbursement paperwork, cost-saving implementations and miscellaneous other budget/billing duties.  Cover director's duties or meetings in her absence as needed.
- Participated and department preparation for various aspects of accreditation, legal, regulatory agency requirements, and committees.
- Participated in the pharmacy department's budget planning processes.
- Attend and presented in P&T committee meetings, best-practice meetings as well as other various leadership and pharmacy-department related meetings.

- Established professional pharmacist-patient and pharmacist-caregiver relationships in an ambulatory care setting.
- Collected and analyzed patient pharmacotherapy information and related medication data as related to coordinating an ambulatory care drug monitoring pharmacy clinic.
- Recommended appropriate evidence-based therapeutic regimens based on provider diagnoses.
- Designed and implementing evidence-based drug monitoring plans.
- Monitored patient progress via laboratory assessments, physical signs and assessments and make dosing decisions as necessary.
- Designed and implement documentation forms for patient drug-monitoring activity.
- Integrated effective communication techniques in interviews with patients, caregivers, healthcare professionals in order to meet patient care needs.

**Education, Professional Memberships and Licensure:**

**Doctor of Pharmacy** University of Arizona: Tucson, AZ
PharmD conferred 1998

> Fellow of the American College of Chest Physicians (FCCP) 2007 - present
> Fellow of the American Society of Consultant Pharmacists (FASCP) 2005 - 2011
> Drug Information Association 2002-2005
> Fellow of The American Society of Clinical Pharmacology and Therapeutics 2003-present
> American Society of Health System Pharmacy Member 1994-2002
> Arizona State Board of Pharmacy License #S11993.
> Connecticut State Board of Pharmacy License #09257.
> Pharmacotherapy National Provider Identifier (NPI):  1962692681

**Hobbies and Personal Interests:**

> Ham radio: call sign KB1PIO
> Vintage automobile enthusiast
> Vintage firearm enthusiast