# Exhibit X

1          UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3             CASE NO. 16-cv-3084-L-BGS

4

5      _____

6   SCHOULEE CONES, an individual, and DEXTER    )

7   PASIS, an individual, on behalf of           )

8   themselves and all others similarly situated,)

9                 Plaintiffs,                     )

10                vs.                             )

11  PAREXEL INTERNATIONAL CORPORATION, a          )

12  Massachusetts corporation licensed to do      )

13  business in the State of California; and      )

14  PAREXEL INTERNATIONAL, LLC, a Massachusetts   )

15  limited liability company licensed to do      )

16  Business in the State of California,          )

17                Defendants.                     )

18  _____)

19

20    VIDEOTAPED DEPOSITION OF MEAGHAN K.S. MARNELL

21            FRIDAY, DECEMBER 8, 2017

22                 9:22 AM

23

24  PAGES: 1-305

25  Pages 292- 303 Marked Confidential

                                        Page 1

1                    VIDEOTAPED DEPOSITION OF MEAGHAN K.S.

2        MARNELL, called as a witness by and on behalf of

3        the Plaintiffs, pursuant to the applicable

4        provisions of the Federal Rules of Civil Procedure,

5        before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR

6        #13192, NH-LSR #91, MA-CSR #123193, and Notary

7        Public, within and for the Commonwealth of

8        Massachusetts, at the offices of G&M Court

9        Reporters, 42 Chauncy Street, Boston,

10       Massachusetts, on Friday, December 8, 2017,

11       commencing at 9:22 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page  2

```
 1      APPEARANCES:

 2                          KEEGAN & BAKER, LLP

 3                          BY:  Patrick N. Keegan, Esq.

 4                          6156 Innovation Way

 5                          Carlsbad, CA  92009

 6                          760 929-9329

 7                          Pkeegan@keeganbaker.com

 8                          For the Plaintiffs

 9

10                          SEYFARTH SHAW LLP

11                          BY:  Michael W. Kopp, Esq.

12                          400 Capitol Mall, Suite 2350

13                          Sacramento, CA  95814-4428

14                          916 448-0159

15                          Mkopp@seyfarth.com

16                                -and-

17                          PAREXEL International

18                          BY:  Lisa Rahilly, Esq.

19                          195 West Street

20                          Waltham, MA 02451

21                          781 434-5011

22                          Lisa.rahilly@parexel.com

23                          For the Defendants

24      ALSO PRESENT:

25                          Couirey Eckmayer, Video Operator


                                                  Page 3
```

```
1                        I N D E X

2

3      TESTIMONY OF:                              PAGE

4

5      MEAGHAN K.S. MARNELL

6      (By Mr. Keegan)                               9

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
1                         E X H I B I T S

2      EXHIBIT           DESCRIPTION                    PAGE

3

4     Exhibit 53        Plaintiffs' Amended Notice       20

5                       of Deposition of Meaghan

6                       Marnell and Request For

7                       Production of Documents

8     Exhibit 54        Defendants Objections and        22

9                       Response to Plaintiffs'

10                      Amended Notice of Deposition

11                      of Meaghan Marnell and

12                      Request For Production of

13                      Documents

14    Exhibit 55        MARNELL 1-2                      25

15    Exhibit 56        MARNELL 03-05                    51

16    Exhibit 2         previously marked               161

17    Exhibit 57        Defendants' Amended Response     186

18                      to Plaintiffs' First Set of

19                      Request For admissions

20

21

22

23

24

25
```

Page 5

```
 1      Exhibit 58        five-page document,           188

 2                        "Verifications."

 3      Exhibit 43        previously marked            194

 4      Exhibit 46        previously marked            200

 5      Exhibit 42        previously marked            236

 6      Exhibit 45        previously marked            284

 7      Exhibit 44        previously marked            291
```

```
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1              Is that fair?                          09:29:02

 2      A.    That's fair.                             09:29:03

 3      Q.    Okay.  Have you ever given expert        09:29:10

 4   testimony in any civil or criminal matter before? 09:29:11

 5      A.    No.                                       09:29:13

 6      Q.    Okay.  Have you ever testified in a court 09:29:14

 7   of law?                                            09:29:16

 8      A.    No.                                       09:29:17

 9      Q.    Okay.  Have you been asked -- well, strike 09:29:18

10   that.                                              09:29:22

11             Are you employed?                        09:29:23

12      A.    Yes.                                      09:29:24

13      Q.    And who is your employer?                 09:29:25

14      A.    PAREXEL International, LLC.               09:29:26

15      Q.    All right.  And what is your current      09:29:31

16   position with -- if I refer to that as "PAREXEL,"  09:29:33

17   will you understand that --                        09:29:37

18      A.    Yes.                                      09:29:38

19      Q.    -- to be your employer?  Okay.           09:29:38

20             How long -- or strike that.             09:29:44

21             What position do you currently hold at   09:29:46

22   PAREXEL?                                           09:29:48

23      A.    Associate Director of clinical operations. 09:29:48

24      Q.    Okay.  And how long have you held that    09:29:51

25   position?                                          09:29:53
```

                                              Page 13

| | | |
|---|---|---|
| 1 | right.  I'm actually going to mark the one that you | 09:43:50 |
| 2 | handwrote on; is that fine? | 09:43:52 |
| 3 | MR. KOPP:  Yeah. | 09:43:55 |
| 4 | MR. KEEGAN:  Okay.  I'll just use those. | 09:43:55 |
| 5 | Perfect. | 09:43:58 |
| 6 | Let me mark as Exhibit 55 is a document -- | 09:43:58 |
| 7 | bearing a document control numbers of MARNELL 1 | 09:44:03 |
| 8 | through 2.  At the top it has the header "PAREXEL | 09:44:06 |
| 9 | International" below the CV reference is -- states | 09:44:18 |
| 10 | "Name" -- to the right of it -- "Meaghan Marnell." | 09:44:22 |
| 11 | Q.   Let me place that before you. | 09:44:28 |
| 12 | (Exhibit 55, MARNELL 1-2.) | 09:44:30 |
| 13 | Q.   Do you recognize Exhibit 55? | 09:44:34 |
| 14 | A.   I do. | 09:44:35 |
| 15 | Q.   Okay.  What is Exhibit 55? | 09:44:37 |
| 16 | A.   It is my CV. | 09:44:38 |
| 17 | Q.   Okay.  And when -- did you author Exhibit | 09:44:40 |
| 18 | 55? | 09:44:45 |
| 19 | A.   Yes.  Yes, I customized this document. | 09:44:47 |
| 20 | Q.   Okay.  And by customizing the document, | 09:44:52 |
| 21 | what did you mean by that? | 09:44:55 |
| 22 | A.   I used the -- the template provided by | 09:44:59 |
| 23 | PAREXEL and provided -- and included my personal | 09:45:02 |
| 24 | information on it. | 09:45:04 |
| 25 | Q.   And when did you prepare Exhibit 55? | 09:45:16 |

Page 25

| | | |
|---|---|---|
| 1 | When did you write the CV? | 09:45:19 |
| 2 | A.   It would have been on June 1st, 2016. | 09:45:22 |
| 3 | Q.   Okay.  And that's reflected in the lower | 09:45:27 |
| 4 | right-hand corner of the document, in the footer | 09:45:29 |
| 5 | that says "CV Version Date:  01 June '16"? | 09:45:32 |
| 6 | A.   That's right. | 09:45:40 |
| 7 | Q.   And the template that you used, is that | 09:45:41 |
| 8 | referred to as TP-HR-WW-00205? | 09:45:46 |
| 9 | A.   Yes. | 09:45:50 |
| 10 | Q.   And there's a -- "Related to | 09:45:52 |
| 11 | SOP-HR-WW-001." | 09:46:00 |
| 12 | What is that referring to, if you know? | 09:46:00 |
| 13 | A.   I -- I don't know specifically what that | 09:46:05 |
| 14 | encompasses. | 09:46:06 |
| 15 | Q.   Okay.  Do you recall having read that SOP | 09:46:06 |
| 16 | before preparing your Exhibit 55? | 09:46:11 |
| 17 | A.   Yes, I -- I have read the SOP. | 09:46:14 |
| 18 | Q.   Okay.  And do you recall what the SOP | 09:46:22 |
| 19 | covers, resume -- | 09:46:24 |
| 20 | A.   It includes curriculum vitae, yes. | 09:46:26 |
| 21 | Q.   Okay.  Anything else that you can recall? | 09:46:31 |
| 22 | A.   I don't recall. | 09:46:32 |
| 23 | Q.   Is the effect date in the lower left-hand | 09:46:38 |
| 24 | corner of your -- of Exhibit 55, does that refer to | 09:46:41 |
| 25 | the effective date of the template? | 09:46:43 |

Page 26

```
 1    you're asking about?                          09:54:58
 2       Q.   During the time that you've held your  09:55:00
 3    current position at PAREXEL.                   09:55:01
 4       A.   Okay.  Yes.  They -- they have supervised  09:55:02
 5    contract CRAs.                                 09:55:06
 6       Q.   Okay.  All right.                      09:55:13
 7            When you worked from January 2003 to March  09:55:14
 8    2006 as a CRA at PAREXEL, did you -- did you work  09:55:20
 9    at any time during that time as an in -- sort of an  09:55:32
10    in-house CRA?                                  09:55:35
11            Did you go to an office?               09:55:36
12            MR. KOPP:  Objection.  Vague and       09:55:40
13    ambiguous.                                     09:55:45
14       Q.   Or were you always decentralized, where  09:55:45
15    you were working from home and traveled to      09:55:48
16    monitoring sites, that sort of thing?          09:55:49
17       A.   I was based in an office, but I did travel  09:55:51
18    to sites.                                      09:55:54
19       Q.   Okay.  And what office did you work out of  09:55:55
20    when you started as a CRA at PAREXEL?          09:56:02
21       A.   When I started as a CRA at PAREXEL, I was  09:56:04
22    based in -- at 200 -- or -- yeah, 200 West Street,  09:56:06
23    in Waltham, Massachusetts.                     09:56:12
24       Q.   And what job functions would you perform  09:56:20
25    at the in-house -- strike that.                09:56:24
```

Page 33

| | | |
|---|---|---|
| 1 | as -- during your work as a CRA when you worked at | 10:01:47 |
| 2 | PAREXEL? | 10:01:50 |
| 3 | MR. KOPP:  Objection.  Vague.  And | 10:01:51 |
| 4 | compound. | 10:01:51 |
| 5 | A.   We -- we did have a time-keeping system, | 10:01:54 |
| 6 | and I would -- I was responsible for entering the | 10:01:58 |
| 7 | hours I worked on specific studies and broad | 10:02:12 |
| 8 | categories within those studies within the time | 10:02:14 |
| 9 | system. | 10:02:16 |
| 10 | Q.   Okay.  What was the name of the time | 10:02:19 |
| 11 | system you used when you worked as a CRA at PAREXEL | 10:02:20 |
| 12 | to record your -- do you recall? | 10:02:25 |
| 13 | A.   I don't remember the name of the system | 10:02:27 |
| 14 | when I started at PAREXEL, no. | 10:02:28 |
| 15 | Q.   Do CRAs utilize the time system currently | 10:02:31 |
| 16 | to record their time at PAREXEL? | 10:02:35 |
| 17 | A.   Yes. | 10:02:36 |
| 18 | Q.   Okay.  Do you know the name of that time | 10:02:36 |
| 19 | system? | 10:02:41 |
| 20 | A.   I believe it's called "Time." | 10:02:41 |
| 21 | Q.   Do you currently input your hours into the | 10:02:44 |
| 22 | Time system? | 10:02:47 |
| 23 | A.   I do. | 10:02:48 |
| 24 | Q.   And how do you access that time-recording | 10:02:54 |
| 25 | system in order to record your time currently at | 10:02:57 |

Page 38

| | | |
|---|---|---|
| 1 | PAREXEL?   Is it through a -- a portal through the | 10:03:00 |
| 2 | intranet system? | 10:03:06 |
| 3 | A.   There's a website for it. | 10:03:08 |
| 4 | Q.   And you have to log in with a password -- | 10:03:14 |
| 5 | A.   Correct. | 10:03:16 |
| 6 | Q.   -- is that correct? | 10:03:16 |
| 7 | And do you know the name of the website or | 10:03:22 |
| 8 | the portal that you log in your password in order | 10:03:23 |
| 9 | to gain access to record your time at PAREXEL | 10:03:28 |
| 10 | currently? | 10:03:30 |
| 11 | A.   It's -- it's Time.Parexel.com. | 10:03:30 |
| 12 | Q.   Going back to the time that you worked as | 10:03:40 |
| 13 | a CRA for PAREXEL, you started out working and | 10:03:43 |
| 14 | assigned two studies.  What was the -- during the | 10:03:52 |
| 15 | time that you worked as a CRA, did -- were you | 10:03:55 |
| 16 | always assigned two studies or -- at a single time, | 10:03:57 |
| 17 | or were there times where you were assigned more | 10:04:01 |
| 18 | than two studies at a time? | 10:04:03 |
| 19 | A.   There -- there was definitely more than | 10:04:07 |
| 20 | two studies at a time. | 10:04:09 |
| 21 | Q.   How many at -- and what was -- what is | 10:04:12 |
| 22 | your recollection about how many studies you worked | 10:04:15 |
| 23 | on at any one time? | 10:04:16 |
| 24 | What was the maximum, the highest number | 10:04:22 |
| 25 | of studies you were assigned to at any one time? | 10:04:23 |

Page 39

```
 1     area that I worked in was cardiology.              10:06:30

 2         Q.   So other than the two therapeutic areas   10:06:43

 3     that you mentioned so far in your deposition, did  10:06:44

 4     you ever work on any other therapeutic areas during 10:06:46

 5     the time that you worked as a CRA at PAREXEL?        10:06:50

 6         A.   As a CRA at PAREXEL I would have worked in  10:06:54

 7     other therapeutic areas.  I -- I can't recall the  10:06:59

 8     specific therapeutic areas, though.                10:07:02

 9         Q.   Okay.  And was the two therapeutic areas:  10:07:11

10     cardiovascular, and you mentioned the other -- the 10:07:14

11     other two -- what -- the other one.                10:07:18

12             In the cardiovascular studies that you can 10:07:20

13     recall working on, do you recall what phases of the 10:07:22

14     clinical trials they were in when you worked on    10:07:25

15     those studies?                                     10:07:27

16         A.   They were Phase III.                      10:07:28

17         Q.   Did -- did you ever work on a clinical    10:07:32

18     trial other than a Phase III clinical trial during 10:07:35

19     the time that you worked as a CRA?                 10:07:38

20         A.   No.                                       10:07:40

21         Q.   Did you ever -- well, 'cause you only     10:08:02

22     worked in Phase III clinical trials, did you ever  10:08:04

23     perform a qualification visit during the time that 10:08:13

24     you worked as a CRA at PAREXEL?                    10:08:17

25         A.   Yes.                                      10:08:19
```

Page 42

| | | |
|---|---|---|
| 1 | Q.   Okay.   And did you perform initiation | 10:08:20 |
| 2 | visits during the time that you worked as a CRA at | 10:08:27 |
| 3 | PAREXEL? | 10:08:29 |
| 4 | A.   Yes. | 10:08:29 |
| 5 | Q.   Did you perform termination visits -- | 10:08:31 |
| 6 | A.   Yes. | 10:08:35 |
| 7 | Q.   -- as a CRA at PAREXEL? | 10:08:36 |
| 8 | A.   Yes. | 10:08:37 |
| 9 | Q.   Okay.   And you worked -- and you performed | 10:08:41 |
| 10 | monitoring visits during the time that you worked | 10:08:42 |
| 11 | as a CRA at PAREXEL; correct? | 10:08:44 |
| 12 | A.   Yes. | 10:08:46 |
| 13 | Q.   And those are the same types of visits | 10:08:49 |
| 14 | that CRAs perform at PAREXEL currently as well; is | 10:08:50 |
| 15 | that correct? | 10:08:56 |
| 16 | MR. KOPP:   Objection.   Vague. | 10:08:56 |
| 17 | Q.   Those four types of visits; correct? | 10:08:59 |
| 18 | A.   We -- they're -- they have the same names, | 10:09:01 |
| 19 | yes. | 10:09:03 |
| 20 | Q.   Okay.   And CRAs that are employed by | 10:09:04 |
| 21 | PAREXEL perform all four types of -- of visits that | 10:09:09 |
| 22 | you performed when you started out as a CRA; | 10:09:14 |
| 23 | correct? | 10:09:17 |
| 24 | MR. KOPP:   Objection.   Vague.   And | 10:09:18 |
| 25 | overbroad. | 10:09:18 |

Page 43

```
1        A.    Across our entire CRA population, all four    10:09:20
2   types of visits are performed by CRAs.   Each           10:09:23
3   individual CRA will have differences in                 10:09:28
4   assignments.                                            10:09:30
5        Q.    I understand that.                            10:09:33
6              And -- but there's -- but is it also          10:09:41
7   correct to say that there are CRAs that are             10:09:43
8   currently employed by PAREXEL who -- who perform        10:09:45
9   all four types of visits, just like you did when        10:09:48
10  you started out as a -- when you worked as a CRA        10:09:50
11  for PAREXEL; correct?                                   10:09:53
12       A.    Yes, we do have CRAs that do perform all     10:09:54
13  four types.                                             10:09:57
14       Q.    During the time that you worked as a CRA     10:10:05
15  at PAREXEL, were you considered a CRA -- was that       10:10:07
16  considered a CRA I position?  II?  Or Senior CRA?       10:10:12
17             It's not listed.                             10:10:18
18       A.    I held all -- all three roles during this    10:10:18
19  time.                                                   10:10:21
20       Q.    Okay.  Do you recall what period of time     10:10:21
21  you were a CRA II at PAREXEL during this January        10:10:23
22  2003 to March 2006 time period?                         10:10:28
23       A.    I -- I don't recall the dates.               10:10:36
24       Q.    Do you recall the period of time during      10:10:38
25  January 2003 and March 2006 when you held a Senior      10:10:39
```

Page 44

```
 1    responsibility to review 1572 forms when you worked    11:07:28

 2    as a Senior Manager at PAREXEL?                        11:07:31

 3        A.   No, I did not.                                11:07:34

 4        Q.   Okay.  Have you ever had the duty or          11:07:36

 5    responsibility to negotiate CSAs at any time that      11:07:39

 6    you were employed at PAREXEL?                          11:07:46

 7        A.   When -- as a CRA at PAREXEL I would have      11:07:49

 8    been responsible for discussing some aspects of and    11:07:53

 9    facilitating further discussion of CSAs -- if there    11:08:01

10    were amendments, particularly -- throughout the        11:08:05

11    study.                                                 11:08:07

12        Q.   And sometimes, for instance, in a CSA has     11:08:11

13    the number of patients that the -- the PIs -- you      11:08:15

14    understand "PI," right?  When I'm referring to --      11:08:19

15    when I say "PI" -- is a principal investigator?        11:08:22

16        A.   I do.                                         11:08:25

17        Q.   Okay.  So in the CSA contracts it's          11:08:25

18    typical that the PI is compensated in the budget       11:08:29

19    section for a certain number of patients; correct?     11:08:34

20        A.   Correct.                                      11:08:36

21        Q.   Okay.  And when you were describing           11:08:38

22    amendments that the CRA would be involved in,          11:08:39

23    sometimes the PI will then be contracted to do,        11:08:43

24    let's -- just as an example -- five patients, and      11:08:47

25    he wants to enroll a sixth patient, that, in order     11:08:52
```

Page 76

| | | |
|---|---|---|
| 1 | to enroll the sixth patient, he would have to -- | 11:08:55 |
| 2 | the -- PAREXEL would have to enter into a new CSA | 11:08:58 |
| 3 | with the PI; correct? | 11:09:01 |
| 4 | You couldn't enroll another subject to a | 11:09:04 |
| 5 | study without a contract; is that right? | 11:09:07 |
| 6 | A.   I'm honestly not certain -- | 11:09:10 |
| 7 | Q.   All right. | 11:09:10 |
| 8 | A.   -- if that specific example would be true. | 11:09:12 |
| 9 | Q.   Okay.  Do you have an understanding that | 11:09:18 |
| 10 | CSAs have -- in the budget section of CSAs if they | 11:09:21 |
| 11 | have how the PIs are compensated for their work on | 11:09:25 |
| 12 | the study? | 11:09:31 |
| 13 | A.   I'm aware that that is a part of a CSA. | 11:09:31 |
| 14 | Q.   Okay.  Have you ever been involved in -- | 11:09:34 |
| 15 | during your work in your current position of | 11:09:38 |
| 16 | negotiating the budgetary terms of the CSA | 11:09:41 |
| 17 | agreement? | 11:09:44 |
| 18 | A.   No, I have not. | 11:09:44 |
| 19 | Q.   Okay.  How about when you were employed as | 11:09:46 |
| 20 | a Senior Manager at PAREXEL?  Were you involved in | 11:09:48 |
| 21 | negotiating the budget portion of the CSA | 11:09:51 |
| 22 | agreement? | 11:09:54 |
| 23 | A.   No. | 11:09:54 |
| 24 | Q.   Okay.  When you were a Manager -- employed | 11:09:57 |
| 25 | as a Manager at PAREXEL, were you involved in | 11:09:59 |

Page 77

| | | |
|---|---|---|
| 1 | negotiating the budget portions of a CSA contract? | 11:10:01 |
| 2 | A. No. | 11:10:04 |
| 3 | Q. Okay. And when you worked as a CRA at | 11:10:05 |
| 4 | PAREXEL, were you involved in negotiating budget | 11:10:10 |
| 5 | aspects of a CSA contract? | 11:10:12 |
| 6 | A. No. | 11:10:13 |
| 7 | Q. Going back to your -- the job description, | 11:10:31 |
| 8 | 56 -- | 11:10:33 |
| 9 | A. Uh-huh. | 11:10:34 |
| 10 | Q. -- the -- the -- the fifth bullet point on | 11:10:35 |
| 11 | page 2 begins "Drive team members to improve their | 11:10:42 |
| 12 | efficiency and effectiveness at prioritizing work | 11:10:48 |
| 13 | and improving performance evidenced by the work | 11:10:53 |
| 14 | produced, client feedback, audit results, and QC | 11:10:57 |
| 15 | measures." | 11:11:02 |
| 16 | Do you see that? | 11:11:02 |
| 17 | A. I do. | 11:11:03 |
| 18 | Q. Is that a function you perform in your | 11:11:05 |
| 19 | current role? | 11:11:07 |
| 20 | A. Yes. | 11:11:10 |
| 21 | Q. Okay. Where it's stated "Drive team | 11:11:12 |
| 22 | members," do you know what that's -- what is that | 11:11:13 |
| 23 | referring to? | 11:11:15 |
| 24 | Or is that how you would phrase it, | 11:11:22 |
| 25 | knowing that you didn't write this document? | 11:11:24 |

Page 78

```
 1        A.   I -- I don't know what the -- what the      11:13:52

 2   acronym is for.  It's training, though, training      11:13:54

 3   and development group.                                11:14:01

 4        Q.   Yeah.  I understand the bullet point has    11:14:04

 5   to do with training.  I'm just wondering if that's    11:14:05

 6   a different -- if GOLD is some acronym?               11:14:09

 7        A.   GOLD is the learning and development        11:14:13

 8   group.  I just don't know what G-O stands for.        11:14:15

 9        Q.   Oh, okay.                                   11:14:17

10        A.   G-O-L-D.                                    11:14:18

11        Q.   Oh, I get it.  So the "L-D" stands for      11:14:18

12   learning and development?                             11:14:21

13        A.   Right.                                      11:14:22

14        Q.   Okay.                                       11:14:22

15        A.   That -- that acronym -- I don't believe     11:14:23

16   it's used anymore.                                    11:14:25

17        Q.   Okay.  Got it.  Could be global operations  11:14:26

18   learning team.                                        11:14:33

19             So is there a current learning and          11:14:35

20   development team at PAREXEL?                           11:14:37

21        A.   There -- there is.                          11:14:38

22        Q.   Okay.  Has that been in place since you     11:14:40

23   were a Senior Manager at PAREXEL, since November of   11:14:42

24   2010?                                                 11:14:44

25        A.   There has been a learning and development   11:14:51
```

Page 81

| | | |
|---|---|---|
| 1 | team in place.  I -- I'm not exactly sure -- you | 11:14:53 |
| 2 | know, department name changes. | 11:14:55 |
| 3 | Q.   Okay.  Do you report to anybody at the | 11:14:57 |
| 4 | learning development group? | 11:14:59 |
| 5 | A.   No. | 11:15:00 |
| 6 | Q.   Okay, but learning development, are they | 11:15:03 |
| 7 | in charge of training somehow at PAREXEL? | 11:15:05 |
| 8 | A.   They're involved in developing training. | 11:15:06 |
| 9 | Q.   Okay.  And do they develop training for | 11:15:13 |
| 10 | CRAs and CMAs at PAREXEL? | 11:15:14 |
| 11 | A.   They -- | 11:15:17 |
| 12 | Q.   If you know. | 11:15:17 |
| 13 | A.   They -- they do in collaboration with | 11:15:18 |
| 14 | other parties. | 11:15:19 |
| 15 | Q.   Okay.  And what other parties do they | 11:15:20 |
| 16 | collaborate with regarding CRA and CMA changes? | 11:15:22 |
| 17 | MR. KOPP:  Objection.  Lacks foundation. | 11:15:28 |
| 18 | Calls for speculation. | 11:15:31 |
| 19 | Q.   Go ahead. | 11:15:31 |
| 20 | A.   Representatives of clinical operations. | 11:15:32 |
| 21 | Q.   Okay.  In your current position do you | 11:15:41 |
| 22 | develop trainings for CRAs and CMAs? | 11:15:42 |
| 23 | A.   I don't develop trainings. | 11:15:45 |
| 24 | Q.   Okay.  Does anyone that directly reports | 11:15:46 |
| 25 | to you develop trainings for CRAs and CMAs? | 11:15:53 |

Page 82

| | | |
|---|---|---|
| 1 | A.   No. | 11:15:57 |
| 2 | Q.   And by "CMA," you know what I'm referring | 11:15:59 |
| 3 | to, Clinical Monitoring Associates -- | 11:16:01 |
| 4 | A.   I -- | 11:16:04 |
| 5 | Q.   -- is that fair? | 11:16:04 |
| 6 | A.   Yes. | 11:16:05 |
| 7 | Q.   Okay.  Is there a division or department | 11:16:10 |
| 8 | of clinical operations that's in charge of creating | 11:16:13 |
| 9 | trainings for CRAs and CMAs? | 11:16:16 |
| 10 | A.   No. | 11:16:17 |
| 11 | Q.   Is there a person in charge -- person in | 11:16:22 |
| 12 | clinical operations that is in charge of trainings | 11:16:26 |
| 13 | for CRAs and CMAs? | 11:16:30 |
| 14 | A.   No. | 11:16:32 |
| 15 | Q.   Maybe I'm not understanding your | 11:16:37 |
| 16 | testimony. | 11:16:39 |
| 17 |        The LD group you said collaborated with | 11:16:49 |
| 18 | others in -- in clinical operations? | 11:16:51 |
| 19 | A.   Correct. | 11:16:54 |
| 20 | Q.   Okay. | 11:16:55 |
| 21 | A.   So the learning and development group is | 11:16:55 |
| 22 | in charge. | 11:16:58 |
| 23 | Q.   Okay. | 11:16:58 |
| 24 | A.   And there's feedback provided from | 11:16:59 |
| 25 | clinical operations. | 11:17:00 |

Page 83

| | | |
|---|---|---|
| 1 | Q.   Okay.  But neither you nor your direct | 11:17:03 |
| 2 | reports provide that feedback to the LD group? | 11:17:05 |
| 3 | A.   So we... | 11:17:08 |
| 4 | Q.   Somebody under you? | 11:17:11 |
| 5 | A.   Many people do provide the feedback, | 11:17:13 |
| 6 | depending on -- on the specific training, the | 11:17:16 |
| 7 | specific need. | 11:17:19 |
| 8 | Q.   Okay. | 11:17:20 |
| 9 | A.   There is -- there's no -- the responsible | 11:17:21 |
| 10 | party is learning development, though. | 11:17:25 |
| 11 | Q.   Okay.  In your current position are you | 11:17:30 |
| 12 | responsible for providing training -- feedback for | 11:17:34 |
| 13 | training for the LD group at all for CRAs and CMAs? | 11:17:39 |
| 14 | A.   I -- I've provided feedback on -- on | 11:17:44 |
| 15 | training, yes. | 11:17:47 |
| 16 | Q.   Okay.  When's the last time you provided | 11:17:47 |
| 17 | feedback to the LD group? | 11:17:54 |
| 18 | A.   I have provided feedback on training | 11:17:59 |
| 19 | within the past six months. | 11:18:01 |
| 20 | Q.   Okay.  Would you consider providing | 11:18:04 |
| 21 | feedback on trainings for CRAs and CMAs as some -- | 11:18:06 |
| 22 | a regular function of your day-to-day duties in | 11:18:14 |
| 23 | your current position? | 11:18:16 |
| 24 | MR. KOPP:  Objection.  Vague. | 11:18:18 |
| 25 | Q.   I'm just trying to understand the | 11:18:19 |

Page 84

| | | |
|---|---|---|
| 1 | frequency, since you -- the last time you can | 11:18:20 |
| 2 | recall doing it, it's been six months.  So is it -- | 11:18:23 |
| 3 | A.   It wouldn't be one of my day-to-day | 11:18:25 |
| 4 | functions. | 11:18:27 |
| 5 | Q.   Okay.  And the last time you recall six | 11:18:28 |
| 6 | months -- within the last year, how many times do | 11:18:30 |
| 7 | you estimate that you provided feedback to the LD | 11:18:33 |
| 8 | group regarding CRA or -- and/or CMA training? | 11:18:35 |
| 9 | A.   Within the past year, between five and ten | 11:18:39 |
| 10 | times. | 11:18:42 |
| 11 | Q.   Do you recall the scope of the feedback | 11:18:50 |
| 12 | that you gave the last time you provided feedback | 11:18:51 |
| 13 | for CRA and CMA training? | 11:18:53 |
| 14 | A.   I'm not sure what you mean by "scope." | 11:18:56 |
| 15 | Q.   Just, kind of, what type of feedback did | 11:18:58 |
| 16 | you provide? | 11:18:59 |
| 17 | Did you watch a training and provide edits | 11:19:04 |
| 18 | of the training?  I'm just trying to get a concept | 11:19:07 |
| 19 | on how you were providing feedback the last time. | 11:19:09 |
| 20 | A.   I -- I provided a suggestion that another | 11:19:12 |
| 21 | scenario or an example was -- was included within | 11:19:15 |
| 22 | the training. | 11:19:18 |
| 23 | Q.   Okay.  And what type of training did you | 11:19:22 |
| 24 | provide feedback on this last one that you can | 11:19:24 |
| 25 | recall?  Was this clinical trial-specific training? | 11:19:26 |

Page 85

| | | |
|---|---|---|
| 1 | Or was it something regarding training for the -- | 11:19:33 |
| 2 | following PAREXEL SOPs, for example? | 11:19:38 |
| 3 | A.   It wasn't -- excuse me. | 11:19:45 |
| 4 | It was not specific to a particular | 11:19:47 |
| 5 | clinical trial.  It was -- it was really to PAREXEL | 11:19:48 |
| 6 | clinical operations. | 11:19:51 |
| 7 | Q.   Okay.  When you became a CRA at -- at | 11:19:58 |
| 8 | PAREXEL, did you go through some initial training | 11:20:01 |
| 9 | in order to learn, you know, how to perform your | 11:20:06 |
| 10 | duties and responsibilities as a CRA at PAREXEL? | 11:20:09 |
| 11 | A.   I did. | 11:20:12 |
| 12 | Q.   Okay.  And how -- and what did that | 11:20:13 |
| 13 | training consist of? | 11:20:16 |
| 14 | Was that in-person training at some | 11:20:18 |
| 15 | location? | 11:20:20 |
| 16 | A.   That was in-person training. | 11:20:22 |
| 17 | Q.   Okay. | 11:20:22 |
| 18 | A.   I -- I don't recall the specifics of the | 11:20:28 |
| 19 | training, though. | 11:20:31 |
| 20 | Q.   Okay.  Do you recall if it was -- did you | 11:20:33 |
| 21 | have to travel to go to do the training?  Do you | 11:20:35 |
| 22 | recall that? | 11:20:38 |
| 23 | A.   I personally did not have to. | 11:20:39 |
| 24 | Q.   Okay.  And was any component of the | 11:20:42 |
| 25 | training on the internet or web-based in any way? | 11:20:47 |

Page 86

| | | |
|---|---|---|
| 1 | A.   I don't remember. | 11:20:54 |
| 2 | Q.   Okay.  Do CRAs and CMAs currently receive | 11:20:57 |
| 3 | in-person training before -- when they're initially | 11:21:00 |
| 4 | hired by PAREXEL? | 11:21:04 |
| 5 | A.   They do. | 11:21:07 |
| 6 | Q.   Okay.  Is one of those training locations | 11:21:07 |
| 7 | in Durham, North Carolina? | 11:21:10 |
| 8 | A.   Yes. | 11:21:12 |
| 9 | Q.   Okay.  How long is -- do you recall that | 11:21:14 |
| 10 | CRAs and CMAs have been trained at the North | 11:21:17 |
| 11 | Carolina site? | 11:21:19 |
| 12 | Has it been during the time that -- | 11:21:33 |
| 13 | currently throughout your position that you | 11:21:34 |
| 14 | currently hold? | 11:21:36 |
| 15 | A.   Yes, throughout the position I currently | 11:21:37 |
| 16 | hold, and -- and the position before. | 11:21:38 |
| 17 | Q.   Okay.  And also during the time period you | 11:21:40 |
| 18 | worked as a Senior Manager; is that correct? | 11:21:41 |
| 19 | A.   Yes. | 11:21:44 |
| 20 | Q.   Okay.  When you worked as a CRA for | 11:21:51 |
| 21 | PAREXEL, did you also receive training on the | 11:21:53 |
| 22 | particular clinical trials that you were formally | 11:21:56 |
| 23 | assigned to? | 11:21:59 |
| 24 | A.   Yes. | 11:22:00 |
| 25 | Q.   Okay.  You mentioned that you also would | 11:22:01 |

Page 87

| 1 | work as needed on other clinical trials -- you | 11:22:04 |
| 2 | mentioned there was -- four was the maximum | 11:22:08 |
| 3 | generally. | 11:22:13 |
| 4 | When you worked on trials other than the | 11:22:14 |
| 5 | ones assigned to you, did you receive specific | 11:22:18 |
| 6 | training on those clinical trials before you could | 11:22:21 |
| 7 | assist in working on those other clinical trials? | 11:22:23 |
| 8 | MR. KOPP:  Objection.  Compound and | 11:22:26 |
| 9 | misstates testimony. | 11:22:34 |
| 10 | A.   When I worked on any clinical trial I was | 11:22:34 |
| 11 | provided with the appropriate training for the | 11:22:39 |
| 12 | activity that I would conduct on that trial. | 11:22:41 |
| 13 | Q.   And when you received your clinical | 11:22:43 |
| 14 | trial-specific training when you worked as a CRA, | 11:22:46 |
| 15 | do you recall if that was always in-person | 11:22:48 |
| 16 | training?  Or was it a combination?  Or -- or | 11:22:51 |
| 17 | entirely web-based; do you know? | 11:22:55 |
| 18 | Do you recall? | 11:22:59 |
| 19 | A.   I don't recall. | 11:23:00 |
| 20 | Q.   Yeah. | 11:23:01 |
| 21 | Currently CRAs and CMAs are given clinical | 11:23:06 |
| 22 | trial-specific training at PAREXEL; correct -- | 11:23:13 |
| 23 | MR. KOPP:  Objection. | 11:23:17 |
| 24 | Q.   -- in order to perform their functions at | 11:23:18 |
| 25 | PAREXEL? | 11:23:20 |

Page 88

| | | |
|---|---|---|
| 1 | MR. KOPP:  Objection.  Vague. | 11:23:21 |
| 2 | A.    Each -- each CRA that is assigned to | 11:23:24 |
| 3 | conduct work on a clinical trial is -- is provided | 11:23:27 |
| 4 | with relevant training for that trial. | 11:23:30 |
| 5 | Q.    And how are they assigned the trainings | 11:23:32 |
| 6 | for a specific clinical trial?  How are CRAs and | 11:23:36 |
| 7 | CMAs assigned training? | 11:23:40 |
| 8 | A.    Can -- can you clarify what you mean by | 11:23:44 |
| 9 | "how"? | 11:23:46 |
| 10 | Q.    Sure. | 11:23:46 |
| 11 | So CRAs and CMAs receive specific training | 11:23:50 |
| 12 | on the clinical trials they're assigned to work on; | 11:23:52 |
| 13 | correct? | 11:23:55 |
| 14 | A.    Correct. | 11:23:55 |
| 15 | Q.    Okay.  And does their line managers then | 11:23:59 |
| 16 | assign them, through some PAREXEL internet system, | 11:24:01 |
| 17 | to -- they assign trainings, and it's a place where | 11:24:05 |
| 18 | they can view the training at PAREXEL? | 11:24:10 |
| 19 | A.    They -- | 11:24:14 |
| 20 | MR. KOPP:  Objection.  Compound. | 11:24:15 |
| 21 | Overbroad.  And lacks foundation. | 11:24:17 |
| 22 | A.    A training is assigned to the CRAs through | 11:24:21 |
| 23 | our Learning Management System. | 11:24:26 |
| 24 | Q.    Okay.  And what's that called, the | 11:24:30 |
| 25 | Learning Management System?  Does that have a name? | 11:24:32 |

Page 89

| | | |
|---|---|---|
| 1 | A.   Learning Management System. | 11:24:34 |
| 2 | Q.   Just the Learning Management -- | 11:24:35 |
| 3 | A.   LMS. | 11:24:37 |
| 4 | Q.   Oh. | 11:24:38 |
| 5 | And who selects the specific trainings | 11:24:45 |
| 6 | that are -- that are assigned through the LMS | 11:24:47 |
| 7 | system to CRAs and CMAs? | 11:24:51 |
| 8 | MR. KOPP:  Objection.  Vague.  And | 11:24:54 |
| 9 | Overbroad. | 11:24:54 |
| 10 | Q.   Is it set forth in the protocol and then | 11:24:56 |
| 11 | assigned by a line manager or the monitoring plan? | 11:24:58 |
| 12 | A.   No. | 11:25:07 |
| 13 | Q.   How's it work? | 11:25:08 |
| 14 | A.   The trainings for a specific clinical | 11:25:08 |
| 15 | trial would be determined separately for each | 11:25:12 |
| 16 | trial.  And depending on what activities the CRA | 11:25:16 |
| 17 | needs to complete on that trial, they would be | 11:25:24 |
| 18 | responsible for completing certain trainings. | 11:25:26 |
| 19 | They're not assigned by the manager in the | 11:25:31 |
| 20 | Learning Management System currently, though. | 11:25:33 |
| 21 | They're assigned by a member of the project team. | 11:25:35 |
| 22 | Q.   Okay.  Who comprises the -- the project | 11:25:43 |
| 23 | teams, as you referred to? | 11:25:45 |
| 24 | A.   The person that -- the role that I'm | 11:25:47 |
| 25 | referring to is the Project Specialist. | 11:25:49 |

Page 90

```
 1        Q.   Okay.  And does the Project Specialist    11:25:56

 2   position at PAREXEL, do they work in -- under the    11:25:58

 3   clinical operations department?                      11:26:03

 4        A.   They do not.                               11:26:05

 5        Q.   Okay.  What department do they work under  11:26:06

 6   in PAREXEL?                                          11:26:08

 7        A.   I don't know the official department name, 11:26:09

 8   but the project leadership department.               11:26:11

 9        Q.   Okay.  During -- in your current position  11:26:21

10   at PAREXEL, do you -- are you involved in            11:26:23

11   negotiating contracts with sponsors?                 11:26:25

12        A.   No, I don't negotiate contracts with       11:26:29

13   sponsors.                                            11:26:31

14        Q.   Okay.  Do you -- during -- in your current 11:26:32

15   position at PAREXEL, do you review contracts         11:26:34

16   between PAREXEL and sponsors?                         11:26:37

17             Is that one of your duties?                11:26:42

18        A.   No.  No.  It's not one of my duties to     11:26:45

19   review contracts.                                    11:26:47

20        Q.   Okay.  Have you ever read a contract       11:26:48

21   between PAREXEL and a sponsor?                        11:26:49

22        A.   I have.                                     11:26:52

23        Q.   Okay.  When's the last time you read a     11:26:52

24   contract between PAREXEL and a sponsor?              11:26:54

25        A.   I -- within the past year and a half I've  11:27:01
```

Page 91

| | | |
|---|---|---|
| 1 | read parts of a contract between PAREXEL and a | 11:27:05 |
| 2 | sponsor. | 11:27:09 |
| 3 |    Q.   Okay.  Do you recall the name of the | 11:27:11 |
| 4 | sponsor contract you reviewed? | 11:27:12 |
| 5 |    A.   No. | 11:27:15 |
| 6 |    Q.   Okay.  Do you know who at PAREXEL is in | 11:27:15 |
| 7 | charge of negotiating contracts between the sponsor | 11:27:20 |
| 8 | and PAREXEL? | 11:27:22 |
| 9 |      MR. KOPP:  Objection.  Vague.  And | 11:27:25 |
| 10 | overbroad. | 11:27:25 |
| 11 |    A.   I actually am not sure who's responsible. | 11:27:29 |
| 12 |    Q.   Okay.  All right. | 11:27:36 |
| 13 |      Under the -- going back to Exhibit 56, the | 11:27:36 |
| 14 | job description in place today, underneath the | 11:27:42 |
| 15 | bullet point that I referred to last, I think it's | 11:27:46 |
| 16 | the -- underneath that I believe that was the 13th | 11:27:48 |
| 17 | bullet point. | 11:27:53 |
| 18 |      The 14th bullet point reads "Revise, | 11:27:54 |
| 19 | implement, and monitor departmental compliance with | 11:27:58 |
| 20 | SOPs." | 11:28:01 |
| 21 |      Do you see that? | 11:28:02 |
| 22 |    A.   Yes. | 11:28:03 |
| 23 |    Q.   Is that a current duty and responsibility | 11:28:04 |
| 24 | you fulfill in your current position? | 11:28:08 |
| 25 |      MR. KOPP:  Objection.  Vague. | 11:28:10 |

Page 92

```
 1        A.   I am responsible for having awareness of    11:28:16

 2   our SOPs and ensuring -- or I should say -- and       11:28:27

 3   working with my team when there are trends related    11:28:42

 4   to the SOPs and our ability to work within them and   11:28:49

 5   to determine the -- the next steps with our quality   11:29:00

 6   department -- provide feedback, essentially.          11:29:04

 7        Q.   Okay.  And the team that you're referring   11:29:10

 8   to in your response was -- again, was that your       11:29:14

 9   direct reports?                                        11:29:17

10        A.   My team, yes, my direct reports.            11:29:18

11        Q.   Okay.  So in your current position, do you  11:29:21

12   revise SOPs?                                           11:29:23

13        A.   I don't revise SOPs.                         11:29:24

14        Q.   Okay.  Have you ever wrote an SOP?           11:29:28

15        A.   I have been involved in writing an SOP.  I  11:29:30

16   have not personally written one by myself, no.        11:29:33

17        Q.   Okay.  Have you -- have you been involved    11:29:36

18   in writing an SOP for PAREXEL?                         11:29:37

19        A.   Yes.                                         11:29:39

20        Q.   Okay.  Do you recall the SOP you were        11:29:40

21   involved in writing?                                   11:29:41

22        A.   It was a while ago.                          11:29:50

23             I was involved in writing SOPs regarding    11:29:51

24   Trial Master File.                                     11:29:58

25        Q.   And was that during the time that you were  11:30:06
```

Page 93

| | | |
|---|---|---|
| 1 | in the position of a Senior Manager at PAREXEL? | 11:30:07 |
| 2 | A.   (Witness reviews document.)  No.  I -- | 11:30:11 |
| 3 | it -- it was -- it was either the -- in the time I | 11:30:14 |
| 4 | was a Manager or -- or early as a Senior Manager. | 11:30:23 |
| 5 | Q.   Okay.  At the end of PAREXEL SOPs there's | 11:30:28 |
| 6 | a place where the authors had their signature; is | 11:30:32 |
| 7 | that correct? | 11:30:36 |
| 8 | A.   That's correct. | 11:30:37 |
| 9 | Q.   Okay.  Were you listed as an author on the | 11:30:38 |
| 10 | SOP that you participated in drafting on the Trial | 11:30:39 |
| 11 | Master File? | 11:30:42 |
| 12 | A.   I was. | 11:30:43 |
| 13 | Q.   Okay.  Is that the Trial Master File SOP | 11:30:58 |
| 14 | that you -- you're listed as an author of, is that | 11:31:01 |
| 15 | still being utilized today at PAREXEL? | 11:31:04 |
| 16 | A.   No. | 11:31:06 |
| 17 | Q.   Do you remember the times that the SOP | 11:31:10 |
| 18 | that you wrote on the Trial Master File was | 11:31:11 |
| 19 | effective at -- | 11:31:14 |
| 20 | A.   No. | 11:31:15 |
| 21 | Q.   -- PAREXEL? | 11:31:15 |
| 22 | Are monitoring plans kept in the Trial | 11:31:37 |
| 23 | Master File? | 11:31:39 |
| 24 | A.   Monitoring plans are kept in the Trial | 11:31:39 |
| 25 | Master File. | 11:31:41 |

Page 94

| | | |
|---|---|---|
| 1 | Q.   Are monitoring visit report form | 11:32:07 |
| 2 | guidelines kept in the Trial Master File? | 11:32:10 |
| 3 | A.   I actually don't recall if they are kept | 11:32:18 |
| 4 | in the Trial Master File -- | 11:32:20 |
| 5 | Q.   Okay. | 11:32:22 |
| 6 | A.   -- guidelines. | 11:32:23 |
| 7 | Q.   Okay.   Are monitoring visit report forms | 11:32:23 |
| 8 | kept in the Trial Master File? | 11:32:27 |
| 9 | A.   If there are monitoring visit reports, | 11:32:28 |
| 10 | they are in the Trial Master File, yes. | 11:32:30 |
| 11 | Q.   And monitoring visit report -- reports are | 11:32:35 |
| 12 | kept in the CTMS, is that accurate?   Or would they | 11:32:51 |
| 13 | be in the Trial Master File? | 11:32:56 |
| 14 | A.   They -- they would -- the actual reports | 11:32:58 |
| 15 | would be in the Trial Master File. | 11:33:00 |
| 16 | Q.   Now, the bullet point -- going back to | 11:33:12 |
| 17 | Exhibit 56, two bullet points down from the last | 11:33:15 |
| 18 | one I read, it says "Look within and beyond CRS to | 11:33:19 |
| 19 | encourage teamwork, quality, and productivity | 11:33:26 |
| 20 | efforts to the benefit of CRS and PAREXEL." | 11:33:30 |
| 21 | Do you know what the reference "CRS" is | 11:33:36 |
| 22 | to? | 11:33:46 |
| 23 | A.   It's the -- here... (Witness reviews | 11:33:46 |
| 24 | document.)  It's the SVU, but I don't want to guess | 11:33:49 |
| 25 | on it.  So... | 11:33:57 |

Page 95

```
 1         Q.   Okay.  Did you attend Nova Southeastern in   11:42:23

 2    Florida?                                              11:42:25

 3         A.   No, I -- I completed my master's through    11:42:25

 4    an online program.                                    11:42:29

 5         Q.   What period of time did you -- were you     11:42:36

 6    attending classes online to obtain your master's in  11:42:41

 7    medical science?                                      11:42:44

 8         A.   It was during the time that I was a CRA     11:42:46

 9    and the time that I was a Manager.                    11:42:54

10         Q.   So do you recall when you started           11:42:58

11    attending online classes from Nova Southeastern      11:42:59

12    University?                                           11:43:05

13         A.   I don't recall when I started.              11:43:08

14         Q.   And do you recall when you attended         11:43:10

15    classes to obtain your BS in biology from the        11:43:12

16    University of Massachusetts?                          11:43:17

17         A.   Yes.                                        11:43:18

18         Q.   Okay.  When was that?                       11:43:19

19         A.   It was 19 -- or September 1996 through      11:43:20

20    2000.                                                 11:43:25

21         Q.   Okay.  Have you ever wrote a monitoring     11:43:37

22    plan?                                                 11:43:39

23         A.   I have.                                     11:43:41

24         Q.   When was the last time you wrote a          11:43:42

25    monitoring plan?                                      11:43:44
```

Page 102

| | | |
|---|---|---|
| 1 | A.   I wrote pieces of a monitoring plan over a | 11:43:52 |
| 2 | year ago. | 11:44:05 |
| 3 | Q.   Okay.  And did you utilize PAREXEL's | 11:44:13 |
| 4 | monitoring plan template in writing the portions of | 11:44:15 |
| 5 | the monitoring plan that you wrote a year and a | 11:44:18 |
| 6 | half ago? | 11:44:20 |
| 7 | A.   I did use the template. | 11:44:21 |
| 8 | Q.   Do you remember the sponsor of the | 11:44:28 |
| 9 | clinical trial that you wrote the monitoring plan | 11:44:29 |
| 10 | for? | 11:44:30 |
| 11 | A.   I do. | 11:44:31 |
| 12 | Q.   And what was the name of the sponsor? | 11:44:31 |
| 13 | A.   Allergan. | 11:44:33 |
| 14 | Q.   Do you recall the therapeutic area that | 11:44:38 |
| 15 | the -- that the clinical trial was in that you | 11:44:40 |
| 16 | wrote the monitoring plan for? | 11:44:44 |
| 17 | A.   I'm thinking. | 11:44:47 |
| 18 | I -- I don't recall it right now. | 11:44:55 |
| 19 | Q.   Okay.  Do you remember the portions of the | 11:44:56 |
| 20 | monitoring plan that you wrote a year and a half | 11:44:58 |
| 21 | ago for Allergan? | 11:45:02 |
| 22 | A.   Generally I do. | 11:45:06 |
| 23 | Q.   Okay.  Can you describe what you generally | 11:45:10 |
| 24 | can recall. | 11:45:13 |
| 25 | A.   Yeah.  So I actually wrote the -- the | 11:45:13 |

Page 103

| | | |
|---|---|---|
| 1 | portion of the monitoring plan to conduct a type of | 11:45:24 |
| 2 | visit that -- I don't remember what we called it | 11:45:28 |
| 3 | for the purposes of the study, but it was actually | 11:45:34 |
| 4 | unique from any of our -- our SOPs, any of our | 11:45:36 |
| 5 | business and our SOPs -- that was essentially a | 11:45:40 |
| 6 | visit that we would go to a clinical site and | 11:45:44 |
| 7 | review the -- the state of the documentation and | 11:45:52 |
| 8 | files.  And this was for a study that was completed | 11:45:59 |
| 9 | by a different company, and we were -- we were | 11:46:07 |
| 10 | taking over. | 11:46:13 |
| 11 | Q.   And in the response you said "the state of | 11:46:19 |
| 12 | documentation." | 11:46:23 |
| 13 | What were you referring to there, SD? | 11:46:24 |
| 14 | A.   We -- any documentation on site.  So | 11:46:31 |
| 15 | they're -- the medical records, any additional | 11:46:34 |
| 16 | source -- notes and source documentation, as well | 11:46:36 |
| 17 | as any regulatory documents in the investigator | 11:46:40 |
| 18 | site file. | 11:46:46 |
| 19 | Q.   Was it necessary to write a special SOP | 11:46:48 |
| 20 | because you were taking over a study? | 11:46:51 |
| 21 | Is that fair to say? | 11:46:54 |
| 22 | Is that why there wasn't a particular SOP | 11:46:57 |
| 23 | and why -- | 11:47:00 |
| 24 | MR. KOPP:   Objection.  Assumes facts. | 11:47:03 |
| 25 | Misstates testimony. | 11:47:06 |

Page 104

| | | |
|---|---|---|
| 1 | A.   Could you clarify what you mean by, like, | 11:47:07 |
| 2 | writing an SOP? | 11:47:09 |
| 3 | Q.   Yeah, I -- yeah.   Let me ask it this way: | 11:47:09 |
| 4 | I -- because in your answer you -- you said it was | 11:47:12 |
| 5 | type of visit not in your SOPs; right? | 11:47:15 |
| 6 | A.   Correct. | 11:47:20 |
| 7 | Q.   Okay.   So it wasn't -- it -- it was a type | 11:47:20 |
| 8 | of site visit that wasn't -- that PAREXEL didn't | 11:47:23 |
| 9 | have an SOP on; correct? | 11:47:25 |
| 10 | A.   Correct. | 11:47:27 |
| 11 | Q.   Okay.   Were new SOPs written as a result? | 11:47:28 |
| 12 | A.   No.   It was a variation of our -- our | 11:47:33 |
| 13 | visits that we were able to -- to document that it | 11:47:37 |
| 14 | was -- it was -- it was a site visit that we | 11:47:40 |
| 15 | conducted certain activities and -- and some of | 11:47:47 |
| 16 | those activities were already in our SOPs. | 11:47:53 |
| 17 | Q.   Okay.   And did it relate to one of the | 11:48:00 |
| 18 | four typical site visit SOPs:   initiation, | 11:48:01 |
| 19 | monitoring, termination, qualification? | 11:48:08 |
| 20 | Did it relate to one of those four? | 11:48:12 |
| 21 | A.   It was closest to monitoring. | 11:48:14 |
| 22 | Q.   Okay.   And, then, the -- the monitoring | 11:48:18 |
| 23 | plan gave further guidance regarding that -- the | 11:48:20 |
| 24 | SOP for monitoring for that clinical trial; is that | 11:48:27 |
| 25 | fair? | 11:48:31 |

Page 105

```
1        A.    Correct, the monitoring plan gave the --    11:48:32

2    the project-specific details and -- and what --      11:48:35

3    what the agreed-upon outcomes would be.              11:48:40

4        Q.    And because of this additional guidance in 11:48:46

5    the monitoring plan, then, a new SOP was -- wasn't    11:48:48

6    necessary to be created at PAREXEL; correct?         11:48:54

7        A.    Correct, there was no creation of a new     11:48:56

8    SOP at PAREXEL.                                       11:48:58

9        Q.    Did you collaborate with the sponsor in     11:49:02

10   writing the monitoring -- that portion of the        11:49:04

11   monitoring plan that you authored?                   11:49:06

12       A.    There was some collaboration with the       11:49:12

13   sponsor.                                             11:49:13

14       Q.    Okay.  Do you recall who -- what employees  11:49:14

15   at -- at PAREXEL you worked with in drafting the     11:49:15

16   portion of the monitoring plan, the Allergan         11:49:20

17   monitoring plan?                                     11:49:25

18       A.    No, I don't remember who.                  11:49:29

19       Q.    Do you -- do you recall the name of the     11:49:30

20   clinical study for the monitoring plan that you      11:49:33

21   wrote?                                               11:49:35

22            MR. KOPP:  I'm going to object and          11:49:35

23   instruct not to answer.                              11:49:37

24            MR. KEEGAN:  I'm just laying the            11:49:38

25   foundation if she knows.                             11:49:39
```

Page 106

```
 1    monitoring plan?                                    11:50:41

 2         A.   I don't remember if I was a signatory.    11:50:41

 3         Q.   Okay.  Do you remember the names of the   11:50:46

 4    other PAREXEL employees that you -- that worked on  11:50:48

 5    the monitoring plan with you?                       11:50:50

 6         A.   I don't remember who worked with me on    11:50:51

 7    that piece.  I can say that for that monitoring     11:50:53

 8    plan it was handed over -- I know the name of the   11:50:59

 9    person it was handed over to.                       11:51:02

10         Q.   Okay.                                     11:51:03

11         A.   Jennifer Matthews.                        11:51:03

12         Q.   Did -- if you know, did CRAs and CMAs     11:51:17

13    employed by PAREXEL work on the clinical trial on   11:51:28

14    which you wrote a portion of the monitoring plan?   11:51:30

15         A.   They did.                                 11:51:33

16         Q.   And the CRAs and CMAs who worked on the   11:51:43

17    clinical trial on the -- of the clinical trial that 11:51:45

18    you wrote a portion of the monitoring plan, were    11:51:51

19    they responsible for reviewing the monitoring plan  11:51:59

20    that you wrote?                                     11:52:00

21         A.   They -- they were responsible for         11:52:01

22    reviewing the monitoring plan.                      11:52:03

23         Q.   Did -- in the -- in the trial that you    11:52:14

24    wrote the monitoring plan -- a portion of the       11:52:17

25    monitoring plan on, did PAREXEL take that over from 11:52:19
```

Page 108

```
 1          A.   The -- the piece I want to clarify is       12:07:14

 2     actually the word "contract."                         12:07:16

 3          Q.   Sure.   They're persons -- are you familiar  12:07:18

 4     with contract -- the term "contract CRA?              12:07:22

 5          A.   The terminology that we use is "agency       12:07:25

 6     temp CRAs."                                            12:07:27

 7          Q.   Right.                                       12:07:28

 8          A.   So they work for an agency.   So that's...   12:07:29

 9          Q.   Yeah.                                        12:07:29

10          A.   Previously there have been.                 12:07:31

11          Q.   Right.   Okay.                               12:07:32

12               Charlene Talbot, do her direct reports       12:07:37

13     supervise CRAs and CMAs employed in the United         12:07:42

14     States?                                                12:07:44

15          A.   Yes.                                         12:07:44

16          Q.   Any other regions outside of the United      12:07:45

17     States?                                                12:07:48

18          A.   Some in Canada.                              12:07:49

19          Q.   And are any of Charlene Talbot's direct      12:07:58

20     reports managing CRAs and CMAs that are contract       12:08:01

21     CRAs and CMAs employed in the United States?           12:08:08

22               MR. KOPP:   Objection.   Vague.              12:08:11

23          A.   Not currently.                               12:08:14

24          Q.   How about in the past?                       12:08:18

25          A.   I don't know enough about it in the past.    12:08:19
```

Page 121

| | | |
|---|---|---|
| 1 | Miles' current direct reports. | 12:10:03 |
| 2 | A.   This reflects his direct reports as of -- | 12:10:06 |
| 3 | as of this version date, November 2nd. | 12:10:09 |
| 4 | Q.   Of this year; correct? | 12:10:12 |
| 5 | A.   Of 2017. | 12:10:13 |
| 6 | Q.   Yeah.  Are there prior versions of this | 12:10:14 |
| 7 | organizational chart, if you know, that were | 12:10:17 |
| 8 | versions prior to November 2nd, 2017? | 12:10:24 |
| 9 | A.   There are prior versions of organizational | 12:10:28 |
| 10 | charts. | 12:10:30 |
| 11 | Q.   Okay.  All right. | 12:10:30 |
| 12 | Has Andrew Miles' direct reports changed | 12:10:34 |
| 13 | since November 2nd, 2017, to your knowledge? | 12:10:37 |
| 14 | A.   One -- one is no longer with the company. | 12:10:41 |
| 15 | Q.   Okay.  And who is that? | 12:10:44 |
| 16 | A.   Glenn Jeffrey. | 12:10:45 |
| 17 | Q.   Has somebody taken Glenn Jeffrey's | 12:10:51 |
| 18 | position? | 12:10:54 |
| 19 | So Andrew Miles, does he have an | 12:10:55 |
| 20 | additional direct report that's not listed on this | 12:10:57 |
| 21 | page? | 12:10:59 |
| 22 | A.   No. | 12:10:59 |
| 23 | Q.   Was Mr. Jeffrey fired, or did he resign? | 12:11:06 |
| 24 | A.   He -- he was terminated. | 12:11:09 |
| 25 | Q.   Okay.  Do you know when Glenn Jeffrey was | 12:11:17 |

Page 123

| | | |
|---|---|---|
| 1 | terminated? | 12:11:19 |
| 2 | MR. KOPP:   I'm going to object on | 12:11:21 |
| 3 | third-party privacy grounds.   It's not relevant to | 12:11:22 |
| 4 | any claim here either. | 12:11:25 |
| 5 | MR. KEEGAN:   Are you going to instruct her | 12:11:26 |
| 6 | not to answer? | 12:11:28 |
| 7 | MR. KOPP:   I am. | 12:11:28 |
| 8 | Q.   Do -- are Andrew Miles' direct reports, | 12:11:38 |
| 9 | are they assigned to any particular region of the | 12:11:44 |
| 10 | United States -- | 12:11:46 |
| 11 | A.   No. | 12:11:48 |
| 12 | Q.   -- or Canada? | 12:11:50 |
| 13 | A.   No. | 12:11:51 |
| 14 | All right.   How -- do you know how his | 12:11:55 |
| 15 | direct reports are assigned specific clinical | 12:11:57 |
| 16 | trials at PAREXEL -- employees working on clinical | 12:12:01 |
| 17 | trials at PAREXEL? | 12:12:06 |
| 18 | A.   Yes, there is some strategy to the -- to | 12:12:09 |
| 19 | the assignments and the alignment of the staff. | 12:12:11 |
| 20 | Q.   Okay.   Did -- can you share those with me. | 12:12:13 |
| 21 | A.   Yes.   The early product development | 12:12:15 |
| 22 | team -- so Mary Barnard, Vicky Erickson, Karen | 12:12:23 |
| 23 | Isaacs, and Trisha McLellan, their CRAs are not -- | 12:12:32 |
| 24 | not regionally based, necessarily, in the United | 12:12:40 |
| 25 | States. | 12:12:43 |

Page 124

| | | |
|---|---|---|
| 1 | Q.   Okay. | 12:12:43 |
| 2 | A.   It's -- it's really anywhere within the | 12:12:44 |
| 3 | United States, and there is one CRA based in Canada | 12:12:46 |
| 4 | on that team. | 12:12:50 |
| 5 | Q.   Okay. | 12:12:50 |
| 6 | A.   I don't recall who he reports to. | 12:12:51 |
| 7 | Q.   Okay. | 12:12:51 |
| 8 | A.   So they are generally focused on EPD | 12:12:55 |
| 9 | studies -- | 12:12:58 |
| 10 | Q.   Okay. | 12:12:58 |
| 11 | A.   -- so the -- the earlier phase studies, | 12:12:59 |
| 12 | but not -- not restricted to just those studies. | 12:13:04 |
| 13 | Q.   Okay. | 12:13:07 |
| 14 | A.   Ellen Coccovizzo, Brian Flanagan, and Kim | 12:13:08 |
| 15 | Mimoso, their reports -- their direct reports are | 12:13:17 |
| 16 | mostly in the northeast region of the United | 12:13:19 |
| 17 | States. | 12:13:30 |
| 18 | Q.   Okay.  And Glenn Jeffrey, where was his | 12:13:30 |
| 19 | direct reports when he was employed at PAREXEL? | 12:13:32 |
| 20 | Where were they? | 12:13:36 |
| 21 | A.   They were -- they were actually across the | 12:13:37 |
| 22 | country. | 12:13:39 |
| 23 | THE WITNESS:   Can I just grab another | 12:13:52 |
| 24 | bottle of water? | 12:13:53 |
| 25 | MR. KEEGAN:   Absolutely. | 12:14:02 |

Page 125

| | | |
|---|---|---|
| 1 | COURT REPORTER:  I'll get it for you. | 12:14:02 |
| 2 | Q.   And does -- is there a particular name for | 12:14:13 |
| 3 | the -- the three of Andrew Miles' direct reports? | 12:14:19 |
| 4 | Does that refer to any team? | 12:14:23 |
| 5 | Like, you mentioned the "EPD --" you | 12:14:25 |
| 6 | called that the "EPD team," those direct reports. | 12:14:27 |
| 7 | Is it referred to as the northeast team in any way? | 12:14:31 |
| 8 | A.   Not officially, really. | 12:14:35 |
| 9 | Q.   Okay. | 12:14:36 |
| 10 | A.   I mean... | 12:14:37 |
| 11 | Q.   Okay.  Unofficially are they referred to | 12:14:38 |
| 12 | anything? | 12:14:40 |
| 13 | A.   I mean, colloquially, if I'm talking to | 12:14:40 |
| 14 | Andrew, I might say his late-phase team -- | 12:14:43 |
| 15 | Q.   Okay. | 12:14:47 |
| 16 | A.   -- or his northeast team. | 12:14:47 |
| 17 | Q.   All right.  Are the -- the managers who | 12:14:49 |
| 18 | report in through these associate managers of -- | 12:14:53 |
| 19 | are they limited to certain phases of clinical | 12:15:00 |
| 20 | trials employed in the United States? | 12:15:04 |
| 21 | A.   Can you -- can you... | 12:15:05 |
| 22 | Q.   'Cause you mentioned in your response | 12:15:07 |
| 23 | "late-phase team."  Does that indicate that they | 12:15:08 |
| 24 | only -- there are CRAs and CMAs, that they -- that | 12:15:10 |
| 25 | their managers are reporting to them, supervise -- | 12:15:15 |

Page 126

1    they're only involved in late-stage clinical          12:15:19

2    trials?                                                12:15:20

3         A.   No, they're not only involved in the        12:15:20

4    later-phase clinical trials, but they are --          12:15:22

5    they're more likely to do the later-phase clinical    12:15:26

6    trials.                                                12:15:29

7         Q.   Do their reports -- their CRA -- their --   12:15:38

8    all right.  Just let me lay the foundation.            12:15:41

9              Who reports in to, for instance, Brian       12:15:43

10   Flanagan?  What levels of persons or positions at      12:15:47

11   PAREXEL?  Is it line managers?                         12:15:53

12        A.   CRAs and CMAs.                               12:15:54

13        Q.   Okay.  Would you consider the positions      12:15:58

14   who report in to Andrew Miles as line managers?        12:16:00

15        A.   Yeah.  Yeah.  They have direct reports, so  12:16:06

16   they have line management responsibilities.            12:16:08

17        Q.   Okay.  Do they have responsibilities other  12:16:09

18   than line management responsibilities, the persons     12:16:18

19   who directly report in to Andrew Miles for             12:16:21

20   person -- for CRAs and CMAs who are employed in the    12:16:24

21   United States?                                         12:16:29

22             MR. KOPP:  Objection.  Vague.                12:16:29

23        A.   So I'm -- I would consider the line          12:16:31

24   management responsibilities to be the management of    12:16:33

25   their direct reports.                                  12:16:35

                                             Page 127

```
 1        Q.   Okay.                                    12:16:35

 2        A.   And they -- they also have -- have       12:16:38

 3   responsibilities to support with initiatives or -- 12:16:43

 4   or support with projects, when needed.             12:16:46

 5        Q.   Line managers -- or "LM" is an acronym   12:16:49

 6   used by PAREXEL currently; correct?                12:16:53

 7        A.   It's not -- I don't know that it's a title 12:16:55

 8   or an official -- I mean, it's certainly           12:16:58

 9   terminology that's used, but...                    12:17:04

10        Q.   Okay.  Are the CRAs and CMAs that report 12:17:09

11   in, for example, to Brian Flanagan, are they       12:17:34

12   limited to only one or more of the CRA and CMA     12:17:39

13   positions, such as, you know how there's three for 12:17:46

14   each, CMA I, CMA II, Senior CMA?   Same with the   12:17:49

15   CRAs?                                              12:17:54

16             Does he have a mix of CRAs that report to 12:17:57

17   him?  It's not -- they're not limited to any       12:17:59

18   particular --                                      12:18:01

19        A.   Right.  The managers on my team are not  12:18:03

20   limited to a certain level of -- of CRA or CMA.    12:18:05

21        Q.   Right.  And that would be the same for   12:18:08

22   each of the -- the managers listed on Chu 24 that  12:18:15

23   are responsible for CRAs and CMAs employed in the  12:18:23

24   United States; is that right?                      12:18:25

25        A.   Right.  They're -- they're not limited to. 12:18:30
```

Page 128

1          <u>I couldn't speak -- without looking at the</u>    12:18:33

2    <u>list -- what the levels are, but they're not</u>         12:18:35

3    <u>limited to a certain level.</u>                          12:18:37

4          Q.    Okay.  And how long has Andrew Miles        12:18:46

5    served in his position as Senior Manager at             12:18:47

6    PAREXEL?                                                 12:18:52

7          A.    Over a year.  But I -- I don't recall the   12:18:52

8    exact date.                                              12:18:57

9          Q.    Is there somebody who held Andrew Miles'    12:19:00

10   position before he assumed the position as Senior       12:19:03

11   Manager listed on Chu 24?                                12:19:06

12         A.    Not that I -- I'm not sure.  He didn't      12:19:11

13   report to me before he was a Senior Manager.            12:19:13

14         Q.    You said he's only held his current         12:19:24

15   position for a little over a year; is that right?       12:19:27

16         A.    Over -- over one year.                      12:19:28

17         Q.    Over a year?                                12:19:30

18         A.    I'm not sure exactly how long over one      12:19:33

19   year.                                                   12:19:34

20         Q.    Okay.  And did -- when -- did he replace    12:19:42

21   somebody when he obtained his position as Senior        12:19:45

22   Manager, or was there a Senior Manager just added?      12:19:49

23         A.    So I -- I don't know.                       12:19:54

24         Q.    Okay.                                       12:19:54

25         A.    He -- he transferred to me when he became   12:19:55

Page 129

| | | |
|---|---|---|
| 1 | interviewing the hiring of the CRA for a particular | 01:30:45 |
| 2 | project that PAREXEL was working on, or was it | 01:30:49 |
| 3 | general expansion of the company? | 01:30:54 |
| 4 | A.   It would have been general expansion of | 01:30:56 |
| 5 | the company. | 01:30:58 |
| 6 | Q.   Okay.  And as you sit here today, you | 01:31:01 |
| 7 | can't -- can you recall if the CRA that you were | 01:31:02 |
| 8 | hiring was for Canada, versus the United States? | 01:31:06 |
| 9 | A.   No. | 01:31:10 |
| 10 | Q.   And when you testified that you were | 01:31:20 |
| 11 | responsible for hiring more than 10 -- but less | 01:31:22 |
| 12 | than 20 -- approximate -- CRAs in your current | 01:31:27 |
| 13 | position, how were you responsible? | 01:31:30 |
| 14 | In what way? | 01:31:35 |
| 15 | A.   So I would serve as the hiring manager -- | 01:31:36 |
| 16 | Q.   Okay. | 01:31:36 |
| 17 | A.   -- and I would work with our -- with our | 01:31:40 |
| 18 | talent acquisition team to identify appropriate | 01:31:47 |
| 19 | CRAs to have interviewed, and I would delegate the | 01:31:50 |
| 20 | interview responsibility to managers on my team. | 01:31:55 |
| 21 | And with the feedback provided by the managers, we | 01:31:59 |
| 22 | would decide if we would hire the CRAs. | 01:32:03 |
| 23 | Q.   Okay.  And would the feedback from your | 01:32:06 |
| 24 | managers, would that come in the form of interview | 01:32:10 |
| 25 | notes recorded on PAREXEL's computer system? | 01:32:13 |

Page 139

1      <u>A.   It -- it could come in various forms:</u>    01:32:19

2  <u>either verbal, a phone conversation, an email to</u>    01:32:23

3  <u>me, or -- or a formal note.</u>    01:32:26

4      <u>Q.   Okay.  When you've interviewed CRAs, have</u>    01:32:31

5  <u>you inputted interview notes into a PAREXEL</u>    01:32:34

6  <u>computer system in any way?</u>    01:32:39

7          <u>I know it's been a while since you did,</u>    01:32:42

8  <u>but...</u>    01:32:44

9      <u>A.   Yeah.  I -- I have, but not consistently.</u>    01:32:44

10      Q.   Okay.  You referred to the talent    01:32:52

11  acquisition team in your response.  Is that a    01:32:55

12  particular department or division at PAREXEL?    01:32:57

13      A.   That is a -- a division at PAREXEL.    01:32:59

14      <u>Q.   Okay.  And is that -- the talent</u>    01:33:07

15  <u>acquisition team, is that a division that falls</u>    01:33:09

16  <u>under the HR department at PAREXEL?</u>    01:33:12

17      <u>A.   Yes.</u>    01:33:17

18      Q.   Regarding the -- the CRAs -- regarding the    01:33:31

19  CRAs that you had responsibility for, the 10 --    01:33:35

20  more than 10/less than 20, do you recall who    01:33:40

21  interviewed those 10 -- more-than-10-less-than-20    01:33:44

22  CRAs?    01:33:48

23          Was it any particular member of your    01:33:49

24  direct reports?  Or reports to your direct reports?    01:33:51

25      A.   No, I don't recall who interviewed.    01:34:01

Page 140

```
 1     compensation for these CRAs -- or CMAs?           01:53:35

 2         A.   I'm -- I'm not sure specifically.        01:53:40

 3         Q.   Okay.  Do you provide any feedback or     01:53:42

 4     recommendation regarding the compensation to be    01:53:47

 5     paid to the CMAs that you interviewed in August of 01:53:49

 6     2016?                                              01:53:53

 7         A.   Yes.                                      01:53:55

 8         Q.   Okay.  And who did you provide the        01:53:57

 9     feedback to?                                       01:53:58

10         A.   I would have provided it to -- I can't    01:54:03

11     recall her name -- but a representative from our   01:54:11

12     talent acquisition team.                           01:54:14

13         Q.   Of all the persons that -- all -- strike  01:54:25

14     that.                                              01:54:29

15              Of all the CRAs that you've had           01:54:30

16     responsibility for hiring, have they all been paid 01:54:32

17     on a salary basis by PAREXEL, to your knowledge?   01:54:37

18         A.   All of the CRAs that I have hired as      01:54:44

19     permanent employees have definitely been paid on a 01:54:50

20     salary basis.                                      01:54:53

21         Q.   Okay.  Have you ever interviewed CRAs to  01:54:54

22     be hired as contract CRAs?                         01:54:57

23              MR. KOPP:  Objection.  Vague.             01:55:00

24         A.   I -- I have interviewed CRAs to be -- to  01:55:03

25     be hired and work for PAREXEL as -- as agency temps 01:55:10
```

                                             Page 153

| | | |
|---|---|---|
| 1 | through their agency. | 01:55:14 |
| 2 | Q.   So you've interviewed CRAs that were hired | 01:55:20 |
| 3 | by PAREXEL through a temp agency; is that correct? | 01:55:26 |
| 4 | A.   So I -- I want to clarify, 'cause I'm | 01:55:30 |
| 5 | actually the -- I've hired -- I've interviewed CRAs | 01:55:32 |
| 6 | to work for PAREXEL through the temp agency. | 01:55:39 |
| 7 | Q.   Okay.  And, then, of those ones that | 01:55:44 |
| 8 | you've interviewed, who were in charge of working | 01:55:47 |
| 9 | out the compensation with the temp agency -- | 01:55:50 |
| 10 | A.   The temp agency -- | 01:55:52 |
| 11 | Q.   -- on the PAREXEL side? | 01:55:54 |
| 12 | A.   So -- so -- | 01:55:57 |
| 13 | Q.   Would it have been talent acquisitions as | 01:56:04 |
| 14 | well? | 01:56:07 |
| 15 | MR. KOPP:  Vague as -- question. | 01:56:07 |
| 16 | A.   Can you repeat the question. | 01:56:13 |
| 17 | Q.   Sure.  So you -- you've said that -- in | 01:56:14 |
| 18 | your testimony that you've interviewed CRAs that | 01:56:16 |
| 19 | were going to be hired through a temp agency; | 01:56:17 |
| 20 | correct -- by PAREXEL? | 01:56:22 |
| 21 | MR. KOPP:  Vague.  And misstates | 01:56:26 |
| 22 | testimony.  Also compound. | 01:56:28 |
| 23 | A.   Right.  So I think I just want to be clear | 01:56:29 |
| 24 | that -- | 01:56:32 |
| 25 | Q.   Sure. | 01:56:32 |

Page 154

| | | |
|---|---|---|
| 1 | A.   -- my understanding of it is that we -- | 01:56:33 |
| 2 | I'm unsure about the word "hire."   That's -- you | 01:56:36 |
| 3 | know, we -- we had them work for PAREXEL through | 01:56:39 |
| 4 | the temp agency; and I -- I did interview them, | 01:56:44 |
| 5 | yes. | 01:56:47 |
| 6 | Q.   Okay.   And did you set the compensation | 01:56:47 |
| 7 | for those CRAs hired through the temp agency using | 01:56:53 |
| 8 | your language? | 01:56:58 |
| 9 | A.   I don't. | 01:57:01 |
| 10 | MR. KOPP:   Vague and compound. | 01:57:02 |
| 11 | A.   I don't know what the CRAs specifically | 01:57:03 |
| 12 | were paid from the temp agency. | 01:57:05 |
| 13 | Q.   Okay.   But of the CRAs that you | 01:57:14 |
| 14 | interviewed that would work for PAREXEL through the | 01:57:15 |
| 15 | temp agency -- | 01:57:17 |
| 16 | A.   Yeah. | 01:57:17 |
| 17 | Q.   -- was there somebody at PAREXEL that was | 01:57:18 |
| 18 | responsible for setting the compensation to be paid | 01:57:20 |
| 19 | to the temp agency? | 01:57:23 |
| 20 | MR. KOPP:   Lacks foundation.   And calls | 01:57:24 |
| 21 | for speculation. | 01:57:25 |
| 22 | Q.   It wasn't you; right? | 01:57:26 |
| 23 | A.   I -- no, I didn't -- I wasn't involved | 01:57:28 |
| 24 | in -- in setting the rate with the temp agency. | 01:57:33 |
| 25 | Q.   Right.   Was somebody else in charge at | 01:57:36 |

Page 155

| | | |
|---|---|---|
| 1 | PAREXEL for setting that -- those compensation -- | 01:57:39 |
| 2 | MR. KOPP:  Lacks -- | 01:57:42 |
| 3 | Q.   -- agreements? | 01:57:43 |
| 4 | MR. KOPP:  Objection.  Lacks foundation -- | 01:57:44 |
| 5 | foundation.  Calls for speculation. | 01:57:46 |
| 6 | A.   It wasn't -- I know that it wasn't me. | 01:57:48 |
| 7 | MR. KOPP:  I'm sorry.  You guys have been | 01:57:50 |
| 8 | doing a good job, but, yeah, please wait for him to | 01:57:52 |
| 9 | conclude his question. | 01:57:54 |
| 10 | MR. KEEGAN:  Sure. | 01:57:54 |
| 11 | THE WITNESS:  I'm sorry. | 01:57:56 |
| 12 | Q.   And I'm just following up because you said | 01:57:56 |
| 13 | you had some discretion; you don't know if you had | 01:57:58 |
| 14 | to get ultimate approval from somebody else or not | 01:58:00 |
| 15 | for the CRAs hired in the United States, correct, | 01:58:02 |
| 16 | for the ones that you interviewed -- | 01:58:05 |
| 17 | A.   For the -- | 01:58:07 |
| 18 | Q.   -- ones directly; right? | 01:58:08 |
| 19 | A.   Yes. | 01:58:09 |
| 20 | Q.   So we talked about that. | 01:58:09 |
| 21 | A.   Yeah. | 01:58:10 |
| 22 | Q.   You had some discretion -- not sure if you | 01:58:12 |
| 23 | had to get ultimate approval from somebody or not | 01:58:14 |
| 24 | -- for the CRAs hired in the United States, and I'm | 01:58:18 |
| 25 | just trying to compare that to the -- to the CRAs | 01:58:24 |

Page 156

| | | |
|---|---|---|
| 1 | that you interviewed that were hired through the | 01:58:26 |
| 2 | temp agency -- using your words -- that you -- | 01:58:30 |
| 3 | A.  My -- my specific role is not to set | 01:58:33 |
| 4 | any -- any financial pieces there. | 01:58:36 |
| 5 | Q.  Right.  And, then, my follow-up is:  Do | 01:58:38 |
| 6 | you know who was in charge of that, if you know? | 01:58:40 |
| 7 | A.  I don't know. | 01:58:43 |
| 8 | Q.  Okay.  Were you ever involved in hiring | 01:58:52 |
| 9 | CMAs that worked through a "temp agency," as you've | 01:58:54 |
| 10 | described it? | 01:58:59 |
| 11 | MR. KOPP:  Objection.  Vague.  And | 01:59:00 |
| 12 | compound. | 01:59:00 |
| 13 | A.  I was never involved. | 01:59:03 |
| 14 | Q.  Okay.  Do you have any understanding if | 01:59:07 |
| 15 | PAREXEL directly contracts with CRAs on an | 01:59:08 |
| 16 | independent contractor arrangement? | 01:59:16 |
| 17 | A.  Nothing that I'm aware of. | 01:59:19 |
| 18 | Q.  Okay.  Do you -- are you aware if PAREXEL | 01:59:22 |
| 19 | directly contracts with CMAs on an independent | 01:59:26 |
| 20 | contractor arrangement? | 01:59:29 |
| 21 | A.  I have no awareness of that. | 01:59:32 |
| 22 | Q.  Okay.  Regarding the interviews of the 30 | 01:59:51 |
| 23 | CMAs that you conducted in August of 2016, do you | 01:59:55 |
| 24 | know the names of any of those CMAs you | 01:59:59 |
| 25 | interviewed? | 02:00:01 |

Page 157

| | | |
|---|---|---|
| 1 | MR. KOPP:  Objection.  Instruct not to | 02:00:05 |
| 2 | answer. | 02:00:06 |
| 3 | THE WITNESS:  Okay. | 02:00:07 |
| 4 | MR. KEEGAN:  I'm just laying the | 02:00:08 |
| 5 | foundation if she knows. | 02:00:10 |
| 6 | MR. KOPP:  Sure.  That's fine. | 02:00:11 |
| 7 | Q.   Do you recall any of the names of the CMAs | 02:00:12 |
| 8 | that were -- that you interviewed? | 02:00:14 |
| 9 | A.   I -- I can recall at least one name. | 02:00:17 |
| 10 | Q.   Okay. | 02:00:24 |
| 11 | MR. KEEGAN:  Well -- | 02:00:24 |
| 12 | Q.   Can you state that name for the record. | 02:00:25 |
| 13 | MR. KOPP:  Objection on third-party | 02:00:27 |
| 14 | privacy grounds.  Failure to make an adequate | 02:00:28 |
| 15 | showing under Mantolete. | 02:00:34 |
| 16 | Instruct not to answer. | 02:00:37 |
| 17 | COURT REPORTER:  Adequate showing under? | 02:00:37 |
| 18 | MR. KOPP:  Mantolete. | 02:00:37 |
| 19 | Q.   All right.  And the | 02:00:47 |
| 20 | more-than-10-less-than-20 CRAs you recall | 02:00:49 |
| 21 | interviewing over a year ago, do you recall the | 02:00:51 |
| 22 | names of any of those CRAs? | 02:00:54 |
| 23 | A.   No. | 02:00:56 |
| 24 | Q.   Okay.  And do you recall if the CRAs that | 02:01:03 |
| 25 | you were interviewing -- the more than 10/less than | 02:01:07 |

Page 158

| | | |
|---|---|---|
| 1 | 20 -- were those decentralized CRA positions; | 02:01:12 |
| 2 | meaning they would work from home? | 02:01:16 |
| 3 |     A.   I don't recall if they all were. | 02:01:20 |
| 4 |     Q.   Okay.  Do you recall if any were? | 02:01:22 |
| 5 |     A.   I -- yes, some -- some were. | 02:01:28 |
| 6 |     Q.   Okay.  And were some also hired to work at | 02:01:30 |
| 7 | a specific location in the United States? | 02:01:33 |
| 8 |     A.   So if we were to hire someone to -- a CRA | 02:01:39 |
| 9 | to work in a specific location, it would only be | 02:01:44 |
| 10 | their base of operations, if you will. | 02:01:51 |
| 11 |     Q.   Right. | 02:01:53 |
| 12 |     A.   So when we hire, we hire CRAs to travel | 02:01:53 |
| 13 | anywhere. | 02:01:56 |
| 14 |        But I -- there -- there is -- it could -- | 02:01:59 |
| 15 | I don't recall, honestly, you know, how many, if | 02:02:05 |
| 16 | any, would have been based in an office. | 02:02:08 |
| 17 |     Q.   Okay.  As you sit here today, do you | 02:02:12 |
| 18 | recall if any of the CRAs that you interviewed were | 02:02:13 |
| 19 | going to be based in the office? | 02:02:17 |
| 20 |     A.   I don't recall. | 02:02:20 |
| 21 |     Q.   And as a general matter, most -- the CRAs | 02:02:26 |
| 22 | are hired by PAREXEL -- are all -- are a | 02:02:29 |
| 23 | decentralized position because they're required to | 02:02:35 |
| 24 | travel anywhere, is that accurate? | 02:02:37 |
| 25 |        MR. KOPP:  Objection.  Vague.  And | 02:02:41 |

Page 159

| | | |
|---|---|---|
| 1 | compound. | 02:02:41 |
| 2 | A.   I couldn't speak to the reason, but more | 02:02:43 |
| 3 | than 50 percent of our -- of our CRAs are based in | 02:02:45 |
| 4 | a decentralized position. | 02:02:50 |
| 5 | Q.   Okay.  Let me show you what was previously | 02:03:18 |
| 6 | marked as -- oh, well, before I go to that, the -- | 02:03:20 |
| 7 | the 30 CMAs that you interviewed and were hired by | 02:03:26 |
| 8 | PAREXEL, were they all required to do initiation | 02:03:30 |
| 9 | training after they were hired? | 02:03:33 |
| 10 | A.   Can you clarify what you mean by | 02:03:39 |
| 11 | "initiation training." | 02:03:41 |
| 12 | Q.   Well, just initial training by PAREXEL. | 02:03:43 |
| 13 | Did they all have to go through initial | 02:03:45 |
| 14 | training? | 02:03:47 |
| 15 | A.   Yes, they -- they would have all gone | 02:03:48 |
| 16 | through some initial training. | 02:03:49 |
| 17 | Q.   Okay.  And the -- the | 02:03:51 |
| 18 | more-than-10-less-than-20 CRAs that you interviewed | 02:03:54 |
| 19 | that were hired, did they all have to go through | 02:03:55 |
| 20 | initial training through PAREXEL? | 02:03:57 |
| 21 | A.   Yes.  They -- they would go through | 02:03:59 |
| 22 | initial training. | 02:04:01 |
| 23 | Q.   All right.  Let me place before you what's | 02:04:02 |
| 24 | been previously marked as Exhibit 2.  And I'll call | 02:04:06 |
| 25 | your attention to the top of the second page of | 02:04:12 |

Page 160

1      Q.   Can you, just for the record, tell me your     02:09:12

2   understanding of IRB.                                   02:09:13

3      A.   Institutional Review Board.                     02:09:14

4      Q.   And the -- are there IRBs that approve all      02:09:16

5   clinical trial protocols that CRAs and CMAs work on     02:09:20

6   through their employment at PAREXEL?                    02:09:27

7           MR. KOPP:   Objection.   Compound.              02:09:29

8      A.   Could you maybe clarify that question,          02:09:32

9   please.                                                 02:09:33

10      Q.   Sure.                                           02:09:34

11           Before a CRA or a CMA is assigned to a          02:09:37

12   clinical trial, a -- those clinical trials that        02:09:40

13   CRAs and CMAs work on in the United States are all     02:09:42

14   approved by IRBs; is that right?                        02:09:45

15      A.   Did you say before?                             02:09:50

16      Q.   Yes.                                            02:09:51

17      A.   No.   No.   No.                                 02:09:51

18      Q.   Before they start work?                         02:09:52

19      A.   No.   So the -- the clinical trial protocol    02:09:52

20   and associate documents would be presented to and     02:10:02

21   they are approved or rejected by the IRB after we     02:10:06

22   start working on the trial, after the qualification   02:10:11

23   visit.                                                  02:10:14

24      Q.   But IRB approval is necessary before any       02:10:20

25   patient enrolls in the study; is that accurate?        02:10:22

Page 164

1        A.   That's correct.                            02:10:24

2        Q.   Okay.  And are the clinical trials that --  02:10:31

3   that CRAs and CMAs work on in the United States,     02:10:33

4   do -- is there a medical team assigned to each       02:10:37

5   clinical trial?                                      02:10:40

6        A.   Yes.  I believe there's a medical team or  02:10:44

7   a medical monitor assigned to each trial.            02:10:47

8        Q.   And medical monitors assigned to the       02:10:58

9   clinical trials are medical doctors; is that         02:11:00

10  correct?                                             02:11:04

11       A.   I am not aware of any that aren't.          02:11:05

12       Q.   Okay.  And -- and medical team, are they   02:11:08

13  composed of medical doctors and -- and other         02:11:16

14  medical positions -- when a medical team is          02:11:19

15  assigned that includes a medical monitor, it could   02:11:23

16  also include a biostatistician.                      02:11:29

17            Are you familiar with what kind of persons 02:11:33

18  are -- serve on medical teams?                       02:11:34

19            MR. KOPP:  Objection.  Vague and compound. 02:11:36

20       A.   I think the medical -- the term "medical   02:11:38

21  team" is -- is maybe too broad.                      02:11:41

22            There's -- there's -- I'm not aware of any 02:11:43

23  clear definition of -- of "medical team."            02:11:45

24       Q.   Do you know if there's an ICH GCP          02:11:58

25  guideline for medical teams?                         02:12:02

Page 165

| | | |
|---|---|---|
| 1 | Are you familiar with those guidelines? | 02:12:06 |
| 2 | A.   I am familiar with those guidelines. | 02:12:08 |
| 3 | I'm not aware of a specific guideline | 02:12:18 |
| 4 | related to medical teams. | 02:12:20 |
| 5 | Q.   Is there -- are you familiar with an ICH | 02:12:31 |
| 6 | GCP guideline 5.3, medical expertise? | 02:12:34 |
| 7 | Have you heard of that guideline before? | 02:12:40 |
| 8 | A.   I'm -- I'm not -- I can't recall that | 02:12:46 |
| 9 | guideline. | 02:12:51 |
| 10 | Q.   Okay.  Do you recall generally that under | 02:12:54 |
| 11 | that guideline a sponsor should designate -- | 02:12:58 |
| 12 | designates qualified medical personnel to advise on | 02:13:04 |
| 13 | trial-related medical questions or problems with | 02:13:11 |
| 14 | the clinical trial? | 02:13:14 |
| 15 | A.   Because I can't recall the guideline, I -- | 02:13:16 |
| 16 | I can't recall specifically that it's under that | 02:13:19 |
| 17 | guideline. | 02:13:20 |
| 18 | Q.   Okay.  But it's your -- it's your | 02:13:23 |
| 19 | understanding that there's medical monitors | 02:13:26 |
| 20 | assigned to the clinical trials that CRAs and CMAs | 02:13:29 |
| 21 | work on; is that accurate? | 02:13:33 |
| 22 | A.   Correct. | 02:13:35 |
| 23 | Q.   Okay.  We -- before the lunch break we | 02:13:59 |
| 24 | discussed 1572 forms. | 02:14:03 |
| 25 | A.   Uh-huh. | 02:14:05 |

Page 166

```
1        Q.   Is it your understanding that 1572 forms    02:14:07

2   list the -- the PI and the subI's for each clinical    02:14:11

3   site?                                                   02:14:17

4        A.   That's my understanding, yes.                02:14:18

5        Q.   Yeah.  And are 1572 forms saved in the TMF   02:14:19

6   file --                                                 02:14:23

7        A.   Yeah.                                         02:14:24

8        Q.   -- on each clinical study?                    02:14:24

9        A.   Yes, they are.                                02:14:27

10        Q.   Are you familiar with the Delegation of     02:14:28

11   Authority Log?                                          02:14:32

12        A.   I am.                                         02:14:33

13        Q.   Have you heard that term before?             02:14:33

14        A.   Yes.                                          02:14:34

15        Q.   Yeah.  Since the time that you've worked     02:14:35

16   at PAREXEL, have -- has PAREXEL used a --               02:14:41

17   Delegation of Authority Logs -- or at least            02:14:49

18   documented Delegation of Authority Logs?               02:14:52

19             MR. KOPP:  Objection.  Compound.            02:14:55

20        A.   There has -- the Delegation of Authority     02:14:59

21   Logs has always been something that, since I've        02:15:04

22   worked at PAREXEL, that we've -- has been included      02:15:07

23   in our -- our responsibilities to review.              02:15:13

24        Q.   Got it.                                       02:15:17

25             And did you have a responsibility to         02:15:18
```

Page 167

| | | |
|---|---|---|
| 1 | review 1572 forms when you worked as a CRA at -- at | 02:15:20 |
| 2 | PAREXEL? | 02:15:27 |
| 3 | A.   Yes, I did. | 02:15:28 |
| 4 | Q.   And did you review a -- Delegation of | 02:15:33 |
| 5 | Authority Logs when you worked as a CRA? | 02:15:35 |
| 6 | A.   Yes. | 02:15:37 |
| 7 | Q.   And is it your understanding that the -- | 02:15:43 |
| 8 | the PIs and the subI's on the 1572 forms are all | 02:15:44 |
| 9 | medical doctors? | 02:15:48 |
| 10 | A.   No.   No, that's not my understanding. | 02:15:53 |
| 11 | Q.   Okay.   What -- what is your understanding | 02:15:56 |
| 12 | of what kind of persons are on the 15 -- listed on | 02:15:57 |
| 13 | the 1572 forms? | 02:16:02 |
| 14 | A.   The principal investigator is typically a | 02:16:03 |
| 15 | doctor.   The subinvestigators, there's -- there's | 02:16:07 |
| 16 | no requirement for the subinvestigators to be | 02:16:17 |
| 17 | doctors.   So you'll often see other -- other | 02:16:20 |
| 18 | healthcare professionals. | 02:16:22 |
| 19 | Q.   And "other healthcare professionals," who | 02:16:28 |
| 20 | are you referring to in your response? | 02:16:30 |
| 21 | A.   The -- there is some variation from -- | 02:16:40 |
| 22 | from trial to trial about -- and sponsor to | 02:16:47 |
| 23 | sponsor -- and, again, site to site -- what they -- | 02:16:52 |
| 24 | what they agree upon/decide who they should include | 02:16:55 |
| 25 | in that. | 02:16:58 |

Page 168

| | | |
|---|---|---|
| 1 | So you will see, of course, medical | 02:16:59 |
| 2 | doctors, nurses, other -- other healthcare | 02:17:01 |
| 3 | professionals.  Just to give an example:  A -- | 02:17:08 |
| 4 | like, a radiology technician, as well as, you | 02:17:15 |
| 5 | will -- you will sometimes see those in the role of | 02:17:18 |
| 6 | study coordinator even without nursing degrees. | 02:17:22 |
| 7 | Q.   Okay.  Aren't -- aren't study coordinators | 02:17:27 |
| 8 | generally listed on Delegation of Authority Logs | 02:17:31 |
| 9 | instead of the 1572 forms? | 02:17:36 |
| 10 | A.   Anyone that's listed on the 1572 would | 02:17:40 |
| 11 | also be on the Delegation of Authority. | 02:17:43 |
| 12 | Q.   When's the last time you looked at a 1572 | 02:17:48 |
| 13 | form on a clinical trial run by PAREXEL? | 02:17:50 |
| 14 | A.   Over a year ago. | 02:18:02 |
| 15 | Q.   Okay.  Do you recall the study that it | 02:18:06 |
| 16 | related to? | 02:18:07 |
| 17 | A.   No. | 02:18:08 |
| 18 | Q.   Okay.  Do you recall what purpose you were | 02:18:10 |
| 19 | reviewing the form for? | 02:18:11 |
| 20 | A.   Nope. | 02:18:13 |
| 21 | Q.   Just general curiosity, or did somebody | 02:18:13 |
| 22 | tell you to review it, or... | 02:18:17 |
| 23 | A.   I was -- I was likely reviewing in | 02:18:23 |
| 24 | preparation for an audit. | 02:18:26 |
| 25 | Q.   Okay.  What is your understanding what the | 02:18:29 |

Page 169

| | | |
|---|---|---|
| 1 | purpose is for documenting 15 -- 1572 forms in a | 02:18:38 |
| 2 | clinical trial? | 02:18:48 |
| 3 | A.   A 1572 is -- is essentially the contract | 02:18:50 |
| 4 | between the investigator and the FDA and the | 02:18:51 |
| 5 | agreements -- what the investigator is agreeing to | 02:18:56 |
| 6 | to the FDA. | 02:18:58 |
| 7 | So I think -- I guess to clarify, I said | 02:19:04 |
| 8 | "between," but -- but the -- the investigator | 02:19:06 |
| 9 | solely will -- you know, is responsible for that | 02:19:08 |
| 10 | form, and signs it. | 02:19:11 |
| 11 | Q.   And does the 1572 form specify that the -- | 02:19:12 |
| 12 | the PI has ultimate authority over the site | 02:19:21 |
| 13 | conducting the clinical trial that's identified in | 02:19:26 |
| 14 | the 1572 form? | 02:19:28 |
| 15 | MR. KOPP:   Objection.   Lacks foundation. | 02:19:31 |
| 16 | A.   I -- I can't recall the exact verbiage on | 02:19:33 |
| 17 | the form. | 02:19:35 |
| 18 | Q.   Okay.   And the 1572 form is a standard FDA | 02:19:36 |
| 19 | form; correct? | 02:19:41 |
| 20 | A.   That's correct. | 02:19:41 |
| 21 | Q.   Okay.   And it's utilized in every clinical | 02:19:42 |
| 22 | trial that CRAs and CMAs work on in the United | 02:19:46 |
| 23 | States; correct? | 02:19:49 |
| 24 | A.   In the -- yeah -- in the United States. | 02:19:50 |
| 25 | Q.   Okay.   And what is your understanding of | 02:19:57 |

Page 170

| | | |
|---|---|---|
| 1 | the purpose of documenting a Delegation of | 02:19:58 |
| 2 | Authority Log on the clinical trials worked by -- | 02:20:03 |
| 3 | worked on by CRAs and CMAs in the United States? | 02:20:05 |
| 4 | A.   My understanding of -- of that log is for | 02:20:13 |
| 5 | the principal investigator of the trial to confirm | 02:20:18 |
| 6 | that he has delegated his authority for very | 02:20:22 |
| 7 | specific items to other -- other people. | 02:20:26 |
| 8 | Q.   Okay.  Anything else you can think of of | 02:20:38 |
| 9 | the purpose of documenting the Delegation of | 02:20:43 |
| 10 | Authority Log? | 02:20:50 |
| 11 | A.   That would be the -- that would be the | 02:20:50 |
| 12 | primary purpose of the log. | 02:20:52 |
| 13 | Q.   Okay.  During the time that you worked as | 02:21:09 |
| 14 | a CRA at PAREXEL, did they use the acronym "CRF" or | 02:21:12 |
| 15 | case report forms? | 02:21:18 |
| 16 | A.   Yes. | 02:21:19 |
| 17 | Q.   Okay.  And they've used that acronym | 02:21:20 |
| 18 | throughout the time that you worked at -- at | 02:21:24 |
| 19 | PAREXEL? | 02:21:27 |
| 20 | A.   Variations of that acronym, yes. | 02:21:28 |
| 21 | Q.   Okay.  What other variations do you | 02:21:30 |
| 22 | recall? | 02:21:31 |
| 23 | A.   You'll hear "ECRF" or "EDC." | 02:21:31 |
| 24 | Q.   Okay.  So do you consider EDC to be the, | 02:21:34 |
| 25 | sort of, name equal to the CRF acronym? | 02:21:38 |

Page 171

```
 1        A.    Uhm.                                  02:21:44

 2        Q.    EDC is electronic document capture;   02:21:44

 3   correct?                                         02:21:46

 4        A.    EDC is the system.                    02:21:47

 5        Q.    Right.  And what would you consider a -- a  02:21:48

 6   CRF, case report form?  What would you --        02:21:52

 7        A.    So --                                 02:21:58

 8        Q.    What's your understanding of the CRF? 02:21:58

 9        A.    A case report form is the form -- either  02:22:01

10   paper or electronic -- that is used to capture some  02:22:09

11   of the data or the key data for the trial in a --  02:22:18

12   in a standard way.                                02:22:24

13        Q.    All right.  And study protocols usually  02:22:26

14   set out what data is to be captured on the CRF    02:22:31

15   forms; correct?                                   02:22:33

16        A.    The -- the clinical trial protocol would  02:22:40

17   specify the -- the activities/events, what needs to  02:22:44

18   happen during the trial.  It wouldn't necessarily  02:22:56

19   say exactly which data points to be -- that are to  02:22:57

20   be captured, but there is an alignment.           02:23:01

21        Q.    Okay.  And what -- what document would  02:23:04

22   identify the exact data points to be captured on a  02:23:05

23   clinical trial; do you know?                      02:23:09

24        A.    The CRF.                               02:23:11

25        Q.    All right.  Got it.                    02:23:12
```

Page 172

| | | |
|---|---|---|
| 1 | And where are the CF -- CRF forms kept? | 02:23:15 |
| 2 | Are they kept on the Trial Master File for the | 02:23:18 |
| 3 | study, or is it the CTMS? | 02:23:22 |
| 4 | A.   Ultimately they -- they are part of Trial | 02:23:27 |
| 5 | Master File. | 02:23:38 |
| 6 | Q.   And who -- isn't it correct to say that | 02:23:39 |
| 7 | the PI or the subI's or the persons listed in the | 02:23:45 |
| 8 | Delegation of Authority Logs are the persons who | 02:23:55 |
| 9 | input the data into the CRF forms; correct? | 02:23:56 |
| 10 | A.   So -- yes.  The -- the people on the | 02:24:10 |
| 11 | Delegation of Authority Log are the people that | 02:24:15 |
| 12 | input the data into the CRF.  That's -- that's | 02:24:17 |
| 13 | accurate. | 02:24:23 |
| 14 | Q.   Okay.  And there's also, SD -- or source | 02:24:29 |
| 15 | documentation? | 02:24:31 |
| 16 | A.   Uh-huh. | 02:24:31 |
| 17 | Q.   Are you familiar with that term? | 02:24:32 |
| 18 | A.   I am familiar with that term. | 02:24:33 |
| 19 | Q.   And can you describe for me what your | 02:24:36 |
| 20 | understanding of -- of source documentation is. | 02:24:39 |
| 21 | A.   Yes.  So source documentation is any | 02:24:42 |
| 22 | record related to an individual subject in a | 02:24:48 |
| 23 | clinical trial that -- either they're medical | 02:24:54 |
| 24 | records or anything else that could be relevant to | 02:25:01 |
| 25 | that trial in terms of notes, either electronic or | 02:25:03 |

Page 173

| | | |
|---|---|---|
| 1 | paper. | 02:25:10 |
| 2 | Q.   Right.   And that source documentation is | 02:25:12 |
| 3 | different than what's -- is a different record than | 02:25:14 |
| 4 | a CRF; correct? | 02:25:17 |
| 5 | A.   Correct. | 02:25:18 |
| 6 | Q.   Okay.   And part of the CRA's job is to | 02:25:22 |
| 7 | compare SD with CRF documents; correct? | 02:25:26 |
| 8 | A.   That is one part of their job -- | 02:25:32 |
| 9 | Q.   Right. | 02:25:33 |
| 10 | A.   -- yes. | 02:25:34 |
| 11 | Q.   And that's -- is that referred to as | 02:25:34 |
| 12 | source document verification -- or SDV -- at | 02:25:36 |
| 13 | PAREXEL? | 02:25:40 |
| 14 | A.   Yes, it is. | 02:25:40 |
| 15 | Q.   Okay.   And CMAs who do not -- strike that. | 02:25:45 |
| 16 | CMAs generally do not do on-site visits -- | 02:25:50 |
| 17 | is that accurate -- in PAREXEL? | 02:25:53 |
| 18 | They do remote visits; correct? | 02:25:57 |
| 19 | A.   That's correct.   Generally speaking, CMAs | 02:25:59 |
| 20 | don't do on-site visits.   There are, of course, | 02:26:03 |
| 21 | exceptions. | 02:26:07 |
| 22 | Q.   Okay.   And to the extent CMAs do any | 02:26:07 |
| 23 | monitoring of sites, they're not -- when they're | 02:26:13 |
| 24 | doing a remote visit, they're not looking at SD; | 02:26:16 |
| 25 | correct?   They're not looking at source | 02:26:19 |

Page 174

1    documentation.  They're looking at what's in the    02:26:21

2    EDC; is that accurate?    02:26:24

3            MR. KOPP:  Objection.  Vague.  And    02:26:26

4    compound.    02:26:26

5        A.   So the CMAs, as they are remotely working    02:26:32

6    with the site --    02:26:35

7        Q.   Right.    02:26:36

8        A.   -- they would typically only have the    02:26:36

9    opportunity to have a conversation with the site    02:26:38

10   and -- and look at the EDC.    02:26:41

11           The exceptions would be certain periods of    02:26:44

12   the study, there may be involvement from CMAs to    02:26:47

13   review some specified source records that are sent    02:26:53

14   in a very controlled way to -- to perform remote    02:27:01

15   SDV.    02:27:08

16       Q.   Okay.  And if source documentation are    02:27:10

17   removed from the site -- strike that.    02:27:13

18           CRAs are not allowed to remove source    02:27:17

19   documentation from any site; is that correct?    02:27:19

20       A.   That's correct.    02:27:21

21       Q.   Yeah.  And there would be -- if there was    02:27:21

22   a study on which CMAs worked on when they were    02:27:26

23   looking at source documentation because it was sent    02:27:29

24   in, as you explained it, there would be a specific    02:27:33

25   protocol on that -- on the way that the site would    02:27:36

Page 175

1    send in source documentation to the CMA to review;    02:27:40

2    correct?    02:27:43

3         A.    There is a process for that.    02:27:44

4         Q.    Okay.   In addition to CMAs looking at the    02:27:54

5    EDC, is there also a -- a data management team that    02:28:00

6    looks at record -- CRFs in the EDC?    02:28:06

7         A.    There is a data management team that looks    02:28:17

8    at the data.   There's -- there's -- but there are    02:28:22

9    different responsibilities between the two.    02:28:32

10        Q.    Right.   Do you have an understanding about    02:28:34

11   what data management team -- or maybe I'll state it    02:28:36

12   this way:   Have you ever supervised data management    02:28:43

13   analysts at PAREXEL?    02:28:46

14        A.    No, I haven't.    02:28:46

15        Q.    Is -- is data management in a separate    02:28:48

16   division or department outside of clinical    02:28:51

17   operations at PAREXEL?    02:28:53

18        A.    That -- that -- yes, that's a separate    02:28:54

19   department.    02:28:57

20        Q.    Okay.   Do you know who the head of the    02:28:58

21   data management division or department at PAREXEL    02:29:00

22   is currently?    02:29:03

23        A.    I don't know.    02:29:05

24        Q.    Okay.   Do you interact with the -- the    02:29:06

25   heads or head of the data management division at    02:29:10

Page 176

1       Q.   Okay.  Do you have an understanding that      02:30:33

2    persons in data management can -- in reviewing the    02:30:35

3    data -- can send queries directly to PIs in the       02:30:39

4    site?                                                  02:30:45

5            MR. KOPP:  Objection.  Lacks foundation.       02:30:45

6       A.   The -- yes.                                    02:30:47

7            The data management employees can issue        02:30:50

8    queries that go directly to the site.  The -- the      02:30:53

9    clinical staff typically work with the site to         02:30:57

10   answer and review those types of queries.              02:31:00

11      Q.   I apologize if I asked this before, but        02:31:38

12   are monitoring plans recorded in the TMF?              02:31:41

13      A.   Monitoring plans are in the Trial Master       02:31:47

14   File.                                                  02:31:49

15      Q.   Okay.  And any monitoring plan guidance        02:31:49

16   documents, would those be in the TMF as well?          02:32:01

17      A.   Can you -- can you clarify what you're         02:32:04

18   asking.                                                02:32:07

19      Q.   Yeah.  That's probably a poor question.        02:32:07

20           Let me ask instead:  Monitoring visit          02:32:11

21   report forms for each of the clinical trials that      02:32:16

22   CRAs and CMAs work on, would that -- would those be    02:32:19

23   recorded in the TMF?                                   02:32:22

24      A.   The monitoring visit reports for -- for        02:32:25

25   any monitoring visits that occur would be in the       02:32:28

                                              Page 178

```
 1    you're asking.                                    02:35:10

 2         Q.   Yeah.  I'm -- I don't know if I can     02:35:11

 3    provide anything more --                          02:35:14

 4         A.   Okay.                                    02:35:14

 5         Q.   -- 'cause it's a description in something.  02:35:15

 6    So I'm just as lost.                               02:35:17

 7              Okay.                                     02:35:19

 8         Q.   Are there any other documents -- you    02:35:23

 9    mentioned that there's job descriptions for the CRA  02:35:25

10    positions; there's job descriptions for the CMA   02:35:28

11    positions; correct?                               02:35:30

12         A.   Correct.                                 02:35:31

13         Q.   Have you authored any of those --       02:35:31

14         A.   I have not.                              02:35:33

15         Q.   -- types of descriptions?              02:35:34

16         A.   Sorry.                                   02:35:35

17              No.                                      02:35:35

18         Q.   Do you know who authored the job        02:35:36

19    descriptions for the CRAs and the CMAs at PAREXEL?  02:35:37

20         A.   I do not.                                02:35:42

21         Q.   Okay.  Were you involved in any way in the  02:35:44

22    creation of job descriptions for CRAs or CMAs at   02:35:46

23    PAREXEL?                                           02:35:50

24         A.   I was not.                               02:35:51

25         Q.   Is it correct to say that CRAs have no  02:36:04
```

Page 180

| | | |
|---|---|---|
| 1 | ability to hire or fire staff at sites where | 02:36:06 |
| 2 | clinical trials are conducted? | 02:36:09 |
| 3 | A.   It is correct to say that, yes. | 02:36:13 |
| 4 | Q.   Okay.  And equally it's -- is it fair to | 02:36:15 |
| 5 | say that CMAs have no ability to hire or fire staff | 02:36:17 |
| 6 | at sites where clinical trials are conducted? | 02:36:23 |
| 7 | A.   Yes, that's fair to say. | 02:36:28 |
| 8 | Q.   Is it fair to say that CRAs have no | 02:36:33 |
| 9 | ability to hire or fire any other employees at | 02:36:35 |
| 10 | PAREXEL? | 02:36:38 |
| 11 | A.   Yes, that would be fair to say. | 02:36:46 |
| 12 | Q.   Is it also fair to say that CMAs employed | 02:36:47 |
| 13 | by PAREXEL have no ability to hire or fire other | 02:36:52 |
| 14 | PAREXEL employees? | 02:36:56 |
| 15 | A.   Yes, that would be fair to say. | 02:36:58 |
| 16 | Q.   Okay.  Other than job descriptions, are | 02:37:08 |
| 17 | there any other documents that you can think of | 02:37:09 |
| 18 | that would reflect the job requirements of CRAs? | 02:37:12 |
| 19 | MR. KOPP:  Objection.  Vague and | 02:37:18 |
| 20 | ambiguous. | 02:37:18 |
| 21 | A.   I can't think of any other documents. | 02:37:32 |
| 22 | Q.   Okay. | 02:37:44 |
| 23 | MR. KOPP:  And we've been going over an | 02:37:44 |
| 24 | hour.  Can we take a break? | 02:37:46 |
| 25 | MR. KEEGAN:  Sure.  Sure.  We can go off | 02:37:49 |

Page 181

| | | |
|---|---|---|
| 1 | make this verification for and on its behalf.  And | 03:05:24 |
| 2 | I make this verification for that reason." | 03:05:27 |
| 3 | Is that a correct statement? | 03:05:30 |
| 4 | A.   That's correct. | 03:05:31 |
| 5 | Q.   And if further states "I am informed and | 03:05:37 |
| 6 | believe, and on that ground alleges that the | 03:05:39 |
| 7 | matters in the above referenced document are true | 03:05:42 |
| 8 | and correct." | 03:05:44 |
| 9 | Is that a true and correct statement? | 03:05:45 |
| 10 | A.   That's correct. | 03:05:48 |
| 11 | Q.   Okay.  And did you sign the last page of | 03:05:49 |
| 12 | Exhibit 58 on November 30th, 2017 at 8:20 p.m. | 03:05:51 |
| 13 | eastern time? | 03:05:55 |
| 14 | A.   Yes, I did. | 03:05:56 |
| 15 | Q.   And is that your signature above the | 03:05:57 |
| 16 | printed signature line where it reads "Meaghan | 03:06:00 |
| 17 | Marnell"? | 03:06:04 |
| 18 | A.   That is my signature. | 03:06:05 |
| 19 | Q.   Let me place before you what was | 03:06:27 |
| 20 | previously marked as Exhibit 43. | 03:06:29 |
| 21 | (Exhibit 43, previously marked.) | 03:06:29 |
| 22 | A.   Uh-huh. | 03:06:31 |
| 23 | Q.   And I'm just going to ask just generally: | 03:06:38 |
| 24 | Do you recognize Exhibit 43? | 03:06:40 |
| 25 | Have you seen it before today? | 03:06:42 |

Page 194

| | | |
|---|---|---|
| 1 | A.   I've -- I've seen it.   I'm not very | 03:06:43 |
| 2 | familiar with every word, but -- | 03:06:46 |
| 3 | Q.   Okay.  Do you know what it is -- what | 03:06:49 |
| 4 | Exhibit 43 is? | 03:06:50 |
| 5 | A.   I believe I do. | 03:06:54 |
| 6 | Q.   Okay.  What is it? | 03:06:55 |
| 7 | A.   It appears to be a -- an overview of our | 03:06:56 |
| 8 | CTMS, which is called -- | 03:07:02 |
| 9 | COURT REPORTER:  Which is called? | 03:07:02 |
| 10 | A.   -- IMPACT Harmony. | 03:07:09 |
| 11 | Q.   And in your response when you said "our | 03:07:10 |
| 12 | CTMS." | 03:07:13 |
| 13 | You're familiar with the acronym "CTMS" | 03:07:14 |
| 14 | right? | 03:07:17 |
| 15 | A.   Yes. | 03:07:17 |
| 16 | Q.   And what -- can you state what your | 03:07:17 |
| 17 | understanding of the acronym "CTMS" means. | 03:07:19 |
| 18 | A.   Yes, clinical trial management system. | 03:07:21 |
| 19 | Q.   Okay.  And when you said "our CTMS system" | 03:07:24 |
| 20 | you're referring to PAREXEL's? | 03:07:29 |
| 21 | A.   PAREXEL. | 03:07:31 |
| 22 | Q.   Okay.  And how -- do you have an | 03:07:38 |
| 23 | understanding how Exhibit 43 is utilized at | 03:07:40 |
| 24 | PAREXEL? | 03:07:43 |
| 25 | Is it part of some training, if you know? | 03:07:43 |

Page 195

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you know when PAREXEL, during | 03:11:54 |
| 2 | your employment at PAREXEL, when they started | 03:11:55 |
| 3 | utilizing the -- the IMPACT system? | 03:11:58 |
| 4 | A.   No. | 03:12:06 |
| 5 | Q.   Okay.  Do you recall utilizing or -- the | 03:12:06 |
| 6 | IMPACT system when you were employed as a Senior | 03:12:09 |
| 7 | Manager at PAREXEL? | 03:12:11 |
| 8 | A.   Yes. | 03:12:17 |
| 9 | Q.   Okay.  Do you believe you -- the IMPACT | 03:12:18 |
| 10 | system was being used at PAREXEL before you were -- | 03:12:21 |
| 11 | held the position of Senior Manager? | 03:12:24 |
| 12 | A.   I'm not sure. | 03:12:28 |
| 13 | Q.   Okay.  And do -- have CRAs and CMAs | 03:12:28 |
| 14 | employed by PAREXEL, have they utilized the IMPACT | 03:12:45 |
| 15 | system since at least December of 2012, as far as | 03:12:49 |
| 16 | you know? | 03:12:53 |
| 17 | A.   I'm not certain. | 03:12:58 |
| 18 | Q.   Okay. | 03:12:59 |
| 19 | A.   There are -- just with that question, just | 03:13:02 |
| 20 | to make sure I -- I clarify that not every CRA or | 03:13:04 |
| 21 | CMAs does use the IMPACT system.  There are other | 03:13:07 |
| 22 | CTMSs that are used. | 03:13:10 |
| 23 | Q.   Okay.  Yeah.  Pursuant to the -- the | 03:13:12 |
| 24 | agreements that PAREXEL enters into with sponsors, | 03:13:15 |
| 25 | they can -- those agreements can either specify the | 03:13:19 |

Page 198

| | | |
|---|---|---|
| 1 | use in PAREXEL's IMPACT CTMS system, or it could | 03:13:22 |
| 2 | also specify that -- that the CRAs and CMAs utilize | 03:13:27 |
| 3 | the sponsor's CTMS system; is that accurate? | 03:13:33 |
| 4 | A.   That's accurate. | 03:13:37 |
| 5 | Q.   Okay.  Have you ever worked on a study | 03:13:39 |
| 6 | where two CTMS systems are being utilized for -- | 03:13:40 |
| 7 | for a single study at the same time? | 03:13:46 |
| 8 | A.   I have not personally worked on a study | 03:13:50 |
| 9 | like that. | 03:13:51 |
| 10 | Q.   Okay.  Do you have any personal knowledge | 03:13:54 |
| 11 | of any study that PAREXEL has been involved with | 03:13:56 |
| 12 | and where a -- where two CTMS systems were being | 03:14:01 |
| 13 | used for a single clinical trial? | 03:14:07 |
| 14 | A.   I couldn't speak to a specific study, but | 03:14:21 |
| 15 | I would say that it would not be unheard of for a | 03:14:25 |
| 16 | sponsor company to -- if they have their own | 03:14:29 |
| 17 | CTMS -- to use it to a certain extent, while we are | 03:14:31 |
| 18 | using ours and -- and request specific information | 03:14:37 |
| 19 | from us for them to use the CTMS. | 03:14:41 |
| 20 | Q.   Okay.  Understanding you don't have any | 03:14:44 |
| 21 | personal experience with that situation but your -- | 03:14:46 |
| 22 | your hypothetical would -- your understanding is | 03:14:50 |
| 23 | two CTMS systems could be used, but they wouldn't | 03:14:52 |
| 24 | overlap; is that fair? | 03:14:55 |
| 25 | I'm just trying to... | 03:15:03 |

Page 199

| | | |
|---|---|---|
| 1 | A.    No. | 03:18:41 |
| 2 | Q.    Okay.  Were you involved in any way | 03:18:44 |
| 3 | consulting with any persons who drafted any portion | 03:18:50 |
| 4 | of Exhibit 46? | 03:18:55 |
| 5 | A.    Not to my knowledge. | 03:18:59 |
| 6 | Q.    Okay.  Do you know if -- well, strike | 03:19:05 |
| 7 | that. | 03:19:08 |
| 8 | Do you know who is responsible for | 03:19:08 |
| 9 | preparing or authoring Exhibit 46? | 03:19:11 |
| 10 | A.    I don't recall specifically who. | 03:19:16 |
| 11 | Q.    Okay.  Do you know if it's a person | 03:19:20 |
| 12 | employed in the clinical operations department of | 03:19:22 |
| 13 | PAREXEL? | 03:19:24 |
| 14 | Or would it be somebody in HR? | 03:19:26 |
| 15 | A.    It -- my under -- it was prepared by | 03:19:28 |
| 16 | someone or a team of people within clinical | 03:19:35 |
| 17 | operations in consultation with -- with HR and | 03:19:39 |
| 18 | other departments, as necessary. | 03:19:42 |
| 19 | Q.    Okay.  And as you sit here today, you | 03:19:44 |
| 20 | don't know the names of any of those persons; is | 03:19:49 |
| 21 | that right? | 03:19:49 |
| 22 | A.    No. | 03:19:51 |
| 23 | Q.    All right.  And the reference on the front | 03:19:54 |
| 24 | cover to PAREXEL Connect, do you know what that's | 03:19:56 |
| 25 | referring to "Online via PAREXEL Connect"? | 03:19:59 |

Page 202

```
 1        A.   Right.   That would be I guess essentially   03:20:04
 2   PAREXEL intranet.                                       03:20:06
 3        Q.   Is this a document that CRAs and CMAs         03:20:15
 4   employed by PAREXEL have to -- are given and have       03:20:17
 5   to certify that they've read?                           03:20:23
 6        A.   This is a document that -- that they are      03:20:27
 7   provided.                                               03:20:33
 8             I do not know if we have any -- if we         03:20:34
 9   require any documentation that they -- (witness         03:20:36
10   reviews document) -- oh, yes.                           03:20:38
11             So there does appear to be a signature        03:20:39
12   page, but I'm -- I'm not sure of -- of the process      03:20:43
13   that we're -- that we're following --                   03:20:48
14        Q.   Okay.                                         03:20:49
15        A.   -- this is signed off.                        03:20:50
16        Q.   Okay.  And you're referring to the last       03:20:52
17   page of Exhibit 46; is that correct?                    03:20:53
18        A.   Yes.                                          03:20:55
19        Q.   And -- and underneath the header              03:20:58
20   signatures, "XVI," in that section it says -- the       03:21:02
21   paragraph reads "Signoff should be completed within     03:21:15
22   your first 90 days, for new hires or those new to       03:21:18
23   the clinical operations."                               03:21:22
24             Do you see that?                              03:21:24
25        A.   That's what it says, yes.                     03:21:25
```

Page 203

| | | |
|---|---|---|
| 1 | Do you see that? | 03:24:06 |
| 2 | A.   Yes, I see that. | 03:24:07 |
| 3 | Q.   And then it further states "Core training | 03:24:08 |
| 4 | programs will be added to your training profiles by | 03:24:10 |
| 5 | your manager and -- and required to be completed in | 03:24:13 |
| 6 | accordance with required timelines, as outlined by | 03:24:17 |
| 7 | --" and then it continues up the top of page 8 | 03:24:22 |
| 8 | "-- your role specific training program." | 03:24:28 |
| 9 | Do you see that? | 03:24:31 |
| 10 | A.   Yes. | 03:24:31 |
| 11 | Q.   Is that -- are those sentences consistent | 03:24:31 |
| 12 | with your understanding of -- of how training | 03:24:33 |
| 13 | programs are -- are assigned in there to CRAs and | 03:24:40 |
| 14 | CMAs at PAREXEL? | 03:24:43 |
| 15 | MR. KOPP:  Objection.  Vague.  Compound. | 03:24:49 |
| 16 | And overbroad. | 03:24:49 |
| 17 | A.   It's my understanding of how the -- the | 03:24:52 |
| 18 | core training programs are applied for for the | 03:24:53 |
| 19 | different positions. | 03:24:58 |
| 20 | Q.   Okay.  And the reference to "core training | 03:25:00 |
| 21 | programs," what's that -- what's that referring to | 03:25:05 |
| 22 | in your understanding? | 03:25:08 |
| 23 | A.   So each -- well, first the company has | 03:25:08 |
| 24 | specific training requirements, ensure that we're | 03:25:14 |
| 25 | aware of the high-level policies, and then each of | 03:25:21 |

Page 206

| | | |
|---|---|---|
| 1 | the roles will have a -- a set of bare minimum that | 03:25:24 |
| 2 | we need to make sure each -- each employee | 03:25:30 |
| 3 | completes; that are more likely to be, you know, | 03:25:34 |
| 4 | required for -- for anything they're going to do -- | 03:25:42 |
| 5 | so related to good clinical practice, ICH GCP, for | 03:25:47 |
| 6 | example. | 03:25:52 |
| 7 | And then, as you get beyond the -- the | 03:25:53 |
| 8 | core, it's going to depend on -- on someone's | 03:25:56 |
| 9 | experience, someone's specific needs, what -- what | 03:25:59 |
| 10 | they're going to that there'll be other additional | 03:26:03 |
| 11 | trainings that their manager might recommend or the | 03:26:06 |
| 12 | -- or the employee might decide to pursue related | 03:26:08 |
| 13 | to process, technology, or, of course, you know, | 03:26:16 |
| 14 | getting into the -- related to the project's | 03:26:19 |
| 15 | different therapeutic areas. | 03:26:25 |
| 16 | Q.   Okay.  And is the sentence on page 7 in | 03:26:27 |
| 17 | the second sentence "Core training programs will be | 03:26:30 |
| 18 | added to your training profiles by your manager" is | 03:26:33 |
| 19 | that a correct statement during the time that | 03:26:40 |
| 20 | you've been employed at PAREXEL in your current | 03:26:41 |
| 21 | position?  Is that a correct statement of the | 03:26:43 |
| 22 | policy and procedure? | 03:26:45 |
| 23 | MR. KOPP:  Objection.  Vague. | 03:26:48 |
| 24 | A.   So if we define "core training programs" | 03:26:54 |
| 25 | as the PAREXEL-required specific curriculums, then | 03:26:56 |

Page 207

| | | |
|---|---|---|
| 1 | it has been -- it has -- this is correct that the | 03:27:04 |
| 2 | manager would essentially indicate the role, | 03:27:15 |
| 3 | indicate the -- the high level core training that | 03:27:18 |
| 4 | would be required for each employee. | 03:27:21 |
| 5 | Q.   Okay.  And that -- and are those trainings | 03:27:23 |
| 6 | assigned through the PAREXEL Connect website or | 03:27:27 |
| 7 | internet -- intranet system referred to in the | 03:27:37 |
| 8 | sentence before? | 03:27:39 |
| 9 | A.   I'm -- I'm actually not certain about the | 03:27:41 |
| 10 | training program -- where it says the training | 03:27:44 |
| 11 | programs that can be found on My HR career and | 03:27:46 |
| 12 | development.  I'm -- I'm not certain of that | 03:27:49 |
| 13 | sentence. | 03:27:51 |
| 14 | Q.   Okay.  Have you -- do you utilize the | 03:27:55 |
| 15 | PAREXEL Connect intranet in connecting your duties | 03:27:57 |
| 16 | and responsibilities at PAREXEL? | 03:28:03 |
| 17 | A.   I do access the internet -- intranet. | 03:28:04 |
| 18 | Q.   Okay.  And you've accessed PAREXEL | 03:28:06 |
| 19 | Connect; is that right? | 03:28:14 |
| 20 | A.   I have accessed PAREXEL Connect. | 03:28:14 |
| 21 | Q.   Okay.  Have you -- do you have personal | 03:28:19 |
| 22 | knowledge if there's a "My HR, career and | 03:28:24 |
| 23 | development" section of the PAREXEL Connect? | 03:28:27 |
| 24 | A.   I am not certain of a -- of a section | 03:28:29 |
| 25 | that's called in quotes "My HR career and | 03:28:34 |

Page 208

```
 1        A.    That's correct.                           03:31:26

 2        Q.    Okay.  The -- turning your attention back 03:31:29

 3   to the top of page 8, it says "These courses will    03:31:32

 4   show in your to-do list in the Learning Management    03:31:35

 5   System (LMS)."                                        03:31:39

 6             Do you see that?                            03:31:44

 7        A.    Yes.                                       03:31:44

 8        Q.    Okay.  Is the Learning Management System   03:31:45

 9   being utilized at PAREXEL currently?                  03:31:47

10        A.    Yes.                                       03:31:49

11        Q.    Okay.  Is the -- is that a part of the     03:31:50

12   PAREXEL Connect intranet?                             03:31:55

13        A.    We access the Learning Management System   03:31:59

14   through -- through PAREXEL intranet.                  03:32:06

15        Q.    Okay.  And do you have an understanding    03:32:20

16   the "courses --" as it states "-- will show in your   03:32:21

17   to-do list" -- that these are web-based trainings?    03:32:28

18             Is that what it's referring to there?       03:32:30

19        A.    They are a combination, actually, of       03:32:32

20   different trainings.  The -- the course names         03:32:34

21   appear, and for the nonweb-based trainings,           03:32:37

22   it's -- the employee typically has the opportunity    03:32:50

23   to -- to sign up for the -- either the                03:32:52

24   teleconference or the in-person version.              03:32:56

25        Q.    Okay.  And they do that through the        03:32:59
```

Page 211

1    Learning Management System; correct?                03:33:01

2         A.   Yes.                                        03:33:02

3         Q.   Okay.  And then it further states "Any      03:33:04

4    applicable sponsor-specific and                       03:33:08

5    partnership-required training will also be added by   03:33:11

6    the project team."                                    03:33:13

7              Do you see that?                             03:33:14

8         A.   Yes.                                         03:33:15

9         Q.   And the -- do you know who the "project     03:33:16

10   team" is referring to in that sentence?               03:33:18

11        A.   My understanding is it is the Project       03:33:22

12   Specialist that typically assigns these.              03:33:24

13        Q.   Okay.  And do you oversee any project team  03:33:26

14   members, Project Specialists in your current          03:33:29

15   position at PAREXEL?                                   03:33:32

16        A.   I do not oversee any Project Specialists.   03:33:33

17        Q.   Okay.  Did you oversee any Project          03:33:35

18   Specialists in your position as a Senior Manager at   03:33:37

19   PAREXEL?                                               03:33:40

20        A.   No, I did not.                               03:33:40

21        Q.   Okay.  Have you ever supervised any         03:33:41

22   Project Specialists at PAREXEL during your            03:33:44

23   employment at PAREXEL?                                 03:33:46

24        A.   No, I have not.                              03:33:49

25        Q.   Okay.  Is that a -- is that sentence that   03:33:51

Page 212

```
 1        A.   Yes.                                   03:35:16

 2        Q.   Okay.  If they're -- if a particular   03:35:16

 3   training requires an exam at the end of the      03:35:21

 4   training to demonstrate competency, is the score -- 03:35:23

 5   the graded score for the exam, is that also      03:35:28

 6   recorded in the LMS system?                      03:35:31

 7        A.   I don't know for certain that they're  03:35:38

 8   always recorded -- the scores.                   03:35:40

 9        Q.   Okay.  Is part of the line manager's   03:35:44

10   responsibility those line managers who CRAs and  03:35:47

11   CMAs directly report to as part of their duties and 03:35:51

12   responsibilities to make sure that CRAs and CMAs 03:35:54

13   complete required training courses?              03:35:59

14        A.   It's -- it's part of the manager's     03:36:12

15   responsibilities to make sure that they have a team 03:36:13

16   that is compliant with the -- the minimum training 03:36:16

17   requirements.                                    03:36:20

18        Q.   Okay.  And is it -- is it specifically 03:36:20

19   that line managers follow-up with -- it's CRAs and 03:36:30

20   CMAs that directly report to them regarding whether 03:36:35

21   or not they've completed a specific -- a particular 03:36:38

22   training within the required deadline or time    03:36:40

23   period that they're supposed to take their       03:36:45

24   training?                                        03:36:47

25        A.   So typically when a CRA or CMA has     03:36:55
```

Page  214

1     trainings that they need to complete, they will put        03:36:57
2     together a plan for how they will complete it,              03:37:02
3     particularly if it's -- if they have other                  03:37:05
4     responsibilities, such as their study work.                 03:37:07
5          And if they need any support with that,               03:37:11
6     their manager can -- can support.  And then, if             03:37:13
7     it's -- if it -- if we do have a situation where a          03:37:17
8     CRA or CMA is not compliant with training, then,            03:37:23
9     yes, the manager would follow up on that.                   03:37:25
10        Q.   Okay.  So, for instance, just a                   03:37:28
11    hypothetical:  If a CRA is hired and they didn't do         03:37:30
12    any of the assigned trainings in the LMS system,            03:37:32
13    the line manager would then contact the CRA to             03:37:38
14    instruct them to complete the trainings; is that --        03:37:42
15    would that be a fair hypothetical?                          03:37:45
16        A.   I -- I think that would be fair.                  03:37:50
17        Q.   Okay.  The last sentence in the first             03:37:54
18    paragraph on paragraph 8 says "Before using a               03:37:57
19    PAREXEL system, be sure to complete any applicable          03:38:00
20    training courses."                                          03:38:05
21             Do you see that?                                   03:38:08
22        A.   I do.                                              03:38:08
23        Q.   Okay.  Do you know what the reference is          03:38:12
24    to "PAREXEL system" in that sentence?                       03:38:13
25        A.   It seems like a pretty broad reference.           03:38:16

                                                      Page 215

```
 1     I'm not sure that it's still current.              03:40:44

 2          Q.   Okay.  Do you know what the name of the   03:40:46

 3     manual is that the document reference is pointing   03:40:46

 4     to?                                                 03:40:50

 5          A.   I'm not sure.                             03:40:51

 6          Q.   Okay.  And is it correct with your        03:40:59

 7     understanding that CRAs and CMAs and CTSs who       03:41:02

 8     complete either what's called the "induction       03:41:05

 9     program" in this -- this document or its new name, 03:41:09

10     is that all -- that -- that would be recorded in   03:41:15

11     the LMS system?                                    03:41:17

12          A.   That would be.                           03:41:18

13          Q.   Okay.  The next sentence says "Completion 03:41:25

14     of the induction program is expected to occur      03:41:26

15     within two to six months, based on your role and   03:41:29

16     level."                                            03:41:34

17               Do you see that?                         03:41:35

18          A.   I do.                                     03:41:36

19          Q.   Okay.  Do you have an understanding if    03:41:40

20     that two to six months expectation was in place    03:41:41

21     during the entire time you held your current       03:41:46

22     position at PAREXEL?                               03:41:49

23          A.   No, I'm not -- I'm not certain.          03:41:55

24          Q.   Okay.  Do you know who sets who -- okay. 03:41:57

25               Do you know if there was any other       03:42:01
```

Page 218

| | | |
|---|---|---|
| 1 | different expectation, other than the two- to | 03:42:03 |
| 2 | six-month period identified in this document? | 03:42:06 |
| 3 | A.    I am not certain. | 03:42:11 |
| 4 | Q.    Okay.  Do you know if there is a -- the | 03:42:15 |
| 5 | two- to six-month time period reflects different | 03:42:20 |
| 6 | time periods for CRAs, versus CMAs, versus CTSs for | 03:42:26 |
| 7 | completion of the induction program? | 03:42:31 |
| 8 | MR. KOPP:  Objection.  Vague. | 03:42:35 |
| 9 | A.    I'm not sure of the date range as the CRA | 03:42:37 |
| 10 | versus CMA versus CTS roles apply, however, I am | 03:42:43 |
| 11 | aware that the date range may vary based on | 03:42:48 |
| 12 | experience and background of each employee. | 03:42:51 |
| 13 | Q.    Okay.  Do you know who sets the timelines | 03:42:58 |
| 14 | for completion of the induction program for CRAs | 03:42:59 |
| 15 | and CMAs at PAREXEL? | 03:43:05 |
| 16 | A.    No. | 03:43:06 |
| 17 | Q.    It's outside your scope of duties and | 03:43:08 |
| 18 | responsibilities; correct? | 03:43:11 |
| 19 | A.    Yeah.  It's not something that I set. | 03:43:12 |
| 20 | Q.    Okay.  Is it outside the duties and | 03:43:15 |
| 21 | responsibilities of your direct reports? | 03:43:16 |
| 22 | A.    To -- to set the timeline for the | 03:43:21 |
| 23 | department, it is outside the scope of the duties | 03:43:25 |
| 24 | of my direct reports. | 03:43:26 |
| 25 | Q.    Okay. | 03:43:30 |

Page 219

| | | |
|---|---|---|
| 1 | manager. | 03:46:11 |
| 2 | Q.   Okay.   So is it your testimony that line | 03:46:12 |
| 3 | managers have independent discretion to vary the | 03:46:14 |
| 4 | length of time that CRAs complete trainings, | 03:46:18 |
| 5 | core-specific trainings? | 03:46:25 |
| 6 | A.   No.   For that specific example, if -- if | 03:46:26 |
| 7 | we have a range of when we expect something to be | 03:46:31 |
| 8 | due, the manager would have discretion there. | 03:46:34 |
| 9 | Q.   Okay.   And could the line manager change | 03:46:36 |
| 10 | the timeline independent of seeking authority from | 03:46:43 |
| 11 | any of his persons that he directly reports to in | 03:46:47 |
| 12 | that situation? | 03:46:51 |
| 13 | A.   I just -- can -- can you repeat that. | 03:46:56 |
| 14 | Q.   Sure.   I -- I'm just trying to understand | 03:46:58 |
| 15 | your response. | 03:47:00 |
| 16 | So the line -- based on your response, the | 03:47:01 |
| 17 | line manager would have discretion to move the | 03:47:06 |
| 18 | deadline for completion of training without seeking | 03:47:11 |
| 19 | authorization from any -- from any one of their | 03:47:14 |
| 20 | managers; is that accurate? | 03:47:18 |
| 21 | A.   So with the scenario I described, if it is | 03:47:20 |
| 22 | a training that has a range for when it -- the due | 03:47:25 |
| 23 | date is expected to be done, then the manager could | 03:47:30 |
| 24 | work within that range without seeking any | 03:47:34 |
| 25 | additional approval. | 03:47:37 |

Page 222

| | | |
|---|---|---|
| 1 | statement, where the induction program is expected | 03:49:11 |
| 2 | to occur within two to six months, that the manager | 03:49:14 |
| 3 | has discretion within those two to six months to -- | 03:49:18 |
| 4 | to set the expected time frame. | 03:49:22 |
| 5 | Q.   Okay.  All right.  Let me -- let me focus | 03:49:35 |
| 6 | your -- ask you to turn to page 11 of Exhibit 46. | 03:49:40 |
| 7 | Towards the bottom is VIII, and it states "Time | 03:49:50 |
| 8 | sheets (HTTPS://time.PAREXEL.com." | 03:49:55 |
| 9 | Do you see that? | 03:50:08 |
| 10 | A.   Uh-huh.  I see that. | 03:50:11 |
| 11 | Q.   Is the "time.PAREXEL.com," is that the | 03:50:13 |
| 12 | place where PAREXEL or -- where PAREXEL employees | 03:50:15 |
| 13 | record their time? | 03:50:21 |
| 14 | A.   That is where they record their time. | 03:50:22 |
| 15 | Q.   Okay.  So CRAs and CMAs employed by | 03:50:24 |
| 16 | PAREXEL would record their hours at that location | 03:50:27 |
| 17 | on the intranet? | 03:50:32 |
| 18 | A.   That's true. | 03:50:33 |
| 19 | Q.   And I think you mentioned earlier your | 03:50:42 |
| 20 | testimony the time system which is referred to in | 03:50:45 |
| 21 | the first paragraph there -- do you see that | 03:50:47 |
| 22 | reference -- | 03:50:49 |
| 23 | A.   Yes. | 03:50:49 |
| 24 | Q.   -- PAREXEL uses the Time system to track | 03:50:50 |
| 25 | time, and each letter of time has a period after | 03:50:52 |

Page 224

| | | |
|---|---|---|
| 1 | is that we don't bill the clients for time.  We | 03:53:47 |
| 2 | bill the clients for the activities that we | 03:53:53 |
| 3 | complete. | 03:53:55 |
| 4 | Q.   Okay.  And by your answer you mentioned | 03:53:58 |
| 5 | that you're -- you're not involved in billing | 03:54:00 |
| 6 | clients of PAREXEL; correct? | 03:54:03 |
| 7 | A.   That's correct. | 03:54:05 |
| 8 | Q.   Okay.  Do you know what department of | 03:54:06 |
| 9 | PAREXEL is involved in that process? | 03:54:07 |
| 10 | A.   My understanding is that it's project | 03:54:15 |
| 11 | leadership. | 03:54:16 |
| 12 | Q.   Okay.  Have you ever supervised any | 03:54:25 |
| 13 | employees employed in the project leadership group | 03:54:26 |
| 14 | of PAREXEL? | 03:54:30 |
| 15 | A.   No. | 03:54:31 |
| 16 | Q.   Have you ever worked in the project | 03:54:31 |
| 17 | leadership department in PAREXEL? | 03:54:35 |
| 18 | A.   I have never worked in the project | 03:54:37 |
| 19 | leadership department. | 03:54:38 |
| 20 | Q.   Okay.  So do you have any understanding | 03:54:43 |
| 21 | about what the reference is to "nonbillable time," | 03:54:44 |
| 22 | what that means? | 03:54:50 |
| 23 | A.   I -- I do. | 03:54:52 |
| 24 | Q.   Okay.  What's your understanding of | 03:54:54 |
| 25 | "nonbillable time," as it's referred to here in | 03:54:56 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | this clinical operations manual? | 03:54:59 |
| 2 | A.   So there's two sections that refer to | 03:55:01 |
| 3 | nonbillable time:   A and B.   "Nonbillable codes for | 03:55:04 |
| 4 | projects" or "nonproject related." | 03:55:08 |
| 5 | Q.   Right. | 03:55:09 |
| 6 | A.   Which -- are you referring to one in | 03:55:10 |
| 7 | particular? | 03:55:12 |
| 8 | Q.   We could start with for projects. | 03:55:12 |
| 9 | A.   Okay.   Nonbillable time for projects is | 03:55:20 |
| 10 | not very common -- first -- I think I should state. | 03:55:23 |
| 11 | It -- my understanding of that is that it | 03:55:31 |
| 12 | would not impact the -- the project budget -- so | 03:55:35 |
| 13 | the internal project budget.   And there would be a | 03:55:38 |
| 14 | specific reason why we would decide to do that if | 03:55:45 |
| 15 | it's work -- if it's project work. | 03:55:49 |
| 16 | Q.   Okay.   And the second reference in B, | 03:55:52 |
| 17 | "nonbillable time, nonproject related," what's your | 03:55:55 |
| 18 | understanding of that? | 03:56:01 |
| 19 | A.   So if it is not related to a project, then | 03:56:02 |
| 20 | the -- the nonbillable time would be -- it could be | 03:56:06 |
| 21 | departmental meetings; it could be departmental | 03:56:10 |
| 22 | training. | 03:56:13 |
| 23 | It would be, you know, essentially, I | 03:56:17 |
| 24 | mean, any time not related to a project. | 03:56:20 |
| 25 | Q.   Okay.   The first sentence under section B | 03:56:22 |

Page  228

| | | |
|---|---|---|
| 1 | on page 12 of this exhibit says "The expected | 03:56:31 |
| 2 | amount of nonbillable time for clinical operations | 03:56:36 |
| 3 | per pay period is equal to or less than four | 03:56:39 |
| 4 | hours." | 03:56:44 |
| 5 | Do you see that? | 03:56:45 |
| 6 | A.   I do. | 03:56:45 |
| 7 | Q.   Okay.  Is that an accurate statement as | 03:56:46 |
| 8 | you know as a -- as a policy of PAREXEL? | 03:56:49 |
| 9 | MR. KOPP:  Objection.  Lacks foundation. | 03:56:54 |
| 10 | A.   I don't know that this is a policy that we | 03:57:03 |
| 11 | hold firm to.  I don't know that this is | 03:57:05 |
| 12 | necessarily a policy, particularly as -- as the | 03:57:07 |
| 13 | nonbillable time does include holidays, vacation | 03:57:09 |
| 14 | time, and certainly we would allow more than four | 03:57:15 |
| 15 | hours. | 03:57:18 |
| 16 | We do, as a rule, want our billable | 03:57:22 |
| 17 | employees to be billable.  So -- so -- so we do | 03:57:24 |
| 18 | have a general, you know, understanding with our -- | 03:57:34 |
| 19 | with our employees that the majority of their time | 03:57:37 |
| 20 | that they're working should be, you know, | 03:57:41 |
| 21 | conducting billable work. | 03:57:43 |
| 22 | Q.   Okay.  All right. | 03:57:58 |
| 23 | Turning your attention to page 13 in this | 03:57:59 |
| 24 | exhibit, there's a section C "PAREXEL (nonbillable) | 03:58:06 |
| 25 | task codes."  Underneath it says "Use PAREXEL | 03:58:12 |

Page 229

```
1        A.    Okay.                                    04:04:48

2        Q.    -- I don't know how to clarify it any    04:04:49

3   more.                                               04:04:50

4              But is that a term -- does anybody use the 04:04:50

5   term "academic training" when -- strike that.       04:04:54

6              Have you used the term "academic training" 04:04:57

7   to refer to any of the trainings that CRAs and CMAs 04:05:00

8   are provided at PAREXEL?                            04:05:05

9              Is that a term you use?                  04:05:07

10       A.    I --  no, I personally don't -- don't     04:05:08

11  typically use that term.                            04:05:10

12       Q.    Okay.  Do CRAs and CMAs report their     04:05:11

13  business expenses in the Contact [verbatim]          04:05:49

14  system -- or maybe should I lay the foundation.      04:05:52

15             Do -- is there a -- a system that PAREXEL 04:05:55

16  utilizes to record CRAs' and CMAs' business          04:05:59

17  expenses that they get reimbursed for?               04:06:01

18       A.    There's a system that we utilize to enter 04:06:06

19  the expenses and obtain reimbursement, yes.          04:06:11

20       Q.    I think it's called "Concur"; isn't it?   04:06:15

21       A.    Concur.                                   04:06:17

22       Q.    So has PAREXEL used the Concur system     04:06:17

23  during the time that you have been employed in your  04:06:21

24  current position and when you were employed as a     04:06:25

25  Senior Manager?                                      04:06:27
```

                                                    Page 234

```
 1        Q.   All right.  Okay.                    04:48:49

 2             Are CRAs judged in any way by their line   04:49:03

 3   managers on how many days they spend on site on   04:49:13

 4   each month?                                      04:49:16

 5             Is that tracked in any way by line     04:49:18

 6   managers currently.                              04:49:21

 7             MR. KOPP:  Objection.  Compound.       04:49:22

 8        Q.   If you know.                           04:49:23

 9        A.   Could you clarify which question you have,  04:49:27

10   judged or tracked?                               04:49:30

11        Q.   Sure.  Do -- do -- are there -- well,  04:49:31

12   strike that.  Let's -- yeah.  Let me lay the     04:49:36

13   foundation.                                      04:49:39

14             The time that CRAs spend on site, that's  04:49:40

15   tracked by PAREXEL, correct, through the Outlook  04:49:42

16   system?                                          04:49:46

17             MR. KOPP:  Objection.  Vague.          04:49:48

18        A.   So the CRAs would typically enter their --  04:49:52

19   their travel plans into Outlook, but that's -- I  04:49:58

20   have no awareness of any manager using that to keep  04:50:02

21   track of -- of how many visits someone does.    04:50:05

22   That -- that's more used for awareness and -- and,  04:50:09

23   you know, it -- essentially, if there's ever a   04:50:14

24   safety concern, that they know where they are.   04:50:17

25        Q.   Got it.                                04:50:19
```

Page 252

| | | |
|---|---|---|
| 1 | Okay.  But every -- isn't it an ICH GCP | 04:50:20 |
| 2 | requirement that every monitoring visit is recorded | 04:50:27 |
| 3 | on -- that a CRA -- | 04:50:31 |
| 4 | A.   So the -- the monitoring visit, there | 04:50:37 |
| 5 | would be required documentation for the monitoring | 04:50:40 |
| 6 | visit.  So within our IMPACT Harmony system for any | 04:50:42 |
| 7 | studies that -- that utilize it, the visits are | 04:50:46 |
| 8 | there. | 04:50:49 |
| 9 | Q.   Okay. | 04:50:49 |
| 10 | A.   And we do have -- we have access to, like | 04:50:50 |
| 11 | I said, any visits that are in -- or any studies | 04:50:55 |
| 12 | that are in that system, we have access to the | 04:50:58 |
| 13 | number of days. | 04:51:00 |
| 14 | Q.   All right.  And is that something that | 04:51:01 |
| 15 | line managers keep track of in evaluating the | 04:51:03 |
| 16 | performance of CRAs at PAREXEL currently? | 04:51:06 |
| 17 | MR. KOPP:  Objection.  Compound. | 04:51:09 |
| 18 | A.   It's one piece of it.  So it -- it really | 04:51:15 |
| 19 | varies based on -- based on the series assignment. | 04:51:20 |
| 20 | You know, if they -- if they're on a project that | 04:51:24 |
| 21 | has different expectations and they're successfully | 04:51:27 |
| 22 | completing what they're supposed to be doing and | 04:51:29 |
| 23 | they're busy, a low number of days would not be a | 04:51:31 |
| 24 | negative reflection. | 04:51:36 |
| 25 | So it really varies. | 04:51:37 |

Page 253

```
 1    IMPACT Harmony.                                04:53:04

 2         Q.   Okay.                                04:53:05

 3         A.   It is not -- we don't really utilize it  04:53:06

 4    much.                                          04:53:16

 5         Q.   Okay.  So -- all right.              04:53:16

 6              And that's because CRAs in the United  04:53:17

 7    States utilize the CTS system in order to record  04:53:22

 8    their monitoring visits?                       04:53:25

 9         A.   They would use CTMS -- and, I mean, it's  04:53:26

10    an old system; there's poor compliance, and we're  04:53:30

11    not really monitoring and managing the          04:53:33

12    out-of-office database for -- for anything outside  04:53:35

13    of IMPACT Harmony.                             04:53:38

14         Q.   Okay.  So the primarily -- the --    04:53:39

15    primarily the place where the CRAs indicate their  04:53:43

16    monitoring visits would be on the -- whatever CM --  04:53:48

17    CTMS system is assigned to the project, whether  04:53:52

18    it's PAREXEL's IMPACT system, or -- or the      04:53:54

19    sponsor's; is that accurate?                   04:53:59

20         A.   Correct.  Yes.                       04:54:00

21         Q.   Okay.  And it is -- to your understanding,  04:54:03

22    is it correct to say that ICH GCP requirements   04:54:05

23    require the recording of monitoring visits by CRAs?  04:54:09

24              Is that accurate, to your understanding?  04:54:14

25         A.   They require the recording of monitoring  04:54:19
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | visits -- my understanding -- of course, I don't | 04:54:21 |
| 2 | have in front of me -- | 04:54:22 |
| 3 | Q. Right. | 04:54:24 |
| 4 | A. -- is that it's the -- the visit reports. | 04:54:25 |
| 5 | Q. Right. | 04:54:26 |
| 6 | A. So the documentation of the visits. | 04:54:26 |
| 7 | Q. Right. | 04:54:27 |
| 8 | A. So we do have some very small studies that | 04:54:28 |
| 9 | might not use any CTMS. | 04:54:30 |
| 10 | Q. Okay. But it would be a requirement of -- | 04:54:32 |
| 11 | A. But they would have visit reports. | 04:54:35 |
| 12 | Q. Correct. And the visit reports, even on | 04:54:38 |
| 13 | those studies, would be found in the -- in the CTMS | 04:54:42 |
| 14 | system or the -- | 04:54:46 |
| 15 | A. No. They would be found in the -- the | 04:54:47 |
| 16 | Trial Master File, though. | 04:54:50 |
| 17 | Q. The file. | 04:54:51 |
| 18 | Yeah. Are you -- you believe the GCP -- | 04:55:01 |
| 19 | the ICH GCP guideline 5.18.6 regarding monitoring | 04:55:08 |
| 20 | reports would require a written report to the | 04:55:18 |
| 21 | sponsor after each trial site visit or | 04:55:24 |
| 22 | trial-related communication. | 04:55:30 |
| 23 | Is that consistent with your | 04:55:33 |
| 24 | understanding? | 04:55:34 |
| 25 | A. Yes. Yeah. | 04:55:35 |

Page 256

| | | |
|---|---|---|
| 1 | Q.   Okay.  So when CMAs contact sites -- | 04:55:37 |
| 2 | either remotely or they have a -- for instance, a | 04:55:43 |
| 3 | telephone call with a study coordinator, they | 04:55:48 |
| 4 | record that, either in the CTMS system or in the | 04:55:52 |
| 5 | Trial Master File; is that fair? | 04:55:58 |
| 6 | A.   If it's a trial-related communication -- | 04:56:00 |
| 7 | Q.   Right. | 04:56:05 |
| 8 | A.   -- yes. | 04:56:06 |
| 9 | Q.   Okay.  And so -- just to make it a little | 04:56:08 |
| 10 | more clear:  Every communication that a CRA or a | 04:56:11 |
| 11 | CMA has with a site that's a trial-specific | 04:56:13 |
| 12 | communication, that's -- that's recorded -- | 04:56:18 |
| 13 | A.   Yes. | 04:56:20 |
| 14 | Q.   -- is it?  Okay. | 04:56:20 |
| 15 | And that would be -- and that -- and that | 04:56:22 |
| 16 | would be recorded in the Trial Master File, is that | 04:56:26 |
| 17 | correct, that communication? | 04:56:29 |
| 18 | Some kind of a report would be generated; | 04:56:35 |
| 19 | is that accurate? | 04:56:37 |
| 20 | A.   It would be recorded.  I mean, I think -- | 04:56:37 |
| 21 | I want to just be -- like, maybe clarify that it's | 04:56:40 |
| 22 | relevant communications. | 04:56:43 |
| 23 | Q.   Correct. | 04:56:44 |
| 24 | A.   So there -- there may be some, of course, | 04:56:45 |
| 25 | you know, small communication that they're going to | 04:56:53 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | be out of the office the next day, but it will have | 04:56:55 |
| 2 | no impact on the project, and there's nothing | 04:56:57 |
| 3 | relevant about it.  So that -- small things | 04:56:59 |
| 4 | wouldn't be, but any -- any relevant trial | 04:57:03 |
| 5 | communication would be. | 04:57:05 |
| 6 | Q.   Okay.  Do -- are CRAs and -- required to | 04:57:06 |
| 7 | record in the time-keeping system the time that | 04:57:09 |
| 8 | they communicate with sites to set up their | 04:57:12 |
| 9 | monitoring visits? | 04:57:15 |
| 10 | Is that recorded in their time sheets in | 04:57:16 |
| 11 | some way? | 04:57:18 |
| 12 | MR. KOPP:  Objection.  Compound.  Vague. | 04:57:20 |
| 13 | Q.   If you know. | 04:57:22 |
| 14 | A.   So the -- the time spent related to -- | 04:57:24 |
| 15 | related to site visits would be recorded in -- in | 04:57:30 |
| 16 | the time system, whether it be -- you know, any | 04:57:33 |
| 17 | activity related to that -- | 04:57:36 |
| 18 | Q.   Right. | 04:57:37 |
| 19 | A.   -- in a billable capacity.  There's not | 04:57:38 |
| 20 | necessarily a distinct code for that, but it's | 04:57:41 |
| 21 | recorded. | 04:57:43 |
| 22 | Q.   Okay.  So just to clarify, the -- | 04:57:44 |
| 23 | the -- when CRAs communicate with the site, for | 04:57:47 |
| 24 | instance, to set up a site visit, that would be | 04:57:51 |
| 25 | recorded in the time system, right, as time | 04:57:54 |

Page 258

| | | |
|---|---|---|
| 1 | expended communicating with the site in some way? | 04:57:56 |
| 2 | MR. KOPP:  Objection.  Vague. | 04:57:59 |
| 3 | A.   Uh-huh. | 04:58:00 |
| 4 | Q.   Is that correct? | 04:58:01 |
| 5 | A.   That's correct that would be recorded in | 04:58:01 |
| 6 | the time system. | 04:58:03 |
| 7 | Q.   Okay.  And if it was a significant | 04:58:04 |
| 8 | communication with the site, such as, like, a | 04:58:06 |
| 9 | remote visit -- something of significance -- as you | 04:58:10 |
| 10 | referred to, that would be recorded in the Trial | 04:58:14 |
| 11 | Master File, in addition to being reflected in | 04:58:17 |
| 12 | the -- on the time-keeping system. | 04:58:19 |
| 13 | Would that be fair? | 04:58:22 |
| 14 | MR. KOPP:  Objection.  Compound. | 04:58:23 |
| 15 | A.   So if the recording -- just -- I want to | 04:58:27 |
| 16 | -- I just want to make sure I'm clear with this: | 04:58:30 |
| 17 | But the recording in the time system, it doesn't | 04:58:32 |
| 18 | say specifically what they're doing. | 04:58:34 |
| 19 | Q.   Right. | 04:58:35 |
| 20 | A.   So -- but we do expect that they record | 04:58:35 |
| 21 | all of their time there. | 04:58:38 |
| 22 | Q.   Right. | 04:58:39 |
| 23 | A.   And, then, if there's a significant | 04:58:39 |
| 24 | communication, that would be recorded for the Trial | 04:58:41 |
| 25 | Master File -- Trial Master File. | 04:58:44 |

Page 259

| | | |
|---|---|---|
| 1 | Q.   Okay.  Yeah. | 05:02:39 |
| 2 | And by your prior response, if a -- a | 05:02:39 |
| 3 | sponsor contract requires shorter turnaround | 05:02:42 |
| 4 | times -- three business days and seven business | 05:02:46 |
| 5 | days to complete reports -- then CRAs would be | 05:02:49 |
| 6 | required to fulfill the duties for shorter periods | 05:02:53 |
| 7 | of time, as an example; right? | 05:02:55 |
| 8 | A.   Exactly.  I think we have other | 05:02:57 |
| 9 | situations, though, that would be more CRA-driven. | 05:02:59 |
| 10 | If they are deciding there are significant issues, | 05:03:03 |
| 11 | they'll work to complete everything quicker to be | 05:03:06 |
| 12 | able to have that initial documentation to, you | 05:03:09 |
| 13 | know, start -- start next steps. | 05:03:12 |
| 14 | Q.   And during the time that you worked as | 05:03:19 |
| 15 | a -- a CRA, do you recall what the draft visit | 05:03:21 |
| 16 | report guidance timelines were at PAREXEL? | 05:03:23 |
| 17 | A.   I don't recall specifically.  But it took | 05:03:28 |
| 18 | longer than this.  But I don't recall specifically. | 05:03:35 |
| 19 | Q.   Okay.  If -- hypothetically if a CRA | 05:03:48 |
| 20 | continually missed the five-business-day draft | 05:03:51 |
| 21 | report deadlines and the ten-business-day final | 05:03:54 |
| 22 | completion report deadlines, would they be | 05:03:59 |
| 23 | counseled by a line manager? | 05:04:03 |
| 24 | A.   I think that would be situational.  If -- | 05:04:14 |
| 25 | if they were in a situation that they should be | 05:04:17 |

Page 262

| | | |
|---|---|---|
| 1 | meeting it and they -- and they don't have a | 05:04:22 |
| 2 | reason, they don't have a -- you know, a clear | 05:04:25 |
| 3 | explanation, or there's a disagreement, you know, | 05:04:29 |
| 4 | that they -- that the reason is valid, then that's | 05:04:35 |
| 5 | certainly something we'd counsel them on, | 05:04:37 |
| 6 | absolutely. | 05:04:40 |
| 7 | Q.   Okay.  Have you ever been personally | 05:04:41 |
| 8 | involved in a situation where a CRA has been | 05:04:43 |
| 9 | reprimanded for missing the time-completion | 05:04:50 |
| 10 | deadlines -- expectation deadlines? | 05:04:52 |
| 11 | MR. KOPP:  Objection.  Compound. | 05:04:55 |
| 12 | A.   I'm sorry.  Just -- could you just clarify | 05:04:56 |
| 13 | for what?  Timelines for what? | 05:04:58 |
| 14 | Q.   For these -- these visit report completion | 05:05:00 |
| 15 | timelines, have you ever been involved where -- a | 05:05:03 |
| 16 | situation where a CRA has been discipline for | 05:05:06 |
| 17 | habitual violation of these visit report completion | 05:05:12 |
| 18 | deadlines? | 05:05:17 |
| 19 | MR. KOPP:  Objection.  Compound. | 05:05:18 |
| 20 | A.   I -- I have been in situations where we've | 05:05:19 |
| 21 | managed performance and -- and spoke to CRAs when | 05:05:29 |
| 22 | they are not able to, you know, complete their work | 05:05:32 |
| 23 | in a timely manner. | 05:05:36 |
| 24 | Q.   And -- and in particular, a situation | 05:05:39 |
| 25 | where they've missed the visit report completion | 05:05:41 |

Page 263

| | | |
|---|---|---|
| 1 | deadlines; is that accurate? | 05:05:44 |
| 2 | MR. KOPP:  Objection.  Compound.  Assumes | 05:05:47 |
| 3 | facts. | 05:05:47 |
| 4 | A.   So -- yes, I've been involved with | 05:05:50 |
| 5 | situations where the CRAs were not able to complete | 05:05:52 |
| 6 | the visit report in the expected time, and it | 05:05:55 |
| 7 | wasn't -- it wasn't reasonable, based on our -- you | 05:06:01 |
| 8 | know, the other situations. | 05:06:03 |
| 9 | So yes. | 05:06:06 |
| 10 | Q.   And they were disciplined because of that; | 05:06:06 |
| 11 | correct? | 05:06:08 |
| 12 | A.   They -- they were.   They were. | 05:06:09 |
| 13 | Q.   Okay. | 05:06:09 |
| 14 | A.   They were -- the performance was managed. | 05:06:11 |
| 15 | Q.   Okay.   And are you aware of any situation | 05:06:15 |
| 16 | that you've been involved in where a -- a CRA has | 05:06:17 |
| 17 | been terminated in part because of missing visit | 05:06:23 |
| 18 | report completion timelines? | 05:06:26 |
| 19 | A.   I am aware of a situation that -- that the | 05:06:34 |
| 20 | timeliness of visit reports was one -- one factor, | 05:06:40 |
| 21 | yes. | 05:06:46 |
| 22 | Q.   Okay.  And was -- just to clarify your | 05:06:52 |
| 23 | response -- was factor in the termination of a CRA; | 05:06:55 |
| 24 | is that -- | 05:07:00 |
| 25 | A.   Yes.  One factor in the termination of a | 05:07:01 |

Page 264

```
 1    them on the LMS system?                          05:10:28

 2           MR. KOPP:  Objection.  Lacks foundation.   05:10:31

 3    Calls for speculation.  And vague.               05:10:33

 4        A.   Managers have access to view the        05:10:42

 5    employee's required training and if it's been    05:10:46

 6    completed.                                        05:10:49

 7        Q.   Okay.  And does the LMS system record -- 05:10:51

 8    it records whether or not a CRA has completed a   05:10:57

 9    training or not; correct?                         05:11:00

10           MR. KOPP:  Asked and answered.             05:11:02

11        A.   Yes.                                      05:11:03

12        Q.   Okay.  And so line managers are able to  05:11:04

13    view whether or not the CRAs or CMAs complete the 05:11:06

14    training on the LMS system; correct?             05:11:11

15        A.   Correct.                                 05:11:14

16        Q.   And is that -- is whether or not CRAs and 05:11:14

17    CMAs complete training programs, is that one of the 05:11:16

18    metrics that line managers use to judge the quality 05:11:20

19    of the performance of CRAs and CMAs?             05:11:24

20        A.   Whether or not they complete the -- the  05:11:33

21    core required trainings is -- is one of the      05:11:38

22    metrics, yes.                                     05:11:42

23        Q.   Okay.  Have you been involved in         05:11:43

24    situations where CRAs or CMAs have been disciplined 05:11:45

25    for not completing core-specific trainings?      05:11:52
```

Page 267

| | | |
|---|---|---|
| 1 | A.   I can't recall any specifically, no. | 05:12:04 |
| 2 | Q.   Okay.  Have you been involved in any | 05:12:07 |
| 3 | situation where CRAs or CMAs have been terminated | 05:12:09 |
| 4 | for failure to complete trainings on time as one of | 05:12:13 |
| 5 | the factors for termination? | 05:12:18 |
| 6 | A.   I -- I don't recall that being included in | 05:12:20 |
| 7 | any -- any terminations as a factor -- that I've | 05:12:22 |
| 8 | been involved in. | 05:12:25 |
| 9 | Q.   Okay.  All right. | 05:12:29 |
| 10 | Now, let me just ask a few follow-up | 05:12:51 |
| 11 | questions.  I'm done with the -- Exhibit 42. | 05:12:53 |
| 12 | Based on your understanding and your -- as | 05:13:09 |
| 13 | a -- in your position at PAREXEL, do Clinical | 05:13:10 |
| 14 | Research Associates have the authority to interpret | 05:13:17 |
| 15 | and apply policies and procedures without prior | 05:13:20 |
| 16 | approval? | 05:13:23 |
| 17 | A.   Absolutely, yes. | 05:13:25 |
| 18 | Q.   Okay.  And how do they do that? | 05:13:26 |
| 19 | A.   How do they interpret and apply... | 05:13:32 |
| 20 | I'm sorry.  Could you repeat -- | 05:13:36 |
| 21 | Q.   Policies without prior approval. | 05:13:41 |
| 22 | Can you give me a -- an example. | 05:13:42 |
| 23 | A.   Yeah.  I mean, so our -- our -- the | 05:13:44 |
| 24 | guidelines, the policies, the SOPs only have so | 05:13:49 |
| 25 | much information in them, and each trial that a CRA | 05:13:54 |

Page 268

| | | |
|---|---|---|
| 1 | is involved in has variation.  And then, further to | 05:13:58 |
| 2 | that, each site that a CRA works with has | 05:14:03 |
| 3 | variation. | 05:14:11 |
| 4 | So the CRAs essentially -- and CMAs -- | 05:14:12 |
| 5 | need to use the experience they have, the | 05:14:17 |
| 6 | education, their training to essentially read all | 05:14:24 |
| 7 | of the different requirements that the regulatory | 05:14:32 |
| 8 | authorities, PAREXEL, sponsor, and work with the | 05:14:34 |
| 9 | site to ensure that they're taking the right | 05:14:39 |
| 10 | actions. | 05:14:46 |
| 11 | That's kind of a broad... | 05:14:51 |
| 12 | Q.   Okay.  Based on your experience, do CMAs | 05:14:54 |
| 13 | have the authority to interpret and apply policies | 05:15:02 |
| 14 | and procedures without a prior approval as well? | 05:15:06 |
| 15 | A.   Yes. | 05:15:09 |
| 16 | Q.   Okay.  And can you describe how they -- | 05:15:10 |
| 17 | how CMAs do that. | 05:15:13 |
| 18 | A.   I mean, I think my answer would be the | 05:15:15 |
| 19 | same, essentially; that they -- I mean, they work | 05:15:17 |
| 20 | with the sites.  They need to work with the site to | 05:15:20 |
| 21 | make sure that the study can move forward; that | 05:15:23 |
| 22 | patient safety is not compromised; that the data | 05:15:31 |
| 23 | integrity is maintained, they maintain quality; and | 05:15:34 |
| 24 | within the bounds of the regulatory requirements, | 05:15:41 |
| 25 | the ICH GCP, which, as I mentioned before, don't | 05:15:46 |

Page 269

1    have a -- an extreme amount of detail, so think          05:15:56

2    essentially work with the sites on each situation        05:16:00

3    to apply the regulations and -- and make sure that       05:16:02

4    -- I'm repeating myself -- but quality is                05:16:10

5    maintained, patient safety isn't compromised, data       05:16:12

6    integrity isn't compromised.                             05:16:16

7         Q.   Okay.  Do CRAs take actions that bind          05:16:18

8    PAREXEL on matters of significance within the study      05:16:24

9    without prior approval?                                  05:16:27

10        A.   So everything that the CRA does when           05:16:29

11   they're working with the site -- repeat the              05:16:33

12   question --                                              05:16:38

13        Q.   Uh-huh.                                         05:16:39

14        A.   -- I'm sorry -- for me -- just to make          05:16:40

15   sure.                                                     05:16:41

16        Q.   Sure.  Is it -- is it your understanding        05:16:42

17   that CRAs take action that bind PAREXEL on matters        05:16:47

18   of significance within the study context without          05:16:50

19   approval?                                                 05:16:54

20        A.   Okay.  So -- so every -- I mean, so I'm         05:16:55

21   saying -- everything they -- they do when they're         05:16:58

22   working with the site can have a lot of                   05:17:01

23   significance for PAREXEL; and -- and the CRAs will        05:17:04

24   work with the site to, for example, make sure that       05:17:11

25   the sites have the right information; that they're        05:17:15

Veritext Legal Solutions
866 299-5127