# Exhibit Y

```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2
 3   SCHOULEE CONES, an individual,    )
     and DEXTER PASIS, an individual,  )
 4   on behalf of themselves and all   )
     others similarly situated,        )
 5                                      )
            Plaintiffs,                 ) CASE NO.
 6                                      ) 16-cv-3084-L-BGS
     v.                                 )
 7                                      )
     PAREXEL INTERNATIONAL              )
 8   CORPORATION, a Massachusetts       )
     corporation licensed to do         )
 9   business in the State of           )
     California; and PAREXEL            )
10   INTERNATIONAL, LLC, a              )
     Massachusetts limited liability    )
11   company licensed to do business in )
     the State of California,           )
12                                      )
            Defendants.                 )
13   _____ )
14
15
16        VIDEOTAPED and VIDEOCONFERENCE DEPOSITION
17                   OF JAMIE LANGLEY
18               (Taken by Plaintiffs)
19               Raleigh, North Carolina
20               Friday, January 12, 2018
21                    10:27 a.m.
22
23
24   Reported by: Karen K. Kidwell, RMR, CRR
25
```

                                            Page 1

```
 1                A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFFS:
 3          KEEGAN & BAKER, LLP
 4          BY:  PATRICK N. KEEGAN, ESQ.
                  (Via Videoconference)
 5          6156 Innovation Way
            Carlsbad, CA  92009
 6          760.929.9303
            pkeegan@keeganbaker.com
 7
 8   ON BEHALF OF THE DEFENDANTS:
 9           SEYFARTH SHAW LLP
10           BY:  MICHAEL W. KOPP, ESQ.
             400 Capitol Mall
11           Suite 2350
             Sacramento, CA  95814
12           916.498.7039
             mkopp@seyfarth.com
13
14   ALSO PRESENT:
15          Carrie Willis, Senior Counsel
              PAREXEL International
16
            Rob Hahn, Videographer
17
18
19          VIDEOTAPED and VIDEOCONFERENCE DEPOSITION
20   OF JAMIE LANGLEY, a witness called on behalf of
21   Plaintiffs, before Karen K. Kidwell, Notary Public,
22   in and for the State of North Carolina, at
23   Huseby-Regus, 3737 Glenwood Avenue, Suite 100,
24   Raleigh, North Carolina, on Friday, January 12, 2018,
25   commencing at 10:27 a.m.
```

                                                    Page 2

```
 1                    I N D E X
 2   WITNESS/EXAMINATION                          Page
 3   JAMIE LANGLEY
 4     By Mr. Keegan                               6
 5
 6
 7                  E X H I B I T S
 8     Number           Description              Page
 9   Exhibit 59   Notice of Deposition of Jamie .....46
                  Langley
10
     Exhibit 69   Documents produced by Jamie .......29
11                Langley for deposition, Bates
                  LANGLEY 00001-31
12
     Exhibit 75   Documents, first page titled ......68
13                SMBT+ Agenda, Bates
                  PAR5459-5463
14
     Exhibit 78   SMBT Plus agenda, Bates PRA .......52
15                5459-5463
16   Exhibit 81   Site Management Basic ............73
                  Training+ Visit Module
17                Flowchart, Bates PAR012083,
                  Confidential
18
19
20   ***REPORTER'S NOTE:  Exhibits 59 and 78 were marked
21   via videoconference and retained by Attorney Keegan.
22
23
24
25
                                           Page  3
```

```
 1          or we can just reference them; we can talk how
 2          we mark.  But if the witness -- if you could
 3          place before the witness the Langley 1 through 7
 4          document before her.
 5               MR. KOPP:  (Tenders).
 6     BY MR. KEEGAN:
 7          Q.   Do you -- do you have that document in
 8     front of you?
 9          A.   I do.
10          Q.   Can you tell me what that document is?
11          A.   The document is a combination of my job
12     description and curriculum vitae.
13          Q.   And your job description is on pages 1
14     through 3; is that correct?
15          A.   That is correct.
16          Q.   Okay.  And the job title is "Training
17     Business Partner" --
18          A.   That is correct.
19          Q.   -- is that correct?
20          A.   Yes.
21          Q.   Okay.  And how long have you held the
22     training business partner position at PAREXEL?
23          A.   Since January 2014.
24          Q.   And before January 2014, what was your
25     prior position with PAREXEL?
```

Page 10

1          A.   I was an associate director, clinical

2     operations, at PAREXEL.

3          Q.   . . . You said PAREXEL.

4               MR. KOPP:  You cut out there, Patrick.

5               MR. KEEGAN:   Sorry.

6     BY MR. KEEGAN:

7          Q.   What period of time did you hold the

8     position of associate director at PAREXEL?

9          A.   March 2013 to January 2014, I was

10    associate director in clinical operations.  I'm also

11    presently an associate director in my current role as

12    training business partner.

13         Q.   Can you describe what your duties and

14    responsibilities are as an associate director in your

15    current position?

16         A.    In my current position, I partner with

17    business leaders and leadership teams to drive

18    performance, identifying any potential learning

19    activities or development activities that would help

20    them to achieve their business goals.  And if that

21    resulted in an identified training solution, I would

22    assemble a team of subject matter experts from the

23    business and supporting functions, including

24    additional resources from learning and development,

25    and project manage that from conception to

Page 11

1   completion.

2        Q.   Would you say as an associate -- in your

3   associate director's position, is that -- is -- your

4   duties and responsibilities are within the learning

5   and development group at PAREXEL?

6        A.   Yes.

7             MR. KOPP:  Objection.  Vague and

8        ambiguous.

9   BY MR. KEEGAN:

10       Q.   Ms. Langley, if I use the term "PAREXEL,"

11  do you understand -- will you understand that to mean

12  I'm referring to your employer?  Is that okay?

13       A.   Yes.

14       Q.   In your current position at PAREXEL, are

15  you involved in the training of clinical research

16  associates that -- that are employed at PAREXEL?

17       A.   I do not directly deliver training to

18  staff.

19       Q.   Okay.  Have you ever directly delivered

20  training to CRAs employed by PAREXEL?

21       A.   Yes.

22       Q.   And what period of time did you deliver

23  training directly to CRAs employed by PAREXEL?

24       A.   In my function as senior manager of

25  clinical operations, I delivered professional

Veritext Legal Solutions
866 299-5127

1   development training to staff within clinical

2   operations.

3       Q.   And was that training given directly to

4   CRAs during that period of time, was that in

5   connection with the Site Management Basic Training?

6       A.   No, it was not related to the Site

7   Management Basic Training.

8       Q.   Would you consider that the training that

9   you directly provided, was that regarding specific

10  clinical studies that the CRAs were working on?

11      A.   No, it was not related to clinical

12  studies.

13      Q.   And can you describe what the training was

14  regarding?

15      A.   Communication skills, professional skills,

16  site engagement motivation, teamwork.

17      Q.   And how would you provide that training to

18  CRAs during the time that you directly provided

19  training?

20      A.   It was delivered fact to face.

21      Q.   Was it in a one-on-one session, or was

22  there multiple CRAs?

23      A.   One-on-group.

24      Q.   And you said face to face, so you would --

25  this would have been in-person training?  Is that

Veritext Legal Solutions
866 299-5127

1    correct?

2         A.   Correct.

3         Q.   And where did you provide that training?

4         A.   I have personally delivered that training

5    in Singapore, in Berlin, in Uxbridge, and in Research

6    Triangle Park.

7         Q.   Out of those locations, which of those

8    locations that you referred to were in the United

9    States?

10        A.   Research Triangle Park.

11        Q.   Okay.  Is that in North Carolina?

12        A.   North Carolina, yes.

13        Q.   And what period of time were you providing

14   direct training to CRAs?

15        A.   Let's see.  Between 2011 and 2013.

16        Q.   And are you -- I notice that you were

17   referring to the document.  Were you referring to

18   Langley 0004?

19        A.   That is correct.

20        Q.   And in that period of time is when you

21   held the position of senior manager, global

22   monitoring operations, correct?

23        A.   Yes, and let me just reconfirm.

24             Yes, that was during the period of senior

25   manager, correct.

Page 14

1        Q.   So is it correct to say that you've been

2   involved in at least providing training to CRAs since

3   approximately September 2011?

4        A.   Approximately, yes.

5        Q.   Have you ever given direct training to

6   CRAs after approximately March 2013?

7        A.   After March of 2013?  Not to my

8   recollection.

9        Q.   Let me just clarify a few things on the

10  record.  Have you ever met or spoken with the

11  Plaintiff Schoulee Cones?

12       A.   I do not recall ever having any

13  interaction with either -- Schoulee Cones.

14       Q.   And just so the record's clear, have you

15  ever met or spoken to the Plaintiff Dexter Pasis?

16       A.   I do not recall ever speaking with that

17  individual, Dexter Pasis.

18       Q.   And is it also correct to say that you

19  don't recall providing any training directly to the

20  Plaintiff Dexter Pasis?

21       A.   That is correct.

22       Q.   And is it also correct to say that you

23  don't recall providing any training to the Plaintiff

24  Schoulee Cones?

25       A.   That is correct.

Page 15

1          Q.   Is it correct to say that you've been
2     employed at PAREXEL, in the learning and development
3     division of PAREXEL, since you've held the position
4     of senior manager in -- since September of 2011?
5          A.   That is incorrect.
6          Q.   Okay.  When did -- when did you work at
7     PAREXEL in the learning and development division?
8          A.   January 2014 to present.
9          Q.   And before January '14, were you involved
10    in any way of drafting or preparing any -- any kind
11    of training for CRAs employed at PAREXEL?
12         A.   Yes, I was involved in my functions within
13    clinical operations as a subject matter expert, along
14    with additional global subject matter experts from
15    clinical and other business functions.
16         Q.   And when you -- in your response, when you
17    referred to yourself as a subject matter expert, can
18    you explain to me what you mean by that?
19         A.   Yes.  So providing context, input to the
20    material that was being created, situations,
21    exercises, role plays, discussions, mock --
22    summaries, et cetera.
23         Q.   And in your response regarding what you
24    meant by subject matter expert, is it -- is that
25    concerning the training of CRAs?

Page 17

1          A.    In that role, it was more a subject matter

2    expert on clinical operations, site management,

3    clinical trial conduct.

4          Q.    At some point before January of 2014, were

5    you involved in preparation of the materials for the

6    Site Management Basic Training that was given to CRAs

7    at PAREXEL?

8          A.    Let me read the question.

9          Q.    Sure.   Let me lay the foundation in a

10   different way.

11              What types -- since you've been employed

12   at PAREXEL, what types of training are provided to

13   CRAs that are employed at PAREXEL?

14              MR. KOPP:   Objection.   Vague and

15        overbroad.

16              THE WITNESS:   There's a -- there's a

17        multitude of trainings that are outlined in a

18        clinical operations curriculum that relate to

19        the functional role-specific training

20        requirements, which cover processes, systems,

21        regulatory and ethical training requirements, as

22        well as our corporate training requirements

23        outlined in a separate curriculum.   There's also

24        project level training, therapeutic area

25        training, partnership level training if and when

Page 18

1          assigned to a partnership account.

2    BY MR. KEEGAN:

3          Q.   Okay.   Is there specific training that

4    PAREXEL provides to its CRAs before they're assigned

5    to -- to work on any specific clinical trial?

6               MR. KOPP:  Objection.  Vague as to

7          position and time.

8               THE WITNESS:  Yes, and it is a combination

9          of training from the curricula and training

10         areas that I just mentioned.  So the functional

11         role-specific, the corporate, our systems,

12         therapeutic area training, project and

13         partnership.  Multiple courses.

14   BY MR. KEEGAN:

15         Q.   And what is the first training that CRAs

16   receive at PAREXEL currently?

17              MR. KOPP:  Objection.  Vague as to

18         position and time.

19              THE WITNESS:  The first training that a

20         CRA would receive would be HR's new-hire

21         orientation.

22   BY MR. KEEGAN:

23         Q.   And what is the new-hire orientation

24   referred to at PAREXEL?

25         A.   HR's new-hire orientation is called

1  new-hire orientation.

2       Q.   Was that ever referred to as Site

3  Management Basic Training at PAREXEL?  Or is that

4  something different?

5       A.   No, that is -- that is another course that

6  is functional and role-specific.

7       Q.   And who provides the new-hire orientation

8  training?

9       A.   Our human resources department.

10      Q.   Okay.  And what does that consist of?

11      A.   Corporate policies, corporate overview,

12  corporate culture, benefits, IT.

13      Q.   And where -- is that done at specific

14  locations at PAREXEL?

15      A.   Yes.  Within North America, it's done

16  minimally at the three main hub offices of Billerica,

17  RTP or Durham, and San Diego.

18      Q.   Is the curriculum for the new-hire

19  orientation the same at -- given at all three U.S.

20  locations?

21      A.   Yes.

22      Q.   And when CRAs complete the new-hire

23  orientation training, is that documented in some way?

24      A.   Yes, it is.

25      Q.   And how is it documented?

Veritext Legal Solutions
866 299-5127

1        A.   It's documented through course completion

2   in our learning management system and would appear on

3   their transcript.

4        Q.   And the learning management system that

5   you're referring to, what -- what is that called

6   at -- at PAREXEL?

7        A.   LMS, learning management system.

8        Q.   And is the LMS located on PAREXEL's

9   intranet --

10       A.   Yes, it's accessed --

11       Q.   -- portal?

12       A.   It's accessed through PAREXEL's intranet.

13       Q.   And what's the name of that PAREXEL

14   intranet program?

15       A.   Well, we access it through a Connect home

16   page, which is just a web portal.  It's on PAREXEL's

17   network.

18       Q.   And does that have a name?  Is it referred

19   to in some way?

20       A.   "Connect."

21       Q.   Okay.  After new-hire orientation

22   training, what is the next training a CRA employed at

23   PAREXEL receives?

24            MR. KOPP:  Objection as to -- vague as to

25       position and time.

Veritext Legal Solutions
866 299-5127

```
 1              MR. KEEGAN:   And just -- just for the

 2         record, Mike, the question is as to any CRAs in

 3         any of the positions.

 4    BY MR. KEEGAN:

 5         Q.   But just so it's clear, what -- what

 6    different positions does PAREXEL employ at the CRA

 7    position?

 8              MR. KOPP:  Objection.  Compound.  Assumes

 9         facts.

10              THE WITNESS:  Okay.  For the CRA position,

11         CRA 1, 2, and Senior.

12    BY MR. KEEGAN:

13         Q.   And are there also CMA positions at

14    PAREXEL?

15         A.   Yes, there are.

16         Q.   Okay.  And just for the record, what does

17    "CMA" refer to?

18         A.   CMA is a clinical monitoring associate.

19         Q.   Okay.  And what kind of CMA positions are

20    employed at PAREXEL?

21         A.   1, 2, and Senior.

22         Q.   Do CMAs receive the same new-hire

23    orientation that CRAs receive, that you referred to

24    earlier in your testimony?

25              MR. KOPP:  Objection.  Vague.
```

Page 22

1           THE WITNESS:   All employees at PAREXEL

2       receive the same corporate new-hire orientation

3       in North America.

4    BY MR. KEEGAN:

5           Q.   Okay.   After new-hire -- after PAREXEL

6    employees receive new-hire training, do they --

7    what's the next training that CRAs receive at

8    PAREXEL?

9               MR. KOPP:  Objection.  Vague.

10              THE WITNESS:   So the next training that

11      they would receive would be dependent on their

12      curriculum and the role assigned to them, based

13      on that curriculum, whether they were CRA or

14      CMA.   But it would be a series of functional

15      role-specific courses to onboard them, Site

16      Management Basic Training or Site Manager

17      Training included in that.

18   BY MR. KEEGAN:

19          Q.   So is it correct to say that all CRAs

20   receive Site Management Basic Training?

21              MR. KOPP:  Objection.  Vague, particularly

22      as to position.

23              THE WITNESS:   All CRAs receive Site

24      Management Basic Training or an updated version.

25      We do have Site Manager Training, Series 1.

                                        Page 23

1    BY MR. KEEGAN:

2         Q.   So are they -- are there two different

3    Site Manager Basic Training modules?

4         A.   No, it's one -- one course; different time

5    points, different titles.

6         Q.   Okay.  And what's the -- what's the two

7    titles that are -- the two different titles for Site

8    Management Basic Training?

9         A.   You may see Site Manager Basic Training,

10   Site Manager Basic Training Plus, or Site Manager

11   Training.

12        Q.   And were all three of those types of basic

13   training -- SMBT, SMBT Plus, and SMT -- were they

14   all -- have they all -- they're all given currently,

15   all three of those --

16        A.   No.

17        Q.   -- trainings?

18        A.   They are versions of a program.  So in

19   that order is the order that those versions occurred.

20        Q.   Okay.  So the SMBT, when -- what time

21   period was that given to CRAs?

22        A.   SMBT would have gone until approximately

23   summer 2013, and then SMBT Plus put into place, which

24   was upscaling or updating materials.  And then SMT 1

25   would have been put into place approximately 2015.

Veritext Legal Solutions
866 299-5127

1       Q.   Just so I understand your testimony, so

2  the SMBT would have been given through the summer of

3  2013; is that correct?

4       A.   Correct.

5       Q.   And then approximately from the summer of

6  2013 through 2015, the SMBT Plus would have been

7  given to CRAs; is that correct?

8       A.   Approximately so, yes.

9       Q.   Okay.  And then after 2015, SMB 1 would

10  have been given to CRAs; is that correct?

11       A.   Approximately, yes.

12       Q.   And do you know when the SMBT training,

13  when that commenced at PAREXEL?

14       A.   SMBT was in place when I was hired at

15  PAREXEL, so I can't comment.

16       Q.   And based on your résumé, you were hired

17  at PAREXEL in May of 2008; is that correct?

18       A.   That is correct.

19       Q.   So SMBT training was -- was given, to your

20  knowledge, since May 2008, correct?

21       A.   Correct.  An iteration of that training.

22  It may have had a different name, but same purpose.

23       Q.   And all CRAs, regardless of position,

24  would have taken the SMBT training during the time

25  period it was offered; is that correct?

Page 25

1          MR. KOPP:  Objection.  Vague as to

2     position.

3          I -- I just want to clarify for the

4     record, when you refer to "all CRAs," are you

5     just referring to CRA 1, 2, and Senior CRA?

6          MR. KEEGAN:  Right, so three that she

7     identified on the record.

8          MR. KOPP:  Okay.

9          MR. KEEGAN:  Rather than keep saying that

10    over and over again.

11         MR. KOPP:  All right.  I just want to make

12    sure you weren't lumping the CMAs in there.

13         MR. KEEGAN:  No, no.  Yeah.  So I'll ask

14    the CMAs separately so there's not any

15    confusion.

16    BY MR. KEEGAN:

17    Q.   But when I refer to "CRAs," I'm referring

18    to all three of the CRA positions.  Do you understand

19    that, Ms. Langley?

20    A.   Yes.

21    Q.   Okay.  Would the CRAs, regardless of

22    position, all receive this SMBT during the time that

23    the SMBT training was offered?

24    A.   That is my understanding, yes.

25    Q.   And is it also correct to say that all

1    CRAs, regardless of position, would have received the

2    SMBT Plus training during the time that that was

3    offered?

4         A.    Bear with me for a moment; I'm jogging my

5    memory.

6               I believe that is correct.

7         Q.    And would all CRAs, regardless of

8    position, receive the SMT 1 training during the time

9    the SMT 1 training was offered?

10        A.    That is correct.

11        Q.    Do CMAs, regardless of position, also

12   receive Site Management Basic Training?

13        A.    That is correct.

14        Q.    So would CMAs, regardless of position,

15   receive the SMBT training during the time the SMBT

16   training was offered?

17        A.    To my recollection, for SMBT, that is

18   correct.

19        Q.    And is it also correct that CMAs,

20   regardless of position, would also have received

21   SMBT Plus training during the time SMBT Plus training

22   was offered?

23        A.    That is correct.

24        Q.    And would -- did all -- well, strike that.

25              Is it also correct to say that CMAs,

Page 27

1  regardless of position, would have all received SMT 1

2  training during the time SMT 1 training was offered?

3       A.   That is correct.

4       Q.   And is the -- has the Site Management

5  Basic Training modules that you referred to, that

6  always been given at -- at the Raleigh, North

7  Carolina, location to CRAs and CMAs?

8            MR. KOPP:  Objection.  Vague as to time.

9  BY MR. KEEGAN:

10      Q.   In -- since the time that you've worked at

11 PAREXEL?

12      A.   It's been delivered in our Durham office,

13 as well as our Billerica and our San Diego offices,

14 depending on, you know, hiring and geographical

15 spread.

16      Q.   And regardless of the location, whether it

17 was in San Diego or Billerica or Durham, would the

18 Site Management Basic Training modules, whether it's

19 SMBT or SMBT Plus or SMT 1, would the materials have

20 been the same and the curriculum would have been the

21 same regardless of location?

22            MR. KOPP:  Objection.  Compound and

23        overbroad.

24            THE WITNESS:  The same course, delivered

25        by the same training team, would have been

Page 28

1      delivered regardless of location.

2           MR. KEEGAN:  Michael, could you please

3      place the document that you produced today as

4      Langley 00017 -- no, wait.

5           MR. KOPP:  Hey, Patrick, if we're

6      referring to documents and the witness has

7      testified them, it's your deposition, but I

8      think it makes sense to mark -- mark these --

9      these documents.

10           MR. KEEGAN:  Okay.  Let's mark for --

11      let's mark the first document, Langley 17, as

12      Exhibit 69.

13           Or, Michael, just for the record, why

14      don't we attach all four documents that she's

15      producing today as Exhibit 69, that way, and

16      then I'll just -- because they're all

17      consecutively numbered, correct?

18           MR. KOPP:  Correct.

19           MR. KEEGAN:  Yeah.  So Langley 1

20      through 31 will be marked as Exhibit 69.

21        (Exhibit 69 was marked for identification.)

22  BY MR. KEEGAN:

23      Q.   I'd like to ask you to look at page

24  Langley 00010 for me.  Tell me when that's in front

25  of you.

Veritext Legal Solutions
866 299-5127

1         A.    It's in front of me.

2         Q.    Okay.   And what is this document that's

3    Langley 10 through 18?

4         A.    This is a transcript --

5         Q.    So that's a document, upper right-hand

6    corner states "Regulatory Transcript."   And

7    underneath it, it has a date of 11 JAN 2018 BST.

8         A.    Yes.   Yes, that is correct.

9         Q.    What -- what is this -- what is this

10   document, Langley --

11        A.    It's a regulatory transcript.

12        Q.    Okay.   And -- and in PAREXEL, what does

13   the regulatory transcript refer to?

14        A.    It's a list of all corporate and

15   functional training completed by an individual.

16        Q.    And is these regulatory transcripts saved

17   for each CRA and CMA employed at PAREXEL?

18             MR. KOPP:   Objection.   Lacks foundation.

19        Calls for speculation.   Also overbroad as to

20        time.

21             THE WITNESS:   This is a report that can be

22        pulled from our learning management system.

23   BY MR. KEEGAN:

24        Q.    And did you -- did you pull this report in

25   2018?

                                        Page 30

1       A.   Yes.

2       Q.   Okay.   And can you describe how you pulled

3   that report from the LMS system for me?

4       A.   Through our business intelligence

5   reporting interface.

6       Q.   And can you tell me the steps -- the steps

7   you took to pull the report?

8       A.   Yes.   I accessed business intelligence

9   report interface via PAREXEL Connect, entered my

10  username and password, located the LMS 2 series of

11  reports, identified the transcript report, entered in

12  employment dates, personnel identification number for

13  the two individuals for which these reports were

14  provided, and exported the results as a PDF document.

15      Q.   And is it your understanding of the LMS

16  system that reports could be run on CRAs and CMAs

17  employed at least since December of 2012?

18      A.   Let me read the question.

19           Yes, that's my understanding of LMS.

20      Q.   So in your response, you -- I think you

21  indicated that you also pulled the regulatory

22  transcript attached as Exhibit 69 at pages 19

23  through 31; is that also correct?

24      A.   That is correct.

25      Q.   And turning your attention back to

Page 31

```
 1          Q.   Okay.  But that would be -- that may be
 2     just another way of referring to the SMB 1 training;
 3     is that -- is that accurate?
 4               MR. KOPP:  Objection.  That's vague, and
 5          also misstates prior testimony.
 6               THE WITNESS:  SMBT is a functional
 7          onboarding course.  SMT 1 Americas is also a
 8          functional onboarding course, versions of the
 9          same.
10     BY MR. KEEGAN:
11          Q.   Yeah, so when we were -- when I referred
12     to it as SMT 1, it's listed on his report as Site
13     Manager Training 1-Americas.  Is that correct?
14          A.   That's correct.
15          Q.   And the reference on his report, the
16     May -- or, strike that -- of the 14 May 2015, does
17     that indicate the completion date of that training,
18     on this report?
19          A.   That should be the completion date,
20     according to the way the formatted report was,
21     correct.
22          Q.   Right.  Because in that second column on
23     the row for the Site Manager Training 1-Americas,
24     that row column heading says "Completion Date" --
25          A.   That's correct.
```

Page 33

1        Q.    -- (GMT)."   Correct?

2        A.    That is correct.

3        Q.    Okay.   And so that would indicate of all

4   the trainings listed on the transcript, it would

5   indicate -- there is a date; it would indicate the

6   date it was completed.   Is that correct?

7        A.    That is correct.

8        Q.    And the reference to type, or that row,

9   Site Manager-Americas, it states, "ILT Course."   Do

10  you see that?

11       A.    Yes.

12       Q.    And what does "ILT Course" refer to?

13       A.    Instructor-led training.

14       Q.    Just looking at his transcript on that

15  particular page, there's also types eLearning.   Do

16  you see that on the first row of the --

17       A.    I do.

18       Q.    -- of page 20?

19       A.    Uh-huh.

20       Q.    And what does that refer to?

21       A.    An eLearning is an electronic learning,

22  where it may have audio, moving parts that guide you

23  through a series of information.   You may have

24  questions to answer, things to move around.

25       Q.    And where -- next to the type of that

                                          Page 34

1  first training on the first row of page 20, it says

2  the "Filled by" and then codes CLNWW-SMT1-AMEA.  Do

3  you see that?

4       A.   Yes, I do.

5       Q.   And what -- what does that reference refer

6  to?

7       A.   For this particular instance, this is

8  indicating that that systems training that would have

9  been available as an eLearning was covered in the

10 instructor-led training, called Site Manager

11 Training 1, which has an LMS course code of

12 CLNWW-SMT1-AMEA.

13       So they received that training as part of

14 their onboarding course.

15       Q.   And so in a layperson reference, that --

16 that training in that first row would have been part

17 of the Site Manager Training 1 that took place,

18 correct?

19       A.   Correct.

20       Q.   And is the SMT1-Americas training

21 currently given at -- to CRAs and CMAs at PAREXEL, is

22 that a -- a 10-day course?

23       A.   No, the SMT 1 that would be delivered to

24 CRAs or CMAs would be a 5-day course.

25       Q.   Okay.  And how about the SMBT Plus, when

Page 35

1    that was given at PAREXEL, how many days was that

2    course of training?

3         A.   Depending on the time period of delivery,

4    it could have been seven to nine days in the

5    Americas.

6         Q.   Yeah.   And just -- just for the record,

7    I'm -- really the case and everything that's relevant

8    is about CRAs and CMAs employed in the United States.

9         A.   Uh-huh.

10        Q.   So I know you've probably been involved

11   global wide in training, but my questions definitely

12   to you are relevant of those.   Is that fair?

13        A.   That's fair.

14        Q.   And SMBT training, when you first were

15   employed at PAREXEL, do you know how long -- how many

16   days of training that -- that program was?

17        A.   When I joined, I believe it was a five-day

18   program.

19             MR. KOPP:   And Patrick, we've been going

20        for about an hour.   If we could take a break,

21        that would be great.

22             MR. KEEGAN:   Sure.   Absolutely.   Any --

23        any time.   Just -- just for the record, any time

24        you need a break, please say, and I'm happy

25        to -- we're happy to go off the record.

Page 36

```
 1                    VIDEOGRAPHER:  Going off the record.  The
 2          time is 11:26.
 3                    (A recess transpired from 11:26 a.m. until
 4                    11:42 a.m.)
 5                    VIDEOGRAPHER:  We're back on the record.
 6          The time is 11:42.
 7     BY MR. KEEGAN:
 8          Q.    Ms. Langley, do you understand you're
 9     still under oath?
10          A.    Yes, I do.
11          Q.    And I didn't ask you at the beginning of
12     the deposition, but is there -- have you consumed
13     anything in the last 48 hours that would interfere
14     with your ability to give your best testimony today?
15          A.    No, I have not.
16          Q.    Thank you.  Turning back to page 20 of
17     Exhibit 69, which is Langley 20 -- been marked as
18     Langley 20, we were last referring to the first row.
19     I wanted to also focus your attention on the second
20     row on that page.  It says -- under "Type," it
21     indicates "Self-paced reading."  Do you see that?
22          A.    I do.
23          Q.    And what does that refer to?
24          A.    Self-paced reading is a document, maybe
25     PDF or other, that an individual is to review on
```

                                                        Page 37

```
 1    their own.
 2         Q.    And then next to that -- in that second
 3    row, next to the "Type" on the second row document,
 4    it's -- under the column "Completion Date" --
 5         A.    Uh-huh.
 6         Q.    -- "(GMT)," it also indicates "Fulfilled
 7    By," and then the code reference for the Site Manager
 8    Training 1 Americas; is that correct?
 9         A.    That is correct.
10         Q.    Does that indicate also that that was done
11    as -- as part of the Site Manager 1 Americas --
12         A.    That is correct.
13         Q.    -- module?
14              MR. KOPP:  And you've -- and you've been
15         doing a good job, but just as a -- a reminder,
16         just let him conclude his question --
17              THE WITNESS:  Yeah.
18              MR. KOPP:  -- before you answer, and that
19         will help out the court reporter.
20    BY MR. KEEGAN:
21         Q.    Focusing your attention on that same page,
22    the fifth row down, underneath the first column,
23    which is entitled "Activity Code for Title," that
24    row, underneath that column, it says, "RRC New Hire
25    Curriculum-1 Month."  Do you see that?
```

Page 38

1      A.    Yes, I do.

2      Q.    What does that refer to?  If you know.

3      A.    I'm actually not familiar with the RRC

4  curriculum.

5      Q.    Okay.  Just looking at the type on that

6  row, it says "Blended Activity."  Do you see that, a

7  reference on the last column in that particular row?

8      A.    Yes, I do.

9      Q.    Under "Type"?  "Blended Activity" on

10  other -- just generally, what does "Blended Activity"

11  refer to, in the transcript?

12      A.    Blended activity would refer to a

13  combination.  So it could be one or more of the same

14  type of activities or a combination of different

15  activity types.

16      Q.    And would blended activity in the

17  different trainings that's listed on Mr. Pasis'

18  transcript, would that indicate blended activities

19  would be -- could that be -- could that all be face

20  to face, or would that -- could that be delivered

21  electronically, maybe through video or something?

22          MR. KOPP:  Objection.  Compound and

23     overbroad.

24          THE WITNESS:  While I cannot with complete

25     certainty speak to every blended activity, I

Page 39

 1          would feel confident saying that the majority
 2          would be blended activities that were taking --
 3          taken remotely, a combination of -- of reading,
 4          video activities, or remote trainings.
 5    BY MR. KEEGAN:
 6          Q.   Let me focus your attention on page 10 of
 7    Exhibit 69, which is the transcript for Ms. Cones,
 8    regulatory transcript for Ms. Cones.  In particular,
 9    the -- the second row from the bottom on that
10    transcript.
11               Just tell me when you have that in front
12    of you.
13          A.   I have page 10.
14          Q.   Okay.  And the reference in that second
15    row under "Description of Activity" title, that
16    second from the bottom row:  Site Management Basic
17    for CRA, CMA, and COL.  And "COL" refers to clinical
18    operation lead, correct?
19          A.   That is correct.
20          Q.   And is that reference on this regulatory
21    report would be the -- based on the completion date
22    of 24 April 2014, is that the reference on the
23    regulatory -- on her regulatory transcript for the
24    SMBT Plus training that we discussed?
25          A.   It appears this is for the SMBT training.

                                           Page 40

1      Q.   And the row -- the last row on page 10 of
2  Exhibit 69, underneath Site Management Basic Training
3  CRA, CMA, COL, has a listing for a self-paced reading
4  course.  And it says, underneath the row for
5  completion date, it indicates fulfilled by
6  GROWW-SMBTGMO-RT.  Do you see that?
7      A.   I do.
8      Q.   Okay.  And does that indicate that that
9  training was completed as part of the Site Management
10 Basic Training that she received?
11     A.   That is correct.
12     Q.   On Ms. Cones' regulatory transcript, are
13 the first two rows of her transcript, is that the
14 new-hire orientation that we -- that you spoke of
15 during your deposition this morning, of the first --
16 when we were talking about the first trainings that
17 employees at PAREXEL receive?
18     A.   Yes.  That is the corporate new hire.
19     Q.   And turning your attention to page 19 of
20 Exhibit 69, are the rows 2 and 3 of Mr. Pasis'
21 regulatory transcript also indicate that he received
22 the new-hire orientation training as well?
23     A.   Yes, that is correct.
24     Q.   And the training courses reflected in the
25 two transcripts, where they have the activity codes,

                                        Page 42

1    are those trainings -- the course materials for those

2    trainings, are they saved on PAREXEL's system

3    somewhere?  Can they be accessed?

4          A.    Can you restate your question?

5          Q.    Sure.  Yeah.  Let me just take a specific

6    example.

7                Going back to page -- Schoulee Cones'

8    regulatory transcript, on page 10, the -- would the

9    Site Management Basic Training for CRA, CMA, and COL,

10   would that -- would the materials for the course that

11   she took be saved on PAREXEL's computer system in --

12   in LMS?

13               MR. KOPP:  Objection.  Vague.

14               THE WITNESS:  They would be stored in a --

15      an electronic document repository, but they are

16      not stored in LMS.

17   BY MR. KEEGAN:

18         Q.    Okay.  And the course materials given, in

19   particular this one, where would it be stored?

20         A.    The electronic --

21               MR. KOPP:  Go ahead.

22               THE WITNESS:  The electronic documents

23      would be stored in our electronic document

24      repository, which is called PMED.

25

Veritext Legal Solutions
866 299-5127

```
 1        A.   Anyone can run a search; not everyone will

 2   have access to where they are.

 3        Q.   Got it.  But in order to locate it,

 4   assuming you have access, you would -- you would

 5   locate it using the title of the course; is that

 6   accurate?

 7        A.   The title or code, depending on how it was

 8   filed.  That is correct.

 9        Q.   Okay.  Still focusing your attention on

10   page 10 of Exhibit 69, Ms. Cones' regulatory

11   transcript, the last row, the activity code title,

12   the title is an SOP:  SOP-GRO-WW-022-02.  Do you see

13   that?

14        A.   I do.

15        Q.   And is that SOP code, is that a code for

16   the -- if you know -- for the self-paced reading

17   module?  Or does it also reference an SOP, a separate

18   SOP at PAREXEL?

19        A.   The self-paced reading activity that would

20   be logged in, LMS is documenting that they have read

21   the SOP.

22        Q.   Okay.

23        A.   This instance, this is fulfilled through

24   the CRA training received in SMBT-GMO.

25        Q.   All right.  Let me focus your attention to
```

1    at the end, and I -- it seemed like this agenda

2    indicates that this training was over a long -- over

3    an 8-day period of time.

4         A.   Uh-huh.

5         Q.   Does that refresh your recollection in any

6    way of how long the SMBT Plus training module given

7    to CRAs and CMAs in the United States was?

8         A.   Yes.  So if we're speaking of SMBT Plus,

9    that was over a longer period of time; close to two

10   weeks.

11        Q.   However long the exact training was for

12   the SMBT Plus training in the United States, there

13   would have been -- there would be a specific agenda

14   indicating the length of time saved on the PMED

15   system; would that be fair?

16        A.   That is correct.

17        Q.   I've placed on the screen a document

18   bearing the document control numbers of PAR4740

19   to 4744.  I'll give control to you.

20             Do you -- do you recognize this document?

21             MR. KOPP:  Yeah, you have an opportunity

22        to review that.

23             MR. KEEGAN:  And just for the record, the

24        title on the first page indicates "Essentials of

25        Site Management (ESM)-Participant Agenda."  At

Page 49

1      Q.   Okay.  Can you explain what the essentials
2  of the site management program is?
3      A.   Essentials of site management is a
4  foundational program that is delivered to newly hired
5  CRA or CMA 1 employees.  It's split into two parts,
6  which is theoretical and practical.
7      Q.   And how long is the essentials of site
8  management program being offered to CRA 1s and
9  CMA 1s?
10            MR. KOPP:  Objection.  Vague as to time.
11            MR. KEEGAN:   I'm asking her when.
12            THE WITNESS:   Okay.  Essentially it's four
13      days for part 1 and four days for part 2.
14  BY MR. KEEGAN:
15      Q.   Okay.  And then when, during the history
16  of -- well, strike that.  Let me ask a different way.
17            Do you know when the essentials of site
18  management training, PAREXEL started to give that to
19  CRA 1s and CMA 1s?
20      A.   I can give approximations of when that was
21  put in place.  Around 2014, 2015.
22      Q.   And was there an equivalent or a program
23  delivered to CRA 1s and CMA 1s prior to that, the
24  essentials of site management training?
25            MR. KOPP:  Object.  Objection.  Vague.

Page 51

```
1              VIDEOGRAPHER:  Going off the record.  The
2         time is 12:43.
3                  (A luncheon recess transpired
4                   from 12:43 p.m. until 1:48 p.m.)
5              VIDEOGRAPHER:  We're back on the record.
6         The time is 13:48.
7    BY MR. KEEGAN:
8         Q.   Ms. Langley, do you understand you're
9    still under oath?
10        A.   Yes, I do.
11        (Exhibit 75 was marked for identification.)
12   BY MR. KEEGAN:
13        Q.   Before the lunch break, we were discussing
14   and I was trying to show you an agenda.  I believe --
15   I faxed over during the lunch break a document marked
16   as Exhibit 75.  It's a five-page document.  At the
17   top it has the title "SMBT Plus Agenda."  Also
18   displaying on the screen with document control
19   numbers PAR5459 to 5463 is on the screen.
20              Do you recognize Exhibit 75?
21        A.   Yes, it appears to be the SMBT Plus agenda
22   for the course effective 15 October 2013.
23        Q.   And if this -- is it your understanding
24   that Exhibit 75 is the finalized version of the
25   SMBT Plus agenda?
```

                                              Page 68

1          Q.   And "systems" is referring to PAREXEL
2    systems?
3          A.   That is correct.
4          Q.   And what kind of position at PAREXEL would
5    be fulfilled by the systems trainer?
6               MR. KOPP:  Objection.  Vague.
7               THE WITNESS:  The role is a trainer.  They
8         sit within our shared services organization.
9    BY MR. KEEGAN:
10         Q.   And the identity of the systems trainers
11   who provided training at these SMBT Plus programs,
12   they would be reflected in some -- some records at
13   PAREXEL?
14         A.   That is correct.
15         Q.   And where would they be reflected?
16         A.   On either LMS documentation or the
17   training schedule.
18         (Exhibit 81 was marked for identification.)
19   BY MR. KEEGAN:
20         Q.   Turning your attention to the second
21   document that I faxed over during the lunch break,
22   which we marked as Exhibit 81, document printed in
23   landscape format, the top says "Site Management Basic
24   Training Plus.  Is it Module Flow Chart?"  In the
25   lower right-hand corner is a document, control number

Page 73

1    of PAR12083, the one-page document.   Do you -- do you

2    have that in front of you?

3         A.    Yes, I do.

4         Q.    Okay.  Do you recognize Exhibit 81?

5         A.    I do not.

6         Q.    So you don't know what Exhibit 81 is,

7    right?

8         A.    Not with a degree of certainty.

9         Q.    You've never -- have you -- you haven't

10   seen Exhibit 81 before today?   Is that accurate?

11        A.    Not in this format.   Not this information

12   in this format.

13        Q.    Okay.  Now, before the lunch break, we

14   talked about -- you gave some testimony about site

15   manager and pane trainings that were provided to

16   CRA 1s and CMA 1s.  Do you recall that --

17        A.    I do.

18        Q.    -- discussion?

19        A.    Uh-huh.

20        Q.    Okay.  Were there also trainings given

21   called -- to CMAs called CMA immersion training?  Do

22   you recall that?

23        A.    I do not recall there being a formal

24   program that I worked on by that title.

25        Q.    I think I'm still sharing my screen.

Page 74

1          A.    You are.

2          Q.    And I'm putting on the screen first page

3     of a document with a document control numbers of

4     PAR11499 to 11510.   And I don't think I have the

5     ability to have you control it, but I have the first

6     page up; it's the slide entitled "Welcome," and then

7     it says "CMA1/Immersion Training."   Do you see that

8     page?

9          A.    I do see that.

10         Q.    Does this page in any way refresh your

11    recollection about whether or not CMA 1 immersion

12    training was provided by PAREXEL at any time during

13    the time that you were employed by PAREXEL?

14              I can scroll through.

15         A.    Yeah, if you could scroll through, that

16    would be helpful.

17         Q.    Sure.   I'm displaying the second page.

18         A.    Uh-huh.

19         Q.    You can tell me when you've made it

20    through your review, and I'll go to the next page.

21         A.    Oh, thank you.

22              This appears familiar, as an operational

23    delivered program.

24         Q.    Okay.   And by "operational delivered

25    program," what do you mean by that?

Page 75

1        A.    Developed within the operations team by

2   managers, delivered by managers.

3        Q.    Delivered by line managers; would that be

4   right?

5        A.    Correct.

6        Q.    Okay.  And that's something outside of the

7   current department that -- that you work in, the

8   learning and development department; is that correct?

9        A.    That is correct.

10        Q.    Okay.  Do you have any -- do you know when

11   the CMA 1 immersion training was given at PAREXEL?

12        A.    Based on the footer in --

13            MR. KOPP:  I'm -- I'm going to interpose

14        an objection.  Lacks foundation.  Calls for

15        speculation.

16            THE WITNESS:  Okay.

17            MR. KEEGAN:  Sure.  I'm just wondering if

18        she knows.

19            THE WITNESS:  Based on the footer and my

20        understanding of our CMA 1 training evolution,

21        this would appear to be a precursor to the

22        pre-SMBT program.

23   BY MR. KEEGAN:

24        Q.    Okay.

25        A.    And I believe you'll find similar content

                                          Page 76

1      Q.   Okay.  So the only choice would be
2  completion dates for performing and printing out the
3  regulatory transcript; is that right?
4      A.   That's correct.
5      Q.   Okay.  If you wanted to -- is there
6  another way -- or if it isn't through the regulatory
7  transcript, is there a way to identify when Ms. Cones
8  commenced trainings listed on her regulatory
9  transcript in addition to the completion dates in
10 the -- listed in this regulatory transcript?
11      A.   That capability exists within our -- our
12 LMS system.
13      Q.   Okay.  And could you produce a report
14 listing when the trainings in particular that
15 Ms. Cones -- when she commenced the trainings and
16 when she completed?
17      A.   I would need to request the report, as
18 it's not a functionality that I personally have
19 access to generate.
20      Q.   All right.  And do you know what level
21 employees have that access, they could generate such
22 a report?
23      A.   That would be support specialists within
24 our LMS team.
25      Q.   Okay.  And I'm assuming, based on your

Page 78

1    understanding, you could -- you could do a report on
2    any CRA or CMA that would list when they commenced a
3    training and when they completed a training in the
4    system as well?
5              MR. KOPP:  Objection.  Overbroad.
6              THE WITNESS:  That is correct.  If they
7         completed training within PAREXEL's system, we
8         would be able to provide a record.
9    BY MR. KEEGAN:
10        Q.  And do you know if CRAs and CMAs,
11   regardless of position, are given any -- that are
12   employed in California, do you know if they are given
13   any different training or additional trainings in
14   addition to what CRAs and CMAs are given in the rest
15   of the United States?
16             MR. KOPP:  Objection --
17   BY MR. KEEGAN:
18        Q.  Special training just given to California
19   CRAs and CMAs?
20             MR. KOPP:  Objection.  Vague and
21        ambiguous.  Overbroad, and compound.
22             THE WITNESS:  I'm not aware of
23        state-specific differences in our training
24        within North America.
25

Veritext Legal Solutions
866 299-5127