# Exhibit X

1     UNITED STATES DISTRICT COURT

2   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3     CASE NO. 16-cv-3084-L-BGS

4

5 _____

6 SCHOULEE CONES, an individual, and DEXTER  )

7 PASIS, an individual, on behalf of     )

8 themselves and all others similarly situated,)

9       Plaintiffs,      )

10       vs.        )

11 PAREXEL INTERNATIONAL CORPORATION, a   )

12 Massachusetts corporation licensed to do  )

13 business in the State of California; and  )

14 PAREXEL INTERNATIONAL, LLC, a Massachusetts )

15 limited liability company licensed to do  )

16 Business in the State of California,   )

17       Defendants.     )

18 _____)

19

20  VIDEOTAPED DEPOSITION OF MEAGHAN K.S. MARNELL

21     FRIDAY, DECEMBER 8, 2017

22       9:22 AM

23

24 PAGES: 1-305

25 Pages 292- 303 Marked Confidential

               Page 1

1     VIDEOTAPED DEPOSITION OF MEAGHAN K.S.

2 MARNELL, called as a witness by and on behalf of

3 the Plaintiffs, pursuant to the applicable

4 provisions of the Federal Rules of Civil Procedure,

5 before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR

6 #13192, NH-LSR #91, MA-CSR #123193, and Notary

7 Public, within and for the Commonwealth of

8 Massachusetts, at the offices of G&M Court

9 Reporters, 42 Chauncy Street, Boston,

10 Massachusetts, on Friday, December 8, 2017,

11 commencing at 9:22 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      APPEARANCES:

 2                         KEEGAN & BAKER, LLP

 3                         BY:  Patrick N. Keegan, Esq.

 4                         6156 Innovation Way

 5                         Carlsbad, CA   92009

 6                         760 929-9329

 7                         Pkeegan@keeganbaker.com

 8                         For the Plaintiffs

 9

10                         SEYFARTH SHAW LLP

11                         BY:  Michael W. Kopp, Esq.

12                         400 Capitol Mall, Suite 2350

13                         Sacramento, CA   95814-4428

14                         916 448-0159

15                         Mkopp@seyfarth.com

16                              -and-

17                         PAREXEL International

18                         BY:  Lisa Rahilly, Esq.

19                         195 West Street

20                         Waltham, MA 02451

21                         781 434-5011

22                         Lisa.rahilly@parexel.com

23                         For the Defendants

24      ALSO PRESENT:

25                         Couirey Eckmayer, Video Operator
```

Page 3

```
 1                      I N D E X

 2

 3     TESTIMONY OF:                           PAGE

 4

 5     MEAGHAN K.S. MARNELL

 6     (By Mr. Keegan)                           9

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                         Page 4
```

```
 1                    E X H I B I T S
 2     EXHIBIT          DESCRIPTION                PAGE
 3
 4     Exhibit 53      Plaintiffs' Amended Notice    20
 5                     of Deposition of Meaghan
 6                     Marnell and Request For
 7                     Production of Documents
 8     Exhibit 54      Defendants Objections and     22
 9                     Response to Plaintiffs'
10                     Amended Notice of Deposition
11                     of Meaghan Marnell and
12                     Request For Production of
13                     Documents
14     Exhibit 55      MARNELL 1-2                   25
15     Exhibit 56      MARNELL 03-05                 51
16     Exhibit 2       previously marked           161
17     Exhibit 57      Defendants' Amended Response 186
18                     to Plaintiffs' First Set of
19                     Request For admissions
20
21
22
23
24
25
```

1      Exhibit 58        five-page document,          188

2                        "Verifications."

3      Exhibit 43        previously marked            194

4      Exhibit 46        previously marked            200

5      Exhibit 42        previously marked            236

6      Exhibit 45        previously marked            284

7      Exhibit 44        previously marked            291

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                  Page  6

| | | |
|---|---|---|
| 1 | Is that fair? | 09:29:02 |
| 2 | A.    That's fair. | 09:29:03 |
| 3 | Q.    Okay.  Have you ever given expert | 09:29:10 |
| 4 | testimony in any civil or criminal matter before? | 09:29:11 |
| 5 | A.    No. | 09:29:13 |
| 6 | Q.    Okay.  Have you ever testified in a court | 09:29:14 |
| 7 | of law? | 09:29:16 |
| 8 | A.    No. | 09:29:17 |
| 9 | Q.    Okay.  Have you been asked -- well, strike | 09:29:18 |
| 10 | that. | 09:29:22 |
| 11 | Are you employed? | 09:29:23 |
| 12 | A.    Yes. | 09:29:24 |
| 13 | Q.    And who is your employer? | 09:29:25 |
| 14 | A.    PAREXEL International, LLC. | 09:29:26 |
| 15 | Q.    All right.  And what is your current | 09:29:31 |
| 16 | position with -- if I refer to that as "PAREXEL," | 09:29:33 |
| 17 | will you understand that -- | 09:29:37 |
| 18 | A.    Yes. | 09:29:38 |
| 19 | Q.    -- to be your employer?  Okay. | 09:29:38 |
| 20 | How long -- or strike that. | 09:29:44 |
| 21 | What position do you currently hold at | 09:29:46 |
| 22 | PAREXEL? | 09:29:48 |
| 23 | A.    Associate Director of clinical operations. | 09:29:48 |
| 24 | Q.    Okay.  And how long have you held that | 09:29:51 |
| 25 | position? | 09:29:53 |

Page 13

| | | |
|---|---|---|
| 1 | right.  I'm actually going to mark the one that you | 09:43:50 |
| 2 | handwrote on; is that fine? | 09:43:52 |
| 3 | MR. KOPP:  Yeah. | 09:43:55 |
| 4 | MR. KEEGAN:  Okay.  I'll just use those. | 09:43:55 |
| 5 | Perfect. | 09:43:58 |
| 6 | Let me mark as Exhibit 55 is a document -- | 09:43:58 |
| 7 | bearing a document control numbers of MARNELL 1 | 09:44:03 |
| 8 | through 2.  At the top it has the header "PAREXEL | 09:44:06 |
| 9 | International" below the CV reference is -- states | 09:44:18 |
| 10 | "Name" -- to the right of it -- "Meaghan Marnell." | 09:44:22 |
| 11 | Q.   Let me place that before you. | 09:44:28 |
| 12 | (Exhibit 55, MARNELL 1-2.) | 09:44:30 |
| 13 | Q.   Do you recognize Exhibit 55? | 09:44:34 |
| 14 | A.   I do. | 09:44:35 |
| 15 | Q.   Okay.  What is Exhibit 55? | 09:44:37 |
| 16 | A.   It is my CV. | 09:44:38 |
| 17 | Q.   Okay.  And when -- did you author Exhibit | 09:44:40 |
| 18 | 55? | 09:44:45 |
| 19 | A.   Yes.  Yes, I customized this document. | 09:44:47 |
| 20 | Q.   Okay.  And by customizing the document, | 09:44:52 |
| 21 | what did you mean by that? | 09:44:55 |
| 22 | A.   I used the -- the template provided by | 09:44:59 |
| 23 | PAREXEL and provided -- and included my personal | 09:45:02 |
| 24 | information on it. | 09:45:04 |
| 25 | Q.   And when did you prepare Exhibit 55? | 09:45:16 |

Page 25

```
 1                 When did you write the CV?              09:45:19

 2        A.    It would have been on June 1st, 2016.     09:45:22

 3        Q.    Okay.  And that's reflected in the lower  09:45:27

 4   right-hand corner of the document, in the footer     09:45:29

 5   that says "CV Version Date:  01 June '16"?            09:45:32

 6        A.    That's right.                              09:45:40

 7        Q.    And the template that you used, is that    09:45:41

 8   referred to as TP-HR-WW-00205?                        09:45:46

 9        A.    Yes.                                       09:45:50

10        Q.    And there's a -- "Related to              09:45:52

11   SOP-HR-WW-001."                                       09:46:00

12              What is that referring to, if you know?   09:46:00

13        A.    I -- I don't know specifically what that  09:46:05

14   encompasses.                                          09:46:06

15        Q.    Okay.  Do you recall having read that SOP 09:46:06

16   before preparing your Exhibit 55?                     09:46:11

17        A.    Yes, I -- I have read the SOP.            09:46:14

18        Q.    Okay.  And do you recall what the SOP     09:46:22

19   covers, resume --                                     09:46:24

20        A.    It includes curriculum vitae, yes.        09:46:26

21        Q.    Okay.  Anything else that you can recall? 09:46:31

22        A.    I don't recall.                            09:46:32

23        Q.    Is the effect date in the lower left-hand 09:46:38

24   corner of your -- of Exhibit 55, does that refer to  09:46:41

25   the effective date of the template?                   09:46:43
```

Page 26

| | | |
|---|---|---|
| 1 | you're asking about? | 09:54:58 |
| 2 | Q.   During the time that you've held your | 09:55:00 |
| 3 | current position at PAREXEL. | 09:55:01 |
| 4 | A.   Okay.  Yes.   They -- they have supervised | 09:55:02 |
| 5 | contract CRAs. | 09:55:06 |
| 6 | Q.   Okay.  All right. | 09:55:13 |
| 7 | When you worked from January 2003 to March | 09:55:14 |
| 8 | 2006 as a CRA at PAREXEL, did you -- did you work | 09:55:20 |
| 9 | at any time during that time as an in -- sort of an | 09:55:32 |
| 10 | in-house CRA? | 09:55:35 |
| 11 | Did you go to an office? | 09:55:36 |
| 12 | MR. KOPP:  Objection.  Vague and | 09:55:40 |
| 13 | ambiguous. | 09:55:45 |
| 14 | Q.   Or were you always decentralized, where | 09:55:45 |
| 15 | you were working from home and traveled to | 09:55:48 |
| 16 | monitoring sites, that sort of thing? | 09:55:49 |
| 17 | A.   I was based in an office, but I did travel | 09:55:51 |
| 18 | to sites. | 09:55:54 |
| 19 | Q.   Okay.  And what office did you work out of | 09:55:55 |
| 20 | when you started as a CRA at PAREXEL? | 09:56:02 |
| 21 | A.   When I started as a CRA at PAREXEL, I was | 09:56:04 |
| 22 | based in -- at 200 -- or -- yeah, 200 West Street, | 09:56:06 |
| 23 | in Waltham, Massachusetts. | 09:56:12 |
| 24 | Q.   And what job functions would you perform | 09:56:20 |
| 25 | at the in-house -- strike that. | 09:56:24 |

Page 33

```
 1    as -- during your work as a CRA when you worked at    10:01:47

 2    PAREXEL?                                               10:01:50

 3              MR. KOPP:  Objection.  Vague.  And          10:01:51

 4    compound.                                              10:01:51

 5        A.    We -- we did have a time-keeping system,    10:01:54

 6    and I would -- I was responsible for entering the     10:01:58

 7    hours I worked on specific studies and broad          10:02:12

 8    categories within those studies within the time       10:02:14

 9    system.                                               10:02:16

10        Q.    Okay.  What was the name of the time        10:02:19

11    system you used when you worked as a CRA at PAREXEL   10:02:20

12    to record your -- do you recall?                      10:02:25

13        A.    I don't remember the name of the system     10:02:27

14    when I started at PAREXEL, no.                        10:02:28

15        Q.    Do CRAs utilize the time system currently   10:02:31

16    to record their time at PAREXEL?                      10:02:35

17        A.    Yes.                                        10:02:36

18        Q.    Okay.  Do you know the name of that time    10:02:36

19    system?                                               10:02:41

20        A.    I believe it's called "Time."              10:02:41

21        Q.    Do you currently input your hours into the  10:02:44

22    Time system?                                          10:02:47

23        A.    I do.                                       10:02:48

24        Q.    And how do you access that time-recording   10:02:54

25    system in order to record your time currently at     10:02:57
```

Page 38

| | | |
|---|---|---|
| 1 | PAREXEL?  Is it through a -- a portal through the | 10:03:00 |
| 2 | intranet system? | 10:03:06 |
| 3 | A.   There's a website for it. | 10:03:08 |
| 4 | Q.   And you have to log in with a password -- | 10:03:14 |
| 5 | A.   Correct. | 10:03:16 |
| 6 | Q.   -- is that correct? | 10:03:16 |
| 7 | And do you know the name of the website or | 10:03:22 |
| 8 | the portal that you log in your password in order | 10:03:23 |
| 9 | to gain access to record your time at PAREXEL | 10:03:28 |
| 10 | currently? | 10:03:30 |
| 11 | A.   It's -- it's Time.Parexel.com. | 10:03:30 |
| 12 | Q.   Going back to the time that you worked as | 10:03:40 |
| 13 | a CRA for PAREXEL, you started out working and | 10:03:43 |
| 14 | assigned two studies.  What was the -- during the | 10:03:52 |
| 15 | time that you worked as a CRA, did -- were you | 10:03:55 |
| 16 | always assigned two studies or -- at a single time, | 10:03:57 |
| 17 | or were there times where you were assigned more | 10:04:01 |
| 18 | than two studies at a time? | 10:04:03 |
| 19 | A.   There -- there was definitely more than | 10:04:07 |
| 20 | two studies at a time. | 10:04:09 |
| 21 | Q.   How many at -- and what was -- what is | 10:04:12 |
| 22 | your recollection about how many studies you worked | 10:04:15 |
| 23 | on at any one time? | 10:04:16 |
| 24 | What was the maximum, the highest number | 10:04:22 |
| 25 | of studies you were assigned to at any one time? | 10:04:23 |

Page 39

```
 1      area that I worked in was cardiology.                10:06:30

 2          Q.   So other than the two therapeutic areas     10:06:43

 3      that you mentioned so far in your deposition, did    10:06:44

 4      you ever work on any other therapeutic areas during  10:06:46

 5      the time that you worked as a CRA at PAREXEL?         10:06:50

 6          A.   As a CRA at PAREXEL I would have worked in   10:06:54

 7      other therapeutic areas.  I -- I can't recall the    10:06:59

 8      specific therapeutic areas, though.                  10:07:02

 9          Q.   Okay.  And was the two therapeutic areas:    10:07:11

10      cardiovascular, and you mentioned the other -- the   10:07:14

11      other two -- what -- the other one.                  10:07:18

12               In the cardiovascular studies that you can  10:07:20

13      recall working on, do you recall what phases of the  10:07:22

14      clinical trials they were in when you worked on      10:07:25

15      those studies?                                       10:07:27

16          A.   They were Phase III.                        10:07:28

17          Q.   Did -- did you ever work on a clinical      10:07:32

18      trial other than a Phase III clinical trial during   10:07:35

19      the time that you worked as a CRA?                   10:07:38

20          A.   No.                                         10:07:40

21          Q.   Did you ever -- well, 'cause you only       10:08:02

22      worked in Phase III clinical trials, did you ever    10:08:04

23      perform a qualification visit during the time that   10:08:13

24      you worked as a CRA at PAREXEL?                      10:08:17

25          A.   Yes.                                        10:08:19
```

Page 42

| | | |
|---|---|---|
| 1 | Q.   Okay.   And did you perform initiation | 10:08:20 |
| 2 | visits during the time that you worked as a CRA at | 10:08:27 |
| 3 | PAREXEL? | 10:08:29 |
| 4 | A.   Yes. | 10:08:29 |
| 5 | Q.   Did you perform termination visits -- | 10:08:31 |
| 6 | A.   Yes. | 10:08:35 |
| 7 | Q.   -- as a CRA at PAREXEL? | 10:08:36 |
| 8 | A.   Yes. | 10:08:37 |
| 9 | Q.   Okay.   And you worked -- and you performed | 10:08:41 |
| 10 | monitoring visits during the time that you worked | 10:08:42 |
| 11 | as a CRA at PAREXEL; correct? | 10:08:44 |
| 12 | A.   Yes. | 10:08:46 |
| 13 | Q.   And those are the same types of visits | 10:08:49 |
| 14 | that CRAs perform at PAREXEL currently as well; is | 10:08:50 |
| 15 | that correct? | 10:08:56 |
| 16 | MR. KOPP:   Objection.   Vague. | 10:08:56 |
| 17 | Q.   Those four types of visits; correct? | 10:08:59 |
| 18 | A.   We -- they're -- they have the same names, | 10:09:01 |
| 19 | yes. | 10:09:03 |
| 20 | Q.   Okay.   And CRAs that are employed by | 10:09:04 |
| 21 | PAREXEL perform all four types of -- of visits that | 10:09:09 |
| 22 | you performed when you started out as a CRA; | 10:09:14 |
| 23 | correct? | 10:09:17 |
| 24 | MR. KOPP:   Objection.   Vague.   And | 10:09:18 |
| 25 | overbroad. | 10:09:18 |

Page  43

| | | |
|---|---|---|
| 1 | A.   Across our entire CRA population, all four | 10:09:20 |
| 2 | types of visits are performed by CRAs.  Each | 10:09:23 |
| 3 | individual CRA will have differences in | 10:09:28 |
| 4 | assignments. | 10:09:30 |
| 5 | Q.   I understand that. | 10:09:33 |
| 6 | And -- but there's -- but is it also | 10:09:41 |
| 7 | correct to say that there are CRAs that are | 10:09:43 |
| 8 | currently employed by PAREXEL who -- who perform | 10:09:45 |
| 9 | all four types of visits, just like you did when | 10:09:48 |
| 10 | you started out as a -- when you worked as a CRA | 10:09:50 |
| 11 | for PAREXEL; correct? | 10:09:53 |
| 12 | A.   Yes, we do have CRAs that do perform all | 10:09:54 |
| 13 | four types. | 10:09:57 |
| 14 | Q.   During the time that you worked as a CRA | 10:10:05 |
| 15 | at PAREXEL, were you considered a CRA -- was that | 10:10:07 |
| 16 | considered a CRA I position?  II?  Or Senior CRA? | 10:10:12 |
| 17 | It's not listed. | 10:10:18 |
| 18 | A.   I held all -- all three roles during this | 10:10:18 |
| 19 | time. | 10:10:21 |
| 20 | Q.   Okay.  Do you recall what period of time | 10:10:21 |
| 21 | you were a CRA II at PAREXEL during this January | 10:10:23 |
| 22 | 2003 to March 2006 time period? | 10:10:28 |
| 23 | A.   I -- I don't recall the dates. | 10:10:36 |
| 24 | Q.   Do you recall the period of time during | 10:10:38 |
| 25 | January 2003 and March 2006 when you held a Senior | 10:10:39 |

Page 44

| | | |
|---|---|---|
| 1 | responsibility to review 1572 forms when you worked | 11:07:28 |
| 2 | as a Senior Manager at PAREXEL? | 11:07:31 |
| 3 | A.   No, I did not. | 11:07:34 |
| 4 | Q.   Okay.  Have you ever had the duty or | 11:07:36 |
| 5 | responsibility to negotiate CSAs at any time that | 11:07:39 |
| 6 | you were employed at PAREXEL? | 11:07:46 |
| 7 | A.   When -- as a CRA at PAREXEL I would have | 11:07:49 |
| 8 | been responsible for discussing some aspects of and | 11:07:53 |
| 9 | facilitating further discussion of CSAs -- if there | 11:08:01 |
| 10 | were amendments, particularly -- throughout the | 11:08:05 |
| 11 | study. | 11:08:07 |
| 12 | Q.   And sometimes, for instance, in a CSA has | 11:08:11 |
| 13 | the number of patients that the -- the PIs -- you | 11:08:15 |
| 14 | understand "PI," right?  When I'm referring to -- | 11:08:19 |
| 15 | when I say "PI" -- is a principal investigator? | 11:08:22 |
| 16 | A.   I do. | 11:08:25 |
| 17 | Q.   Okay.  So in the CSA contracts it's | 11:08:25 |
| 18 | typical that the PI is compensated in the budget | 11:08:29 |
| 19 | section for a certain number of patients; correct? | 11:08:34 |
| 20 | A.   Correct. | 11:08:36 |
| 21 | Q.   Okay.  And when you were describing | 11:08:38 |
| 22 | amendments that the CRA would be involved in, | 11:08:39 |
| 23 | sometimes the PI will then be contracted to do, | 11:08:43 |
| 24 | let's -- just as an example -- five patients, and | 11:08:47 |
| 25 | he wants to enroll a sixth patient, that, in order | 11:08:52 |

Page 76

```
 1    to enroll the sixth patient, he would have to --      11:08:55

 2    the -- PAREXEL would have to enter into a new CSA     11:08:58

 3    with the PI; correct?                                 11:09:01

 4          You couldn't enroll another subject to a        11:09:04

 5    study without a contract; is that right?              11:09:07

 6    A.    I'm honestly not certain --                     11:09:10

 7    Q.    All right.                                       11:09:10

 8    A.    -- if that specific example would be true.      11:09:12

 9    Q.    Okay.  Do you have an understanding that        11:09:18

10    CSAs have -- in the budget section of CSAs if they    11:09:21

11    have how the PIs are compensated for their work on    11:09:25

12    the study?                                            11:09:31

13    A.    I'm aware that that is a part of a CSA.         11:09:31

14    Q.    Okay.  Have you ever been involved in --        11:09:34

15    during your work in your current position of          11:09:38

16    negotiating the budgetary terms of the CSA            11:09:41

17    agreement?                                            11:09:44

18    A.    No, I have not.                                 11:09:44

19    Q.    Okay.  How about when you were employed as      11:09:46

20    a Senior Manager at PAREXEL?  Were you involved in    11:09:48

21    negotiating the budget portion of the CSA             11:09:51

22    agreement?                                            11:09:54

23    A.    No.                                             11:09:54

24    Q.    Okay.  When you were a Manager -- employed      11:09:57

25    as a Manager at PAREXEL, were you involved in         11:09:59
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | negotiating the budget portions of a CSA contract? | 11:10:01 |
| 2 | A.   No. | 11:10:04 |
| 3 | Q.   Okay.  And when you worked as a CRA at | 11:10:05 |
| 4 | PAREXEL, were you involved in negotiating budget | 11:10:10 |
| 5 | aspects of a CSA contract? | 11:10:12 |
| 6 | A.   No. | 11:10:13 |
| 7 | Q.   Going back to your -- the job description, | 11:10:31 |
| 8 | 56 -- | 11:10:33 |
| 9 | A.   Uh-huh. | 11:10:34 |
| 10 | Q.   -- the -- the -- the fifth bullet point on | 11:10:35 |
| 11 | page 2 begins "Drive team members to improve their | 11:10:42 |
| 12 | efficiency and effectiveness at prioritizing work | 11:10:48 |
| 13 | and improving performance evidenced by the work | 11:10:53 |
| 14 | produced, client feedback, audit results, and QC | 11:10:57 |
| 15 | measures." | 11:11:02 |
| 16 | Do you see that? | 11:11:02 |
| 17 | A.   I do. | 11:11:03 |
| 18 | Q.   Is that a function you perform in your | 11:11:05 |
| 19 | current role? | 11:11:07 |
| 20 | A.   Yes. | 11:11:10 |
| 21 | Q.   Okay.  Where it's stated "Drive team | 11:11:12 |
| 22 | members," do you know what that's -- what is that | 11:11:13 |
| 23 | referring to? | 11:11:15 |
| 24 | Or is that how you would phrase it, | 11:11:22 |
| 25 | knowing that you didn't write this document? | 11:11:24 |

Page 78

| | | |
|---|---|---|
| 1 | A.   I -- I don't know what the -- what the | 11:13:52 |
| 2 | acronym is for.  It's training, though, training | 11:13:54 |
| 3 | and development group. | 11:14:01 |
| 4 | Q.   Yeah.  I understand the bullet point has | 11:14:04 |
| 5 | to do with training.  I'm just wondering if that's | 11:14:05 |
| 6 | a different -- if GOLD is some acronym? | 11:14:09 |
| 7 | A.   GOLD is the learning and development | 11:14:13 |
| 8 | group.  I just don't know what G-O stands for. | 11:14:15 |
| 9 | Q.   Oh, okay. | 11:14:17 |
| 10 | A.   G-O-L-D. | 11:14:18 |
| 11 | Q.   Oh, I get it.  So the "L-D" stands for | 11:14:18 |
| 12 | learning and development? | 11:14:21 |
| 13 | A.   Right. | 11:14:22 |
| 14 | Q.   Okay. | 11:14:22 |
| 15 | A.   That -- that acronym -- I don't believe | 11:14:23 |
| 16 | it's used anymore. | 11:14:25 |
| 17 | Q.   Okay.  Got it.  Could be global operations | 11:14:26 |
| 18 | learning team. | 11:14:33 |
| 19 | So is there a current learning and | 11:14:35 |
| 20 | development team at PAREXEL? | 11:14:37 |
| 21 | A.   There -- there is. | 11:14:38 |
| 22 | Q.   Okay.  Has that been in place since you | 11:14:40 |
| 23 | were a Senior Manager at PAREXEL, since November of | 11:14:42 |
| 24 | 2010? | 11:14:44 |
| 25 | A.   There has been a learning and development | 11:14:51 |

Page 81

| | | |
|---|---|---|
| 1 | team in place.  I -- I'm not exactly sure -- you | 11:14:53 |
| 2 | know, department name changes. | 11:14:55 |
| 3 |     Q.   Okay.  Do you report to anybody at the | 11:14:57 |
| 4 | learning development group? | 11:14:59 |
| 5 |     A.   No. | 11:15:00 |
| 6 |     Q.   Okay, but learning development, are they | 11:15:03 |
| 7 | in charge of training somehow at PAREXEL? | 11:15:05 |
| 8 |     A.   They're involved in developing training. | 11:15:06 |
| 9 |     Q.   Okay.  And do they develop training for | 11:15:13 |
| 10 | CRAs and CMAs at PAREXEL? | 11:15:14 |
| 11 |     A.   They -- | 11:15:17 |
| 12 |     Q.   If you know. | 11:15:17 |
| 13 |     A.   They -- they do in collaboration with | 11:15:18 |
| 14 | other parties. | 11:15:19 |
| 15 |     Q.   Okay.  And what other parties do they | 11:15:20 |
| 16 | collaborate with regarding CRA and CMA changes? | 11:15:22 |
| 17 |         MR. KOPP:  Objection.  Lacks foundation. | 11:15:28 |
| 18 | Calls for speculation. | 11:15:31 |
| 19 |     Q.   Go ahead. | 11:15:31 |
| 20 |     A.   Representatives of clinical operations. | 11:15:32 |
| 21 |     Q.   Okay.  In your current position do you | 11:15:41 |
| 22 | develop trainings for CRAs and CMAs? | 11:15:42 |
| 23 |     A.   I don't develop trainings. | 11:15:45 |
| 24 |     Q.   Okay.  Does anyone that directly reports | 11:15:46 |
| 25 | to you develop trainings for CRAs and CMAs? | 11:15:53 |

Page 82

| | | |
|---|---|---|
| 1 | A.   No. | 11:15:57 |
| 2 | Q.   And by "CMA," you know what I'm referring | 11:15:59 |
| 3 | to, Clinical Monitoring Associates -- | 11:16:01 |
| 4 | A.   I -- | 11:16:04 |
| 5 | Q.   -- is that fair? | 11:16:04 |
| 6 | A.   Yes. | 11:16:05 |
| 7 | Q.   Okay.   Is there a division or department | 11:16:10 |
| 8 | of clinical operations that's in charge of creating | 11:16:13 |
| 9 | trainings for CRAs and CMAs? | 11:16:16 |
| 10 | A.   No. | 11:16:17 |
| 11 | Q.   Is there a person in charge -- person in | 11:16:22 |
| 12 | clinical operations that is in charge of trainings | 11:16:26 |
| 13 | for CRAs and CMAs? | 11:16:30 |
| 14 | A.   No. | 11:16:32 |
| 15 | Q.   Maybe I'm not understanding your | 11:16:37 |
| 16 | testimony. | 11:16:39 |
| 17 | The LD group you said collaborated with | 11:16:49 |
| 18 | others in -- in clinical operations? | 11:16:51 |
| 19 | A.   Correct. | 11:16:54 |
| 20 | Q.   Okay. | 11:16:55 |
| 21 | A.   So the learning and development group is | 11:16:55 |
| 22 | in charge. | 11:16:58 |
| 23 | Q.   Okay. | 11:16:58 |
| 24 | A.   And there's feedback provided from | 11:16:59 |
| 25 | clinical operations. | 11:17:00 |

Page 83

| | |
|---|---|
| 1 | Q.   Okay.   But neither you nor your direct | 11:17:03 |
| 2 | reports provide that feedback to the LD group? | 11:17:05 |
| 3 | A.   So we... | 11:17:08 |
| 4 | Q.   Somebody under you? | 11:17:11 |
| 5 | A.   Many people do provide the feedback, | 11:17:13 |
| 6 | depending on -- on the specific training, the | 11:17:16 |
| 7 | specific need. | 11:17:19 |
| 8 | Q.   Okay. | 11:17:20 |
| 9 | A.   There is -- there's no -- the responsible | 11:17:21 |
| 10 | party is learning development, though. | 11:17:25 |
| 11 | Q.   Okay.   In your current position are you | 11:17:30 |
| 12 | responsible for providing training -- feedback for | 11:17:34 |
| 13 | training for the LD group at all for CRAs and CMAs? | 11:17:39 |
| 14 | A.   I -- I've provided feedback on -- on | 11:17:44 |
| 15 | training, yes. | 11:17:47 |
| 16 | Q.   Okay.   When's the last time you provided | 11:17:47 |
| 17 | feedback to the LD group? | 11:17:54 |
| 18 | A.   I have provided feedback on training | 11:17:59 |
| 19 | within the past six months. | 11:18:01 |
| 20 | Q.   Okay.   Would you consider providing | 11:18:04 |
| 21 | feedback on trainings for CRAs and CMAs as some -- | 11:18:06 |
| 22 | a regular function of your day-to-day duties in | 11:18:14 |
| 23 | your current position? | 11:18:16 |
| 24 | MR. KOPP:  Objection.  Vague. | 11:18:18 |
| 25 | Q.   I'm just trying to understand the | 11:18:19 |

Page 84

| | | |
|---|---|---|
| 1 | frequency, since you -- the last time you can | 11:18:20 |
| 2 | recall doing it, it's been six months.  So is it -- | 11:18:23 |
| 3 | A.   It wouldn't be one of my day-to-day | 11:18:25 |
| 4 | functions. | 11:18:27 |
| 5 | Q.   Okay.  And the last time you recall six | 11:18:28 |
| 6 | months -- within the last year, how many times do | 11:18:30 |
| 7 | you estimate that you provided feedback to the LD | 11:18:33 |
| 8 | group regarding CRA or -- and/or CMA training? | 11:18:35 |
| 9 | A.   Within the past year, between five and ten | 11:18:39 |
| 10 | times. | 11:18:42 |
| 11 | Q.   Do you recall the scope of the feedback | 11:18:50 |
| 12 | that you gave the last time you provided feedback | 11:18:51 |
| 13 | for CRA and CMA training? | 11:18:53 |
| 14 | A.   I'm not sure what you mean by "scope." | 11:18:56 |
| 15 | Q.   Just, kind of, what type of feedback did | 11:18:58 |
| 16 | you provide? | 11:18:59 |
| 17 | Did you watch a training and provide edits | 11:19:04 |
| 18 | of the training?  I'm just trying to get a concept | 11:19:07 |
| 19 | on how you were providing feedback the last time. | 11:19:09 |
| 20 | A.   I -- I provided a suggestion that another | 11:19:12 |
| 21 | scenario or an example was -- was included within | 11:19:15 |
| 22 | the training. | 11:19:18 |
| 23 | Q.   Okay.  And what type of training did you | 11:19:22 |
| 24 | provide feedback on this last one that you can | 11:19:24 |
| 25 | recall?  Was this clinical trial-specific training? | 11:19:26 |

Page 85

| | | |
|---|---|---|
| 1 | Or was it something regarding training for the -- | 11:19:33 |
| 2 | following PAREXEL SOPs, for example? | 11:19:38 |
| 3 | A.   It wasn't -- excuse me. | 11:19:45 |
| 4 | It was not specific to a particular | 11:19:47 |
| 5 | clinical trial.   It was -- it was really to PAREXEL | 11:19:48 |
| 6 | clinical operations. | 11:19:51 |
| 7 | Q.   Okay.  When you became a CRA at -- at | 11:19:58 |
| 8 | PAREXEL, did you go through some initial training | 11:20:01 |
| 9 | in order to learn, you know, how to perform your | 11:20:06 |
| 10 | duties and responsibilities as a CRA at PAREXEL? | 11:20:09 |
| 11 | A.   I did. | 11:20:12 |
| 12 | Q.   Okay.  And how -- and what did that | 11:20:13 |
| 13 | training consist of? | 11:20:16 |
| 14 | Was that in-person training at some | 11:20:18 |
| 15 | location? | 11:20:20 |
| 16 | A.   That was in-person training. | 11:20:22 |
| 17 | Q.   Okay. | 11:20:22 |
| 18 | A.   I -- I don't recall the specifics of the | 11:20:28 |
| 19 | training, though. | 11:20:31 |
| 20 | Q.   Okay.  Do you recall if it was -- did you | 11:20:33 |
| 21 | have to travel to go to do the training?  Do you | 11:20:35 |
| 22 | recall that? | 11:20:38 |
| 23 | A.   I personally did not have to. | 11:20:39 |
| 24 | Q.   Okay.  And was any component of the | 11:20:42 |
| 25 | training on the internet or web-based in any way? | 11:20:47 |

Page 86

| | | |
|---|---|---|
| 1 | A.   I don't remember. | 11:20:54 |
| 2 | Q.   Okay.   Do CRAs and CMAs currently receive | 11:20:57 |
| 3 | in-person training before -- when they're initially | 11:21:00 |
| 4 | hired by PAREXEL? | 11:21:04 |
| 5 | A.   They do. | 11:21:07 |
| 6 | Q.   Okay.   Is one of those training locations | 11:21:07 |
| 7 | in Durham, North Carolina? | 11:21:10 |
| 8 | A.   Yes. | 11:21:12 |
| 9 | Q.   Okay.   How long is -- do you recall that | 11:21:14 |
| 10 | CRAs and CMAs have been trained at the North | 11:21:17 |
| 11 | Carolina site? | 11:21:19 |
| 12 | Has it been during the time that -- | 11:21:33 |
| 13 | currently throughout your position that you | 11:21:34 |
| 14 | currently hold? | 11:21:36 |
| 15 | A.   Yes, throughout the position I currently | 11:21:37 |
| 16 | hold, and -- and the position before. | 11:21:38 |
| 17 | Q.   Okay.   And also during the time period you | 11:21:40 |
| 18 | worked as a Senior Manager; is that correct? | 11:21:41 |
| 19 | A.   Yes. | 11:21:44 |
| 20 | Q.   Okay.   When you worked as a CRA for | 11:21:51 |
| 21 | PAREXEL, did you also receive training on the | 11:21:53 |
| 22 | particular clinical trials that you were formally | 11:21:56 |
| 23 | assigned to? | 11:21:59 |
| 24 | A.   Yes. | 11:22:00 |
| 25 | Q.   Okay.   You mentioned that you also would | 11:22:01 |

Page 87

```
 1    work as needed on other clinical trials -- you        11:22:04

 2    mentioned there was -- four was the maximum            11:22:08

 3    generally.                                             11:22:13

 4           When you worked on trials other than the        11:22:14

 5    ones assigned to you, did you receive specific         11:22:18

 6    training on those clinical trials before you could     11:22:21

 7    assist in working on those other clinical trials?      11:22:23

 8           MR. KOPP:  Objection.  Compound and             11:22:26

 9    misstates testimony.                                   11:22:34

10       A.   When I worked on any clinical trial I was      11:22:34

11    provided with the appropriate training for the         11:22:39

12    activity that I would conduct on that trial.           11:22:41

13       Q.   And when you received your clinical            11:22:43

14    trial-specific training when you worked as a CRA,      11:22:46

15    do you recall if that was always in-person             11:22:48

16    training?  Or was it a combination?  Or -- or          11:22:51

17    entirely web-based; do you know?                       11:22:55

18           Do you recall?                                  11:22:59

19       A.   I don't recall.                                11:23:00

20       Q.   Yeah.                                          11:23:01

21           Currently CRAs and CMAs are given clinical      11:23:06

22    trial-specific training at PAREXEL; correct --         11:23:13

23           MR. KOPP:  Objection.                           11:23:17

24       Q.   -- in order to perform their functions at     11:23:18

25    PAREXEL?                                               11:23:20
```

Page 88

| | | |
|---|---|---|
| 1 | MR. KOPP:  Objection.  Vague. | 11:23:21 |
| 2 | A.   Each -- each CRA that is assigned to | 11:23:24 |
| 3 | conduct work on a clinical trial is -- is provided | 11:23:27 |
| 4 | with relevant training for that trial. | 11:23:30 |
| 5 | Q.   And how are they assigned the trainings | 11:23:32 |
| 6 | for a specific clinical trial?  How are CRAs and | 11:23:36 |
| 7 | CMAs assigned training? | 11:23:40 |
| 8 | A.   Can -- can you clarify what you mean by | 11:23:44 |
| 9 | "how"? | 11:23:46 |
| 10 | Q.   Sure. | 11:23:46 |
| 11 | So CRAs and CMAs receive specific training | 11:23:50 |
| 12 | on the clinical trials they're assigned to work on; | 11:23:52 |
| 13 | correct? | 11:23:55 |
| 14 | A.   Correct. | 11:23:55 |
| 15 | Q.   Okay.  And does their line managers then | 11:23:59 |
| 16 | assign them, through some PAREXEL internet system, | 11:24:01 |
| 17 | to -- they assign trainings, and it's a place where | 11:24:05 |
| 18 | they can view the training at PAREXEL? | 11:24:10 |
| 19 | A.   They -- | 11:24:14 |
| 20 | MR. KOPP:  Objection.  Compound. | 11:24:15 |
| 21 | Overbroad.  And lacks foundation. | 11:24:17 |
| 22 | A.   A training is assigned to the CRAs through | 11:24:21 |
| 23 | our Learning Management System. | 11:24:26 |
| 24 | Q.   Okay.  And what's that called, the | 11:24:30 |
| 25 | Learning Management System?  Does that have a name? | 11:24:32 |

Page 89

| | | |
|---|---|---|
| 1 | A.   Learning Management System. | 11:24:34 |
| 2 | Q.   Just the Learning Management -- | 11:24:35 |
| 3 | A.   LMS. | 11:24:37 |
| 4 | Q.   Oh. | 11:24:38 |
| 5 | And who selects the specific trainings | 11:24:45 |
| 6 | that are -- that are assigned through the LMS | 11:24:47 |
| 7 | system to CRAs and CMAs? | 11:24:51 |
| 8 | MR. KOPP:   Objection.   Vague.   And | 11:24:54 |
| 9 | Overbroad. | 11:24:54 |
| 10 | Q.   Is it set forth in the protocol and then | 11:24:56 |
| 11 | assigned by a line manager or the monitoring plan? | 11:24:58 |
| 12 | A.   No. | 11:25:07 |
| 13 | Q.   How's it work? | 11:25:08 |
| 14 | A.   The trainings for a specific clinical | 11:25:08 |
| 15 | trial would be determined separately for each | 11:25:12 |
| 16 | trial.   And depending on what activities the CRA | 11:25:16 |
| 17 | needs to complete on that trial, they would be | 11:25:24 |
| 18 | responsible for completing certain trainings. | 11:25:26 |
| 19 | They're not assigned by the manager in the | 11:25:31 |
| 20 | Learning Management System currently, though. | 11:25:33 |
| 21 | They're assigned by a member of the project team. | 11:25:35 |
| 22 | Q.   Okay.   Who comprises the -- the project | 11:25:43 |
| 23 | teams, as you referred to? | 11:25:45 |
| 24 | A.   The person that -- the role that I'm | 11:25:47 |
| 25 | referring to is the Project Specialist. | 11:25:49 |

Page 90

| | | |
|---|---|---|
| 1 | Q.   Okay.  And does the Project Specialist | 11:25:56 |
| 2 | position at PAREXEL, do they work in -- under the | 11:25:58 |
| 3 | clinical operations department? | 11:26:03 |
| 4 | A.   They do not. | 11:26:05 |
| 5 | Q.   Okay.  What department do they work under | 11:26:06 |
| 6 | in PAREXEL? | 11:26:08 |
| 7 | A.   I don't know the official department name, | 11:26:09 |
| 8 | but the project leadership department. | 11:26:11 |
| 9 | Q.   Okay.  During -- in your current position | 11:26:21 |
| 10 | at PAREXEL, do you -- are you involved in | 11:26:23 |
| 11 | negotiating contracts with sponsors? | 11:26:25 |
| 12 | A.   No, I don't negotiate contracts with | 11:26:29 |
| 13 | sponsors. | 11:26:31 |
| 14 | Q.   Okay.  Do you -- during -- in your current | 11:26:32 |
| 15 | position at PAREXEL, do you review contracts | 11:26:34 |
| 16 | between PAREXEL and sponsors? | 11:26:37 |
| 17 | Is that one of your duties? | 11:26:42 |
| 18 | A.   No.  No.  It's not one of my duties to | 11:26:45 |
| 19 | review contracts. | 11:26:47 |
| 20 | Q.   Okay.  Have you ever read a contract | 11:26:48 |
| 21 | between PAREXEL and a sponsor? | 11:26:49 |
| 22 | A.   I have. | 11:26:52 |
| 23 | Q.   Okay.  When's the last time you read a | 11:26:52 |
| 24 | contract between PAREXEL and a sponsor? | 11:26:54 |
| 25 | A.   I -- within the past year and a half I've | 11:27:01 |

Page 91

| | | |
|---|---|---|
| 1 | read parts of a contract between PAREXEL and a | 11:27:05 |
| 2 | sponsor. | 11:27:09 |
| 3 | Q.   Okay.   Do you recall the name of the | 11:27:11 |
| 4 | sponsor contract you reviewed? | 11:27:12 |
| 5 | A.   No. | 11:27:15 |
| 6 | Q.   Okay.   Do you know who at PAREXEL is in | 11:27:15 |
| 7 | charge of negotiating contracts between the sponsor | 11:27:20 |
| 8 | and PAREXEL? | 11:27:22 |
| 9 | MR. KOPP:  Objection.  Vague.  And | 11:27:25 |
| 10 | overbroad. | 11:27:25 |
| 11 | A.   I actually am not sure who's responsible. | 11:27:29 |
| 12 | Q.   Okay.  All right. | 11:27:36 |
| 13 | Under the -- going back to Exhibit 56, the | 11:27:36 |
| 14 | job description in place today, underneath the | 11:27:42 |
| 15 | bullet point that I referred to last, I think it's | 11:27:46 |
| 16 | the -- underneath that I believe that was the 13th | 11:27:48 |
| 17 | bullet point. | 11:27:53 |
| 18 | The 14th bullet point reads "Revise, | 11:27:54 |
| 19 | implement, and monitor departmental compliance with | 11:27:58 |
| 20 | SOPs." | 11:28:01 |
| 21 | Do you see that? | 11:28:02 |
| 22 | A.   Yes. | 11:28:03 |
| 23 | Q.   Is that a current duty and responsibility | 11:28:04 |
| 24 | you fulfill in your current position? | 11:28:08 |
| 25 | MR. KOPP:  Objection.  Vague. | 11:28:10 |

Page 92

```
1         A.   I am responsible for having awareness of    11:28:16

2    our SOPs and ensuring -- or I should say -- and        11:28:27

3    working with my team when there are trends related     11:28:42

4    to the SOPs and our ability to work within them and    11:28:49

5    to determine the -- the next steps with our quality    11:29:00

6    department -- provide feedback, essentially.           11:29:04

7         Q.   Okay.  And the team that you're referring    11:29:10

8    to in your response was -- again, was that your        11:29:14

9    direct reports?                                         11:29:17

10        A.   My team, yes, my direct reports.             11:29:18

11        Q.   Okay.  So in your current position, do you   11:29:21

12   revise SOPs?                                            11:29:23

13        A.   I don't revise SOPs.                          11:29:24

14        Q.   Okay.  Have you ever wrote an SOP?            11:29:28

15        A.   I have been involved in writing an SOP.  I   11:29:30

16   have not personally written one by myself, no.         11:29:33

17        Q.   Okay.  Have you -- have you been involved     11:29:36

18   in writing an SOP for PAREXEL?                          11:29:37

19        A.   Yes.                                          11:29:39

20        Q.   Okay.  Do you recall the SOP you were         11:29:40

21   involved in writing?                                    11:29:41

22        A.   It was a while ago.                           11:29:50

23             I was involved in writing SOPs regarding     11:29:51

24   Trial Master File.                                      11:29:58

25        Q.   And was that during the time that you were   11:30:06
```

Page 93

| | | |
|---|---|---|
| 1 | in the position of a Senior Manager at PAREXEL? | 11:30:07 |
| 2 | A. (Witness reviews document.) No. I -- | 11:30:11 |
| 3 | it -- it was -- it was either the -- in the time I | 11:30:14 |
| 4 | was a Manager or -- or early as a Senior Manager. | 11:30:23 |
| 5 | Q. Okay. At the end of PAREXEL SOPs there's | 11:30:28 |
| 6 | a place where the authors had their signature; is | 11:30:32 |
| 7 | that correct? | 11:30:36 |
| 8 | A. That's correct. | 11:30:37 |
| 9 | Q. Okay. Were you listed as an author on the | 11:30:38 |
| 10 | SOP that you participated in drafting on the Trial | 11:30:39 |
| 11 | Master File? | 11:30:42 |
| 12 | A. I was. | 11:30:43 |
| 13 | Q. Okay. Is that the Trial Master File SOP | 11:30:58 |
| 14 | that you -- you're listed as an author of, is that | 11:31:01 |
| 15 | still being utilized today at PAREXEL? | 11:31:04 |
| 16 | A. No. | 11:31:06 |
| 17 | Q. Do you remember the times that the SOP | 11:31:10 |
| 18 | that you wrote on the Trial Master File was | 11:31:11 |
| 19 | effective at -- | 11:31:14 |
| 20 | A. No. | 11:31:15 |
| 21 | Q. -- PAREXEL? | 11:31:15 |
| 22 | Are monitoring plans kept in the Trial | 11:31:37 |
| 23 | Master File? | 11:31:39 |
| 24 | A. Monitoring plans are kept in the Trial | 11:31:39 |
| 25 | Master File. | 11:31:41 |

Page 94

```
 1      Q.   Are monitoring visit report form        11:32:07

 2  guidelines kept in the Trial Master File?        11:32:10

 3      A.   I actually don't recall if they are kept 11:32:18

 4  in the Trial Master File --                      11:32:20

 5      Q.   Okay.                                    11:32:22

 6      A.   -- guidelines.                           11:32:23

 7      Q.   Okay.  Are monitoring visit report forms 11:32:23

 8  kept in the Trial Master File?                   11:32:27

 9      A.   If there are monitoring visit reports,   11:32:28

10  they are in the Trial Master File, yes.          11:32:30

11      Q.   And monitoring visit report -- reports are 11:32:35

12  kept in the CTMS, is that accurate?  Or would they 11:32:51

13  be in the Trial Master File?                     11:32:56

14      A.   They -- they would -- the actual reports 11:32:58

15  would be in the Trial Master File.               11:33:00

16      Q.   Now, the bullet point -- going back to   11:33:12

17  Exhibit 56, two bullet points down from the last  11:33:15

18  one I read, it says "Look within and beyond CRS to 11:33:19

19  encourage teamwork, quality, and productivity     11:33:26

20  efforts to the benefit of CRS and PAREXEL."       11:33:30

21          Do you know what the reference "CRS" is   11:33:36

22  to?                                              11:33:46

23      A.   It's the -- here... (Witness reviews    11:33:46

24  document.)  It's the SVU, but I don't want to guess 11:33:49

25  on it.  So...                                    11:33:57
```

Page 95

```
 1        Q.   Okay.  Did you attend Nova Southeastern in   11:42:23

 2   Florida?                                              11:42:25

 3        A.   No, I -- I completed my master's through    11:42:25

 4   an online program.                                    11:42:29

 5        Q.   What period of time did you -- were you     11:42:36

 6   attending classes online to obtain your master's in  11:42:41

 7   medical science?                                      11:42:44

 8        A.   It was during the time that I was a CRA      11:42:46

 9   and the time that I was a Manager.                    11:42:54

10        Q.   So do you recall when you started           11:42:58

11   attending online classes from Nova Southeastern      11:42:59

12   University?                                           11:43:05

13        A.   I don't recall when I started.              11:43:08

14        Q.   And do you recall when you attended         11:43:10

15   classes to obtain your BS in biology from the         11:43:12

16   University of Massachusetts?                          11:43:17

17        A.   Yes.                                        11:43:18

18        Q.   Okay.  When was that?                       11:43:19

19        A.   It was 19 -- or September 1996 through      11:43:20

20   2000.                                                 11:43:25

21        Q.   Okay.  Have you ever wrote a monitoring     11:43:37

22   plan?                                                 11:43:39

23        A.   I have.                                     11:43:41

24        Q.   When was the last time you wrote a          11:43:42

25   monitoring plan?                                      11:43:44
```

Page 102

| | | |
|---|---|---|
| 1 | A.   I wrote pieces of a monitoring plan over a | 11:43:52 |
| 2 | year ago. | 11:44:05 |
| 3 | Q.   Okay.  And did you utilize PAREXEL's | 11:44:13 |
| 4 | monitoring plan template in writing the portions of | 11:44:15 |
| 5 | the monitoring plan that you wrote a year and a | 11:44:18 |
| 6 | half ago? | 11:44:20 |
| 7 | A.   I did use the template. | 11:44:21 |
| 8 | Q.   Do you remember the sponsor of the | 11:44:28 |
| 9 | clinical trial that you wrote the monitoring plan | 11:44:29 |
| 10 | for? | 11:44:30 |
| 11 | A.   I do. | 11:44:31 |
| 12 | Q.   And what was the name of the sponsor? | 11:44:31 |
| 13 | A.   Allergan. | 11:44:33 |
| 14 | Q.   Do you recall the therapeutic area that | 11:44:38 |
| 15 | the -- that the clinical trial was in that you | 11:44:40 |
| 16 | wrote the monitoring plan for? | 11:44:44 |
| 17 | A.   I'm thinking. | 11:44:47 |
| 18 | I -- I don't recall it right now. | 11:44:55 |
| 19 | Q.   Okay.  Do you remember the portions of the | 11:44:56 |
| 20 | monitoring plan that you wrote a year and a half | 11:44:58 |
| 21 | ago for Allergan? | 11:45:02 |
| 22 | A.   Generally I do. | 11:45:06 |
| 23 | Q.   Okay.  Can you describe what you generally | 11:45:10 |
| 24 | can recall. | 11:45:13 |
| 25 | A.   Yeah.  So I actually wrote the -- the | 11:45:13 |

Page 103

| | | |
|---|---|---|
| 1 | portion of the monitoring plan to conduct a type of | 11:45:24 |
| 2 | visit that -- I don't remember what we called it | 11:45:28 |
| 3 | for the purposes of the study, but it was actually | 11:45:34 |
| 4 | unique from any of our -- our SOPs, any of our | 11:45:36 |
| 5 | business and our SOPs -- that was essentially a | 11:45:40 |
| 6 | visit that we would go to a clinical site and | 11:45:44 |
| 7 | review the -- the state of the documentation and | 11:45:52 |
| 8 | files.  And this was for a study that was completed | 11:45:59 |
| 9 | by a different company, and we were -- we were | 11:46:07 |
| 10 | taking over. | 11:46:13 |
| 11 | Q.   And in the response you said "the state of | 11:46:19 |
| 12 | documentation." | 11:46:23 |
| 13 | What were you referring to there, SD? | 11:46:24 |
| 14 | A.   We -- any documentation on site.  So | 11:46:31 |
| 15 | they're -- the medical records, any additional | 11:46:34 |
| 16 | source -- notes and source documentation, as well | 11:46:36 |
| 17 | as any regulatory documents in the investigator | 11:46:40 |
| 18 | site file. | 11:46:46 |
| 19 | Q.   Was it necessary to write a special SOP | 11:46:48 |
| 20 | because you were taking over a study? | 11:46:51 |
| 21 | Is that fair to say? | 11:46:54 |
| 22 | Is that why there wasn't a particular SOP | 11:46:57 |
| 23 | and why -- | 11:47:00 |
| 24 | MR. KOPP:  Objection.  Assumes facts. | 11:47:03 |
| 25 | Misstates testimony. | 11:47:06 |

Page 104

| | | |
|---|---|---|
| 1 | A.   Could you clarify what you mean by, like, | 11:47:07 |
| 2 | writing an SOP? | 11:47:09 |
| 3 | Q.   Yeah, I -- yeah.   Let me ask it this way: | 11:47:09 |
| 4 | I -- because in your answer you -- you said it was | 11:47:12 |
| 5 | type of visit not in your SOPs; right? | 11:47:15 |
| 6 | A.   Correct. | 11:47:20 |
| 7 | Q.   Okay.   So it wasn't -- it -- it was a type | 11:47:20 |
| 8 | of site visit that wasn't -- that PAREXEL didn't | 11:47:23 |
| 9 | have an SOP on; correct? | 11:47:25 |
| 10 | A.   Correct. | 11:47:27 |
| 11 | Q.   Okay.   Were new SOPs written as a result? | 11:47:28 |
| 12 | A.   No.   It was a variation of our -- our | 11:47:33 |
| 13 | visits that we were able to -- to document that it | 11:47:37 |
| 14 | was -- it was -- it was a site visit that we | 11:47:40 |
| 15 | conducted certain activities and -- and some of | 11:47:47 |
| 16 | those activities were already in our SOPs. | 11:47:53 |
| 17 | Q.   Okay.   And did it relate to one of the | 11:48:00 |
| 18 | four typical site visit SOPs:   initiation, | 11:48:01 |
| 19 | monitoring, termination, qualification? | 11:48:08 |
| 20 | Did it relate to one of those four? | 11:48:12 |
| 21 | A.   It was closest to monitoring. | 11:48:14 |
| 22 | Q.   Okay.   And, then, the -- the monitoring | 11:48:18 |
| 23 | plan gave further guidance regarding that -- the | 11:48:20 |
| 24 | SOP for monitoring for that clinical trial; is that | 11:48:27 |
| 25 | fair? | 11:48:31 |

Page 105

```
 1        A.    Correct, the monitoring plan gave the --      11:48:32

 2    the project-specific details and -- and what --         11:48:35

 3    what the agreed-upon outcomes would be.                 11:48:40

 4        Q.    And because of this additional guidance in    11:48:46

 5    the monitoring plan, then, a new SOP was -- wasn't      11:48:48

 6    necessary to be created at PAREXEL; correct?            11:48:54

 7        A.    Correct, there was no creation of a new       11:48:56

 8    SOP at PAREXEL.                                          11:48:58

 9        Q.    Did you collaborate with the sponsor in       11:49:02

10    writing the monitoring -- that portion of the           11:49:04

11    monitoring plan that you authored?                      11:49:06

12        A.    There was some collaboration with the         11:49:12

13    sponsor.                                                11:49:13

14        Q.    Okay.  Do you recall who -- what employees    11:49:14

15    at -- at PAREXEL you worked with in drafting the        11:49:15

16    portion of the monitoring plan, the Allergan            11:49:20

17    monitoring plan?                                        11:49:25

18        A.    No, I don't remember who.                     11:49:29

19        Q.    Do you -- do you recall the name of the       11:49:30

20    clinical study for the monitoring plan that you         11:49:33

21    wrote?                                                  11:49:35

22            MR. KOPP:  I'm going to object and              11:49:35

23    instruct not to answer.                                 11:49:37

24            MR. KEEGAN:  I'm just laying the                11:49:38

25    foundation if she knows.                                11:49:39
```

                                                        Page 106

```
 1    monitoring plan?                                11:50:41

 2         A.   I don't remember if I was a signatory.   11:50:41

 3         Q.   Okay.  Do you remember the names of the  11:50:46

 4    other PAREXEL employees that you -- that worked on  11:50:48

 5    the monitoring plan with you?                   11:50:50

 6         A.   I don't remember who worked with me on  11:50:51

 7    that piece.  I can say that for that monitoring  11:50:53

 8    plan it was handed over -- I know the name of the  11:50:59

 9    person it was handed over to.                   11:51:02

10         Q.   Okay.                                  11:51:03

11         A.   Jennifer Matthews.                     11:51:03

12         Q.   Did -- if you know, did CRAs and CMAs   11:51:17

13    employed by PAREXEL work on the clinical trial on  11:51:28

14    which you wrote a portion of the monitoring plan?  11:51:30

15         A.   They did.                              11:51:33

16         Q.   And the CRAs and CMAs who worked on the  11:51:43

17    clinical trial on the -- of the clinical trial that  11:51:45

18    you wrote a portion of the monitoring plan, were  11:51:51

19    they responsible for reviewing the monitoring plan  11:51:59

20    that you wrote?                                 11:52:00

21         A.   They -- they were responsible for       11:52:01

22    reviewing the monitoring plan.                  11:52:03

23         Q.   Did -- in the -- in the trial that you  11:52:14

24    wrote the monitoring plan -- a portion of the    11:52:17

25    monitoring plan on, did PAREXEL take that over from  11:52:19
```

Veritext Legal Solutions
866 299-5127

```
 1          A.    The -- the piece I want to clarify is      12:07:14

 2     actually the word "contract."                          12:07:16

 3          Q.    Sure.   They're persons -- are you familiar 12:07:18

 4     with contract -- the term "contract CRA?               12:07:22

 5          A.    The terminology that we use is "agency      12:07:25

 6     temp CRAs."                                            12:07:27

 7          Q.    Right.                                      12:07:28

 8          A.    So they work for an agency.   So that's... 12:07:29

 9          Q.    Yeah.                                       12:07:29

10          A.    Previously there have been.                 12:07:31

11          Q.    Right.   Okay.                              12:07:32

12                Charlene Talbot, do her direct reports      12:07:37

13     supervise CRAs and CMAs employed in the United         12:07:42

14     States?                                                12:07:44

15          A.    Yes.                                        12:07:44

16          Q.    Any other regions outside of the United     12:07:45

17     States?                                                12:07:48

18          A.    Some in Canada.                             12:07:49

19          Q.    And are any of Charlene Talbot's direct     12:07:58

20     reports managing CRAs and CMAs that are contract       12:08:01

21     CRAs and CMAs employed in the United States?           12:08:08

22                MR. KOPP:  Objection.   Vague.              12:08:11

23          A.    Not currently.                              12:08:14

24          Q.    How about in the past?                      12:08:18

25          A.    I don't know enough about it in the past.   12:08:19
```

Page 121

| | | |
|---|---|---|
| 1 | Miles' current direct reports. | 12:10:03 |
| 2 | A.   This reflects his direct reports as of -- | 12:10:06 |
| 3 | as of this version date, November 2nd. | 12:10:09 |
| 4 | Q.   Of this year; correct? | 12:10:12 |
| 5 | A.   Of 2017. | 12:10:13 |
| 6 | Q.   Yeah.  Are there prior versions of this | 12:10:14 |
| 7 | organizational chart, if you know, that were | 12:10:17 |
| 8 | versions prior to November 2nd, 2017? | 12:10:24 |
| 9 | A.   There are prior versions of organizational | 12:10:28 |
| 10 | charts. | 12:10:30 |
| 11 | Q.   Okay.  All right. | 12:10:30 |
| 12 | Has Andrew Miles' direct reports changed | 12:10:34 |
| 13 | since November 2nd, 2017, to your knowledge? | 12:10:37 |
| 14 | A.   One -- one is no longer with the company. | 12:10:41 |
| 15 | Q.   Okay.  And who is that? | 12:10:44 |
| 16 | A.   Glenn Jeffrey. | 12:10:45 |
| 17 | Q.   Has somebody taken Glenn Jeffrey's | 12:10:51 |
| 18 | position? | 12:10:54 |
| 19 | So Andrew Miles, does he have an | 12:10:55 |
| 20 | additional direct report that's not listed on this | 12:10:57 |
| 21 | page? | 12:10:59 |
| 22 | A.   No. | 12:10:59 |
| 23 | Q.   Was Mr. Jeffrey fired, or did he resign? | 12:11:06 |
| 24 | A.   He -- he was terminated. | 12:11:09 |
| 25 | Q.   Okay.  Do you know when Glenn Jeffrey was | 12:11:17 |

Page 123

| | | |
|---|---|---|
| 1 | terminated? | 12:11:19 |
| 2 | MR. KOPP:  I'm going to object on | 12:11:21 |
| 3 | third-party privacy grounds.  It's not relevant to | 12:11:22 |
| 4 | any claim here either. | 12:11:25 |
| 5 | MR. KEEGAN:  Are you going to instruct her | 12:11:26 |
| 6 | not to answer? | 12:11:28 |
| 7 | MR. KOPP:  I am. | 12:11:28 |
| 8 | Q.  Do -- are Andrew Miles' direct reports, | 12:11:38 |
| 9 | are they assigned to any particular region of the | 12:11:44 |
| 10 | United States -- | 12:11:46 |
| 11 | A.  No. | 12:11:48 |
| 12 | Q.  -- or Canada? | 12:11:50 |
| 13 | A.  No. | 12:11:51 |
| 14 | All right.  How -- do you know how his | 12:11:55 |
| 15 | direct reports are assigned specific clinical | 12:11:57 |
| 16 | trials at PAREXEL -- employees working on clinical | 12:12:01 |
| 17 | trials at PAREXEL? | 12:12:06 |
| 18 | A.  Yes, there is some strategy to the -- to | 12:12:09 |
| 19 | the assignments and the alignment of the staff. | 12:12:11 |
| 20 | Q.  Okay.  Did -- can you share those with me. | 12:12:13 |
| 21 | A.  Yes.  The early product development | 12:12:15 |
| 22 | team -- so Mary Barnard, Vicky Erickson, Karen | 12:12:23 |
| 23 | Isaacs, and Trisha McLellan, their CRAs are not -- | 12:12:32 |
| 24 | not regionally based, necessarily, in the United | 12:12:40 |
| 25 | States. | 12:12:43 |

Page 124

1        Q.   Okay.                                    12:12:43

2        A.   It's -- it's really anywhere within the  12:12:44

3   United States, and there is one CRA based in Canada 12:12:46

4   on that team.                                       12:12:50

5        Q.   Okay.                                     12:12:50

6        A.   I don't recall who he reports to.         12:12:51

7        Q.   Okay.                                     12:12:51

8        A.   So they are generally focused on EPD      12:12:55

9   studies --                                          12:12:58

10       Q.   Okay.                                     12:12:58

11       A.   -- so the -- the earlier phase studies,   12:12:59

12   but not -- not restricted to just those studies.   12:13:04

13       Q.   Okay.                                     12:13:07

14       A.   Ellen Coccovizzo, Brian Flanagan, and Kim 12:13:08

15   Mimoso, their reports -- their direct reports are   12:13:17

16   mostly in the northeast region of the United        12:13:19

17   States.                                             12:13:30

18       Q.   Okay.  And Glenn Jeffrey, where was his   12:13:30

19   direct reports when he was employed at PAREXEL?     12:13:32

20            Where were they?                          12:13:36

21       A.   They were -- they were actually across the 12:13:37

22   country.                                            12:13:39

23            THE WITNESS:  Can I just grab another      12:13:52

24   bottle of water?                                    12:13:53

25            MR. KEEGAN:  Absolutely.                   12:14:02

                                          Page 125

1          COURT REPORTER:  I'll get it for you.         12:14:02

2      Q.   And does -- is there a particular name for   12:14:13

3  the -- the three of Andrew Miles' direct reports?     12:14:19

4  Does that refer to any team?                          12:14:23

5          Like, you mentioned the "EPD --" you          12:14:25

6  called that the "EPD team," those direct reports.     12:14:27

7  Is it referred to as the northeast team in any way?   12:14:31

8      A.   Not officially, really.                      12:14:35

9      Q.   Okay.                                        12:14:36

10     A.   I mean...                                     12:14:37

11     Q.   Okay.  Unofficially are they referred to     12:14:38

12  anything?                                             12:14:40

13     A.   I mean, colloquially, if I'm talking to      12:14:40

14  Andrew, I might say his late-phase team --           12:14:43

15     Q.   Okay.                                         12:14:47

16     A.   -- or his northeast team.                     12:14:47

17     Q.   All right.  Are the -- the managers who      12:14:49

18  report in through these associate managers of --     12:14:53

19  are they limited to certain phases of clinical       12:15:00

20  trials employed in the United States?                12:15:04

21     A.   Can you -- can you...                         12:15:05

22     Q.   'Cause you mentioned in your response        12:15:07

23  "late-phase team."  Does that indicate that they     12:15:08

24  only -- there are CRAs and CMAs, that they -- that   12:15:10

25  their managers are reporting to them, supervise --   12:15:15

Page 126

| | | |
|---|---|---|
| 1 | they're only involved in late-stage clinical | 12:15:19 |
| 2 | trials? | 12:15:20 |
| 3 | A.   No, they're not only involved in the | 12:15:20 |
| 4 | later-phase clinical trials, but they are -- | 12:15:22 |
| 5 | they're more likely to do the later-phase clinical | 12:15:26 |
| 6 | trials. | 12:15:29 |
| 7 | Q.   Do their reports -- their CRA -- their -- | 12:15:38 |
| 8 | all right.  Just let me lay the foundation. | 12:15:41 |
| 9 | Who reports in to, for instance, Brian | 12:15:43 |
| 10 | Flanagan?  What levels of persons or positions at | 12:15:47 |
| 11 | PAREXEL?  Is it line managers? | 12:15:53 |
| 12 | A.   CRAs and CMAs. | 12:15:54 |
| 13 | Q.   Okay.  Would you consider the positions | 12:15:58 |
| 14 | who report in to Andrew Miles as line managers? | 12:16:00 |
| 15 | A.   Yeah.  Yeah.  They have direct reports, so | 12:16:06 |
| 16 | they have line management responsibilities. | 12:16:08 |
| 17 | Q.   Okay.  Do they have responsibilities other | 12:16:09 |
| 18 | than line management responsibilities, the persons | 12:16:18 |
| 19 | who directly report in to Andrew Miles for | 12:16:21 |
| 20 | person -- for CRAs and CMAs who are employed in the | 12:16:24 |
| 21 | United States? | 12:16:29 |
| 22 | MR. KOPP:  Objection.  Vague. | 12:16:29 |
| 23 | A.   So I'm -- I would consider the line | 12:16:31 |
| 24 | management responsibilities to be the management of | 12:16:33 |
| 25 | their direct reports. | 12:16:35 |

Page 127

| | | |
|---|---|---|
| 1 | Q.   Okay. | 12:16:35 |
| 2 | A.   And they -- they also have -- have | 12:16:38 |
| 3 | responsibilities to support with initiatives or -- | 12:16:43 |
| 4 | or support with projects, when needed. | 12:16:46 |
| 5 | Q.   Line managers -- or "LM" is an acronym | 12:16:49 |
| 6 | used by PAREXEL currently; correct? | 12:16:53 |
| 7 | A.   It's not -- I don't know that it's a title | 12:16:55 |
| 8 | or an official -- I mean, it's certainly | 12:16:58 |
| 9 | terminology that's used, but... | 12:17:04 |
| 10 | Q.   Okay.  Are the CRAs and CMAs that report | 12:17:09 |
| 11 | in, for example, to Brian Flanagan, are they | 12:17:34 |
| 12 | limited to only one or more of the CRA and CMA | 12:17:39 |
| 13 | positions, such as, you know how there's three for | 12:17:46 |
| 14 | each, CMA I, CMA II, Senior CMA?  Same with the | 12:17:49 |
| 15 | CRAs? | 12:17:54 |
| 16 | Does he have a mix of CRAs that report to | 12:17:57 |
| 17 | him?  It's not -- they're not limited to any | 12:17:59 |
| 18 | particular -- | 12:18:01 |
| 19 | A.   Right.  The managers on my team are not | 12:18:03 |
| 20 | limited to a certain level of -- of CRA or CMA. | 12:18:05 |
| 21 | Q.   Right.  And that would be the same for | 12:18:08 |
| 22 | each of the -- the managers listed on Chu 24 that | 12:18:15 |
| 23 | are responsible for CRAs and CMAs employed in the | 12:18:23 |
| 24 | United States; is that right? | 12:18:25 |
| 25 | A.   Right.  They're -- they're not limited to. | 12:18:30 |

Page 128

| | | |
|---|---|---|
| 1 | <u>I couldn't speak -- without looking at the</u> | 12:18:33 |
| 2 | <u>list -- what the levels are, but they're not</u> | 12:18:35 |
| 3 | <u>limited to a certain level.</u> | 12:18:37 |
| 4 | Q.   Okay.  And how long has Andrew Miles | 12:18:46 |
| 5 | served in his position as Senior Manager at | 12:18:47 |
| 6 | PAREXEL? | 12:18:52 |
| 7 | A.   Over a year.  But I -- I don't recall the | 12:18:52 |
| 8 | exact date. | 12:18:57 |
| 9 | Q.   Is there somebody who held Andrew Miles' | 12:19:00 |
| 10 | position before he assumed the position as Senior | 12:19:03 |
| 11 | Manager listed on Chu 24? | 12:19:06 |
| 12 | A.   Not that I -- I'm not sure.  He didn't | 12:19:11 |
| 13 | report to me before he was a Senior Manager. | 12:19:13 |
| 14 | Q.   You said he's only held his current | 12:19:24 |
| 15 | position for a little over a year; is that right? | 12:19:27 |
| 16 | A.   Over -- over one year. | 12:19:28 |
| 17 | Q.   Over a year? | 12:19:30 |
| 18 | A.   I'm not sure exactly how long over one | 12:19:33 |
| 19 | year. | 12:19:34 |
| 20 | Q.   Okay.  And did -- when -- did he replace | 12:19:42 |
| 21 | somebody when he obtained his position as Senior | 12:19:45 |
| 22 | Manager, or was there a Senior Manager just added? | 12:19:49 |
| 23 | A.   So I -- I don't know. | 12:19:54 |
| 24 | Q.   Okay. | 12:19:54 |
| 25 | A.   He -- he transferred to me when he became | 12:19:55 |

Page 129

```
 1    interviewing the hiring of the CRA for a particular   01:30:45

 2    project that PAREXEL was working on, or was it         01:30:49

 3    general expansion of the company?                      01:30:54

 4        A.   It would have been general expansion of      01:30:56

 5    the company.                                           01:30:58

 6        Q.   Okay.  And as you sit here today, you         01:31:01

 7    can't -- can you recall if the CRA that you were       01:31:02

 8    hiring was for Canada, versus the United States?       01:31:06

 9        A.   No.                                           01:31:10

10        Q.   And when you testified that you were          01:31:20

11    responsible for hiring more than 10 -- but less        01:31:22

12    than 20 -- approximate -- CRAs in your current         01:31:27

13    position, how were you responsible?                    01:31:30

14             In what way?                                  01:31:35

15        A.   So I would serve as the hiring manager --     01:31:36

16        Q.   Okay.                                         01:31:36

17        A.   -- and I would work with our -- with our      01:31:40

18    talent acquisition team to identify appropriate        01:31:47

19    CRAs to have interviewed, and I would delegate the     01:31:50

20    interview responsibility to managers on my team.       01:31:55

21    And with the feedback provided by the managers, we     01:31:59

22    would decide if we would hire the CRAs.                01:32:03

23        Q.   Okay.  And would the feedback from your       01:32:06

24    managers, would that come in the form of interview     01:32:10

25    notes recorded on PAREXEL's computer system?           01:32:13
```

Page 139

| | | |
|---|---|---|
| 1 | A.   It -- it could come in various forms: | 01:32:19 |
| 2 | either verbal, a phone conversation, an email to | 01:32:23 |
| 3 | me, or -- or a formal note. | 01:32:26 |
| 4 | Q.   Okay.  When you've interviewed CRAs, have | 01:32:31 |
| 5 | you inputted interview notes into a PAREXEL | 01:32:34 |
| 6 | computer system in any way? | 01:32:39 |
| 7 | I know it's been a while since you did, | 01:32:42 |
| 8 | but... | 01:32:44 |
| 9 | A.   Yeah.  I -- I have, but not consistently. | 01:32:44 |
| 10 | Q.   Okay.  You referred to the talent | 01:32:52 |
| 11 | acquisition team in your response.  Is that a | 01:32:55 |
| 12 | particular department or division at PAREXEL? | 01:32:57 |
| 13 | A.   That is a -- a division at PAREXEL. | 01:32:59 |
| 14 | Q.   Okay.  And is that -- the talent | 01:33:07 |
| 15 | acquisition team, is that a division that falls | 01:33:09 |
| 16 | under the HR department at PAREXEL? | 01:33:12 |
| 17 | A.   Yes. | 01:33:17 |
| 18 | Q.   Regarding the -- the CRAs -- regarding the | 01:33:31 |
| 19 | CRAs that you had responsibility for, the 10 -- | 01:33:35 |
| 20 | more than 10/less than 20, do you recall who | 01:33:40 |
| 21 | interviewed those 10 -- more-than-10-less-than-20 | 01:33:44 |
| 22 | CRAs? | 01:33:48 |
| 23 | Was it any particular member of your | 01:33:49 |
| 24 | direct reports?  Or reports to your direct reports? | 01:33:51 |
| 25 | A.   No, I don't recall who interviewed. | 01:34:01 |

Page 140

```
 1    compensation for these CRAs -- or CMAs?              01:53:35

 2       A.   I'm -- I'm not sure specifically.           01:53:40

 3       Q.   Okay.  Do you provide any feedback or       01:53:42

 4    recommendation regarding the compensation to be     01:53:47

 5    paid to the CMAs that you interviewed in August of  01:53:49

 6    2016?                                               01:53:53

 7       A.   Yes.                                        01:53:55

 8       Q.   Okay.  And who did you provide the          01:53:57

 9    feedback to?                                        01:53:58

10       A.   I would have provided it to -- I can't      01:54:03

11    recall her name -- but a representative from our    01:54:11

12    talent acquisition team.                            01:54:14

13       Q.   Of all the persons that -- all -- strike    01:54:25

14    that.                                               01:54:29

15            Of all the CRAs that you've had             01:54:30

16    responsibility for hiring, have they all been paid  01:54:32

17    on a salary basis by PAREXEL, to your knowledge?    01:54:37

18       A.   All of the CRAs that I have hired as        01:54:44

19    permanent employees have definitely been paid on a  01:54:50

20    salary basis.                                       01:54:53

21       Q.   Okay.  Have you ever interviewed CRAs to    01:54:54

22    be hired as contract CRAs?                          01:54:57

23            MR. KOPP:  Objection.  Vague.               01:55:00

24       A.   I -- I have interviewed CRAs to be -- to    01:55:03

25    be hired and work for PAREXEL as -- as agency temps 01:55:10
```

Page 153

| | | |
|---|---|---|
| 1 | through their agency. | 01:55:14 |
| 2 | Q.   So you've interviewed CRAs that were hired | 01:55:20 |
| 3 | by PAREXEL through a temp agency; is that correct? | 01:55:26 |
| 4 | A.   So I -- I want to clarify, 'cause I'm | 01:55:30 |
| 5 | actually the -- I've hired -- I've interviewed CRAs | 01:55:32 |
| 6 | to work for PAREXEL through the temp agency. | 01:55:39 |
| 7 | Q.   Okay.  And, then, of those ones that | 01:55:44 |
| 8 | you've interviewed, who were in charge of working | 01:55:47 |
| 9 | out the compensation with the temp agency -- | 01:55:50 |
| 10 | A.   The temp agency -- | 01:55:52 |
| 11 | Q.   -- on the PAREXEL side? | 01:55:54 |
| 12 | A.   So -- so -- | 01:55:57 |
| 13 | Q.   Would it have been talent acquisitions as | 01:56:04 |
| 14 | well? | 01:56:07 |
| 15 | MR. KOPP:  Vague as -- question. | 01:56:07 |
| 16 | A.   Can you repeat the question. | 01:56:13 |
| 17 | Q.   Sure.  So you -- you've said that -- in | 01:56:14 |
| 18 | your testimony that you've interviewed CRAs that | 01:56:16 |
| 19 | were going to be hired through a temp agency; | 01:56:17 |
| 20 | correct -- by PAREXEL? | 01:56:22 |
| 21 | MR. KOPP:  Vague.  And misstates | 01:56:26 |
| 22 | testimony.  Also compound. | 01:56:28 |
| 23 | A.   Right.  So I think I just want to be clear | 01:56:29 |
| 24 | that -- | 01:56:32 |
| 25 | Q.   Sure. | 01:56:32 |

Page 154

| | | |
|---|---|---|
| 1 | A.   -- my understanding of it is that we -- | 01:56:33 |
| 2 | I'm unsure about the word "hire."   That's -- you | 01:56:36 |
| 3 | know, we -- we had them work for PAREXEL through | 01:56:39 |
| 4 | the temp agency; and I -- I did interview them, | 01:56:44 |
| 5 | yes. | 01:56:47 |
| 6 | Q.   Okay.   And did you set the compensation | 01:56:47 |
| 7 | for those CRAs hired through the temp agency using | 01:56:53 |
| 8 | your language? | 01:56:58 |
| 9 | A.   I don't. | 01:57:01 |
| 10 | MR. KOPP:   Vague and compound. | 01:57:02 |
| 11 | A.   I don't know what the CRAs specifically | 01:57:03 |
| 12 | were paid from the temp agency. | 01:57:05 |
| 13 | Q.   Okay.   But of the CRAs that you | 01:57:14 |
| 14 | interviewed that would work for PAREXEL through the | 01:57:15 |
| 15 | temp agency -- | 01:57:17 |
| 16 | A.   Yeah. | 01:57:17 |
| 17 | Q.   -- was there somebody at PAREXEL that was | 01:57:18 |
| 18 | responsible for setting the compensation to be paid | 01:57:20 |
| 19 | to the temp agency? | 01:57:23 |
| 20 | MR. KOPP:   Lacks foundation.   And calls | 01:57:24 |
| 21 | for speculation. | 01:57:25 |
| 22 | Q.   It wasn't you; right? | 01:57:26 |
| 23 | A.   I -- no, I didn't -- I wasn't involved | 01:57:28 |
| 24 | in -- in setting the rate with the temp agency. | 01:57:33 |
| 25 | Q.   Right.   Was somebody else in charge at | 01:57:36 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | PAREXEL for setting that -- those compensation -- | 01:57:39 |
| 2 | MR. KOPP:   Lacks -- | 01:57:42 |
| 3 | Q.   -- agreements? | 01:57:43 |
| 4 | MR. KOPP:   Objection.   Lacks foundation -- | 01:57:44 |
| 5 | foundation.   Calls for speculation. | 01:57:46 |
| 6 | A.   It wasn't -- I know that it wasn't me. | 01:57:48 |
| 7 | MR. KOPP:   I'm sorry.   You guys have been | 01:57:50 |
| 8 | doing a good job, but, yeah, please wait for him to | 01:57:52 |
| 9 | conclude his question. | 01:57:54 |
| 10 | MR. KEEGAN:   Sure. | 01:57:54 |
| 11 | THE WITNESS:   I'm sorry. | 01:57:56 |
| 12 | Q.   And I'm just following up because you said | 01:57:56 |
| 13 | you had some discretion; you don't know if you had | 01:57:58 |
| 14 | to get ultimate approval from somebody else or not | 01:58:00 |
| 15 | for the CRAs hired in the United States, correct, | 01:58:02 |
| 16 | for the ones that you interviewed -- | 01:58:05 |
| 17 | A.   For the -- | 01:58:07 |
| 18 | Q.   -- ones directly; right? | 01:58:08 |
| 19 | A.   Yes. | 01:58:09 |
| 20 | Q.   So we talked about that. | 01:58:09 |
| 21 | A.   Yeah. | 01:58:10 |
| 22 | Q.   You had some discretion -- not sure if you | 01:58:12 |
| 23 | had to get ultimate approval from somebody or not | 01:58:14 |
| 24 | -- for the CRAs hired in the United States, and I'm | 01:58:18 |
| 25 | just trying to compare that to the -- to the CRAs | 01:58:24 |

Page 156

1    that you interviewed that were hired through the      01:58:26

2    temp agency -- using your words -- that you --        01:58:30

3        A.   My -- my specific role is not to set         01:58:33

4    any -- any financial pieces there.                    01:58:36

5        Q.   Right.  And, then, my follow-up is:  Do      01:58:38

6    you know who was in charge of that, if you know?      01:58:40

7        A.   I don't know.                                01:58:43

8        Q.   Okay.  Were you ever involved in hiring      01:58:52

9    CMAs that worked through a "temp agency," as you've   01:58:54

10   described it?                                         01:58:59

11       MR. KOPP:  Objection.  Vague.  And               01:59:00

12   compound.                                             01:59:00

13       A.   I was never involved.                        01:59:03

14       Q.   Okay.  Do you have any understanding if      01:59:07

15   PAREXEL directly contracts with CRAs on an            01:59:08

16   independent contractor arrangement?                   01:59:16

17       A.   Nothing that I'm aware of.                   01:59:19

18       Q.   Okay.  Do you -- are you aware if PAREXEL    01:59:22

19   directly contracts with CMAs on an independent        01:59:26

20   contractor arrangement?                               01:59:29

21       A.   I have no awareness of that.                 01:59:32

22       Q.   Okay.  Regarding the interviews of the 30    01:59:51

23   CMAs that you conducted in August of 2016, do you     01:59:55

24   know the names of any of those CMAs you               01:59:59

25   interviewed?                                          02:00:01

Page 157

| | | |
|---|---|---|
| 1 | MR. KOPP:  Objection.  Instruct not to | 02:00:05 |
| 2 | answer. | 02:00:06 |
| 3 | THE WITNESS:  Okay. | 02:00:07 |
| 4 | MR. KEEGAN:  I'm just laying the | 02:00:08 |
| 5 | foundation if she knows. | 02:00:10 |
| 6 | MR. KOPP:  Sure.  That's fine. | 02:00:11 |
| 7 | Q.   Do you recall any of the names of the CMAs | 02:00:12 |
| 8 | that were -- that you interviewed? | 02:00:14 |
| 9 | A.   I -- I can recall at least one name. | 02:00:17 |
| 10 | Q.   Okay. | 02:00:24 |
| 11 | MR. KEEGAN:  Well -- | 02:00:24 |
| 12 | Q.   Can you state that name for the record. | 02:00:25 |
| 13 | MR. KOPP:  Objection on third-party | 02:00:27 |
| 14 | privacy grounds.  Failure to make an adequate | 02:00:28 |
| 15 | showing under Mantolete. | 02:00:34 |
| 16 | Instruct not to answer. | 02:00:37 |
| 17 | COURT REPORTER:  Adequate showing under? | 02:00:37 |
| 18 | MR. KOPP:  Mantolete. | 02:00:37 |
| 19 | Q.   All right.  And the | 02:00:47 |
| 20 | more-than-10-less-than-20 CRAs you recall | 02:00:49 |
| 21 | interviewing over a year ago, do you recall the | 02:00:51 |
| 22 | names of any of those CRAs? | 02:00:54 |
| 23 | A.   No. | 02:00:56 |
| 24 | Q.   Okay.  And do you recall if the CRAs that | 02:01:03 |
| 25 | you were interviewing -- the more than 10/less than | 02:01:07 |

Page 158

| | | |
|---|---|---|
| 1 | 20 -- were those decentralized CRA positions; | 02:01:12 |
| 2 | meaning they would work from home? | 02:01:16 |
| 3 | A.   I don't recall if they all were. | 02:01:20 |
| 4 | Q.   Okay.  Do you recall if any were? | 02:01:22 |
| 5 | A.   I -- yes, some -- some were. | 02:01:28 |
| 6 | Q.   Okay.  And were some also hired to work at | 02:01:30 |
| 7 | a specific location in the United States? | 02:01:33 |
| 8 | A.   So if we were to hire someone to -- a CRA | 02:01:39 |
| 9 | to work in a specific location, it would only be | 02:01:44 |
| 10 | their base of operations, if you will. | 02:01:51 |
| 11 | Q.   Right. | 02:01:53 |
| 12 | A.   So when we hire, we hire CRAs to travel | 02:01:53 |
| 13 | anywhere. | 02:01:56 |
| 14 | But I -- there -- there is -- it could -- | 02:01:59 |
| 15 | I don't recall, honestly, you know, how many, if | 02:02:05 |
| 16 | any, would have been based in an office. | 02:02:08 |
| 17 | Q.   Okay.  As you sit here today, do you | 02:02:12 |
| 18 | recall if any of the CRAs that you interviewed were | 02:02:13 |
| 19 | going to be based in the office? | 02:02:17 |
| 20 | A.   I don't recall. | 02:02:20 |
| 21 | Q.   And as a general matter, most -- the CRAs | 02:02:26 |
| 22 | are hired by PAREXEL -- are all -- are a | 02:02:29 |
| 23 | decentralized position because they're required to | 02:02:35 |
| 24 | travel anywhere, is that accurate? | 02:02:37 |
| 25 | MR. KOPP:  Objection.  Vague.  And | 02:02:41 |

Page 159

| | | |
|---|---|---|
| 1 | compound. | 02:02:41 |
| 2 | A.   I couldn't speak to the reason, but more | 02:02:43 |
| 3 | than 50 percent of our -- of our CRAs are based in | 02:02:45 |
| 4 | a decentralized position. | 02:02:50 |
| 5 | Q.   Okay.  Let me show you what was previously | 02:03:18 |
| 6 | marked as -- oh, well, before I go to that, the -- | 02:03:20 |
| 7 | the 30 CMAs that you interviewed and were hired by | 02:03:26 |
| 8 | PAREXEL, were they all required to do initiation | 02:03:30 |
| 9 | training after they were hired? | 02:03:33 |
| 10 | A.   Can you clarify what you mean by | 02:03:39 |
| 11 | "initiation training." | 02:03:41 |
| 12 | Q.   Well, just initial training by PAREXEL. | 02:03:43 |
| 13 | Did they all have to go through initial | 02:03:45 |
| 14 | training? | 02:03:47 |
| 15 | A.   Yes, they -- they would have all gone | 02:03:48 |
| 16 | through some initial training. | 02:03:49 |
| 17 | Q.   Okay.  And the -- the | 02:03:51 |
| 18 | more-than-10-less-than-20 CRAs that you interviewed | 02:03:54 |
| 19 | that were hired, did they all have to go through | 02:03:55 |
| 20 | initial training through PAREXEL? | 02:03:57 |
| 21 | A.   Yes.  They -- they would go through | 02:03:59 |
| 22 | initial training. | 02:04:01 |
| 23 | Q.   All right.  Let me place before you what's | 02:04:02 |
| 24 | been previously marked as Exhibit 2.  And I'll call | 02:04:06 |
| 25 | your attention to the top of the second page of | 02:04:12 |

Page 160

1    Q.   Can you, just for the record, tell me your    02:09:12

2    understanding of IRB.    02:09:13

3    A.   Institutional Review Board.    02:09:14

4    Q.   And the -- are there IRBs that approve all    02:09:16

5    clinical trial protocols that CRAs and CMAs work on    02:09:20

6    through their employment at PAREXEL?    02:09:27

7    MR. KOPP:   Objection.   Compound.    02:09:29

8    A.   Could you maybe clarify that question,    02:09:32

9    please.    02:09:33

10   Q.   Sure.    02:09:34

11   Before a CRA or a CMA is assigned to a    02:09:37

12   clinical trial, a -- those clinical trials that    02:09:40

13   CRAs and CMAs work on in the United States are all    02:09:42

14   approved by IRBs; is that right?    02:09:45

15   A.   Did you say before?    02:09:50

16   Q.   Yes.    02:09:51

17   A.   No.   No.   No.    02:09:51

18   Q.   Before they start work?    02:09:52

19   A.   No.   So the -- the clinical trial protocol    02:09:52

20   and associate documents would be presented to and    02:10:02

21   they are approved or rejected by the IRB after we    02:10:06

22   start working on the trial, after the qualification    02:10:11

23   visit.    02:10:14

24   Q.   But IRB approval is necessary before any    02:10:20

25   patient enrolls in the study; is that accurate?    02:10:22

Page 164

| | | |
|---|---|---|
| 1 | A. That's correct. | 02:10:24 |
| 2 | Q. Okay. And are the clinical trials that -- | 02:10:31 |
| 3 | that CRAs and CMAs work on in the United States, | 02:10:33 |
| 4 | do -- is there a medical team assigned to each | 02:10:37 |
| 5 | clinical trial? | 02:10:40 |
| 6 | A. Yes. I believe there's a medical team or | 02:10:44 |
| 7 | a medical monitor assigned to each trial. | 02:10:47 |
| 8 | Q. And medical monitors assigned to the | 02:10:58 |
| 9 | clinical trials are medical doctors; is that | 02:11:00 |
| 10 | correct? | 02:11:04 |
| 11 | A. I am not aware of any that aren't. | 02:11:05 |
| 12 | Q. Okay. And -- and medical team, are they | 02:11:08 |
| 13 | composed of medical doctors and -- and other | 02:11:16 |
| 14 | medical positions -- when a medical team is | 02:11:19 |
| 15 | assigned that includes a medical monitor, it could | 02:11:23 |
| 16 | also include a biostatistician. | 02:11:29 |
| 17 | Are you familiar with what kind of persons | 02:11:33 |
| 18 | are -- serve on medical teams? | 02:11:34 |
| 19 | MR. KOPP: Objection. Vague and compound. | 02:11:36 |
| 20 | A. I think the medical -- the term "medical | 02:11:38 |
| 21 | team" is -- is maybe too broad. | 02:11:41 |
| 22 | There's -- there's -- I'm not aware of any | 02:11:43 |
| 23 | clear definition of -- of "medical team." | 02:11:45 |
| 24 | Q. Do you know if there's an ICH GCP | 02:11:58 |
| 25 | guideline for medical teams? | 02:12:02 |

Page 165

| | | |
|---|---|---|
| 1 | Are you familiar with those guidelines? | 02:12:06 |
| 2 | A.   I am familiar with those guidelines. | 02:12:08 |
| 3 | I'm not aware of a specific guideline | 02:12:18 |
| 4 | related to medical teams. | 02:12:20 |
| 5 | Q.   Is there -- are you familiar with an ICH | 02:12:31 |
| 6 | GCP guideline 5.3, medical expertise? | 02:12:34 |
| 7 | Have you heard of that guideline before? | 02:12:40 |
| 8 | A.   I'm -- I'm not -- I can't recall that | 02:12:46 |
| 9 | guideline. | 02:12:51 |
| 10 | Q.   Okay.  Do you recall generally that under | 02:12:54 |
| 11 | that guideline a sponsor should designate -- | 02:12:58 |
| 12 | designates qualified medical personnel to advise on | 02:13:04 |
| 13 | trial-related medical questions or problems with | 02:13:11 |
| 14 | the clinical trial? | 02:13:14 |
| 15 | A.   Because I can't recall the guideline, I -- | 02:13:16 |
| 16 | I can't recall specifically that it's under that | 02:13:19 |
| 17 | guideline. | 02:13:20 |
| 18 | Q.   Okay.  But it's your -- it's your | 02:13:23 |
| 19 | understanding that there's medical monitors | 02:13:26 |
| 20 | assigned to the clinical trials that CRAs and CMAs | 02:13:29 |
| 21 | work on; is that accurate? | 02:13:33 |
| 22 | A.   Correct. | 02:13:35 |
| 23 | Q.   Okay.  We -- before the lunch break we | 02:13:59 |
| 24 | discussed 1572 forms. | 02:14:03 |
| 25 | A.   Uh-huh. | 02:14:05 |

Page 166

| | | |
|---|---|---|
| 1 | Q.   Is it your understanding that 1572 forms | 02:14:07 |
| 2 | list the -- the PI and the subI's for each clinical | 02:14:11 |
| 3 | site? | 02:14:17 |
| 4 | A.   That's my understanding, yes. | 02:14:18 |
| 5 | Q.   Yeah.   And are 1572 forms saved in the TMF | 02:14:19 |
| 6 | file -- | 02:14:23 |
| 7 | A.   Yeah. | 02:14:24 |
| 8 | Q.   -- on each clinical study? | 02:14:24 |
| 9 | A.   Yes, they are. | 02:14:27 |
| 10 | Q.   Are you familiar with the Delegation of | 02:14:28 |
| 11 | Authority Log? | 02:14:32 |
| 12 | A.   I am. | 02:14:33 |
| 13 | Q.   Have you heard that term before? | 02:14:33 |
| 14 | A.   Yes. | 02:14:34 |
| 15 | Q.   Yeah.   Since the time that you've worked | 02:14:35 |
| 16 | at PAREXEL, have -- has PAREXEL used a -- | 02:14:41 |
| 17 | Delegation of Authority Logs -- or at least | 02:14:49 |
| 18 | documented Delegation of Authority Logs? | 02:14:52 |
| 19 | MR. KOPP:  Objection.   Compound. | 02:14:55 |
| 20 | A.   There has -- the Delegation of Authority | 02:14:59 |
| 21 | Logs has always been something that, since I've | 02:15:04 |
| 22 | worked at PAREXEL, that we've -- has been included | 02:15:07 |
| 23 | in our -- our responsibilities to review. | 02:15:13 |
| 24 | Q.   Got it. | 02:15:17 |
| 25 | And did you have a responsibility to | 02:15:18 |

Page 167

| | | |
|---|---|---|
| 1 | review 1572 forms when you worked as a CRA at -- at | 02:15:20 |
| 2 | PAREXEL? | 02:15:27 |
| 3 | A.   Yes, I did. | 02:15:28 |
| 4 | Q.   And did you review a -- Delegation of | 02:15:33 |
| 5 | Authority Logs when you worked as a CRA? | 02:15:35 |
| 6 | A.   Yes. | 02:15:37 |
| 7 | Q.   And is it your understanding that the -- | 02:15:43 |
| 8 | the PIs and the subI's on the 1572 forms are all | 02:15:44 |
| 9 | medical doctors? | 02:15:48 |
| 10 | A.   No.   No, that's not my understanding. | 02:15:53 |
| 11 | Q.   Okay.   What -- what is your understanding | 02:15:56 |
| 12 | of what kind of persons are on the 15 -- listed on | 02:15:57 |
| 13 | the 1572 forms? | 02:16:02 |
| 14 | A.   The principal investigator is typically a | 02:16:03 |
| 15 | doctor.   The subinvestigators, there's -- there's | 02:16:07 |
| 16 | no requirement for the subinvestigators to be | 02:16:17 |
| 17 | doctors.   So you'll often see other -- other | 02:16:20 |
| 18 | healthcare professionals. | 02:16:22 |
| 19 | Q.   And "other healthcare professionals," who | 02:16:28 |
| 20 | are you referring to in your response? | 02:16:30 |
| 21 | A.   The -- there is some variation from -- | 02:16:40 |
| 22 | from trial to trial about -- and sponsor to | 02:16:47 |
| 23 | sponsor -- and, again, site to site -- what they -- | 02:16:52 |
| 24 | what they agree upon/decide who they should include | 02:16:55 |
| 25 | in that. | 02:16:58 |

Page 168

1        So you will see, of course, medical                02:16:59

2   doctors, nurses, other -- other healthcare            02:17:01

3   professionals.  Just to give an example:  A --        02:17:08

4   like, a radiology technician, as well as, you          02:17:15

5   will -- you will sometimes see those in the role of   02:17:18

6   study coordinator even without nursing degrees.        02:17:22

7        Q.   Okay.  Aren't -- aren't study coordinators   02:17:27

8   generally listed on Delegation of Authority Logs      02:17:31

9   instead of the 1572 forms?                             02:17:36

10       A.   Anyone that's listed on the 1572 would       02:17:40

11  also be on the Delegation of Authority.                02:17:43

12       Q.   When's the last time you looked at a 1572    02:17:48

13  form on a clinical trial run by PAREXEL?               02:17:50

14       A.   Over a year ago.                             02:18:02

15       Q.   Okay.  Do you recall the study that it       02:18:06

16  related to?                                            02:18:07

17       A.   No.                                          02:18:08

18       Q.   Okay.  Do you recall what purpose you were   02:18:10

19  reviewing the form for?                                02:18:11

20       A.   Nope.                                        02:18:13

21       Q.   Just general curiosity, or did somebody      02:18:13

22  tell you to review it, or...                           02:18:17

23       A.   I was -- I was likely reviewing in           02:18:23

24  preparation for an audit.                              02:18:26

25       Q.   Okay.  What is your understanding what the   02:18:29

Page 169

1    purpose is for documenting 15 -- 1572 forms in a        02:18:38

2    clinical trial?                                         02:18:48

3        A.    A 1572 is -- is essentially the contract     02:18:50

4    between the investigator and the FDA and the            02:18:51

5    agreements -- what the investigator is agreeing to      02:18:56

6    to the FDA.                                             02:18:58

7            So I think -- I guess to clarify, I said        02:19:04

8    "between," but -- but the -- the investigator           02:19:06

9    solely will -- you know, is responsible for that        02:19:08

10   form, and signs it.                                     02:19:11

11       Q.    And does the 1572 form specify that the --    02:19:12

12   the PI has ultimate authority over the site             02:19:21

13   conducting the clinical trial that's identified in      02:19:26

14   the 1572 form?                                          02:19:28

15           MR. KOPP:   Objection.   Lacks foundation.      02:19:31

16       A.    I -- I can't recall the exact verbiage on     02:19:33

17   the form.                                               02:19:35

18       Q.    Okay.   And the 1572 form is a standard FDA   02:19:36

19   form; correct?                                          02:19:41

20       A.    That's correct.                               02:19:41

21       Q.    Okay.   And it's utilized in every clinical   02:19:42

22   trial that CRAs and CMAs work on in the United          02:19:46

23   States; correct?                                        02:19:49

24       A.    In the -- yeah -- in the United States.       02:19:50

25       Q.    Okay.   And what is your understanding of     02:19:57

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | the purpose of documenting a Delegation of | 02:19:58 |
| 2 | Authority Log on the clinical trials worked by -- | 02:20:03 |
| 3 | worked on by CRAs and CMAs in the United States? | 02:20:05 |
| 4 | A.   My understanding of -- of that log is for | 02:20:13 |
| 5 | the principal investigator of the trial to confirm | 02:20:18 |
| 6 | that he has delegated his authority for very | 02:20:22 |
| 7 | specific items to other -- other people. | 02:20:26 |
| 8 | Q.   Okay.  Anything else you can think of of | 02:20:38 |
| 9 | the purpose of documenting the Delegation of | 02:20:43 |
| 10 | Authority Log? | 02:20:50 |
| 11 | A.   That would be the -- that would be the | 02:20:50 |
| 12 | primary purpose of the log. | 02:20:52 |
| 13 | Q.   Okay.  During the time that you worked as | 02:21:09 |
| 14 | a CRA at PAREXEL, did they use the acronym "CRF" or | 02:21:12 |
| 15 | case report forms? | 02:21:18 |
| 16 | A.   Yes. | 02:21:19 |
| 17 | Q.   Okay.  And they've used that acronym | 02:21:20 |
| 18 | throughout the time that you worked at -- at | 02:21:24 |
| 19 | PAREXEL? | 02:21:27 |
| 20 | A.   Variations of that acronym, yes. | 02:21:28 |
| 21 | Q.   Okay.  What other variations do you | 02:21:30 |
| 22 | recall? | 02:21:31 |
| 23 | A.   You'll hear "ECRF" or "EDC." | 02:21:31 |
| 24 | Q.   Okay.  So do you consider EDC to be the, | 02:21:34 |
| 25 | sort of, name equal to the CRF acronym? | 02:21:38 |

Page 171

```
 1          A.    Uhm.                                   02:21:44

 2          Q.    EDC is electronic document capture;    02:21:44

 3    correct?                                           02:21:46

 4          A.    EDC is the system.                     02:21:47

 5          Q.    Right.  And what would you consider a -- a  02:21:48

 6    CRF, case report form?  What would you --          02:21:52

 7          A.    So --                                  02:21:58

 8          Q.    What's your understanding of the CRF?  02:21:58

 9          A.    A case report form is the form -- either  02:22:01

10    paper or electronic -- that is used to capture some  02:22:09

11    of the data or the key data for the trial in a --  02:22:18

12    in a standard way.                                 02:22:24

13          Q.    All right.  And study protocols usually  02:22:26

14    set out what data is to be captured on the CRF     02:22:31

15    forms; correct?                                    02:22:33

16          A.    The -- the clinical trial protocol would  02:22:40

17    specify the -- the activities/events, what needs to  02:22:44

18    happen during the trial.  It wouldn't necessarily  02:22:56

19    say exactly which data points to be -- that are to  02:22:57

20    be captured, but there is an alignment.            02:23:01

21          Q.    Okay.  And what -- what document would  02:23:04

22    identify the exact data points to be captured on a  02:23:05

23    clinical trial; do you know?                       02:23:09

24          A.    The CRF.                               02:23:11

25          Q.    All right.  Got it.                    02:23:12
```

Page 172

| | | |
|---|---|---|
| 1 | And where are the CF -- CRF forms kept? | 02:23:15 |
| 2 | Are they kept on the Trial Master File for the | 02:23:18 |
| 3 | study, or is it the CTMS? | 02:23:22 |
| 4 | A.   Ultimately they -- they are part of Trial | 02:23:27 |
| 5 | Master File. | 02:23:38 |
| 6 | Q.   And who -- isn't it correct to say that | 02:23:39 |
| 7 | the PI or the subI's or the persons listed in the | 02:23:45 |
| 8 | Delegation of Authority Logs are the persons who | 02:23:55 |
| 9 | input the data into the CRF forms; correct? | 02:23:56 |
| 10 | A.   So -- yes.  The -- the people on the | 02:24:10 |
| 11 | Delegation of Authority Log are the people that | 02:24:15 |
| 12 | input the data into the CRF.  That's -- that's | 02:24:17 |
| 13 | accurate. | 02:24:23 |
| 14 | Q.   Okay.  And there's also, SD -- or source | 02:24:29 |
| 15 | documentation? | 02:24:31 |
| 16 | A.   Uh-huh. | 02:24:31 |
| 17 | Q.   Are you familiar with that term? | 02:24:32 |
| 18 | A.   I am familiar with that term. | 02:24:33 |
| 19 | Q.   And can you describe for me what your | 02:24:36 |
| 20 | understanding of -- of source documentation is. | 02:24:39 |
| 21 | A.   Yes.  So source documentation is any | 02:24:42 |
| 22 | record related to an individual subject in a | 02:24:48 |
| 23 | clinical trial that -- either they're medical | 02:24:54 |
| 24 | records or anything else that could be relevant to | 02:25:01 |
| 25 | that trial in terms of notes, either electronic or | 02:25:03 |

Page 173

| | | |
|---|---|---|
| 1 | paper. | 02:25:10 |
| 2 | Q.   Right.   And that source documentation is | 02:25:12 |
| 3 | different than what's -- is a different record than | 02:25:14 |
| 4 | a CRF; correct? | 02:25:17 |
| 5 | A.   Correct. | 02:25:18 |
| 6 | Q.   Okay.   And part of the CRA's job is to | 02:25:22 |
| 7 | compare SD with CRF documents; correct? | 02:25:26 |
| 8 | A.   That is one part of their job -- | 02:25:32 |
| 9 | Q.   Right. | 02:25:33 |
| 10 | A.   -- yes. | 02:25:34 |
| 11 | Q.   And that's -- is that referred to as | 02:25:34 |
| 12 | source document verification -- or SDV -- at | 02:25:36 |
| 13 | PAREXEL? | 02:25:40 |
| 14 | A.   Yes, it is. | 02:25:40 |
| 15 | Q.   Okay.   And CMAs who do not -- strike that. | 02:25:45 |
| 16 | CMAs generally do not do on-site visits -- | 02:25:50 |
| 17 | is that accurate -- in PAREXEL? | 02:25:53 |
| 18 | They do remote visits; correct? | 02:25:57 |
| 19 | A.   That's correct.   Generally speaking, CMAs | 02:25:59 |
| 20 | don't do on-site visits.   There are, of course, | 02:26:03 |
| 21 | exceptions. | 02:26:07 |
| 22 | Q.   Okay.   And to the extent CMAs do any | 02:26:07 |
| 23 | monitoring of sites, they're not -- when they're | 02:26:13 |
| 24 | doing a remote visit, they're not looking at SD; | 02:26:16 |
| 25 | correct?   They're not looking at source | 02:26:19 |

Page 174

| | | |
|---|---|---|
| 1 | documentation.  They're looking at what's in the | 02:26:21 |
| 2 | EDC; is that accurate? | 02:26:24 |
| 3 | MR. KOPP:  Objection.  Vague.  And | 02:26:26 |
| 4 | compound. | 02:26:26 |
| 5 | A.   So the CMAs, as they are remotely working | 02:26:32 |
| 6 | with the site -- | 02:26:35 |
| 7 | Q.   Right. | 02:26:36 |
| 8 | A.   -- they would typically only have the | 02:26:36 |
| 9 | opportunity to have a conversation with the site | 02:26:38 |
| 10 | and -- and look at the EDC. | 02:26:41 |
| 11 | The exceptions would be certain periods of | 02:26:44 |
| 12 | the study, there may be involvement from CMAs to | 02:26:47 |
| 13 | review some specified source records that are sent | 02:26:53 |
| 14 | in a very controlled way to -- to perform remote | 02:27:01 |
| 15 | SDV. | 02:27:08 |
| 16 | Q.   Okay.  And if source documentation are | 02:27:10 |
| 17 | removed from the site -- strike that. | 02:27:13 |
| 18 | CRAs are not allowed to remove source | 02:27:17 |
| 19 | documentation from any site; is that correct? | 02:27:19 |
| 20 | A.   That's correct. | 02:27:21 |
| 21 | Q.   Yeah.  And there would be -- if there was | 02:27:21 |
| 22 | a study on which CMAs worked on when they were | 02:27:26 |
| 23 | looking at source documentation because it was sent | 02:27:29 |
| 24 | in, as you explained it, there would be a specific | 02:27:33 |
| 25 | protocol on that -- on the way that the site would | 02:27:36 |

Page 175

```
 1    send in source documentation to the CMA to review;    02:27:40

 2    correct?                                                02:27:43

 3         A.   There is a process for that.                 02:27:44

 4         Q.   Okay.  In addition to CMAs looking at the    02:27:54

 5    EDC, is there also a -- a data management team that    02:28:00

 6    looks at record -- CRFs in the EDC?                     02:28:06

 7         A.   There is a data management team that looks   02:28:17

 8    at the data.  There's -- there's -- but there are      02:28:22

 9    different responsibilities between the two.             02:28:32

10         Q.   Right.  Do you have an understanding about   02:28:34

11    what data management team -- or maybe I'll state it    02:28:36

12    this way:  Have you ever supervised data management    02:28:43

13    analysts at PAREXEL?                                    02:28:46

14         A.   No, I haven't.                                02:28:46

15         Q.   Is -- is data management in a separate       02:28:48

16    division or department outside of clinical             02:28:51

17    operations at PAREXEL?                                  02:28:53

18         A.   That -- that -- yes, that's a separate       02:28:54

19    department.                                             02:28:57

20         Q.   Okay.  Do you know who the head of the       02:28:58

21    data management division or department at PAREXEL      02:29:00

22    is currently?                                           02:29:03

23         A.   I don't know.                                 02:29:05

24         Q.   Okay.  Do you interact with the -- the       02:29:06

25    heads or head of the data management division at       02:29:10
```

Page 176

1      Q.   Okay.  Do you have an understanding that          02:30:33

2    persons in data management can -- in reviewing the       02:30:35

3    data -- can send queries directly to PIs in the         02:30:39

4    site?                                                    02:30:45

5              MR. KOPP:  Objection.  Lacks foundation.       02:30:45

6      A.   The -- yes.                                        02:30:47

7              The data management employees can issue        02:30:50

8    queries that go directly to the site.  The -- the        02:30:53

9    clinical staff typically work with the site to          02:30:57

10    answer and review those types of queries.                02:31:00

11      Q.   I apologize if I asked this before, but          02:31:38

12    are monitoring plans recorded in the TMF?                02:31:41

13      A.   Monitoring plans are in the Trial Master         02:31:47

14    File.                                                    02:31:49

15      Q.   Okay.  And any monitoring plan guidance          02:31:49

16    documents, would those be in the TMF as well?            02:32:01

17      A.   Can you -- can you clarify what you're           02:32:04

18    asking.                                                  02:32:07

19      Q.   Yeah.  That's probably a poor question.          02:32:07

20              Let me ask instead:  Monitoring visit         02:32:11

21    report forms for each of the clinical trials that       02:32:16

22    CRAs and CMAs work on, would that -- would those be      02:32:19

23    recorded in the TMF?                                     02:32:22

24      A.   The monitoring visit reports for -- for          02:32:25

25    any monitoring visits that occur would be in the        02:32:28

Veritext Legal Solutions
866 299-5127

```
 1     you're asking.                                   02:35:10

 2         Q.   Yeah.  I'm -- I don't know if I can     02:35:11

 3     provide anything more --                         02:35:14

 4         A.   Okay.                                    02:35:14

 5         Q.   -- 'cause it's a description in something.  02:35:15

 6     So I'm just as lost.                             02:35:17

 7              Okay.                                    02:35:19

 8         Q.   Are there any other documents -- you    02:35:23

 9     mentioned that there's job descriptions for the CRA  02:35:25

10     positions; there's job descriptions for the CMA 02:35:28

11     positions; correct?                             02:35:30

12         A.   Correct.                                 02:35:31

13         Q.   Have you authored any of those --       02:35:31

14         A.   I have not.                             02:35:33

15         Q.   -- types of descriptions?              02:35:34

16         A.   Sorry.                                   02:35:35

17              No.                                     02:35:35

18         Q.   Do you know who authored the job        02:35:36

19     descriptions for the CRAs and the CMAs at PAREXEL?  02:35:37

20         A.   I do not.                                02:35:42

21         Q.   Okay.  Were you involved in any way in the  02:35:44

22     creation of job descriptions for CRAs or CMAs at  02:35:46

23     PAREXEL?                                         02:35:50

24         A.   I was not.                              02:35:51

25         Q.   Is it correct to say that CRAs have no 02:36:04
```

                                                    Page 180

| | | |
|---|---|---|
| 1 | ability to hire or fire staff at sites where | 02:36:06 |
| 2 | clinical trials are conducted? | 02:36:09 |
| 3 |      A.   It is correct to say that, yes. | 02:36:13 |
| 4 |      Q.   Okay.  And equally it's -- is it fair to | 02:36:15 |
| 5 | say that CMAs have no ability to hire or fire staff | 02:36:17 |
| 6 | at sites where clinical trials are conducted? | 02:36:23 |
| 7 |      A.   Yes, that's fair to say. | 02:36:28 |
| 8 |      Q.   Is it fair to say that CRAs have no | 02:36:33 |
| 9 | ability to hire or fire any other employees at | 02:36:35 |
| 10 | PAREXEL? | 02:36:38 |
| 11 |      A.   Yes, that would be fair to say. | 02:36:46 |
| 12 |      Q.   Is it also fair to say that CMAs employed | 02:36:47 |
| 13 | by PAREXEL have no ability to hire or fire other | 02:36:52 |
| 14 | PAREXEL employees? | 02:36:56 |
| 15 |      A.   Yes, that would be fair to say. | 02:36:58 |
| 16 |      Q.   Okay.  Other than job descriptions, are | 02:37:08 |
| 17 | there any other documents that you can think of | 02:37:09 |
| 18 | that would reflect the job requirements of CRAs? | 02:37:12 |
| 19 |      MR. KOPP:  Objection.  Vague and | 02:37:18 |
| 20 | ambiguous. | 02:37:18 |
| 21 |      A.   I can't think of any other documents. | 02:37:32 |
| 22 |      Q.   Okay. | 02:37:44 |
| 23 |      MR. KOPP:  And we've been going over an | 02:37:44 |
| 24 | hour.  Can we take a break? | 02:37:46 |
| 25 |      MR. KEEGAN:  Sure.  Sure.  We can go off | 02:37:49 |

Page 181

```
 1    make this verification for and on its behalf.  And     03:05:24
 2    I make this verification for that reason."             03:05:27
 3         Is that a correct statement?                      03:05:30
 4    A.   That's correct.                                   03:05:31
 5    Q.   And if further states "I am informed and          03:05:37
 6    believe, and on that ground alleges that the           03:05:39
 7    matters in the above referenced document are true      03:05:42
 8    and correct."                                          03:05:44
 9         Is that a true and correct statement?             03:05:45
10    A.   That's correct.                                   03:05:48
11    Q.   Okay.  And did you sign the last page of          03:05:49
12    Exhibit 58 on November 30th, 2017 at 8:20 p.m.         03:05:51
13    eastern time?                                          03:05:55
14    A.   Yes, I did.                                       03:05:56
15    Q.   And is that your signature above the              03:05:57
16    printed signature line where it reads "Meaghan         03:06:00
17    Marnell"?                                              03:06:04
18    A.   That is my signature.                             03:06:05
19    Q.   Let me place before you what was                  03:06:27
20    previously marked as Exhibit 43.                       03:06:29
21         (Exhibit 43, previously marked.)                  03:06:29
22    A.   Uh-huh.                                           03:06:31
23    Q.   And I'm just going to ask just generally:         03:06:38
24    Do you recognize Exhibit 43?                           03:06:40
25         Have you seen it before today?                    03:06:42
```

Page 194

1    A.    I've -- I've seen it.   I'm not very        03:06:43

2    familiar with every word, but --                  03:06:46

3    Q.    Okay.   Do you know what it is -- what       03:06:49

4    Exhibit 43 is?                                     03:06:50

5    A.    I believe I do.                              03:06:54

6    Q.    Okay.   What is it?                          03:06:55

7    A.    It appears to be a -- an overview of our     03:06:56

8    CTMS, which is called --                           03:07:02

9         COURT REPORTER:   Which is called?            03:07:02

10   A.    -- IMPACT Harmony.                           03:07:09

11   Q.    And in your response when you said "our      03:07:10

12   CTMS."                                             03:07:13

13        You're familiar with the acronym "CTMS"       03:07:14

14   right?                                             03:07:17

15   A.    Yes.                                         03:07:17

16   Q.    And what -- can you state what your          03:07:17

17   understanding of the acronym "CTMS" means.         03:07:19

18   A.    Yes, clinical trial management system.       03:07:21

19   Q.    Okay.   And when you said "our CTMS system"  03:07:24

20   you're referring to PAREXEL's?                     03:07:29

21   A.    PAREXEL.                                      03:07:31

22   Q.    Okay.   And how -- do you have an            03:07:38

23   understanding how Exhibit 43 is utilized at        03:07:40

24   PAREXEL?                                            03:07:43

25        Is it part of some training, if you know?     03:07:43

Page 195

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you know when PAREXEL, during | 03:11:54 |
| 2 | your employment at PAREXEL, when they started | 03:11:55 |
| 3 | utilizing the -- the IMPACT system? | 03:11:58 |
| 4 | A.   No. | 03:12:06 |
| 5 | Q.   Okay.  Do you recall utilizing or -- the | 03:12:06 |
| 6 | IMPACT system when you were employed as a Senior | 03:12:09 |
| 7 | Manager at PAREXEL? | 03:12:11 |
| 8 | A.   Yes. | 03:12:17 |
| 9 | Q.   Okay.  Do you believe you -- the IMPACT | 03:12:18 |
| 10 | system was being used at PAREXEL before you were -- | 03:12:21 |
| 11 | held the position of Senior Manager? | 03:12:24 |
| 12 | A.   I'm not sure. | 03:12:28 |
| 13 | Q.   Okay.  And do -- have CRAs and CMAs | 03:12:28 |
| 14 | employed by PAREXEL, have they utilized the IMPACT | 03:12:45 |
| 15 | system since at least December of 2012, as far as | 03:12:49 |
| 16 | you know? | 03:12:53 |
| 17 | A.   I'm not certain. | 03:12:58 |
| 18 | Q.   Okay. | 03:12:59 |
| 19 | A.   There are -- just with that question, just | 03:13:02 |
| 20 | to make sure I -- I clarify that not every CRA or | 03:13:04 |
| 21 | CMAs does use the IMPACT system.  There are other | 03:13:07 |
| 22 | CTMSs that are used. | 03:13:10 |
| 23 | Q.   Okay.  Yeah.  Pursuant to the -- the | 03:13:12 |
| 24 | agreements that PAREXEL enters into with sponsors, | 03:13:15 |
| 25 | they can -- those agreements can either specify the | 03:13:19 |

Page 198

| | | |
|---|---|---|
| 1 | use in PAREXEL's IMPACT CTMS system, or it could | 03:13:22 |
| 2 | also specify that -- that the CRAs and CMAs utilize | 03:13:27 |
| 3 | the sponsor's CTMS system; is that accurate? | 03:13:33 |
| 4 | A.   That's accurate. | 03:13:37 |
| 5 | Q.   Okay.  Have you ever worked on a study | 03:13:39 |
| 6 | where two CTMS systems are being utilized for -- | 03:13:40 |
| 7 | for a single study at the same time? | 03:13:46 |
| 8 | A.   I have not personally worked on a study | 03:13:50 |
| 9 | like that. | 03:13:51 |
| 10 | Q.   Okay.  Do you have any personal knowledge | 03:13:54 |
| 11 | of any study that PAREXEL has been involved with | 03:13:56 |
| 12 | and where a -- where two CTMS systems were being | 03:14:01 |
| 13 | used for a single clinical trial? | 03:14:07 |
| 14 | A.   I couldn't speak to a specific study, but | 03:14:21 |
| 15 | I would say that it would not be unheard of for a | 03:14:25 |
| 16 | sponsor company to -- if they have their own | 03:14:29 |
| 17 | CTMS -- to use it to a certain extent, while we are | 03:14:31 |
| 18 | using ours and -- and request specific information | 03:14:37 |
| 19 | from us for them to use the CTMS. | 03:14:41 |
| 20 | Q.   Okay.  Understanding you don't have any | 03:14:44 |
| 21 | personal experience with that situation but your -- | 03:14:46 |
| 22 | your hypothetical would -- your understanding is | 03:14:50 |
| 23 | two CTMS systems could be used, but they wouldn't | 03:14:52 |
| 24 | overlap; is that fair? | 03:14:55 |
| 25 | I'm just trying to... | 03:15:03 |

Page 199

```
 1        A.   No.                                        03:18:41

 2        Q.   Okay.  Were you involved in any way        03:18:44

 3   consulting with any persons who drafted any portion  03:18:50

 4   of Exhibit 46?                                        03:18:55

 5        A.   Not to my knowledge.                        03:18:59

 6        Q.   Okay.  Do you know if -- well, strike       03:19:05

 7   that.                                                 03:19:08

 8             Do you know who is responsible for          03:19:08

 9   preparing or authoring Exhibit 46?                    03:19:11

10        A.   I don't recall specifically who.            03:19:16

11        Q.   Okay.  Do you know if it's a person         03:19:20

12   employed in the clinical operations department of     03:19:22

13   PAREXEL?                                              03:19:24

14             Or would it be somebody in HR?              03:19:26

15        A.   It -- my under -- it was prepared by        03:19:28

16   someone or a team of people within clinical           03:19:35

17   operations in consultation with -- with HR and        03:19:39

18   other departments, as necessary.                      03:19:42

19        Q.   Okay.  And as you sit here today, you       03:19:44

20   don't know the names of any of those persons; is      03:19:49

21   that right?                                            03:19:49

22        A.   No.                                         03:19:51

23        Q.   All right.  And the reference on the front  03:19:54

24   cover to PAREXEL Connect, do you know what that's     03:19:56

25   referring to "Online via PAREXEL Connect"?           03:19:59
```

                                                    Page 202

```
 1        A.   Right.   That would be I guess essentially    03:20:04
 2   PAREXEL intranet.                                        03:20:06
 3        Q.   Is this a document that CRAs and CMAs          03:20:15
 4   employed by PAREXEL have to -- are given and have        03:20:17
 5   to certify that they've read?                            03:20:23
 6        A.   This is a document that -- that they are       03:20:27
 7   provided.                                                03:20:33
 8             I do not know if we have any -- if we          03:20:34
 9   require any documentation that they -- (witness          03:20:36
10   reviews document) -- oh, yes.                            03:20:38
11             So there does appear to be a signature         03:20:39
12   page, but I'm -- I'm not sure of -- of the process       03:20:43
13   that we're -- that we're following --                    03:20:48
14        Q.   Okay.                                          03:20:49
15        A.   -- this is signed off.                         03:20:50
16        Q.   Okay.  And you're referring to the last        03:20:52
17   page of Exhibit 46; is that correct?                     03:20:53
18        A.   Yes.                                           03:20:55
19        Q.   And -- and underneath the header               03:20:58
20   signatures, "XVI," in that section it says -- the        03:21:02
21   paragraph reads "Signoff should be completed within      03:21:15
22   your first 90 days, for new hires or those new to        03:21:18
23   the clinical operations."                                03:21:22
24             Do you see that?                               03:21:24
25        A.   That's what it says, yes.                      03:21:25
```

Page 203

| | | |
|---|---|---|
| 1 | Do you see that? | 03:24:06 |
| 2 | A.   Yes, I see that. | 03:24:07 |
| 3 | Q.   And then it further states "Core training | 03:24:08 |
| 4 | programs will be added to your training profiles by | 03:24:10 |
| 5 | your manager and -- and required to be completed in | 03:24:13 |
| 6 | accordance with required timelines, as outlined by | 03:24:17 |
| 7 | --" and then it continues up the top of page 8 | 03:24:22 |
| 8 | "-- your role specific training program." | 03:24:28 |
| 9 | Do you see that? | 03:24:31 |
| 10 | A.   Yes. | 03:24:31 |
| 11 | Q.   Is that -- are those sentences consistent | 03:24:31 |
| 12 | with your understanding of -- of how training | 03:24:33 |
| 13 | programs are -- are assigned in there to CRAs and | 03:24:40 |
| 14 | CMAs at PAREXEL? | 03:24:43 |
| 15 | MR. KOPP:  Objection.  Vague.  Compound. | 03:24:49 |
| 16 | And overbroad. | 03:24:49 |
| 17 | A.   It's my understanding of how the -- the | 03:24:52 |
| 18 | core training programs are applied for for the | 03:24:53 |
| 19 | different positions. | 03:24:58 |
| 20 | Q.   Okay.  And the reference to "core training | 03:25:00 |
| 21 | programs," what's that -- what's that referring to | 03:25:05 |
| 22 | in your understanding? | 03:25:08 |
| 23 | A.   So each -- well, first the company has | 03:25:08 |
| 24 | specific training requirements, ensure that we're | 03:25:14 |
| 25 | aware of the high-level policies, and then each of | 03:25:21 |

Page 206

| | | |
|---|---|---|
| 1 | the roles will have a -- a set of bare minimum that | 03:25:24 |
| 2 | we need to make sure each -- each employee | 03:25:30 |
| 3 | completes; that are more likely to be, you know, | 03:25:34 |
| 4 | required for -- for anything they're going to do -- | 03:25:42 |
| 5 | so related to good clinical practice, ICH GCP, for | 03:25:47 |
| 6 | example. | 03:25:52 |
| 7 | And then, as you get beyond the -- the | 03:25:53 |
| 8 | core, it's going to depend on -- on someone's | 03:25:56 |
| 9 | experience, someone's specific needs, what -- what | 03:25:59 |
| 10 | they're going to that there'll be other additional | 03:26:03 |
| 11 | trainings that their manager might recommend or the | 03:26:06 |
| 12 | -- or the employee might decide to pursue related | 03:26:08 |
| 13 | to process, technology, or, of course, you know, | 03:26:16 |
| 14 | getting into the -- related to the project's | 03:26:19 |
| 15 | different therapeutic areas. | 03:26:25 |
| 16 | Q.   Okay.  And is the sentence on page 7 in | 03:26:27 |
| 17 | the second sentence "Core training programs will be | 03:26:30 |
| 18 | added to your training profiles by your manager" is | 03:26:33 |
| 19 | that a correct statement during the time that | 03:26:40 |
| 20 | you've been employed at PAREXEL in your current | 03:26:41 |
| 21 | position?  Is that a correct statement of the | 03:26:43 |
| 22 | policy and procedure? | 03:26:45 |
| 23 | MR. KOPP:  Objection.  Vague. | 03:26:48 |
| 24 | A.   So if we define "core training programs" | 03:26:54 |
| 25 | as the PAREXEL-required specific curriculums, then | 03:26:56 |

Page 207

| | | |
|---|---|---|
| 1 | it has been -- it has -- this is correct that the | 03:27:04 |
| 2 | manager would essentially indicate the role, | 03:27:15 |
| 3 | indicate the -- the high level core training that | 03:27:18 |
| 4 | would be required for each employee. | 03:27:21 |
| 5 | Q.   Okay.  And that -- and are those trainings | 03:27:23 |
| 6 | assigned through the PAREXEL Connect website or | 03:27:27 |
| 7 | internet -- intranet system referred to in the | 03:27:37 |
| 8 | sentence before? | 03:27:39 |
| 9 | A.   I'm -- I'm actually not certain about the | 03:27:41 |
| 10 | training program -- where it says the training | 03:27:44 |
| 11 | programs that can be found on My HR career and | 03:27:46 |
| 12 | development.  I'm -- I'm not certain of that | 03:27:49 |
| 13 | sentence. | 03:27:51 |
| 14 | Q.   Okay.  Have you -- do you utilize the | 03:27:55 |
| 15 | PAREXEL Connect intranet in connecting your duties | 03:27:57 |
| 16 | and responsibilities at PAREXEL? | 03:28:03 |
| 17 | A.   I do access the internet -- intranet. | 03:28:04 |
| 18 | Q.   Okay.  And you've accessed PAREXEL | 03:28:06 |
| 19 | Connect; is that right? | 03:28:14 |
| 20 | A.   I have accessed PAREXEL Connect. | 03:28:14 |
| 21 | Q.   Okay.  Have you -- do you have personal | 03:28:19 |
| 22 | knowledge if there's a "My HR, career and | 03:28:24 |
| 23 | development" section of the PAREXEL Connect? | 03:28:27 |
| 24 | A.   I am not certain of a -- of a section | 03:28:29 |
| 25 | that's called in quotes "My HR career and | 03:28:34 |

Page 208

```
 1          A.    That's correct.                        03:31:26

 2          Q.    Okay.   The -- turning your attention back   03:31:29

 3    to the top of page 8, it says "These courses will    03:31:32

 4    show in your to-do list in the Learning Management   03:31:35

 5    System (LMS)."                                       03:31:39

 6                Do you see that?                         03:31:44

 7          A.    Yes.                                     03:31:44

 8          Q.    Okay.   Is the Learning Management System   03:31:45

 9    being utilized at PAREXEL currently?                 03:31:47

10          A.    Yes.                                     03:31:49

11          Q.    Okay.   Is the -- is that a part of the   03:31:50

12    PAREXEL Connect intranet?                            03:31:55

13          A.    We access the Learning Management System   03:31:59

14    through -- through PAREXEL intranet.                 03:32:06

15          Q.    Okay.   And do you have an understanding   03:32:20

16    the "courses --" as it states "-- will show in your   03:32:21

17    to-do list" -- that these are web-based trainings?   03:32:28

18                Is that what it's referring to there?   03:32:30

19          A.    They are a combination, actually, of    03:32:32

20    different trainings.   The -- the course names       03:32:34

21    appear, and for the nonweb-based trainings,          03:32:37

22    it's -- the employee typically has the opportunity   03:32:50

23    to -- to sign up for the -- either the               03:32:52

24    teleconference or the in-person version.             03:32:56

25          Q.    Okay.   And they do that through the     03:32:59
```

Page 211

| | | |
|---|---|---|
| 1 | Learning Management System; correct? | 03:33:01 |
| 2 | A.   Yes. | 03:33:02 |
| 3 | Q.   Okay.  And then it further states "Any | 03:33:04 |
| 4 | applicable sponsor-specific and | 03:33:08 |
| 5 | partnership-required training will also be added by | 03:33:11 |
| 6 | the project team." | 03:33:13 |
| 7 | Do you see that? | 03:33:14 |
| 8 | A.   Yes. | 03:33:15 |
| 9 | Q.   And the -- do you know who the "project | 03:33:16 |
| 10 | team" is referring to in that sentence? | 03:33:18 |
| 11 | A.   My understanding is it is the Project | 03:33:22 |
| 12 | Specialist that typically assigns these. | 03:33:24 |
| 13 | Q.   Okay.  And do you oversee any project team | 03:33:26 |
| 14 | members, Project Specialists in your current | 03:33:29 |
| 15 | position at PAREXEL? | 03:33:32 |
| 16 | A.   I do not oversee any Project Specialists. | 03:33:33 |
| 17 | Q.   Okay.  Did you oversee any Project | 03:33:35 |
| 18 | Specialists in your position as a Senior Manager at | 03:33:37 |
| 19 | PAREXEL? | 03:33:40 |
| 20 | A.   No, I did not. | 03:33:40 |
| 21 | Q.   Okay.  Have you ever supervised any | 03:33:41 |
| 22 | Project Specialists at PAREXEL during your | 03:33:44 |
| 23 | employment at PAREXEL? | 03:33:46 |
| 24 | A.   No, I have not. | 03:33:49 |
| 25 | Q.   Okay.  Is that a -- is that sentence that | 03:33:51 |

Page 212

| | | |
|---|---|---|
| 1 | A.   Yes. | 03:35:16 |
| 2 | Q.   Okay.  If they're -- if a particular | 03:35:16 |
| 3 | training requires an exam at the end of the | 03:35:21 |
| 4 | training to demonstrate competency, is the score -- | 03:35:23 |
| 5 | the graded score for the exam, is that also | 03:35:28 |
| 6 | recorded in the LMS system? | 03:35:31 |
| 7 | A.   I don't know for certain that they're | 03:35:38 |
| 8 | always recorded -- the scores. | 03:35:40 |
| 9 | Q.   Okay.  Is part of the line manager's | 03:35:44 |
| 10 | responsibility those line managers who CRAs and | 03:35:47 |
| 11 | CMAs directly report to as part of their duties and | 03:35:51 |
| 12 | responsibilities to make sure that CRAs and CMAs | 03:35:54 |
| 13 | complete required training courses? | 03:35:59 |
| 14 | A.   It's -- it's part of the manager's | 03:36:12 |
| 15 | responsibilities to make sure that they have a team | 03:36:13 |
| 16 | that is compliant with the -- the minimum training | 03:36:16 |
| 17 | requirements. | 03:36:20 |
| 18 | Q.   Okay.  And is it -- is it specifically | 03:36:20 |
| 19 | that line managers follow-up with -- it's CRAs and | 03:36:30 |
| 20 | CMAs that directly report to them regarding whether | 03:36:35 |
| 21 | or not they've completed a specific -- a particular | 03:36:38 |
| 22 | training within the required deadline or time | 03:36:40 |
| 23 | period that they're supposed to take their | 03:36:45 |
| 24 | training? | 03:36:47 |
| 25 | A.   So typically when a CRA or CMA has | 03:36:55 |

Page 214

| | | |
|---|---|---|
| 1 | trainings that they need to complete, they will put | 03:36:57 |
| 2 | together a plan for how they will complete it, | 03:37:02 |
| 3 | particularly if it's -- if they have other | 03:37:05 |
| 4 | responsibilities, such as their study work. | 03:37:07 |
| 5 | And if they need any support with that, | 03:37:11 |
| 6 | their manager can -- can support.  And then, if | 03:37:13 |
| 7 | it's -- if it -- if we do have a situation where a | 03:37:17 |
| 8 | CRA or CMA is not compliant with training, then, | 03:37:23 |
| 9 | yes, the manager would follow up on that. | 03:37:25 |
| 10 | Q.   Okay.  So, for instance, just a | 03:37:28 |
| 11 | hypothetical:  If a CRA is hired and they didn't do | 03:37:30 |
| 12 | any of the assigned trainings in the LMS system, | 03:37:32 |
| 13 | the line manager would then contact the CRA to | 03:37:38 |
| 14 | instruct them to complete the trainings; is that -- | 03:37:42 |
| 15 | would that be a fair hypothetical? | 03:37:45 |
| 16 | A.   I -- I think that would be fair. | 03:37:50 |
| 17 | Q.   Okay.  The last sentence in the first | 03:37:54 |
| 18 | paragraph on paragraph 8 says "Before using a | 03:37:57 |
| 19 | PAREXEL system, be sure to complete any applicable | 03:38:00 |
| 20 | training courses." | 03:38:05 |
| 21 | Do you see that? | 03:38:08 |
| 22 | A.   I do. | 03:38:08 |
| 23 | Q.   Okay.  Do you know what the reference is | 03:38:12 |
| 24 | to "PAREXEL system" in that sentence? | 03:38:13 |
| 25 | A.   It seems like a pretty broad reference. | 03:38:16 |

Page 215

```
 1    I'm not sure that it's still current.        03:40:44
 2        Q.   Okay.  Do you know what the name of the  03:40:46
 3    manual is that the document reference is pointing 03:40:46
 4    to?                                          03:40:50
 5        A.   I'm not sure.                       03:40:51
 6        Q.   Okay.  And is it correct with your  03:40:59
 7    understanding that CRAs and CMAs and CTSs who  03:41:02
 8    complete either what's called the "induction  03:41:05
 9    program" in this -- this document or its new name, 03:41:09
10    is that all -- that -- that would be recorded in 03:41:15
11    the LMS system?                              03:41:17
12        A.   That would be.                      03:41:18
13        Q.   Okay.  The next sentence says "Completion 03:41:25
14    of the induction program is expected to occur 03:41:26
15    within two to six months, based on your role and 03:41:29
16    level."                                      03:41:34
17             Do you see that?                    03:41:35
18        A.   I do.                               03:41:36
19        Q.   Okay.  Do you have an understanding if 03:41:40
20    that two to six months expectation was in place 03:41:41
21    during the entire time you held your current  03:41:46
22    position at PAREXEL?                         03:41:49
23        A.   No, I'm not -- I'm not certain.     03:41:55
24        Q.   Okay.  Do you know who sets who -- okay. 03:41:57
25             Do you know if there was any other  03:42:01
```

Page 218

| | | |
|---|---|---|
| 1 | different expectation, other than the two- to | 03:42:03 |
| 2 | six-month period identified in this document? | 03:42:06 |
| 3 | A.   I am not certain. | 03:42:11 |
| 4 | Q.   Okay.  Do you know if there is a -- the | 03:42:15 |
| 5 | two- to six-month time period reflects different | 03:42:20 |
| 6 | time periods for CRAs, versus CMAs, versus CTSs for | 03:42:26 |
| 7 | completion of the induction program? | 03:42:31 |
| 8 | MR. KOPP:  Objection.  Vague. | 03:42:35 |
| 9 | A.   I'm not sure of the date range as the CRA | 03:42:37 |
| 10 | versus CMA versus CTS roles apply, however, I am | 03:42:43 |
| 11 | aware that the date range may vary based on | 03:42:48 |
| 12 | experience and background of each employee. | 03:42:51 |
| 13 | Q.   Okay.  Do you know who sets the timelines | 03:42:58 |
| 14 | for completion of the induction program for CRAs | 03:42:59 |
| 15 | and CMAs at PAREXEL? | 03:43:05 |
| 16 | A.   No. | 03:43:06 |
| 17 | Q.   It's outside your scope of duties and | 03:43:08 |
| 18 | responsibilities; correct? | 03:43:11 |
| 19 | A.   Yeah.  It's not something that I set. | 03:43:12 |
| 20 | Q.   Okay.  Is it outside the duties and | 03:43:15 |
| 21 | responsibilities of your direct reports? | 03:43:16 |
| 22 | A.   To -- to set the timeline for the | 03:43:21 |
| 23 | department, it is outside the scope of the duties | 03:43:25 |
| 24 | of my direct reports. | 03:43:26 |
| 25 | Q.   Okay. | 03:43:30 |

Page 219

| | | |
|---|---|---|
| 1 | manager. | 03:46:11 |
| 2 | Q.   Okay.   So is it your testimony that line | 03:46:12 |
| 3 | managers have independent discretion to vary the | 03:46:14 |
| 4 | length of time that CRAs complete trainings, | 03:46:18 |
| 5 | core-specific trainings? | 03:46:25 |
| 6 | A.   No.   For that specific example, if -- if | 03:46:26 |
| 7 | we have a range of when we expect something to be | 03:46:31 |
| 8 | due, the manager would have discretion there. | 03:46:34 |
| 9 | Q.   Okay.   And could the line manager change | 03:46:36 |
| 10 | the timeline independent of seeking authority from | 03:46:43 |
| 11 | any of his persons that he directly reports to in | 03:46:47 |
| 12 | that situation? | 03:46:51 |
| 13 | A.   I just -- can -- can you repeat that. | 03:46:56 |
| 14 | Q.   Sure.   I -- I'm just trying to understand | 03:46:58 |
| 15 | your response. | 03:47:00 |
| 16 | So the line -- based on your response, the | 03:47:01 |
| 17 | line manager would have discretion to move the | 03:47:06 |
| 18 | deadline for completion of training without seeking | 03:47:11 |
| 19 | authorization from any -- from any one of their | 03:47:14 |
| 20 | managers; is that accurate? | 03:47:18 |
| 21 | A.   So with the scenario I described, if it is | 03:47:20 |
| 22 | a training that has a range for when it -- the due | 03:47:25 |
| 23 | date is expected to be done, then the manager could | 03:47:30 |
| 24 | work within that range without seeking any | 03:47:34 |
| 25 | additional approval. | 03:47:37 |

```
1    statement, where the induction program is expected    03:49:11

2    to occur within two to six months, that the manager   03:49:14

3    has discretion within those two to six months to --   03:49:18

4    to set the expected time frame.                        03:49:22

5         Q.   Okay.   All right.   Let me -- let me focus  03:49:35

6    your -- ask you to turn to page 11 of Exhibit 46.      03:49:40

7    Towards the bottom is VIII, and it states "Time        03:49:50

8    sheets (HTTPS://time.PAREXEL.com."                     03:49:55

9         Do you see that?                                  03:50:08

10        A.   Uh-huh.   I see that.                         03:50:11

11        Q.   Is the "time.PAREXEL.com," is that the        03:50:13

12   place where PAREXEL or -- where PAREXEL employees      03:50:15

13   record their time?                                     03:50:21

14        A.   That is where they record their time.         03:50:22

15        Q.   Okay.   So CRAs and CMAs employed by          03:50:24

16   PAREXEL would record their hours at that location      03:50:27

17   on the intranet?                                       03:50:32

18        A.   That's true.                                  03:50:33

19        Q.   And I think you mentioned earlier your       03:50:42

20   testimony the time system which is referred to in      03:50:45

21   the first paragraph there -- do you see that           03:50:47

22   reference --                                           03:50:49

23        A.   Yes.                                          03:50:49

24        Q.   -- PAREXEL uses the Time system to track     03:50:50

25   time, and each letter of time has a period after       03:50:52
```

Page 224

```
 1     is that we don't bill the clients for time.  We      03:53:47

 2     bill the clients for the activities that we           03:53:53

 3     complete.                                             03:53:55

 4          Q.   Okay.  And by your answer you mentioned     03:53:58

 5     that you're -- you're not involved in billing         03:54:00

 6     clients of PAREXEL; correct?                          03:54:03

 7          A.   That's correct.                             03:54:05

 8          Q.   Okay.  Do you know what department of       03:54:06

 9     PAREXEL is involved in that process?                  03:54:07

10          A.   My understanding is that it's project       03:54:15

11     leadership.                                           03:54:16

12          Q.   Okay.  Have you ever supervised any         03:54:25

13     employees employed in the project leadership group    03:54:26

14     of PAREXEL?                                           03:54:30

15          A.   No.                                         03:54:31

16          Q.   Have you ever worked in the project         03:54:31

17     leadership department in PAREXEL?                     03:54:35

18          A.   I have never worked in the project          03:54:37

19     leadership department.                                03:54:38

20          Q.   Okay.  So do you have any understanding      03:54:43

21     about what the reference is to "nonbillable time,"    03:54:44

22     what that means?                                      03:54:50

23          A.   I -- I do.                                  03:54:52

24          Q.   Okay.  What's your understanding of         03:54:54

25     "nonbillable time," as it's referred to here in       03:54:56
```

Page 227

1    this clinical operations manual?                    03:54:59

2        A.   So there's two sections that refer to     03:55:01

3    nonbillable time:  A and B.  "Nonbillable codes for 03:55:04

4    projects" or "nonproject related."                  03:55:08

5        Q.   Right.                                      03:55:09

6        A.   Which -- are you referring to one in        03:55:10

7    particular?                                          03:55:12

8        Q.   We could start with for projects.           03:55:12

9        A.   Okay.  Nonbillable time for projects is     03:55:20

10   not very common -- first -- I think I should state. 03:55:23

11       It -- my understanding of that is that it       03:55:31

12   would not impact the -- the project budget -- so    03:55:35

13   the internal project budget.  And there would be a  03:55:38

14   specific reason why we would decide to do that if   03:55:45

15   it's work -- if it's project work.                  03:55:49

16       Q.   Okay.  And the second reference in B,      03:55:52

17   "nonbillable time, nonproject related," what's your 03:55:55

18   understanding of that?                              03:56:01

19       A.   So if it is not related to a project, then 03:56:02

20   the -- the nonbillable time would be -- it could be 03:56:06

21   departmental meetings; it could be departmental     03:56:10

22   training.                                           03:56:13

23       It would be, you know, essentially, I           03:56:17

24   mean, any time not related to a project.            03:56:20

25       Q.   Okay.  The first sentence under section B  03:56:22

Page 228

| | | |
|---|---|---|
| 1 | on page 12 of this exhibit says "The expected | 03:56:31 |
| 2 | amount of nonbillable time for clinical operations | 03:56:36 |
| 3 | per pay period is equal to or less than four | 03:56:39 |
| 4 | hours." | 03:56:44 |
| 5 | Do you see that? | 03:56:45 |
| 6 | A.   I do. | 03:56:45 |
| 7 | Q.   Okay.  Is that an accurate statement as | 03:56:46 |
| 8 | you know as a -- as a policy of PAREXEL? | 03:56:49 |
| 9 | MR. KOPP:   Objection.  Lacks foundation. | 03:56:54 |
| 10 | A.   I don't know that this is a policy that we | 03:57:03 |
| 11 | hold firm to.  I don't know that this is | 03:57:05 |
| 12 | necessarily a policy, particularly as -- as the | 03:57:07 |
| 13 | nonbillable time does include holidays, vacation | 03:57:09 |
| 14 | time, and certainly we would allow more than four | 03:57:15 |
| 15 | hours. | 03:57:18 |
| 16 | We do, as a rule, want our billable | 03:57:22 |
| 17 | employees to be billable.  So -- so -- so we do | 03:57:24 |
| 18 | have a general, you know, understanding with our -- | 03:57:34 |
| 19 | with our employees that the majority of their time | 03:57:37 |
| 20 | that they're working should be, you know, | 03:57:41 |
| 21 | conducting billable work. | 03:57:43 |
| 22 | Q.   Okay.  All right. | 03:57:58 |
| 23 | Turning your attention to page 13 in this | 03:57:59 |
| 24 | exhibit, there's a section C "PAREXEL (nonbillable) | 03:58:06 |
| 25 | task codes."  Underneath it says "Use PAREXEL | 03:58:12 |

Page 229

| | | |
|---|---|---|
| 1 | A.    Okay. | 04:04:48 |
| 2 | Q.    -- I don't know how to clarify it any | 04:04:49 |
| 3 | more. | 04:04:50 |
| 4 | But is that a term -- does anybody use the | 04:04:50 |
| 5 | term "academic training" when -- strike that. | 04:04:54 |
| 6 | Have you used the term "academic training" | 04:04:57 |
| 7 | to refer to any of the trainings that CRAs and CMAs | 04:05:00 |
| 8 | are provided at PAREXEL? | 04:05:05 |
| 9 | Is that a term you use? | 04:05:07 |
| 10 | A.    I -- no, I personally don't -- don't | 04:05:08 |
| 11 | typically use that term. | 04:05:10 |
| 12 | Q.    Okay.  Do CRAs and CMAs report their | 04:05:11 |
| 13 | business expenses in the Contact [verbatim] | 04:05:49 |
| 14 | system -- or maybe should I lay the foundation. | 04:05:52 |
| 15 | Do -- is there a -- a system that PAREXEL | 04:05:55 |
| 16 | utilizes to record CRAs' and CMAs' business | 04:05:59 |
| 17 | expenses that they get reimbursed for? | 04:06:01 |
| 18 | A.    There's a system that we utilize to enter | 04:06:06 |
| 19 | the expenses and obtain reimbursement, yes. | 04:06:11 |
| 20 | Q.    I think it's called "Concur"; isn't it? | 04:06:15 |
| 21 | A.    Concur. | 04:06:17 |
| 22 | Q.    So has PAREXEL used the Concur system | 04:06:17 |
| 23 | during the time that you have been employed in your | 04:06:21 |
| 24 | current position and when you were employed as a | 04:06:25 |
| 25 | Senior Manager? | 04:06:27 |

Page 234

```
 1         Q.   All right.  Okay.                      04:48:49

 2              Are CRAs judged in any way by their line  04:49:03

 3    managers on how many days they spend on site on   04:49:13

 4    each month?                                       04:49:16

 5              Is that tracked in any way by line      04:49:18

 6    managers currently.                               04:49:21

 7              MR. KOPP:  Objection.  Compound.        04:49:22

 8         Q.   If you know.                            04:49:23

 9         A.   Could you clarify which question you have,  04:49:27

10    judged or tracked?                                04:49:30

11         Q.   Sure.  Do -- do -- are there -- well,   04:49:31

12    strike that.  Let's -- yeah.  Let me lay the      04:49:36

13    foundation.                                       04:49:39

14              The time that CRAs spend on site, that's  04:49:40

15    tracked by PAREXEL, correct, through the Outlook  04:49:42

16    system?                                           04:49:46

17              MR. KOPP:  Objection.  Vague.           04:49:48

18         A.   So the CRAs would typically enter their --  04:49:52

19    their travel plans into Outlook, but that's -- I  04:49:58

20    have no awareness of any manager using that to keep  04:50:02

21    track of -- of how many visits someone does.      04:50:05

22    That -- that's more used for awareness and -- and,  04:50:09

23    you know, it -- essentially, if there's ever a    04:50:14

24    safety concern, that they know where they are.    04:50:17

25         Q.   Got it.                                 04:50:19
```

                                              Page 252

| | | |
|---|---|---|
| 1 | Okay.  But every -- isn't it an ICH GCP | 04:50:20 |
| 2 | requirement that every monitoring visit is recorded | 04:50:27 |
| 3 | on -- that a CRA -- | 04:50:31 |
| 4 | A.   So the -- the monitoring visit, there | 04:50:37 |
| 5 | would be required documentation for the monitoring | 04:50:40 |
| 6 | visit.  So within our IMPACT Harmony system for any | 04:50:42 |
| 7 | studies that -- that utilize it, the visits are | 04:50:46 |
| 8 | there. | 04:50:49 |
| 9 | Q.   Okay. | 04:50:49 |
| 10 | A.   And we do have -- we have access to, like | 04:50:50 |
| 11 | I said, any visits that are in -- or any studies | 04:50:55 |
| 12 | that are in that system, we have access to the | 04:50:58 |
| 13 | number of days. | 04:51:00 |
| 14 | Q.   All right.  And is that something that | 04:51:01 |
| 15 | line managers keep track of in evaluating the | 04:51:03 |
| 16 | performance of CRAs at PAREXEL currently? | 04:51:06 |
| 17 | MR. KOPP:  Objection.  Compound. | 04:51:09 |
| 18 | A.   It's one piece of it.  So it -- it really | 04:51:15 |
| 19 | varies based on -- based on the series assignment. | 04:51:20 |
| 20 | You know, if they -- if they're on a project that | 04:51:24 |
| 21 | has different expectations and they're successfully | 04:51:27 |
| 22 | completing what they're supposed to be doing and | 04:51:29 |
| 23 | they're busy, a low number of days would not be a | 04:51:31 |
| 24 | negative reflection. | 04:51:36 |
| 25 | So it really varies. | 04:51:37 |

Page 253

| | | |
|---|---|---|
| 1 | IMPACT Harmony. | 04:53:04 |
| 2 | Q.   Okay. | 04:53:05 |
| 3 | A.   It is not -- we don't really utilize it | 04:53:06 |
| 4 | much. | 04:53:16 |
| 5 | Q.   Okay.  So -- all right. | 04:53:16 |
| 6 | And that's because CRAs in the United | 04:53:17 |
| 7 | States utilize the CTS system in order to record | 04:53:22 |
| 8 | their monitoring visits? | 04:53:25 |
| 9 | A.   They would use CTMS -- and, I mean, it's | 04:53:26 |
| 10 | an old system; there's poor compliance, and we're | 04:53:30 |
| 11 | not really monitoring and managing the | 04:53:33 |
| 12 | out-of-office database for -- for anything outside | 04:53:35 |
| 13 | of IMPACT Harmony. | 04:53:38 |
| 14 | Q.   Okay.  So the primarily -- the -- | 04:53:39 |
| 15 | primarily the place where the CRAs indicate their | 04:53:43 |
| 16 | monitoring visits would be on the -- whatever CM -- | 04:53:48 |
| 17 | CTMS system is assigned to the project, whether | 04:53:52 |
| 18 | it's PAREXEL's IMPACT system, or -- or the | 04:53:54 |
| 19 | sponsor's; is that accurate? | 04:53:59 |
| 20 | A.   Correct.  Yes. | 04:54:00 |
| 21 | Q.   Okay.  And it is -- to your understanding, | 04:54:03 |
| 22 | is it correct to say that ICH GCP requirements | 04:54:05 |
| 23 | require the recording of monitoring visits by CRAs? | 04:54:09 |
| 24 | Is that accurate, to your understanding? | 04:54:14 |
| 25 | A.   They require the recording of monitoring | 04:54:19 |

Page 255

| | | |
|---|---|---|
| 1 | visits -- my understanding -- of course, I don't | 04:54:21 |
| 2 | have in front of me -- | 04:54:22 |
| 3 | Q.   Right. | 04:54:24 |
| 4 | A.   -- is that it's the -- the visit reports. | 04:54:25 |
| 5 | Q.   Right. | 04:54:26 |
| 6 | A.   So the documentation of the visits. | 04:54:26 |
| 7 | Q.   Right. | 04:54:27 |
| 8 | A.   So we do have some very small studies that | 04:54:28 |
| 9 | might not use any CTMS. | 04:54:30 |
| 10 | Q.   Okay.  But it would be a requirement of -- | 04:54:32 |
| 11 | A.   But they would have visit reports. | 04:54:35 |
| 12 | Q.   Correct.  And the visit reports, even on | 04:54:38 |
| 13 | those studies, would be found in the -- in the CTMS | 04:54:42 |
| 14 | system or the -- | 04:54:46 |
| 15 | A.   No.  They would be found in the -- the | 04:54:47 |
| 16 | Trial Master File, though. | 04:54:50 |
| 17 | Q.   The file. | 04:54:51 |
| 18 | Yeah.  Are you -- you believe the GCP -- | 04:55:01 |
| 19 | the ICH GCP guideline 5.18.6 regarding monitoring | 04:55:08 |
| 20 | reports would require a written report to the | 04:55:18 |
| 21 | sponsor after each trial site visit or | 04:55:24 |
| 22 | trial-related communication. | 04:55:30 |
| 23 | Is that consistent with your | 04:55:33 |
| 24 | understanding? | 04:55:34 |
| 25 | A.   Yes.  Yeah. | 04:55:35 |

Page 256

| | | |
|---|---|---|
| 1 | Q.   Okay.  So when CMAs contact sites -- | 04:55:37 |
| 2 | either remotely or they have a -- for instance, a | 04:55:43 |
| 3 | telephone call with a study coordinator, they | 04:55:48 |
| 4 | record that, either in the CTMS system or in the | 04:55:52 |
| 5 | Trial Master File; is that fair? | 04:55:58 |
| 6 | A.   If it's a trial-related communication -- | 04:56:00 |
| 7 | Q.   Right. | 04:56:05 |
| 8 | A.   -- yes. | 04:56:06 |
| 9 | Q.   Okay.  And so -- just to make it a little | 04:56:08 |
| 10 | more clear:  Every communication that a CRA or a | 04:56:11 |
| 11 | CMA has with a site that's a trial-specific | 04:56:13 |
| 12 | communication, that's -- that's recorded -- | 04:56:18 |
| 13 | A.   Yes. | 04:56:20 |
| 14 | Q.   -- is it?  Okay. | 04:56:20 |
| 15 | And that would be -- and that -- and that | 04:56:22 |
| 16 | would be recorded in the Trial Master File, is that | 04:56:26 |
| 17 | correct, that communication? | 04:56:29 |
| 18 | Some kind of a report would be generated; | 04:56:35 |
| 19 | is that accurate? | 04:56:37 |
| 20 | A.   It would be recorded.  I mean, I think -- | 04:56:37 |
| 21 | I want to just be -- like, maybe clarify that it's | 04:56:40 |
| 22 | relevant communications. | 04:56:43 |
| 23 | Q.   Correct. | 04:56:44 |
| 24 | A.   So there -- there may be some, of course, | 04:56:45 |
| 25 | you know, small communication that they're going to | 04:56:53 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | be out of the office the next day, but it will have | 04:56:55 |
| 2 | no impact on the project, and there's nothing | 04:56:57 |
| 3 | relevant about it.  So that -- small things | 04:56:59 |
| 4 | wouldn't be, but any -- any relevant trial | 04:57:03 |
| 5 | communication would be. | 04:57:05 |
| 6 |      Q.   Okay.  Do -- are CRAs and -- required to | 04:57:06 |
| 7 | record in the time-keeping system the time that | 04:57:09 |
| 8 | they communicate with sites to set up their | 04:57:12 |
| 9 | monitoring visits? | 04:57:15 |
| 10 |           Is that recorded in their time sheets in | 04:57:16 |
| 11 | some way? | 04:57:18 |
| 12 |           MR. KOPP:  Objection.  Compound.  Vague. | 04:57:20 |
| 13 |      Q.   If you know. | 04:57:22 |
| 14 |      A.   So the -- the time spent related to -- | 04:57:24 |
| 15 | related to site visits would be recorded in -- in | 04:57:30 |
| 16 | the time system, whether it be -- you know, any | 04:57:33 |
| 17 | activity related to that -- | 04:57:36 |
| 18 |      Q.   Right. | 04:57:37 |
| 19 |      A.   -- in a billable capacity.  There's not | 04:57:38 |
| 20 | necessarily a distinct code for that, but it's | 04:57:41 |
| 21 | recorded. | 04:57:43 |
| 22 |      Q.   Okay.  So just to clarify, the -- | 04:57:44 |
| 23 | the -- when CRAs communicate with the site, for | 04:57:47 |
| 24 | instance, to set up a site visit, that would be | 04:57:51 |
| 25 | recorded in the time system, right, as time | 04:57:54 |

Page 258

| | | |
|---|---|---|
| 1 | expended communicating with the site in some way? | 04:57:56 |
| 2 | MR. KOPP:  Objection.  Vague. | 04:57:59 |
| 3 | A.   Uh-huh. | 04:58:00 |
| 4 | Q.   Is that correct? | 04:58:01 |
| 5 | A.   That's correct that would be recorded in | 04:58:01 |
| 6 | the time system. | 04:58:03 |
| 7 | Q.   Okay.  And if it was a significant | 04:58:04 |
| 8 | communication with the site, such as, like, a | 04:58:06 |
| 9 | remote visit -- something of significance -- as you | 04:58:10 |
| 10 | referred to, that would be recorded in the Trial | 04:58:14 |
| 11 | Master File, in addition to being reflected in | 04:58:17 |
| 12 | the -- on the time-keeping system. | 04:58:19 |
| 13 | Would that be fair? | 04:58:22 |
| 14 | MR. KOPP:  Objection.  Compound. | 04:58:23 |
| 15 | A.   So if the recording -- just -- I want to | 04:58:27 |
| 16 | -- I just want to make sure I'm clear with this: | 04:58:30 |
| 17 | But the recording in the time system, it doesn't | 04:58:32 |
| 18 | say specifically what they're doing. | 04:58:34 |
| 19 | Q.   Right. | 04:58:35 |
| 20 | A.   So -- but we do expect that they record | 04:58:35 |
| 21 | all of their time there. | 04:58:38 |
| 22 | Q.   Right. | 04:58:39 |
| 23 | A.   And, then, if there's a significant | 04:58:39 |
| 24 | communication, that would be recorded for the Trial | 04:58:41 |
| 25 | Master File -- Trial Master File. | 04:58:44 |

Page 259

| | | |
|---|---|---|
| 1 | Q.   Okay.  Yeah. | 05:02:39 |
| 2 | And by your prior response, if a -- a | 05:02:39 |
| 3 | sponsor contract requires shorter turnaround | 05:02:42 |
| 4 | times -- three business days and seven business | 05:02:46 |
| 5 | days to complete reports -- then CRAs would be | 05:02:49 |
| 6 | required to fulfill the duties for shorter periods | 05:02:53 |
| 7 | of time, as an example; right? | 05:02:55 |
| 8 | A.   Exactly.  I think we have other | 05:02:57 |
| 9 | situations, though, that would be more CRA-driven. | 05:02:59 |
| 10 | If they are deciding there are significant issues, | 05:03:03 |
| 11 | they'll work to complete everything quicker to be | 05:03:06 |
| 12 | able to have that initial documentation to, you | 05:03:09 |
| 13 | know, start -- start next steps. | 05:03:12 |
| 14 | Q.   And during the time that you worked as | 05:03:19 |
| 15 | a -- a CRA, do you recall what the draft visit | 05:03:21 |
| 16 | report guidance timelines were at PAREXEL? | 05:03:23 |
| 17 | A.   I don't recall specifically.  But it took | 05:03:28 |
| 18 | longer than this.  But I don't recall specifically. | 05:03:35 |
| 19 | Q.   Okay.  If -- hypothetically if a CRA | 05:03:48 |
| 20 | continually missed the five-business-day draft | 05:03:51 |
| 21 | report deadlines and the ten-business-day final | 05:03:54 |
| 22 | completion report deadlines, would they be | 05:03:59 |
| 23 | counseled by a line manager? | 05:04:03 |
| 24 | A.   I think that would be situational.  If -- | 05:04:14 |
| 25 | if they were in a situation that they should be | 05:04:17 |

Page 262

| | | |
|---|---|---|
| 1 | meeting it and they -- and they don't have a | 05:04:22 |
| 2 | reason, they don't have a -- you know, a clear | 05:04:25 |
| 3 | explanation, or there's a disagreement, you know, | 05:04:29 |
| 4 | that they -- that the reason is valid, then that's | 05:04:35 |
| 5 | certainly something we'd counsel them on, | 05:04:37 |
| 6 | absolutely. | 05:04:40 |
| 7 | Q.   Okay.  Have you ever been personally | 05:04:41 |
| 8 | involved in a situation where a CRA has been | 05:04:43 |
| 9 | reprimanded for missing the time-completion | 05:04:50 |
| 10 | deadlines -- expectation deadlines? | 05:04:52 |
| 11 | MR. KOPP:  Objection.  Compound. | 05:04:55 |
| 12 | A.   I'm sorry.  Just -- could you just clarify | 05:04:56 |
| 13 | for what?  Timelines for what? | 05:04:58 |
| 14 | Q.   For these -- these visit report completion | 05:05:00 |
| 15 | timelines, have you ever been involved where -- a | 05:05:03 |
| 16 | situation where a CRA has been discipline for | 05:05:06 |
| 17 | habitual violation of these visit report completion | 05:05:12 |
| 18 | deadlines? | 05:05:17 |
| 19 | MR. KOPP:  Objection.  Compound. | 05:05:18 |
| 20 | A.    I -- I have been in situations where we've | 05:05:19 |
| 21 | managed performance and -- and spoke to CRAs when | 05:05:29 |
| 22 | they are not able to, you know, complete their work | 05:05:32 |
| 23 | in a timely manner. | 05:05:36 |
| 24 | Q.   And -- and in particular, a situation | 05:05:39 |
| 25 | where they've missed the visit report completion | 05:05:41 |

Page 263

| | | |
|---|---|---|
| 1 | deadlines; is that accurate? | 05:05:44 |
| 2 | MR. KOPP:   Objection.   Compound.   Assumes | 05:05:47 |
| 3 | facts. | 05:05:47 |
| 4 | A.   So -- yes, I've been involved with | 05:05:50 |
| 5 | situations where the CRAs were not able to complete | 05:05:52 |
| 6 | the visit report in the expected time, and it | 05:05:55 |
| 7 | wasn't -- it wasn't reasonable, based on our -- you | 05:06:01 |
| 8 | know, the other situations. | 05:06:03 |
| 9 | So yes. | 05:06:06 |
| 10 | Q.   And they were disciplined because of that; | 05:06:06 |
| 11 | correct? | 05:06:08 |
| 12 | A.   They -- they were.   They were. | 05:06:09 |
| 13 | Q.   Okay. | 05:06:09 |
| 14 | A.   They were -- the performance was managed. | 05:06:11 |
| 15 | Q.   Okay.   And are you aware of any situation | 05:06:15 |
| 16 | that you've been involved in where a -- a CRA has | 05:06:17 |
| 17 | been terminated in part because of missing visit | 05:06:23 |
| 18 | report completion timelines? | 05:06:26 |
| 19 | A.   I am aware of a situation that -- that the | 05:06:34 |
| 20 | timeliness of visit reports was one -- one factor, | 05:06:40 |
| 21 | yes. | 05:06:46 |
| 22 | Q.   Okay.   And was -- just to clarify your | 05:06:52 |
| 23 | response -- was factor in the termination of a CRA; | 05:06:55 |
| 24 | is that -- | 05:07:00 |
| 25 | A.   Yes.   One factor in the termination of a | 05:07:01 |

Page 264

```
1    them on the LMS system?                        05:10:28

2         MR. KOPP:  Objection.  Lacks foundation.  05:10:31

3    Calls for speculation.  And vague.             05:10:33

4         A.   Managers have access to view the     05:10:42

5    employee's required training and if it's been  05:10:46

6    completed.                                     05:10:49

7         Q.   Okay.  And does the LMS system record -- 05:10:51

8    it records whether or not a CRA has completed a 05:10:57

9    training or not; correct?                      05:11:00

10        MR. KOPP:  Asked and answered.            05:11:02

11        A.   Yes.                                 05:11:03

12        Q.   Okay.  And so line managers are able to 05:11:04

13   view whether or not the CRAs or CMAs complete the 05:11:06

14   training on the LMS system; correct?           05:11:11

15        A.   Correct.                             05:11:14

16        Q.   And is that -- is whether or not CRAs and 05:11:14

17   CMAs complete training programs, is that one of the 05:11:16

18   metrics that line managers use to judge the quality 05:11:20

19   of the performance of CRAs and CMAs?           05:11:24

20        A.   Whether or not they complete the -- the 05:11:33

21   core required trainings is -- is one of the    05:11:38

22   metrics, yes.                                  05:11:42

23        Q.   Okay.  Have you been involved in     05:11:43

24   situations where CRAs or CMAs have been disciplined 05:11:45

25   for not completing core-specific trainings?    05:11:52
```

Page 267

| | | |
|---|---|---|
| 1 | A.   I can't recall any specifically, no. | 05:12:04 |
| 2 | Q.   Okay.  Have you been involved in any | 05:12:07 |
| 3 | situation where CRAs or CMAs have been terminated | 05:12:09 |
| 4 | for failure to complete trainings on time as one of | 05:12:13 |
| 5 | the factors for termination? | 05:12:18 |
| 6 | A.   I -- I don't recall that being included in | 05:12:20 |
| 7 | any -- any terminations as a factor -- that I've | 05:12:22 |
| 8 | been involved in. | 05:12:25 |
| 9 | Q.   Okay.  All right. | 05:12:29 |
| 10 | Now, let me just ask a few follow-up | 05:12:51 |
| 11 | questions.  I'm done with the -- Exhibit 42. | 05:12:53 |
| 12 | Based on your understanding and your -- as | 05:13:09 |
| 13 | a -- in your position at PAREXEL, do Clinical | 05:13:10 |
| 14 | Research Associates have the authority to interpret | 05:13:17 |
| 15 | and apply policies and procedures without prior | 05:13:20 |
| 16 | approval? | 05:13:23 |
| 17 | A.   Absolutely, yes. | 05:13:25 |
| 18 | Q.   Okay.  And how do they do that? | 05:13:26 |
| 19 | A.   How do they interpret and apply... | 05:13:32 |
| 20 | I'm sorry.  Could you repeat -- | 05:13:36 |
| 21 | Q.   Policies without prior approval. | 05:13:41 |
| 22 | Can you give me a -- an example. | 05:13:42 |
| 23 | A.   Yeah.  I mean, so our -- our -- the | 05:13:44 |
| 24 | guidelines, the policies, the SOPs only have so | 05:13:49 |
| 25 | much information in them, and each trial that a CRA | 05:13:54 |

Page 268

| 1 | is involved in has variation.  And then, further to | 05:13:58 |
| 2 | that, each site that a CRA works with has | 05:14:03 |
| 3 | variation. | 05:14:11 |
| 4 | So the CRAs essentially -- and CMAs -- | 05:14:12 |
| 5 | need to use the experience they have, the | 05:14:17 |
| 6 | education, their training to essentially read all | 05:14:24 |
| 7 | of the different requirements that the regulatory | 05:14:32 |
| 8 | authorities, PAREXEL, sponsor, and work with the | 05:14:34 |
| 9 | site to ensure that they're taking the right | 05:14:39 |
| 10 | actions. | 05:14:46 |
| 11 | That's kind of a broad... | 05:14:51 |
| 12 | Q.   Okay.  Based on your experience, do CMAs | 05:14:54 |
| 13 | have the authority to interpret and apply policies | 05:15:02 |
| 14 | and procedures without a prior approval as well? | 05:15:06 |
| 15 | A.   Yes. | 05:15:09 |
| 16 | Q.   Okay.  And can you describe how they -- | 05:15:10 |
| 17 | how CMAs do that. | 05:15:13 |
| 18 | A.   I mean, I think my answer would be the | 05:15:15 |
| 19 | same, essentially; that they -- I mean, they work | 05:15:17 |
| 20 | with the sites.  They need to work with the site to | 05:15:20 |
| 21 | make sure that the study can move forward; that | 05:15:23 |
| 22 | patient safety is not compromised; that the data | 05:15:31 |
| 23 | integrity is maintained, they maintain quality; and | 05:15:34 |
| 24 | within the bounds of the regulatory requirements, | 05:15:41 |
| 25 | the ICH GCP, which, as I mentioned before, don't | 05:15:46 |

Page 269

| | | |
|---|---|---|
| 1 | have a -- an extreme amount of detail, so think | 05:15:56 |
| 2 | essentially work with the sites on each situation | 05:16:00 |
| 3 | to apply the regulations and -- and make sure that | 05:16:02 |
| 4 | -- I'm repeating myself -- but quality is | 05:16:10 |
| 5 | maintained, patient safety isn't compromised, data | 05:16:12 |
| 6 | integrity isn't compromised. | 05:16:16 |
| 7 | Q.   Okay.  Do CRAs take actions that bind | 05:16:18 |
| 8 | PAREXEL on matters of significance within the study | 05:16:24 |
| 9 | without prior approval? | 05:16:27 |
| 10 | A.   So everything that the CRA does when | 05:16:29 |
| 11 | they're working with the site -- repeat the | 05:16:33 |
| 12 | question -- | 05:16:38 |
| 13 | Q.   Uh-huh. | 05:16:39 |
| 14 | A.   -- I'm sorry -- for me -- just to make | 05:16:40 |
| 15 | sure. | 05:16:41 |
| 16 | Q.   Sure.  Is it -- is it your understanding | 05:16:42 |
| 17 | that CRAs take action that bind PAREXEL on matters | 05:16:47 |
| 18 | of significance within the study context without | 05:16:50 |
| 19 | approval? | 05:16:54 |
| 20 | A.   Okay.  So -- so every -- I mean, so I'm | 05:16:55 |
| 21 | saying -- everything they -- they do when they're | 05:16:58 |
| 22 | working with the site can have a lot of | 05:17:01 |
| 23 | significance for PAREXEL; and -- and the CRAs will | 05:17:04 |
| 24 | work with the site to, for example, make sure that | 05:17:11 |
| 25 | the sites have the right information; that they're | 05:17:15 |

Page 270