# Exhibit 10

Dexter Pasis
20 November 2017
Exhibit No.: 10
Harry A. Palter, California CSR No. 7708

PAR000072

# PAREXEL INTERNATIONAL CORP

PAREXEL

Employee: Pasis, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 10:23 AM

Revision: 7
Schedule: PAREXEL Reporting 15/EOM
Period Ending: May 15, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code / Function | Charge Description | Fri 5/1 | Sat 5/2 | Sun 5/3 | Mon 5/4 | Tue 5/5 | Wed 5/6 | Thu 5/7 | Fri 5/8 | Sat 5/9 | Sun 5/10 | Mon 5/11 | Tue 5/12 | Wed 5/13 | Thu 5/14 | Fri 5/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PXL 203156-TRNG EXP | US-CA 1010-5910-1 CMA2 | Training Program ->Training/Conferences/Seminars | Pending Approval | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 6.00 | 78.00 |
| 2 | PXL 203156-TRVL EXP | US-CA 1010-5910-1 CMA2 | Training Program ->Travel | Pending Approval | | | 6.00 | | | | | | | | | | | 6.75 | 12.75 |
| 3 | PXL 295543-TRNG EXP | US-CA 1010-5910-1 CMA2 | New Starter Train Prog->Training/Conferences/Seminars | Pending Approval | | | | | | | | | | | | 0.50 | | | 0.50 |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| Regular | | | | | | | 14.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.50 | 8.00 | 12.75 | 91.25 |
| Overtime | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | 14.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.50 | 8.00 | 12.75 | 91.25 |

Signature: Pasis, Dexter
Date: May 14, 2015 9:18 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Spencer, Mariel M.
Date: May 15, 2015 7:26 PM

PAR000073

# PAREXEL INTERNATIONAL CORP

PAREXEL.

Employee: Pasis, Dexter
Employee ID:
Class: US-CA/Rep, FT/Exempt
Printed: Feb 9, 2017 10:27 AM

Revision: 4
Schedule PAREXEL Reporting 15EOM
Period Ending: May 31, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Sat 5/16 | Sun 5/17 | Mon 5/18 | Tue 5/19 | Wed 5/20 | Thu 5/21 | Fri 5/22 | Sat 5/23 | Sun 5/24 | Mon 5/25 | Tue 5/26 | Wed 5/27 | Thu 5/28 | Fri 5/29 | Sat 5/30 | Sun 5/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PXL / 205543-TRNG / EXP | US-CA 1010-5910-1 CMA2 | New Starter Traini >Top-Training/Conf erences/Seminar | Pending Approval | | | | | | 2.00 | | | | | | | | | | 2.00 |
| 2 | PXL / 20013B-TRNG / EXP | US-CA 1010-5910-1 CMA2 | Training Program >Training/Confer ences/Seminars | Pending Approval | | 8.00 | 5.00 | 8.00 | 8.00 | 3.50 | | | | | | | | | | 32.50 |
| 3 | PXL / 3000-TIMEOFF-HOLD / EXP | US-CA 1010-5910-1 CMA2 | Non Project>Time Off-Holiday (For mal Company) Le | | | | | | | | | | 8.00 | | | | | | | 8.00 |
| 4 | PXL / 3000-TIMEOFF-LWOP / EXP | US-CA 1010-5910-1 CMA2 | Non Project>Time Off-Leave Withou t Pay | | | | | | | | | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 32.00 |
| 5 | PXL / 3000-G&A-GMGT / EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administ rative>General Ma | | | | 1.75 | | | | | | | | | | | | | 1.75 |
| 6 | PXL / 3000-G&A-TRNG / EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administ rative>Training, C | | | | 1.25 | | | 2.50 | | | | | | | | | | 3.75 |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| | Regular | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 80.00 |
| | Overtime | | | | | | | | | | | | | | | | | | | |
| | Total | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 80.00 |

Signature: Pasis, Dexter

Date: May 29, 2015 11:59 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Spencer, Mariel M.

Date: May 29, 2015 2:45 PM

PAR000074

# PAREXEL INTERNATIONAL CORP

# PAREXEL.

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg, FT/Exempt
Printed: Feb 9, 2017 10:31 AM

Revision: 18
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Jun 15, 2015
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Mon 6/1 | Tue 6/2 | Wed 6/3 | Thu 6/4 | Fri 6/5 | Sat 6/6 | Sun 6/7 | Mon 6/8 | Tue 6/9 | Wed 6/10 | Thu 6/11 | Fri 6/12 | Sat 6/13 | Sun 6/14 | Mon 6/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PXL / 205543-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | New Starter Train ing>Training>Conf erences/Seminar — Pending Approval | 6.00 | 1.50 | 3.00 | | 2.00 | | | | 2.00 | 1.25 | 1.25 | 1.50 | | | | 19.25 |
| 2 | Janssen Research &1 / 216547-23P-0003-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204>Study D ocumentation>St udy Education/T — Pending Approval | 2.00 | 2.00 | 5.00 | 4.00 | 2.00 | | | 0.50 | | | 3.25 | 2.00 | 1.50 | 5.00 | | 27.25 |
| 3 | Janssen Research &1 / 216547-23P-0014.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204>Site Man agement>Study Education / Training — Pending Approval | | 4.00 | | | 1.00 | | 1.25 | 3.00 | 1.00 | 2.00 | 2.00 | 1.50 | | | | 15.75 |
| 4 | PXL / 3000-TIMEOFF-SICK / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project>Tim e Off>Sick Leave | | | | 4.00 | 4.00 | | | | | | | | | | | 8.00 |
| 5 | Janssen Research &1 / 216547-23P-0055.1-SREC / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204>Site Rea dy for Qualificatio n>Site Identificati — Pending Approval | | | | | | | | 4.00 | | 4.25 | 2.00 | | | | | 10.25 |
| 6 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project>Gen eral and Administ rative>Meetings | | | | | | | | | | | | 1.00 | | | | 1.00 |
| 7 | Janssen Research &1 / 216547-23P-0093.1-COMM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204>Project Management>C onduct Phase>Pr — Pending Approval | | 0.50 | | | 1.00 | | | 2.50 | 0.50 | | | 1.00 | | | | 5.50 |
| 8 | Janssen Research &1 / 216547-23P-0098-MTGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204>Technica l Meeting - Interim Evaluation — Pending Approval | | | | | | | | | 0.50 | 0.50 | 0.75 | | | | | 1.75 |
| 9 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project>Gen eral and Administ rative>General an d Administrative | | | | | | | | | | | | 0.50 | | | | 0.50 |
| 10 | Janssen Research &1 / 216547-23P-0014.1-SMGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204>Site Man agement>Site Ma nagement by Da — Pending Approval | | | | | | | | | | | | 0.50 | | | | 0.50 |

Timesheet lines are continued on the next page.

PAR000075

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pasis, Dexter
Employee ID:
Class: US-CAReg, FT/Exempt
Period: Feb 9, 2017 10:31 AM

Revision: 18
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Jun 15, 2015
Page: 2

| Line No | Client Charge Code Work Type | Work GL Code Function | Charge Description | Mon 6/1 | Tue 6/2 | Wed 6/3 | Thu 6/4 | Fri 6/5 | Sat 6/6 | Sun 6/7 | Mon 6/8 | Tue 6/9 | Wed 6/10 | Thu 6/11 | Fri 6/12 | Sat 6/13 | Sun 6/14 | Mon 6/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Janssen Research &1 21654.7.23P-0003-STED BILL | US-CA 1010-5910-1 CM42 | CRB Project - 00 10503A4-Study D ocumentation-St udy Education Pending Approval | -2.00 | -2.00 | -5.00 | -4.00 |  | -2.00 |  | -0.50 |  |  | -3.25 | -2.00 | -1.50 | -5.00 |  | -27.25 |
| 12 | Janssen Research &1 21654.7.23P-0003-1-STED BILL | US-CA 1010-5910-1 CM42 | CRB Project - 00 10503A4-Project Management - C market Phase-St Pending Approval | 2.00 | 2.00 | 5.00 | 4.00 |  | 2.00 |  | 0.50 |  |  | 3.25 | 2.00 | 1.50 | 5.00 |  | 27.25 |
| 13 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Regular |  |  | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 2.00 | 1.25 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 1.50 | 5.00 |  | 89.75 |
|  | Overtime |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Total |  |  | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 2.00 | 1.25 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 1.50 | 5.00 |  | 89.75 |

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Signature: Pasis, Dexter

Date: Jul 23, 2015 10:34 AM

Approval: Spencer, Mitchell M

Date: Jul 27, 2015 5:38 PM

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 10:33 AM

Revision: 10
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Jun 30, 2015
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code / Function | Charge Description | Tue 6/16 | Wed 6/17 | Thu 6/18 | Fri 6/19 | Sat 6/20 | Sun 6/21 | Mon 6/22 | Tue 6/23 | Wed 6/24 | Thu 6/25 | Fri 6/26 | Sat 6/27 | Sun 6/28 | Mon 6/29 | Tue 6/30 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0014.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 055204>Site Man agement>Study Education / Train | 2.00 | 2.25 | 3.00 | | | 3.25 | 1.50 | | 3.25 | | 2.00 | | 1.50 | 3.00 | | 21.75 |
| 2 | Janssen Research &1 / 216547-23P-0003-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 055204>Study D ocumentation>St Pending Approval | 1.00 | 1.50 | 2.50 | | | | | 2.75 | | 3.00 | | | | | 2.00 | 12.75 |
| 3 | PXL / 265543-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | New Starter Train Prgm Training/Conf >Internal>Seminar | | | | | | | | | | | | | | | | |
| 4 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project>Gen eral and Administ rative>Meetings | | | | 0.50 | | | | | | | | | | | 1.00 | 1.50 |
| 5 | PXL / 203135-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | Training Program >Training/Confer ences/Seminars | | | | | | | | | | | | | | | | |
| 6 | Janssen Research &1 / 216547-23P-0005.1-SREC / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 055204>Site Rea dy for Qualification Pending Approval | | | | | | | | | | | 1.00 | | | | | 1.00 |
| 7 | Janssen Research &1 / 216547-23P-0014.1-SMGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 055204>Site Man agement>Site Ma nagement>Day-To Pending Approval | 1.00 | 0.50 | 0.75 | | | | | 0.75 | 0.50 | 1.00 | | | | | 0.50 | 5.00 |
| 8 | Janssen Research &1 / 216547-23P-0093.1-COMM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 055204>Project Management - C onduct Phase>Pr | 0.50 | 0.50 | | 1.00 | | | 1.50 | 1.00 | | 0.50 | | | | 1.50 | 1.50 | 8.00 |
| 9 | Janssen Research &1 / 216547-23P-0098-MTGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 055204>Technical Meeting - Intern Pending Approval | | | | 1.00 | | | | | | | 1.00 | | | | | 2.00 |
| 10 | PXL / 3000-G&A-GGAD / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project>Gen eral and Administ rative>General an d Administration | 0.50 | 0.50 | 0.50 | | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | 0.50 | 0.50 | 0.50 | 5.50 |

Timesheet lines are continued on the next page.

PAR000076

PAR000077

# PAREXEL INTERNATIONAL CORP

Employee: Pass, Dexter
Employee ID:
Class: US CA/Reg FT/Exempt
Printed: Feb 9, 2017 10:33 AM

**PAREXEL.**

Revision: 10
Schedule: PAREXEL Reporting 15/ECOM
Period Ending: Jun 30, 2015
Page: 2

| Line No | Client / Charge Code / Work Type | Charge Code / Work Type | Work GL Code Function | GL Code Function | Charge Description | Tue 6/16 | Wed 6/17 | Thu 6/18 | Fri 6/19 | Sat 6/20 | Sun 6/21 | Mon 6/22 | Tue 6/23 | Wed 6/24 | Thu 6/25 | Fri 6/26 | Sat 6/27 | Sun 6/28 | Mon 6/29 | Tue 6/30 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Janssen Research &1 | 216547-23P-0014.1-MAIN BILL | US-CA | 1010-5910-1 CMA2 | CRS Project - 00 /059204-Site Man agement-Mainte nance | 3.00 | 1.75 | 2.00 | 2.50 | | | 2.00 | 1.00 | 2.75 | 3.00 | 2.00 | | 2.00 | 1.00 | 1.25 | 24.25 |
| | | | | | Pending Approval | | | | | | | | | | | | | | | | |
| 12 | Janssen Research &1 | 216547-23P-0014.1-SECOM BILL | US-CA | 1010-5910-1 CMA2 | CRS Project - 00 /059204-Site Man agement-Regular PXL Initiated site | | 1.00 | 1.75 | | | | 2.50 | 2.00 | 1.00 | | 1.50 | | 2.00 | 2.00 | 1.25 | 13.00 |
| | | | | | Pending Approval | | | | | | | | | | | | | | | | |
| 13 | Janssen Research &1 | 216547-23P-0003-STED BILL | US-CA | 1010-5910-1 CMA2 | CRS Project - 00 /059204-Study D ocumentation-St udy Education LT | -1.00 | -1.50 | | -2.50 | | | | -2.75 | | -3.00 | | | | | -2.00 | -12.75 |
| | | | | | Pending Approval | | | | | | | | | | | | | | | | |
| 14 | Janssen Research &1 | 216547-23P-0093.1-STED BILL | US-CA | 1010-5910-1 CMA2 | CRS Project - 00 /059204-Project Management - C onduct Phases St | 1.00 | 1.50 | | 2.50 | | | | 2.75 | | 3.00 | | | | | 2.00 | 12.75 |
| | | | | | Pending Approval | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | |
| | Regular | | | | | 8.00 | 8.00 | 8.00 | 8.00 | | 3.25 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 3.50 | 8.00 | 8.00 | 94.75 |
| | Overtime | | | | | | | | | | | | | | | | | | | | |
| | Total | | | | | 8.00 | 8.00 | 8.00 | 8.00 | | 3.25 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 3.50 | 8.00 | 8.00 | 94.75 |

Signature: Pass, Dexter

Date: Jul 23, 2015 10:38 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Spencer, Maria M

Date: Jul 27, 2015 5:39 PM

PAR000078

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Paris, Dexter
Employee ID:
Class: US-CA/Reg  FT/Exempt
Printed: Feb 9, 2017 10:35 AM

Revision 19
Schedule: PAREXEL Reporting 15/EOM
Period Ending Jul 15, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Wed 7/1 | Thu 7/2 | Fri 7/3 | Sat 7/4 | Sun 7/5 | Mon 7/6 | Tue 7/7 | Wed 7/8 | Thu 7/9 | Fri 7/10 | Sat 7/11 | Sun 7/12 | Mon 7/13 | Tue 7/14 | Wed 7/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547-23P-0093.1-COMM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Project Management - C... Pending Approval | 2.25 | 2.50 | | | | 2.50 | 1.50 | 1.25 | | | | | 1.50 | | 1.50 | 13.75 |
| 2 | Janssen Research &1 216547-23P-0014.1-SMGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Site Man agement-Site Ma... Pending Approval | 0.75 | 1.50 | | | | 1.50 | 0.75 | 0.50 | | | | | 2.25 | 2.75 | 1.00 | 11.00 |
| 3 | Janssen Research &1 216547-23P-0014.1-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Site Man agement-Study Education / Train Pending Approval | 1.00 | 0.50 | | | 1.25 | | 1.25 | 2.00 | | | | 1.50 | 0.75 | | 2.00 | 10.25 |
| 4 | Janssen Research &1 216547-23P-0065.1-SREC BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Site Rea y for Qualificatio... | | | | | | | | | | | | | | | | |
| 5 | Janssen Research &1 216547-23P-0003-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Study D ing Education / T... Pending Approval | 0.50 | | | | | 0.75 | | | | | | | | | | 1.25 |
| 6 | Janssen Research &1 216547-23P-0096-MTGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Technica l Meeting - Intern... Pending Approval | | | | | | | 1.00 | | | | | | | 1.00 | | 2.00 |
| 7 | PXL 265543-TRNG EXP | US-CA 1010-5910-1 CMA2 | New Starter Train ing-Training/Conf erence/Seminar | | | | | | | | | | | | | | | | |
| 8 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ rative-Meetings | | | | | | | | | | | | | | | | |
| 9 | PXL 3000-G&A-GCAD EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ rative-General an... | 0.50 | 0.50 | | | | 0.50 | 0.50 | 0.50 | | | | | 0.50 | 0.50 | 0.50 | 4.00 |
| 10 | PXL 203136-TRNG EXP | US-CA 1010-5910-1 CMA2 | Training Program s-Training/Confer ence/Seminars Pending Approval | | | | | 1.50 | | | | | | | 1.00 | | | | 2.50 |

Timesheet lines are continued on the next page.

PAR000079

# PAREXEL INTERNATIONAL CORP

Employee: Pasis, Dexter
Employee ID
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 10:35 AM

Revision: 19
Schedule: PAREXEL Reporting 15SEOM
Period Ending: Jul 15, 2015
Page: 2

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Wed 7/1 | Thu 7/2 | Fri 7/3 | Sat 7/4 | Sun 7/5 | Mon 7/6 | Tue 7/7 | Wed 7/8 | Thu 7/9 | Fri 7/10 | Sat 7/11 | Sun 7/12 | Mon 7/13 | Tue 7/14 | Wed 7/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PXL / 3000-TMEOFF-HOLD / EXP | US-CA 1010-5910-1 OMA2 | Non Project-Time-Off-Holiday (Formal Company) Leave | | 8.00 | | | | | | | | | | | | | | 8.00 |
| 12 | PXL / 3000-TMEOFF-VACT / EXP | US-CA 1010-5910-1 OMA2 | Non Project-Time-Off-Vacation Leave | | | | | | | | | 8.00 | 8.00 | | | | | | 16.00 |
| 13 | Janssen Research &1 / 216547-23P-0014-1-SECOM / BILL | US-CA 1010-5910-1 OMA2 | CRS Project -00 708204-Site Management-Regular - PM-Validated-site / Pending Approval | 1.00 | | | | | 0.50 | | 0.75 | | | | | | | | 3.25 |
| 14 | Janssen Research &1 / 216547-23P-0014-1-MAIN / BILL | US-CA 1010-5910-1 OMA2 | CRS Project -00 708204-Site Management-Maintenance / Pending Approval | 3.00 | 2.00 | | | | 2.75 | 2.50 | 3.00 | | | | 2.50 | 2.50 | | 3.00 | 21.25 |
| 15 | Janssen Research &1 / 216547-23P-0003-STED / BILL | US-CA 1010-5910-1 OMA2 | CRS Project -00 708204-Study Documentation-Study Education/T... / Pending Approval | -0.50 | | | | | -0.75 | | | | | | | | | | -1.25 |
| 16 | Janssen Research &1 / 216547-23P-0093-1-STED / BILL | US-CA 1010-5910-1 OMA2 | CRS Project -00 708204-Project Management - Conduct Disease St... / Pending Approval | 0.50 | | | | | 0.75 | | | | | | | | | | 1.25 |
| 17 | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| | Regular | | | 8.00 | 8.00 | 8.00 | | 2.75 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 2.50 | 8.00 | 8.00 | 8.00 | 93.25 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | | 2.75 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 2.50 | 8.00 | 8.00 | 8.00 | 93.25 |

Signature: Pasis, Dexter
Date: Jul 31, 2015 4:48 PM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Spencer, Maria M.
Date: Aug 3, 2015 6:04 PM

PAR000080

# PAREXEL INTERNATIONAL CORP

## PAREXEL

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg_FT/Exempt
Printed: Feb 9, 2017 10:37 AM

Revision: 11
Schedule: PAREXEL Reporting 15ECM
Period Ending: Jul 31, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Thu 7/16 | Fri 7/17 | Sat 7/18 | Sun 7/19 | Mon 7/20 | Tue 7/21 | Wed 7/22 | Thu 7/23 | Fri 7/24 | Sat 7/25 | Sun 7/26 | Mon 7/27 | Tue 7/28 | Wed 7/29 | Thu 7/30 | Fri 7/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547/23P-0093.1-COMM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820#>Project Management - Co Pending Approval | 1.50 | 1.00 | | | 1.50 | 1.25 | | | 1.50 | | | 1.50 | | | 1.50 | 0.50 | 10.25 |
| 2 | Janssen Research &1 216547/23P-0014.1-SMGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820#>Site Management-Site Ma Pending Approval | 1.00 | 0.50 | | | 0.75 | 0.75 | 2.00 | 1.00 | 0.75 | | | 0.75 | | | | | 7.50 |
| 3 | Janssen Research &1 216547/23P-0014.1-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820#>Site Man agement-Study E Pending Approval | 1.00 | 1.25 | | | 0.75 | 1.00 | 1.50 | 2.00 | 1.00 | | | 2.00 | | | 0.50 | 1.75 | 12.75 |
| 4 | Janssen Research &1 216547/23P-0051.1-SREC BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820#>Site Rea dy for Qualificatio | | | | | | | | | | | | | | | | | |
| 5 | Janssen Research &1 216547/23P-0098-MTGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820#>Technical Meeting - Interna Pending Approval | | | | | | | | | 1.00 | | | | | | 1.00 | | 2.00 |
| 6 | PXL 205543-TRNG EXP | US-CA 1010-5910-1 CMA2 | New Starter Train ing>Training/Conf erences/Seminar | | 0.75 | | | | | 1.00 | | | | | | 1.00 | | | | 2.75 |
| 7 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administr ative>Meetings | | | | | | | | 0.50 | | | | | | | 0.50 | | 1.00 |
| 8 | PXL 3000-G&A-GCAD EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administr ative>General an | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | | | 0.50 | | 5.00 |
| 9 | PXL 2001B6-TRNG EXP | US-CA 1010-5910-1 CMA2 | Training Program s>Training/Confer ences/Seminars | | | | | | | | | | | 2.50 | | | | | | 2.50 |
| 10 | Janssen Research &1 216547/23P-0093.1-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820#>Project Management - Co Pending Approval | 1.00 | 1.50 | | | | | | | | | | | | | 1.50 | | 6.50 |

Timesheet lines are continued on the next page.

PAR000081

# PAREXEL INTERNATIONAL CORP

Employee: Pasis, Dexter
Employee ID:
Class: US-CA/Reg FTE/Exempt
Printed: Feb 9, 2017 10:37 AM

**PAREXEL**

Revision: 11
Schedule: PAREXEL Reporting 15/EDM
Period Ending: Jul 31, 2015
Page 2

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Thu 7/16 | Fri 7/17 | Sat 7/18 | Sun 7/19 | Mon 7/20 | Tue 7/21 | Wed 7/22 | Thu 7/23 | Fri 7/24 | Sat 7/25 | Sun 7/26 | Mon 7/27 | Tue 7/28 | Wed 7/29 | Thu 7/30 | Fri 7/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PXL / 1000-TIMEOFF-SICK EXP | US-CA 1010-5910-1 CMA2 | Non Project>Time Off>Sick Leave | | | | | | | | | | | | | 8.00 | 8.00 | | | 16.00 |
| 12 | Janssen Research &1 / 216547-23P-0014.1-MAIN BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058D04>Site Main Agement>Maintain  Pending Approval | 3.00 | 1.00 | | | 2.00 | 2.50 | 1.50 | 1.75 | 1.75 | | | 0.75 | | | 2.00 | 2.50 | 18.75 |
| 13 | Janssen Research &1 / 216547-23P-0014.1-SCOM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058D04>Site Main Agement>Regular  Pending Approval | | 1.50 | | | 2.50 | 2.00 | 1.50 | 2.25 | 1.50 | | | 2.50 | | | 0.50 | 1.75 | 16.00 |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| **Regular** | | | | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 2.50 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 98.50 |
| **Overtime** | | | | | | | | | | | | | | | | | | | | |
| **Total** | | | | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 2.50 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 98.50 |

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Signature: Pasis, Dexter
Date: Jul 31, 2015 5:35 PM

Approval: Spencer, Mariel M.
Date: Aug 3, 2015 6:05 PM

PAR000082

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Plass, Dexter
Employee ID:
Class: US-CA/Reg FT/Exempt
Printed: Feb 9, 2017 10:39 AM

Revision: 10
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Aug 15, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code / Function | Charge Description | Sat 8/1 | Sun 8/2 | Mon 8/3 | Tue 8/4 | Wed 8/5 | Thu 8/6 | Fri 8/7 | Sat 8/8 | Sun 8/9 | Mon 8/10 | Tue 8/11 | Wed 8/12 | Thu 8/13 | Fri 8/14 | Sat 8/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0093.1-COMM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Project Management - C / roduct Phase-Pr | Pending Approval | | 1.50 | 1.50 | | | 1.00 | | | 1.50 | 2.00 | 1.50 | 1.00 | 0.50 | | 10.50 |
| 2 | Janssen Research &1 / 216547-23P-0014.1-SMGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Site Man / agement-Site Ma | Pending Approval | | 0.75 | 1.00 | 2.25 | 1.00 | 1.00 | | | 1.75 | 0.50 | 0.75 | 0.50 | 1.50 | | 11.00 |
| 3 | Janssen Research &1 / 216547-23P-0014.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Site Man / agement-Study / Education / Train | Pending Approval | | 2.00 | 1.00 | 1.00 | 1.00 | | | | 1.25 | 1.25 | 2.75 | 1.25 | 0.50 | | 10.75 |
| 4 | Janssen Research &1 / 216547-23P-0005.1-SREC / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Site Rea / dy for Qualificatio / (Initial Identificatio | | | | | | | 1.00 | | | | | | 1.00 | | | 2.00 |
| 5 | Janssen Research &1 / 216547-23P-0098-MTGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Technica / l Meeting - Intern / al Meetings | Pending Approval | | | | | 2.00 | 1.00 | | | | | | | | | 3.00 |
| 6 | PXL / 205543-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | New Starter Train / ing-Training/Conf / erences/Seminar | Pending Approval | | | | | | 1.00 | | | | | | | | | 1.00 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project-Gen / eral and Administ / rative-Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project-Gen / eral and Administ / rative-General an / Administrative | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | 5.00 |
| 9 | Janssen Research &1 / 216547-23P-0093.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Project / Management - C | | | | | | | | | | | | | | | | |
| 10 | Janssen Research &1 / 216547-23P-0014.1-MAIN / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Site Mainte / nance | Pending Approval | | 1.75 | 1.75 | 2.75 | 1.50 | 1.50 | | | 3.00 | 1.25 | 1.00 | 2.50 | 1.25 | | 18.25 |

Timesheet lines are continued on the next page.

PAR000083

# PAREXEL INTERNATIONAL CORP

Employee: Pasis, Dexter
Employee ID:
Class: US-CAReg, FT/Exempt
Printed: Feb 9, 2017 10:39 AM

Revision: 10
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Aug 15, 2015
Page: 2

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Sat 8/1 | Sun 8/2 | Mon 8/3 | Tue 8/4 | Wed 8/5 | Thu 8/6 | Fri 8/7 | Sat 8/8 | Sun 8/9 | Mon 8/10 | Tue 8/11 | Wed 8/12 | Thu 8/13 | Fri 8/14 | Sat 8/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Janssen Research &1 2165547-23P-0014.1-PSCOM BLL | US-CA 1010-5910-1 CMA2 | CR8 Project - 00 106G04-Site Maint Jagement>Regular/... Pending Approval | | | 1.50 | 2.25 | 1.50 | 2.00 | 1.00 | | | 1.25 | 2.50 | 1.50 | 2.25 | | 1.25 | 17.00 |
| 12 | PXL 5793-TRNG EXP | US-CA 1010-5910-1 CMA2 | CRA Training Cla ss>Training/Conf erences/Seminar Pending Approval | | | | | | | | | | | | | | 1.50 | | 1.50 |
| 13 | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| Regular | | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 80.00 |
| Overtime | | | | | | | | | | | | | | | | | | | |
| Total | | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 80.00 |

Signature: Pasis, Dexter
Date: Aug 14, 2015 5:32 PM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Spencer, Mario/M
Date: Aug 14, 2015 6:49 PM

PAR000084

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Prass, Dieter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 10:41 AM

Revision: 9
Schedule: PAREXEL Reporting 15EOM
Period Ending: Aug 31, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code / Function | Charge Description | Sun 8/16 | Mon 8/17 | Tue 8/18 | Wed 8/19 | Thu 8/20 | Fri 8/21 | Sat 8/22 | Sun 8/23 | Mon 8/24 | Tue 8/25 | Wed 8/26 | Thu 8/27 | Fri 8/28 | Sat 8/29 | Sun 8/30 | Mon 8/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547/23P-0093.1-COMM / BILL | US-CA / 1010-5910-CMA2 | CRS Project-00 0582x4-Project Management - Co / Pending Approval | | 1.25 | 1.00 | 1.75 | 1.25 | 1.00 | | | | 1.50 | | 1.00 | | | | 1.50 | 11.25 |
| 2 | Janssen Research &1 / 216547/23P-0014.1-SMGT / BILL | US-CA / 1010-5910-CMA2 | CRS Project-00 0582x4-Site Man agement-Site Ma / Pending Approval | | 1.00 | 2.00 | 0.75 | 1.25 | 0.50 | | | 1.50 | 2.00 | 2.00 | 2.50 | 3.00 | | | 1.50 | 18.00 |
| 3 | Janssen Research &1 / 216547/23P-0014.1-STED / BILL | US-CA / 1010-5910-CMA2 | CRS Project-00 0582x4-Site Man agement-Study E / Pending Approval | | 1.00 | 1.00 | | | 1.50 | | | 2.00 | 1.00 | | | 2.50 | | | 1.25 | 10.25 |
| 4 | Janssen Research &1 / 216547/23P-0005.1-SREC / BILL | US-CA / 1010-5910-CMA2 | CRS Project-00 0582x4-Site Rea dy for Qualificatio | | | | | | | | | | | 0.50 | | 0.75 | | | | 1.25 |
| 5 | Janssen Research &1 / 216547/23P-0003-STED / BILL | US-CA / 1010-5910-CMA2 | CRS Project-00 0582x4-Study Do cumentation-Stu / Pending Approval | | 0.50 | | 1.00 | 1.50 | | | | | | | | | | | | 3.00 |
| 6 | Janssen Research &1 / 216547/23P-0098-MTGT / BILL | US-CA / 1010-5910-CMA2 | CRS Project-00 0582x4-Technica l Meeting - Interna / Pending Approval | | | | | | 1.00 | | | | | | 1.00 | | | | | 2.00 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-CMA2 | Non Project-Gen eral and Administr ative-Meetings | | | | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910-CMA2 | Non Project-Gen eral and Administr ative-General an | | 0.50 | 0.50 | 0.50 | | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 5.50 |
| 9 | PXL / 20013B-TRNG / EXP | US-CA / 1010-5910-CMA2 | Training Program s-Training/Confer ences/Seminars | | | | | | | | | | | | | | | | | |
| 10 | Janssen Research &1 / 216547/23P-0014.1-MAIN / BILL | US-CA / 1010-5910-CMA2 | CRS Project-00 0582x4-Site Man agement-Mainten / Pending Approval | | 2.50 | 1.75 | 3.00 | 2.50 | 2.00 | | | 2.75 | 3.00 | 2.00 | 2.00 | 1.00 | | | 2.25 | 24.75 |

Timesheet lines are continued on the next page.

PAR000085

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Paiss, Dexter
Employee ID:
Class: US-CA/Reg, FT/Exempt
Printed: Feb 9, 2017 10:41 AM

Revision: 9
Schedule: PAREXEL Reporting 15ECOM
Period Ending: Aug 31, 2015
Page: 2

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Sun 8/16 | Mon 8/17 | Tue 8/18 | Wed 8/19 | Thu 8/20 | Fri 8/21 | Sat 8/22 | Sun 8/23 | Mon 8/24 | Tue 8/25 | Wed 8/26 | Thu 8/27 | Fri 8/28 | Sat 8/29 | Sun 8/30 | Mon 8/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Janssen Research &1 215647.23P-0014.1.SCOM BILL | US-CA 10100.59010- CMA2 | CRS Project - 00 05SDN-Site Management-Regular | Pending Approval | 1.25 | 1.75 | 1.00 | 1.00 | 1.50 | | | 1.25 | 2.50 | 2.50 | 2.00 | | | | 1.00 | 13.25 |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| Regular | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.50 | 8.00 | 8.75 | | | 8.00 | 89.25 |
| Overtime | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.50 | 8.00 | 8.75 | | | 8.00 | 89.25 |

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Signature: Paiss, Dexter
Date: Aug 31, 2015 5:29 PM

Approval: Spencer, Mariel M
Date: Aug 31, 2015 8:55 PM

PAR000086

PAREXEL INTERNATIONAL CORP

PAREXEL

Employee: Field, Dexter
Employee ID:
Class: US-CA/Reg, FT/Exempt
Printed: Feb 9, 2017 10:43 AM

Revision: 12
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Sep 15, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code / Function | Charge Description | Tue 9/1 | Wed 9/2 | Thu 9/3 | Fri 9/4 | Sat 9/5 | Sun 9/6 | Mon 9/7 | Tue 9/8 | Wed 9/9 | Thu 9/10 | Fri 9/11 | Sat 9/12 | Sun 9/13 | Mon 9/14 | Tue 9/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-Z3P-0093.1-COMM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 056204-Project Management - C / Pending Approval | 2.25 | 1.00 | 0.50 | | | | | 1.00 | | | 0.50 | | | 0.50 | | 5.75 |
| 2 | Janssen Research &1 / 216547-Z3P-0014.1-SMGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 056204-Site Management-Site Ma / Pending Approval | 1.00 | 1.00 | 1.00 | 0.50 | | | | 1.50 | 3.00 | 2.00 | 0.75 | | | | 2.75 | 13.50 |
| 3 | Janssen Research &1 / 216547-Z3P-0014.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 056204-Site Management-Study Management / Pending Approval | 0.25 | | 2.00 | | | | | 1.50 | | 1.50 | | | | 1.50 | 1.00 | 7.75 |
| 4 | Janssen Research &1 / 216547-Z3P-0093.1-SREC / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 056204-Site Recruitment Qualificatio / Site Qualificatio | | | | | | | | | | | | | | | | |
| 5 | Janssen Research &1 / 216547-Z3P-0003-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 056204-Study Documentation-Study Documentation / T | 1.50 | 1.75 | | 2.25 | | | | | | | 2.25 | | | 0.75 | | 8.50 |
| 6 | Janssen Research &1 / 216547-Z3P-0098-MTGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 / 056204-Technical Meeting - Interim / Pending Approval | | | 1.00 | 1.00 | | | | | | | 1.00 | | | | | 2.00 |
| 7 | PXL / 205543-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project - Gen / New Starter Training-Training/Conf Interests/Seminar | | | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project - Gen / General and Administrative-General and Administrative-Meetings | | | | | | | | | | | | | | | | |
| 9 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project - Gen / General and Administrative-General and Administrative | 0.50 | 0.50 | 0.50 | 0.50 | | | | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 5.00 |
| 10 | PXL / 203136-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | Training Program-Training/Conferences/Seminars | | | | | | | | | | | | | | | | |

Timesheet lines are continued on the next page.

PAR000087

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dexter
Employee ID
Class: US CARReg_FT/Exempt
Printed: Feb 9, 2017 10:43 AM

Revision: 12
Schedule: PAREXEL Reporting 15/ECM
Period Ending: Sep 15, 2015
Page 2

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Tue 9/1 | Wed 9/2 | Thu 9/3 | Fri 9/4 | Sat 9/5 | Sun 9/6 | Mon 9/7 | Tue 9/8 | Wed 9/9 | Thu 9/10 | Fri 9/11 | Sat 9/12 | Sun 9/13 | Mon 9/14 | Tue 9/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PXL / 3900-TIME-OFF-HOLD EXP | US-CA 1010.5910.1 CMA2 | Non-Project-Time OT Holiday (Formal Company) L... | | | | | | | 8.00 | | | | | | | | | 8.00 |
| 12 | Janssen Research &1 / 216547-23P-0014-1-MAIN BILL | US-CA 1010.5910.1 CMA2 | CRS Project-00 05520#-Site Management Adjudicatio... Pending Approval | 2.50 | 3.00 | 1.75 | 2.00 | | | | 1.50 | 2.00 | 2.75 | 3.00 | | | 2.50 | 2.00 | 23.00 |
| 13 | Janssen Research &1 / 216547-23P-0014-1-SECOM BILL | US-CA 1010.5910.1 CMA2 | CRS Project-00 05520#-Site Management-Regular BX initial re... Pending Approval | | 0.75 | 2.25 | 1.75 | | | | 2.00 | 2.50 | 1.25 | | | | 2.25 | 1.75 | 14.50 |
| 14 | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| Regular | | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 88.00 |
| Overtime | | | | | | | | | | | | | | | | | | | |
| Total | | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 88.00 |

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Signature: Pass, Dexter
Date: Sep 15, 2015 10:04 PM

Approval: Irvine, Jason L
Date: Sep 30, 2016 6:14 PM

PAR000088

# PAREXEL INTERNATIONAL CORP

## PAREXEL.

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 10:45 AM

Revision: 1
Schedule: PAREXEL Reporting 15ECM
- Period Ending: Sep 30, 2015
Page: 1

| Line No | Client Charge Code Work Type | Work GL Code Function | Charge Description | Wed 9/16 | Thu 9/17 | Fri 9/18 | Sat 9/19 | Sun 9/20 | Mon 9/21 | Tue 9/22 | Wed 9/23 | Thu 9/24 | Fri 9/25 | Sat 9/26 | Sun 9/27 | Mon 9/28 | Tue 9/29 | Wed 9/30 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 21654T-23P-0293.1-COMM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 1058204-Project Management - C ontinued Planning | 0.75 | 0.75 | 1.25 | | | 1.50 | 1.00 | 0.75 | 1.25 | 0.75 | | | 1.50 | 1.00 | 2.00 | 12.50 |
| 2 | Janssen Research &1 21654T-23P-0014.1-SMGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 1058204-Site Man agement-Site Ma nagement by Dep | 2.00 | 1.50 | 2.00 | | | 2.00 | 1.00 | 1.00 | 0.75 | 1.25 | | | 1.00 | 2.50 | 1.00 | 16.00 |
| 3 | Janssen Research &1 21654T-23P-0014.1-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 1058204-Site Man agement-Study Education / Train | 1.25 | | | | | | | 1.00 | 1.50 | 1.50 | | | | 2.00 | | 7.25 |
| 4 | Janssen Research &1 21654T-23P-0005.1-SREC BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 1058204-Site Rea dy for Qualificatio n-Site Qualificat | | | | | | | | | | | | | | | | |
| 5 | Janssen Research &1 21654T-23P-0003-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 1058204-Study D ocumentation-St udy Education / T | | 1.50 | | | | 1.50 | | | | | | | | 1.75 | | 4.75 |
| 6 | Janssen Research &1 21654T-23P-0086-MTGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 1058204-Technica l-Meeting - Intern al Meeting | | | | | | | | | | | | | | | | |
| 7 | PXL 265543-TRNG EXP | US-CA 1010-5910-1 CMA2 | New Starter Train ing>Training/Conf erences/Seminar | Pending Approval | | 1.00 | | | | | | | 1.00 | | | | | | 2.00 |
| 8 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administ rative>Meetings | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 5.50 |
| 9 | PXL 3000-G&A-GGAD EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administr ative>General an d Administration | 3.00 | 2.75 | 1.00 | | | 1.00 | 3.00 | 2.75 | 3.00 | 2.00 | | | 3.00 | 2.00 | 1.50 | 25.00 |
| 10 | PXL 203138-TRNG EXP | US-CA 1010-5910-1 CMA2 | Training Program s>Training/Confer ences/Seminars | 0.50 | 1.00 | 2.25 | | | 1.50 | 2.50 | 2.00 | 1.00 | 1.00 | | | 2.00 | | 1.25 | 15.00 |
| | Regular | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 88.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 88.00 |

Signature: Pass, Dexter
By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.
Date: Oct 1, 2015 11:17 AM

Approval: Tinino, Jason L.
Date: Oct 1, 2015 11:48 AM

PAR000089

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg, FT/Exempt
Printed: Feb 9 2017 10:47 AM

Revision: 12
Schedule: PAREXEL Reporting 15HEOM
Period Ending: Oct 15, 2015
Page: 1

| Line No | Client / Charge Code / Work Type | Work / GL Code / Function | Charge Description | Thu 10/1 | Fri 10/2 | Sat 10/3 | Sun 10/4 | Mon 10/5 | Tue 10/6 | Wed 10/7 | Thu 10/8 | Fri 10/9 | Sat 10/10 | Sun 10/11 | Mon 10/12 | Tue 10/13 | Wed 10/14 | Thu 10/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / Z16547;23P-0093.1-COMM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Project Management - Contract Phase P... | 0.50 | | | | | 1.00 | 1.00 | | | | | 0.50 | 0.75 | | | 3.75 |
| 2 | Janssen Research &1 / Z16547;23P-0014.1-SMGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Site Management-Site Management by Tea... | | 0.50 0.50 | | | 1.25 | 0.50 | 0.75 | 1.00 | 0.75 | | | 1.25 | 1.00 | 1.50 | 1.50 | 9.00 |
| 3 | Janssen Research &1 / Z16547;23P-0014.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Site Management-Study Education - LT... | 2.00 | 2.25 | | | 2.50 | 3.00 | | 2.00 | 2.75 | | | 2.50 | 2.50 | 1.50 | 2.50 | 23.50 |
| 4 | Janssen Research &1 / Z16547;23P-0005.1-SREC / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Site Ready for Qualification-Site Modificati... | | Pending Approval | | | | | | | | | | | | | | |
| 5 | Janssen Research &1 / Z16547;23P-0003-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Study information-Site documentation-St... | 1.00 | | | | | | 2.75 | | | | | | 2.00 | 1.50 | 1.75 | 9.00 |
| 6 | Janssen Research &1 / Z16547;23P-0098-MTGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Technical Meeting - Internal Meetings... | | 1.00 | | | | | | | 1.00 | | | | | | | 2.00 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project-General and Administrative-Meetings... | | Pending Approval | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project-General and Administrative-General and Administrative... | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 5.50 |
| 9 | Janssen Research &1 / Z16547;23P-0014.1-MAIN / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Site Management-Maintenance... | 2.50 | 2.00 | | | 2.75 | 3.00 | 1.00 | 2.50 | 2.00 | | | 1.50 | 1.25 | 1.00 | 1.25 | 20.75 |
| 10 | Janssen Research &1 / Z16547;23P-0014.1-SCOM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 00 05S204n-Site Management-Regular communication-PXL initiated site... | 1.00 | 1.75 | | | 1.00 | | 2.00 | 2.00 | 1.00 | | | 1.75 | | 2.00 | 2.00 | 14.50 |
| | Regular | | | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |

Signature: Pass, Dexter

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Date: Oct 15, 2015 10:32 AM

Approval: Inniss, Justin L.

Date: Oct 15, 2015 3:59 PM

PAR000090

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Doctor
Employee ID:
Class: US-CA/Rep. FT/Exempt
Printed: Feb 9, 2017 10:48 AM

Revision: 11
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Oct 31, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code / Function | Charge Description | Fri 10/16 | Sat 10/17 | Sun 10/18 | Mon 10/19 | Tue 10/20 | Wed 10/21 | Thu 10/22 | Fri 10/23 | Sat 10/24 | Sun 10/25 | Mon 10/26 | Tue 10/27 | Wed 10/28 | Thu 10/29 | Fri 10/30 | Sat 10/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 2I6547-23P-0093.1-COMM BILL | US-CA 1010-5910-CMA2 | CRS Project -00 05820k+-Project Management - Co Pending Approval | 0.50 | | | 1.00 | 0.50 | | 0.50 | 1.50 | | | 0.50 | | 0.50 | | 1.00 | | 6.00 |
| 2 | Janssen Research &1 2I6547-23P-0014.1-SMGT BILL | US-CA 1010-5910-CMA2 | CRS Project -00 05820k+-Site Man agement-Site Ma Pending Approval | 1.25 | | | 2.50 | 2.00 | 2.00 | 2.50 | 2.00 | | | 1.00 | 3.50 | 3.25 | | 2.50 | | 24.50 |
| 3 | Janssen Research &1 2I6547-23P-0014.1-STED BILL | US-CA 1010-5910-CMA2 | CRS Project -00 05820k+-Site Man agement-Study E Pending Approval | 0.50 | | | 0.50 | | 1.00 | | 0.50 | | | 1.50 | | | 2.00 | 0.50 | | 6.50 |
| 4 | Janssen Research &1 2I6547-23P-0005.1-SREC BILL | US-CA 1010-5910-CMA2 | CRS Project -00 05820k+-Site Rea dy for Qualificatio | | | | | | | | | | | | | | | | | |
| 5 | Janssen Research &1 2I6547-23P-0003-STED BILL | US-CA 1010-5910-CMA2 | CRS Project -00 05820k+-Study Do cumentation-Stu | | | | | | | | | | | | | | | | | |
| 6 | Janssen Research &1 2I6547-23P-0096-MTGT BILL | US-CA 1010-5910-CMA2 | CRS Project -00 05820k+-Technica l Meeting - Interna | | | | | | | | | | | | | | | | | |
| 7 | PXL 2050-3-TRNG EXP | US-CA 1010-5910-CMA2 | New Starter Traini ng- Training/Conf erences/Seminar Pending Approval | 0.50 | | | | | | | | | | | | | | | | 0.50 |
| 8 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5910-CMA2 | Non Project-Gen eral and Administr ative-Meetings | | | | | | | | | | | | | | | | | |
| 9 | PXL 3000-G&A-GCAD EXP | US-CA 1010-5910-CMA2 | Non Project-Gen eral and Administr ative-General an Pending Approval | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | 5.50 |
| 10 | PXL 2031\06-TRNG EXP | US-CA 1010-5910-CMA2 | Training Program s-Training/Confer ences/Seminars Pending Approval | | | | | | 0.50 | | | | | | | | | | | 0.50 |

Timesheet lines are continued on the next page.

PAR000091

# PAREXEL INTERNATIONAL CORP

Employee: Pauls, Dexter
Employee ID:
Class: US-CA/Reg, FT/Exempt
Printed: Feb 9, 2017 10:49 AM

Revision: 11
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Oct 31, 2015
Page: 2

PAREXEL

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Fri 10/16 | Sat 10/17 | Sun 10/18 | Mon 10/19 | Tue 10/20 | Wed 10/21 | Thu 10/22 | Fri 10/23 | Sat 10/24 | Sun 10/25 | Mon 10/26 | Tue 10/27 | Wed 10/28 | Thu 10/29 | Fri 10/30 | Sat 10/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Janssen Research &1 / 216547-23P-0014.1-MAIN / BILL | US-CA 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Site Management-Mainten / Pending Approval | 3.00 | | | 2.50 | 3.00 | 3.00 | 2.75 | 2.00 | | | 2.75 | 2.50 | 2.75 | 2.50 | 3.50 | | 30.25 |
| 12 | Janssen Research &1 / 216547-23P-0014.1-SCOM / BILL | US-CA 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Site Management-Regul / Pending Approval | 1.75 | | | 1.00 | 1.50 | 1.00 | 1.75 | | | | 1.75 | 1.50 | 1.00 | 1.00 | | | 12.25 |
| 13 | PXL / 3793-TRNG / EXP | US-CA 1010-5910-1 / CMA2 | CRA Training Class-Training/Conference/Seminar / Pending Approval | | | | | | | | 1.50 | | | | | | | | | 1.50 |
| 14 | Janssen Research &1 / 216547-23P-0008-RGDC / BILL | US-CA 1010-5910-1 / CMA2 | CRS Project - 00 / 058204-Site Regulatory Packet Do / Pending Approval | | | | | 0.50 | | | | | | | | | | | | 0.50 |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| Regular | | | | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 88.00 |
| Overtime | | | | | | | | | | | | | | | | | | | | |
| Total | | | | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 88.00 |

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Signature: Pauls, Dexter
Date: Oct 30, 2015 11:01 AM

Approval: Irvino, Jason L
Date: Oct 31, 2015 9:12 PM

PAR000092

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Paais, Dexter
Employee ID:
Class: US-CA/Reg FT/Exempt
Printed: Feb 9, 2017 10:50 AM

Revision: 7
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Nov 15, 2015
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Sun 11/1 | Mon 11/2 | Tue 11/3 | Wed 11/4 | Thu 11/5 | Fri 11/6 | Sat 11/7 | Sun 11/8 | Mon 11/9 | Tue 11/10 | Wed 11/11 | Thu 11/12 | Fri 11/13 | Sat 11/14 | Sun 11/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547.23P-0093.1-COMM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 J058204-Project Management - C | | 0.50 | | | 1.50 | 0.50 | | | | 0.50 | | 1.00 | 0.50 | | | 4.50 |
| 2 | Janssen Research &1 216547.23P-0014.1-SMGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 J058204-Site Man agement - Pr (Pending Approval) | | 2.50 | | 3.50 | 1.00 | 3.00 | | | 2.50 | 2.00 | 2.75 | 2.00 | 2.50 | | | 21.75 |
| 3 | Janssen Research &1 216547.23P-0014.1-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 J058204-Site Man agement-Study (Pending Approval) | | 1.00 | | 0.50 | 0.50 | | | | | 0.50 | 0.50 | | | | | 3.00 |
| 4 | Janssen Research &1 216547.23P-0005.1-SREC BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 J058204-Site Rea dy for Qualificatio | | | | | | 1.00 | | | | | | | | | | 1.00 |
| 5 | Janssen Research &1 216547.23P-0096-MTGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 J058204-Technical Meeting - Interm (Pending Approval) | | | | | | | | | | | | | | | | 1.00 |
| 6 | PXL 205543-TRNG EXP | US-CA 1010-5910-1 CMA2 | New Starter Train ing-Training-Conf erences/Seminar | | | | | | | | | | | | | | | | |
| 7 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ rative-Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL 3000-G&A-GGAD EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ rative-General an | | 0.50 | | 0.50 | | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 4.50 |
| 9 | PXL 203195-TRNG EXP | US-CA 1010-5910-1 CMA2 | Training Program -Training-Confe rences/Seminars | | | | | | | | | | | | | | | | |
| 10 | PXL 3000-TIMEOFF-SICK EXP | US-CA 1010-5910-1 CMA2 | Non Project-Tim e Off-Sick Leave | | | 8.00 | | | | | | | | | | | | | 8.00 |

Timesheet lines are continued on the next page.

PAR000093

# PAREXEL INTERNATIONAL CORP

**Employee:** Paris, Dexter
**Employee ID:**
**Class:** US-CA/Reg. FT/Exempt
**Printed:** Feb 9, 2017 10:55 AM

Revision: 5
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Nov 30, 2015
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Mon 11/16 | Tue 11/17 | Wed 11/18 | Thu 11/19 | Fri 11/20 | Sat 11/21 | Sun 11/22 | Mon 11/23 | Tue 11/24 | Wed 11/25 | Thu 11/26 | Fri 11/27 | Sat 11/28 | Sun 11/29 | Mon 11/30 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0093.1-COMM / BILL | US-CA / 1010-5910.1 / CMA2 | CRS Project -00 '09520A-Project Management -- C ommence/Approval | 0.50 | 0.75 | 0.75 | 1.50 | 1.25 | | | 1.00 | 2.00 | 0.50 | | | | | 0.50 | 8.75 |
| 2 | Janssen Research &1 / 216547-23P-0014.1-SMGT / BILL | US-CA / 1010-5910.1 / CMA2 | CRS Project -00 '09520A-Site Man agement -- Site Ma nagement for... Pending Approval | 1.00 | 2.00 | 2.50 | 2.00 | 1.25 | | | 1.50 | 1.50 | 1.75 | | | | | 1.25 | 14.75 |
| 3 | Janssen Research &1 / 216547-23P-0014.1-STED / BILL | US-CA / 1010-5910.1 / CMA2 | CRS Project -00 '09520A-Site Man agement-Study M anagement Train... Pending Approval | 2.00 | | | | | | | 0.50 | | 1.00 | | | | | 0.50 | 4.00 |
| 4 | Janssen Research &1 / 216547-23P-0005.1-SREC / BILL | US-CA / 1010-5910.1 / CMA2 | CRS Project -00 '09520A-Site Rea dy or Qualificatio n-Site Identified... | | | | | | | | | | | | | | | | |
| 5 | Janssen Research &1 / 216547-23P-0095-MTGT / BILL | US-CA / 1010-5910.1 / CMA2 | CRS Project -00 '09520A-Technica l Meeting - Intern... Pending Approval | | | | | 1.00 | | | | | | | | | | | 1.00 |
| 6 | PXL / 205543.TRNG / EXP | US-CA / 1010-5910.1 / CMA2 | Non Starter Train ing-Training/Conf erences/Seminar Pending Approval | | | | | | | | 0.50 | | | | | | | | 0.50 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910.1 / CMA2 | Non Project-Gen eral and Administ rative-Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910.1 / CMA2 | Non Project-Gen eral and Administ rative-General an d Administration | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | | | | | 0.50 | 4.50 |
| 9 | PXL / 203138.TRNG / EXP | US-CA / 1010-5910.1 / CMA2 | Training Program s-Training/Confer ences/Seminars | | | | | | | | | | | | | | | | |
| 10 | PXL / 2000-TIMEOFF-HOLD / EXP | US-CA / 1010-5910.1 / CMA2 | Non Project-Tim e Off-Holiday (Co mpany Hol/Comp any) L eave | | | | | | | | | | | 8.00 | 8.00 | | | | 16.00 |

Timesheet lines are continued on the next page.

PAR000094

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employer: Pasis, Dexter
Employee ID:
Class: US-CA/Reg FTE(exempt)
Printed: Feb 9, 2017 10:55 AM

Revision: 5
Schedule: PAREXEL Reporting 15FEOM
Period Ending: Nov 30, 2015
Page 2

| Line No | Client / Charge Code / Work Type | Work GL Code / Function | Charge Description | Mon 11/16 | Tue 11/17 | Wed 11/18 | Thu 11/19 | Fri 11/20 | Sat 11/21 | Sun 11/22 | Mon 11/23 | Tue 11/24 | Wed 11/25 | Thu 11/26 | Fri 11/27 | Sat 11/28 | Sun 11/29 | Mon 11/30 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PXL 3000-GAA-TRNG EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administrative-Training, C onferences, Sem... | 1.00 | | | | | | | | | | | | | | | 1.00 |
| 12 | Janssen Research &1 21SS47-23P-0014.1-MAIN BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 708S204-Site Main agement-Maintaina nce  Pending Approval | 1.50 | 2.75 | 2.50 | 3.00 | 2.50 | | | 2.00 | 1.75 | 2.50 | | | | | 2.75 | 21.25 |
| 13 | Janssen Research &1 21SS47-23P-0014.1-SCOM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 708S204-Site Man agement-Regul PXL initiated site  Pending Approval | 1.50 | 2.00 | 1.75 | 1.00 | 1.50 | | | 2.50 | 2.25 | 1.75 | | | | | 2.00 | 16.25 |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | |
| Regular | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 88.00 |
| Overtime | | | | | | | | | | | | | | | | | | | |
| Total | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 88.00 |

Signature: Pasis, Dexter
Date: Nov 30, 2015 10:23 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Irvine, Jason L
Date: Nov 30, 2015 7:40 PM

PAR000095

# PAREXEL INTERNATIONAL CORP

PAREXEL

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 10:57 AM

Revision: 1
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Dec 15, 2015
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Tue 12/1 | Wed 12/2 | Thu 12/3 | Fri 12/4 | Sat 12/5 | Sun 12/6 | Mon 12/7 | Tue 12/8 | Wed 12/9 | Thu 12/10 | Fri 12/11 | Sat 12/12 | Sun 12/13 | Mon 12/14 | Tue 12/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547-23P-0593.1.COMM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 95/6204>Project Management - C... Pending Approval | 1.00 | | 0.50 | 0.75 | | | 0.50 | 0.50 | 0.75 | 1.00 | | | | | 1.00 | 6.00 |
| 2 | Janssen Research &1 216547-23P-0014.1.MAIN BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 95/6204>Site Management>Maintenance Pending Approval | 3.00 | 3.00 | 3.00 | 2.75 | | | 3.00 | 2.50 | 3.00 | 2.50 | 2.50 | | | 3.00 | 2.75 | 31.00 |
| 3 | Janssen Research &1 216547-23P-0014.1.SECOM BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 95/6204>Site Management>Regular... Pending Approval | 1.50 | 1.25 | 1.50 | 1.00 | | | 1.50 | 1.25 | 1.75 | 0.75 | | | | 1.50 | 1.75 | 13.75 |
| 4 | Janssen Research &1 216547-23P-0014.1.SMGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 95/6204>Site Management>Site Ma... Pending Approval | 2.00 | 2.50 | 2.00 | 2.00 | | | 2.50 | 2.75 | 2.00 | 3.25 | 3.50 | | | 2.00 | 1.50 | 26.00 |
| 5 | Janssen Research &1 216547-23P-0014.1.STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 95/6204>Site Management>Study... Pending Approval | | 0.75 | 0.50 | | | | | 0.50 | | | 0.50 | | | | | 2.25 |
| 6 | Janssen Research &1 216547-23P-0096.MTGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 95/6204>Technical Meetings > Intern... Pending Approval | | | | 1.00 | | | | | | 1.00 | | | | 1.00 | 0.50 | 3.50 |
| 7 | PXL 3000-G&A-MTGT EXP | CMA2 1010-5910-1 | Non Project>General and Administrative>Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL 3000-G&A-GCAD EXP | US-CA 1010-5910-1 CMA2 | Non Project>General and Administrative>General an... | 0.50 | 0.50 | | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 5.50 |
| 9 | PXL 203136-TRNG EXP | US-CA 1010-5910-1 CMA2 | ...>Training Program >Conferences/Seminars | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| | Regular | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 88.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 88.00 |

Signature: Pass, Dexter

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Date: Dec 14, 2015 9:47 PM

Approval: Irvine, Jason L

Date: Dec 15, 2015 8:56 PM

PAR000096

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pasic, Dexter
Employee ID:
Class: US-CA/Rep, FT/Exempt
Printed: Feb 9, 2017 10:59 AM

Revision: 5
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Dec 31, 2015
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Wed 12/16 | Thu 12/17 | Fri 12/18 | Sat 12/19 | Sun 12/20 | Mon 12/21 | Tue 12/22 | Wed 12/23 | Thu 12/24 | Fri 12/25 | Sat 12/26 | Sun 12/27 | Mon 12/28 | Tue 12/29 | Wed 12/30 | Thu 12/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0093.1-COMM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project -00 0582d4>Project Management - Co / Pending Approval | 0.50 | | 1.00 | | | 0.75 | | 0.50 | | | | | | 0.50 | 0.50 | 1.00 | 5.00 |
| 2 | Janssen Research &1 / 216547-23P-0014.1-MAIN / BILL | US-CA 1010-5910-1 CMA2 | CRS Project -00 0582d4>Site Management-Mainten / Pending Approval | 3.00 | 3.50 | 2.00 | | | 2.75 | 2.50 | 2.75 | 3.50 | | | | | 2.50 | 3.00 | 2.75 | 28.25 |
| 3 | Janssen Research &1 / 216547-23P-0014.1-SCOM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project -00 0582d4>Site Management-Repair / Pending Approval | 1.50 | 1.00 | 1.25 | | | 1.50 | 2.00 | 1.25 | | | | | | 1.25 | | 1.00 | 10.75 |
| 4 | Janssen Research &1 / 216547-23P-0014.1-SMGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project -00 0582d4>Site Management-Site Man / Pending Approval | 2.50 | 2.50 | 2.25 | | | 2.50 | 2.00 | 3.00 | 3.50 | | | | | 2.25 | 2.75 | 2.75 | 26.00 |
| 5 | Janssen Research &1 / 216547-23P-0014.1-STED / BILL | US-CA 1010-5910-1 CMA2 | CRS Project -00 0582d4>Site Management-Study E / Pending Approval | | 0.50 | | | | | 1.00 | | 0.50 | | | | | 1.00 | 1.00 | | 4.00 |
| 6 | Janssen Research &1 / 216547-23P-0096-MTGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project -00 0582d4>Technical Meeting - Interna | | | | | | | | | | | | | | | | | |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administr ative>Meetings | | | 1.00 | | | | | | | | | | | | | | 1.00 |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA 1010-5910-1 CMA2 | Non Project>Gen eral and Administr ative>General an | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | | | | | 0.50 | 0.50 | | 5.00 |
| 9 | PXL / 2031396-TRNG / EXP | US-CA 1010-5910-1 CMA2 | Training Program >Training/Confer ences/Seminars | | | | | | | | | | | | | | | | | |
| 10 | PXL / 3000-TIMEOFF-HOLD / EXP | US-CA 1010-5910-1 CMA2 | Non Project>Time Off>Holiday (For mal Company) Le | | | | | | | | | | 8.00 | | | | | | | 8.00 |

Timesheet lines are continued on the next page.

PAR000097

# PAREXEL INTERNATIONAL CORP

## PAREXEL

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 10:59 AM

Revision: 5
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Dec 31, 2015
Page 2

| Line No | Client<br>Charge Code<br>Work Type | Work<br>GL-Code<br>Function | Charge<br>Description | Wed<br>12/16 | Thu<br>12/17 | Fri<br>12/18 | Sat<br>12/19 | Sun<br>12/20 | Mon<br>12/21 | Tue<br>12/22 | Wed<br>12/23 | Thu<br>12/24 | Fri<br>12/25 | Sat<br>12/26 | Sun<br>12/27 | Mon<br>12/28 | Tue<br>12/29 | Wed<br>12/30 | Thu<br>12/31 | Line<br>Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PXL<br>3000-TIMEOFF-PERS<br>EXP | US-CA<br>1010-5910-1 | Non Project-Time<br>Off-Personal Lea<br>ve | 8.00 | | | | | | | | | | | | | | | | 8.00 |
| 12 | | | CM/A2 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| Regular | | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 96.00 |
| Overtime | | | | | | | | | | | | | | | | | | | | |
| Total | | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 96.00 |

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Signature: Pass, Dexter

Date: Jan 4, 2016 12:12 AM

Approved: Irmo, Jason L

Date: Jan 4, 2016 3:39 PM

PAR000098

# PAREXEL INTERNATIONAL CORP

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 11:01 AM

Revision: 2
Schedule: PAREXEL Reporting 15EOM
Period Ending: Jan 15, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Fri 1/1 | Sat 1/2 | Sun 1/3 | Mon 1/4 | Tue 1/5 | Wed 1/6 | Thu 1/7 | Fri 1/8 | Sat 1/9 | Sun 1/10 | Mon 1/11 | Tue 1/12 | Wed 1/13 | Thu 1/14 | Fri 1/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547/23P-0093.1-COMM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Project Management - C budget Phase 2?  Pending Approval | | | | 0.50 | 1.00 | 0.50 | | 1.50 | | | 0.50 | | 0.50 | | 1.00 | 5.50 |
| 2 | Janssen Research &1 / 216547/23P-0014.1-MAGN / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Site Man agement-Mainte nance  Pending Approval | | | | 2.00 | 2.75 | 3.00 | 3.50 | 2.50 | | | 2.50 | 2.75 | 2.75 | 2.50 | 3.00 | 27.25 |
| 3 | Janssen Research &1 / 216547/23P-0014.1-SCOM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Site Man agement-Regul atory initiated site  Pending Approval | | | | 1.75 | 1.50 | | 1.50 | | | | 1.75 | | 0.50 | 2.00 | | 9.00 |
| 4 | Janssen Research &1 / 216547/23P-0014.1-SMGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Site Man agement-Site Ma nagement for Thi  Pending Approval | | | | 2.50 | 2.25 | 2.00 | 2.50 | 2.00 | | | 1.00 | 3.50 | 3.25 | 2.00 | 1.50 | 22.50 |
| 5 | Janssen Research &1 / 216547/23P-0014.1-STED / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Site Man agement-Study Education / Traini  Pending Approval | | | | 0.75 | | 1.00 | | | | | 1.00 | | | 1.00 | | 3.75 |
| 6 | Janssen Research &1 / 216547/23P-0096-MTGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 058204-Technica l Meeting - Intern al Meetings  Pending Approval | | | | | | | | 1.00 | | | | | | | 1.00 | 2.00 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ rative-Meetings | | | | | | | | | | | | | | | 1.00 | 1.00 |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ rative-General as d Administrative | | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 5.00 |
| 9 | PXL / 20315-TRNG / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Tra in-Training Program >-Training/Confere nces/Seminars | | | | | | | | | | | | | | | | |
| 10 | PXL / 3000-TIMEOFF-HOLD / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Tim e Off-Holiday (Fo rmal Company) L eave | 8.00 | | | | | | | | | | | | | | | 8.00 |

Timesheet lines are continued on the next page.

PAR000099

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dexter
Employee ID
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 11:01 AM

Revision: 2
Schedule: PAREXEL Reporting 15/ECM
Period Ending: Jan 15, 2016
Page 2

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Fri 1/1 | Sat 1/2 | Sun 1/3 | Mon 1/4 | Tue 1/5 | Wed 1/6 | Thu 1/7 | Fri 1/8 | Sat 1/9 | Sun 1/10 | Mon 1/11 | Tue 1/12 | Wed 1/13 | Thu 1/14 | Fri 1/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Janssen Research &1 / 210647-23P-0008-RGDC / CRA2 | US-CA / 1010-5910-1 | CR3 Project -00 05/20/4=Site Reg ulatory Packet Do c Collect/Assy/St Pending Approval | | | | | | 1.00 | | 0.50 | | | 0.75 | 1.25 | 0.50 | | | 4.00 |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | |
| Regular | | | | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |
| Overtime | | | | | | | | | | | | | | | | | | |
| Total | | | | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |

Signature: Pass, Dexter
Date: Jan 15, 2016 1:20 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Trevino, Jason L
Date: Jan 15, 2016 10:40 AM

PAR000100

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg, FT/Exempt
Printed: Feb 9, 2017 11:03 AM

Revision: 3
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Jan 31, 2016
Page 1

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Sat 1/16 | Sun 1/17 | Mon 1/18 | Tue 1/19 | Wed 1/20 | Thu 1/21 | Fri 1/22 | Sat 1/23 | Sun 1/24 | Mon 1/25 | Tue 1/26 | Wed 1/27 | Thu 1/28 | Fri 1/29 | Sat 1/30 | Sun 1/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547-23P-0093.1-COMM BILL | US-CA 1010-5910-1 CMA2 | CRS Project-00 05820#+Project Management-Co | Pending Approval | | | | | 0.50 | 1.50 | | | 0.50 | | 0.75 | 1.00 | 1.00 | | | 5.25 |
| 2 | Janssen Research &1 216547-23P-0014.1-MAIN BILL | US-CA 1010-5910-1 CMA2 | CRS Project-00 05820#+Site Man agement-Mainten | Pending Approval | | | | | 3.25 | 2.00 | | | 3.50 | 2.75 | 2.75 | 3.00 | 2.75 | | | 20.00 |
| 3 | Janssen Research &1 216547-23P-0014.1-SSCM BILL | US-CA 1010-5910-1 CMA2 | CRS Project-00 05820#+Site Man agement-Regular | Pending Approval | | | | | 1.25 | 1.75 | | | 1.00 | 1.25 | 1.00 | | 0.75 | | | 7.00 |
| 4 | Janssen Research &1 216547-23P-0014.1-SMGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project-00 05820#+Site Man agement-Site Ma | Pending Approval | | | | | 2.50 | 1.25 | | | 2.50 | 3.50 | 2.00 | 2.50 | 3.00 | | | 17.25 |
| 5 | Janssen Research &1 216547-23P-0014.1-STED BILL | US-CA 1010-5910-1 CMA2 | CRS Project-00 05820#+Site Man agement-Study E | Pending Approval | | | | | | | | | | | 1.00 | 1.00 | | | | 2.00 |
| 6 | Janssen Research &1 216547-23P-0096-MTGT BILL | US-CA 1010-5910-1 CMA2 | CRS Project-00 05820#+Technica l Meeting - Interna | Pending Approval | | | | | | 1.00 | | | | | | | | | | 1.00 |
| 7 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administr ative-Meetings | | | | | | | | | | | | | | | | | |
| 8 | PXL 3000-G&A-GCAD EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administr ative-General an | | | | | | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 3.50 |
| 9 | PXL 2031361-TRNG EXP | US-CA 1010-5910-1 CMA2 | Training Program s>Training/Confer ences/Seminars | | | | | | | | | | | | | | | | | |
| 10 | PXL 3000-TIMEOFF-VACT EXP | US-CA 1010-5910-1 CMA2 | Non Project-Time Off-Vacation Lea ve | | | 8.00 | 8.00 | 8.00 | | | | | | | | | | | | 24.00 |
| | Regular | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 80.00 |
| | Overtime | | | | | | | | | | | | | | | | | | | |
| | Total | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 80.00 |

Signature: Pass, Dexter
Date: Jan 29, 2016 7:27 PM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Irwin, Jason L
Date: Feb 1, 2016 12:21 PM

PAR000101

# PAREXEL INTERNATIONAL CORP

**PAREXEL** (logo)

Employee: Pasis, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 11:06 AM

Revision: 5
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Feb 15, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Mon 2/1 | Tue 2/2 | Wed 2/3 | Thu 2/4 | Fri 2/5 | Sat 2/6 | Sun 2/7 | Mon 2/8 | Tue 2/9 | Wed 2/10 | Thu 2/11 | Fri 2/12 | Sat 2/13 | Sun 2/14 | Mon 2/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0093-1-COMM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 10582bh-Project Management - C... Pending Approval | | | | 0.75 | | | | 0.50 | | 0.50 | | | | | 0.50 | 2.25 |
| 2 | Janssen Research &1 / 216547-23P-0014-1-MAIN / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 10582bh-Site Management-Maintenance Pending Approval | 4.00 | 3.00 | 3.00 | 2.75 | 2.00 | | | 3.75 | | 4.00 | 3.50 | 3.00 | | | 3.50 | 32.50 |
| 3 | Janssen Research &1 / 216547-23P-0014-1-SCOM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 10582bh-Site Management-Regular... Pending Approval | 1.25 | 1.50 | 2.00 | 1.75 | 1.50 | | | 2.00 | | 1.00 | 2.50 | 1.50 | | | 1.25 | 16.25 |
| 4 | Janssen Research &1 / 216547-23P-0014-1-SMGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 10582bh-Site Management-Site Ma... Pending Approval | 1.25 | 3.00 | 2.50 | 2.25 | 1.50 | | | | | 2.00 | 1.50 | 2.00 | | | 1.00 | 17.00 |
| 5 | Janssen Research &1 / 216547-23P-0014-1-STED / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 10582bh-Study Education / Train... Pending Approval | | | | | | | | | | | | | | | 0.50 | 0.50 |
| 6 | Janssen Research &1 / 216547-23P-0096-MTGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 10582bh-Technical Meeting - Inte... Pending Approval | 1.00 | | | | 1.00 | | | 1.25 | | | 1.00 | | | | 0.75 | 5.00 |
| 7 | PXL / 3900-G&A-MTGT / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen'l and Administr ative-General an d Administration | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | | 0.50 | 0.50 | 0.50 | | | 0.50 | 5.00 |
| 8 | PXL / 3900-G&A-GCAD / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen'l and Administr ative-General an d Administration | | | | | 1.50 | | | | | | | | | | | 1.50 |
| 9 | PXL / 203196-TRNG / EXP | US-CA 1010-5910-1 CMA2 | Training Program s>Training/Confer ences/Seminars Pending Approval | | | | | | | | | | | | | | | | |
| 10 | PXL / 3900-TIMEOFF-SICK / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Tim e Off-Sick Leave | | | | | | | | | 8.00 | | | | | | | 8.00 |
| | | | Regular | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 88.00 |
| | | | Overtime | | | | | | | | | | | | | | | | |
| | | | Total | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 88.00 |

Signature: Pasis, Dexter

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Date: Feb 15, 2016 10:57 PM

Approval: Ireta, Jason L.

Date: Feb 15, 2016 11:37 PM

PAR000102

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pasis, Dexter
Employee ID:
Class: US-CA/Req. FT/Exempt
Printed: Feb 9, 2017 11:07 AM

Revision: 1
Schedule: PAREXEL Reporting 15/COM
Period Ending Feb 29, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Tue 2/16 | Wed 2/17 | Thu 2/18 | Fri 2/19 | Sat 2/20 | Sun 2/21 | Mon 2/22 | Tue 2/23 | Wed 2/24 | Thu 2/25 | Fri 2/26 | Sat 2/27 | Sun 2/28 | Mon 2/29 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research & I / 216547-23P-0093.1-COMM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 000 58204-Project Management - Con (Pending Approval) | 1.00 | 0.50 | | | | | | | 0.50 | 1.00 | | | | 0.50 | 3.50 |
| 2 | Janssen Research & I / 216547-23P-0014.1-MAIN / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 000 58204-Site Management-Maintena (Pending Approval) | 2.50 | 3.00 | 3.50 | 3.00 | | | 3.50 | 1.75 | 3.00 | 2.75 | 2.00 | | | 3.50 | 28.50 |
| 3 | Janssen Research & I / 216547-23P-0014.1-SCOM / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 000 58204-Site Management-Regul P (Pending Approval) | 1.50 | 1.00 | 1.50 | | | | 1.75 | 1.00 | 1.50 | 1.50 | 0.50 | | | 0.75 | 11.00 |
| 4 | Janssen Research & I / 216547-23P-0014.1-SMGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 000 58204-Site Management-Site Man (Pending Approval) | 2.25 | 2.50 | 2.00 | 3.00 | | | 1.50 | 2.00 | 2.50 | 2.25 | 2.00 | | | 2.00 | 22.00 |
| 5 | Janssen Research & I / 216547-23P-0014.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 000 58204-Site Management-Study Ed (Pending Approval) | 0.25 | 1.00 | | | | | | 0.75 | | | | | | | 2.00 |
| 6 | Janssen Research & I / 216547-23P-0098-MTGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 000 58204-Technical Meeting - Internal (Pending Approval) | | | | 1.00 | | | 0.75 | | | | 1.00 | | | 0.75 | 3.50 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project-Gen eral and Administ ative-Meetings | | | | | | | | 0.75 | | | 1.00 | | | | 1.75 |
| 8 | PXL / 203138-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project-Gen eral and Administ ative-General as | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 5.00 |
| 9 | PXL / 203138-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | Training Program s>Training/Confer ences/Seminars | | | | | | | 1.25 | | | | | | | | 1.25 |
| 10 | Janssen Research & I / 216547-23P-0008-RGDC / BILL | US-CA / 1010-5910-1 / CMA2 | CRS Project - 000 58204-Site Regul atory Packet Doc (Pending Approval) | | | 0.50 | | | | | | | | 1.00 | | | | 1.50 |
| | Regular | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 80.00 |
| | Overtime | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 80.00 |

Signature: Pasis, Dexter

Date: Mar 1, 2016 12:45 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Irvine, Jason L.

Date: Mar 1, 2016 6:13 PM

PAR000103

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 11:22 AM

Revision 3
Schedule: PAREXEL Reporting 15/ECM
Period Ending: Mar 15, 2016
Page 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Tue 3/1 | Wed 3/2 | Thu 3/3 | Fri 3/4 | Sat 3/5 | Sun 3/6 | Mon 3/7 | Tue 3/8 | Wed 3/9 | Thu 3/10 | Fri 3/11 | Sat 3/12 | Sun 3/13 | Mon 3/14 | Tue 3/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0093.1-COMM / BILL | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 / 106204-Project Management - C... / Pending Approval | 0.50 | 1.00 | 0.50 | | | | | | 0.50 | | 1.00 | | | 0.75 | | 5.25 |
| 2 | Janssen Research &1 / 216547-23P-0014.1-MAIN / BILL | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 / 106204-Site Management-Maintenance / Pending Approval | 3.00 | 3.50 | 3.00 | 3.75 | | | 1.50 | 4.00 | 3.50 | 3.75 | 2.00 | | | 4.00 | | 34.75 |
| 3 | Janssen Research &1 / 216547-23P-0014.1-SECON / BILL | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 / 106204-Site Management-Regular... / Pending Approval | 1.50 | | 1.00 | 0.50 | | | | | 1.00 | 0.50 | | | | | | 4.50 |
| 4 | Janssen Research &1 / 216547-23P-0014.1-SNGT / BILL | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 / 106204-Site Management-Single ... / Pending Approval | 2.50 | 2.50 | 2.50 | 2.25 | | | 3.50 | 3.50 | 2.00 | 3.25 | 2.75 | | | 2.25 | 2.25 | 25.75 |
| 5 | Janssen Research &1 / 216547-23P-0014.1-STED / BILL | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 / 106204-Site Management-Study ... | | | | | | | | | | | | | | | | |
| 6 | Janssen Research &1 / 216547-23P-0096 MTGT / EXP | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 / 106204-Technical Meeting - Intern... ative/Meetings | | | | 1.00 | | | 1.00 | | 1.00 | | 1.00 | | | | | 4.00 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910.1 / CMA2 | Non Project-Gen eral and Administr... ative/Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910.1 / CMA2 | Non Project-Gen eral and Administr ative>General an d Administration / Pending Approval | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 5.50 |
| 9 | PXL / 200138-TRNG / EXP | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 Training Program s>Training/Confer ences/Seminars / Pending Approval | | | | | | | 5.00 | | | | | | | | | 5.00 |
| 10 | Janssen Research &1 / 216547-23P-0008-RGDC / BILL | US-CA / 1010-5910.1 / CMA2 | CRB Project - 00 106204-Site Reg ulatory Packet Do cument>Regulato... / Pending Approval | | 0.50 | 0.50 | | | | | | 0.50 | | 0.75 | | | 0.50 | | 3.25 |
| | Regular | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 88.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 88.00 |

Signature: Pass, Dexter

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures

Date: Mar 15, 2016 6:31 PM

Approval: Irvine, Jason L

Date: Mar 16, 2016 4:13 PM

PAREXEL INTERNATIONAL CORP

PAREXEL

Employee: Paris, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 11:25 AM

Revision: 1
Schedule: PAREXEL Reporting 15/ECM
Period Ending: Mar 31, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work G/L Code Function | Charge Description | Wed 3/16 | Thu 3/17 | Fri 3/18 | Sat 3/19 | Sun 3/20 | Mon 3/21 | Tue 3/22 | Wed 3/23 | Thu 3/24 | Fri 3/25 | Sat 3/26 | Sun 3/27 | Mon 3/28 | Tue 3/29 | Wed 3/30 | Thu 3/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547.Z3P-0093.1-COMM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820-Project Management - Co | 1.00 | 1.25 | | | | 0.50 | 1.00 | 1.00 | | 1.25 | | | | | | | 6.00 |
| 2 | Janssen Research &1 / 216547.Z3P-0014.1-MAIN / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820-Site Management-Mainten / Pending Approval | 3.50 | 3.25 | 2.50 | | | 3.25 | 3.00 | 4.00 | 3.50 | 3.25 | | | | | 4.25 | 4.00 | 34.50 |
| 3 | Janssen Research &1 / 216547.Z3P-0014.1-SCOM / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820-Site Management-Regular | 0.50 | 1.00 | | | | 0.50 | 0.50 | 0.50 | 1.00 | | | | | | | 0.50 | 4.00 |
| 4 | Janssen Research &1 / 216547.Z3P-0014.1-SMGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820-Site Management-Site Ma | 2.50 | 2.00 | | | | 2.75 | 3.00 | 2.00 | 3.00 | 1.50 | | | | | 3.00 | 2.50 | 22.25 |
| 5 | Janssen Research &1 / 216547.Z3P-0014.1-STED / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820-Site Management-Study E / Pending Approval | | | | | | | | | | | | | | | 0.25 | | 0.25 |
| 6 | Janssen Research &1 / 216547.Z3P-0096-MTGT / BILL | US-CA 1010-5910-1 CMA2 | CRS Project - 00 05820-Technical Meeting - Interna / Pending Approval | | 1.00 | | | | 1.00 | | | | 1.50 | | | | | | 0.50 | 4.00 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ ative-Meetings | | | 4.00 | | | | | | | | | | | | | | 4.00 |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ ative-General an | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | | | 0.50 | 0.50 | 5.00 |
| 9 | PXL / 201136-TRNG / EXP | US-CA 1010-5910-1 CMA2 | Training Program s-Training/Confer ences/Seminars | | | | | | | | | | | | | | | | | |
| 10 | PXL / 3000-TIMEOFF-VACT / EXP | US-CA 1010-5910-1 CMA2 | Non Project-Time Off-Vacation Lea ve | | | | | | | | | | | | | 8.00 | 8.00 | | | 16.00 |
| | Regular | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 96.00 |
| | Overtime | | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 96.00 |

Signature: Paris, Dexter

Date: Apr 1, 2016 1:34 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Irvine, Jason L.

Date: Apr 1, 2016 12:54 PM

PAR000104

PAR000105

# PAREXEL INTERNATIONAL CORP

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 11:27 AM

Revision: 8
Schedule: PAREXEL Reporting 15EOM
Period Ending: Apr 15, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work Function / GL Code | Charge Description | Fri 4/1 | Sat 4/2 | Sun 4/3 | Mon 4/4 | Tue 4/5 | Wed 4/6 | Thu 4/7 | Fri 4/8 | Sat 4/9 | Sun 4/10 | Mon 4/11 | Tue 4/12 | Wed 4/13 | Thu 4/14 | Fri 4/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547-23P-0093.1-COMM BILL | US-CA 1010-5910-1 CMA2 | CRB Project - 00 105820A-Project Management - C... Pending Approval | 0.50 | | | 1.00 | 1.00 | | 1.00 | 1.25 | | | | 1.00 | 0.50 | | 1.00 | 7.25 |
| 2 | Janssen Research &1 216547-23P-0014.1-MAIN BILL | US-CA 1010-5910-1 CMA2 | CRB Project - 00 105820A-Site Man agement-Mainte nance Pending Approval | 3.25 | | | 3.00 | 4.00 | 3.50 | 3.50 | 3.25 | | | 3.00 | 3.00 | 3.25 | 4.00 | 3.00 | 36.75 |
| 3 | Janssen Research &1 216547-23P-0014.1-SCOM BILL | US-CA 1010-5910-1 CMA2 | CRB Project - 00 105820A-Site Man agement-Regular Pending Approval | | | | 0.50 | 0.50 | 1.00 | 0.50 | | | | | 0.50 | | 0.50 | | 3.50 |
| 4 | Janssen Research &1 216547-23P-0014.1-SMGT BILL | US-CA 1010-5910-1 CMA2 | CRB Project - 00 105820A-Site Ma nagement by So... Pending Approval | 2.75 | | | 2.00 | 2.00 | 3.00 | 2.50 | 2.00 | | | 3.00 | 1.50 | 2.25 | 3.00 | 2.00 | 26.00 |
| 5 | Janssen Research &1 216547-23P-0014.1-STED BILL | US-CA 1010-5910-1 CMA2 | CRB Project - 00 105820A-Site Man agement-Study Education / Traini Pending Approval | | | | | | | | | | | 0.50 | 1.50 | 1.00 | | | 3.00 |
| 6 | Janssen Research &1 216547-23P-0096-MTGT BILL | US-CA 1010-5910-1 CMA2 | CRB Project - 00 105820A-Technica l Meeting - Intern al Meetings Pending Approval | 1.00 | | | 1.00 | | | | 1.00 | | | 1.00 | | | | 1.50 | 5.50 |
| 7 | PXL 3000-G8A-MTGT EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administ rative-Meetings | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 5.50 |
| 8 | PXL 3000-G8A-GCAD EXP | US-CA 1010-5910-1 CMA2 | Non Project-Gen eral and Administr ative>General an d Administration | | | | | | | | | | | | | | | | |
| 9 | PXL 203130-TRNG EXP | US-CA 1010-5910-1 CMA2 | Training Program s>Training/Confer ences/Seminars Pending Approval | | | | | | | | | | | | | 0.50 | | | 0.50 |
| 10 | | | | | | | | | | | | | | | | | | | |
| | Regular | | | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Signature: Pass, Dexter

Date: Apr 15, 2016 4:22 PM

Approval: Irving, Jason L

Date: Apr 18, 2016 11:18 AM

PAR000106

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dexter
Employee ID:
Class: US-CA/Reg, FTE/exempt
Printed: Feb 9, 2017 11:29 AM

Revision: 7
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Apr 30, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Sat 4/16 | Sun 4/17 | Mon 4/18 | Tue 4/19 | Wed 4/20 | Thu 4/21 | Fri 4/22 | Sat 4/23 | Sun 4/24 | Mon 4/25 | Tue 4/26 | Wed 4/27 | Thu 4/28 | Fri 4/29 | Sat 4/30 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &<br>216547.23P-0093.1-COMM<br>BILL | US-CA<br>1010-59101<br>CMA2 | CRS Project - 00 058204-Project Management - C Conduct Phase - P<br>Pending Approval | | | 1.00 | 1.25 | 0.25 | 1.00 | | | | 1.25 | 1.00 | | 0.25 | | | 6.00 |
| 2 | Janssen Research &<br>216547.23P-0014.1-MAIN<br>BILL | US-CA<br>1010-59101<br>CMA2 | CRS Project - 00 058204-Site Man agement-Mainte nance<br>Pending Approval | | | 2.50 | 3.25 | 3.25 | 3.00 | 2.50 | | | 3.25 | 4.00 | 4.25 | 3.50 | 2.50 | | 32.00 |
| 3 | Janssen Research &<br>216547.23P-0014.1-SCOM<br>BILL | US-CA<br>1010-59101<br>CMA2 | CRS Project - 00 058204-Site Man agement-Regul atory related a<br>Pending Approval | | | 0.50 | 1.00 | 1.75 | 0.50 | 1.00 | | | 0.50 | 1.00 | 0.25 | | 1.00 | | 7.50 |
| 4 | Janssen Research &<br>216547.23P-0014.1-SMGT<br>BILL | US-CA<br>1010-59101<br>CMA2 | CRS Project - 00 058204-Site Ma nagement-Site Ma<br>Pending Approval | | | 2.50 | 2.00 | 2.00 | 3.00 | 3.00 | | | 1.50 | 1.50 | 3.00 | 2.75 | 3.00 | | 24.25 |
| 5 | Janssen Research &<br>216547.23P-0014.1-STED<br>BILL | US-CA<br>1010-59101<br>CMA2 | CRS Project - 00 058204-Site Man agement-Study Education - Train<br>Pending Approval | | | | | | | | | | | | | 0.50 | | | 0.50 |
| 6 | Janssen Research &<br>216547.23P-0098-MTGT<br>BILL | US-CA<br>1010-59101<br>CMA2 | CRS Project - 00 058204-Technica l Meeting - Intern al Meetings<br>Pending Approval | | | 1.00 | | | | | | | 1.00 | | | 0.50 | 1.00 | | 4.50 |
| 7 | PXL<br>9300-G&A-MTGT<br>EXP | US-CA<br>1010-59101<br>CMA2 | Non Project-Gen eral and Administ rative-Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL<br>9300-G&A-GCAD<br>EXP | US-CA<br>1010-59101<br>CMA2 | Non Project-Gen eral and Administ rative-General an d Administrative | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | 5.00 |
| 9 | PXL<br>2039156-TRNG<br>EXP | US-CA<br>1010-59101<br>CMA2 | Training Program s-Training-Confe rences/Seminars<br>Pending Approval | | | | | 0.25 | | | | | | | | | | | 0.25 |
| 10 | | | | | | | | | | | | | | | | | | | |
| | Regular | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 80.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 80.00 |

Signature: Pass, Dexter
Date: Apr 28, 2016 10:25 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Vitar, Cynthia T.
Date: Apr 29, 2016 6:13 PM

# PAREXEL INTERNATIONAL CORP

**PAREXEL.**

Employee: Plasis, Dexter
Employee ID:
Class: US-CA/Reg FTExempt
Printed: Feb 9, 2017 11:39 AM

Revision: 1
Schedule: PAREXEL Reporting 15EOM
Period Ending: May 15, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Sun 5/1 | Mon 5/2 | Tue 5/3 | Wed 5/4 | Thu 5/5 | Fri 5/6 | Sat 5/7 | Sun 5/8 | Mon 5/9 | Tue 5/10 | Wed 5/11 | Thu 5/12 | Fri 5/13 | Sat 5/14 | Sun 5/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0093.1-1-COMM / BILL | US-CA / 1010-5910-1 / CMA2 | CRB Project - 00 058204+Project Management - C... Pending Approval | | | | | 1.00 | | | | | 1.00 | | 0.50 | 1.25 | | | 3.75 |
| 2 | Janssen Research &1 / 216547-23P-0014.1-MAIN / BILL | US-CA / 1010-5910-1 / CMA2 | CRB Project - 00 058204+Site Main agement+Meetin... Pending Approval | | | | | 4.00 | 3.25 | | | 3.25 | 4.00 | 3.50 | 4.25 | 3.00 | | | 25.25 |
| 3 | Janssen Research &1 / 216547-23P-0014.1-SECOM / BILL | US-CA / 1010-5910-1 / CMA2 | CRB Project - 00 058204+Site Main agement+Regula... Pending Approval | | | | | | | | | 0.50 | 0.50 | 1.00 | | | | | 2.00 |
| 4 | Janssen Research &1 / 216547-23P-0014.1-SMGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRB Project - 00 058204+Site Ma agement+Site Ma... Pending Approval | | | | | 2.00 | 1.75 | | | 3.00 | 2.00 | 3.00 | 2.75 | 2.25 | | | 16.75 |
| 5 | Janssen Research &1 / 216547-23P-0014.1-STED / BILL | US-CA / 1010-5910-1 / CMA2 | CRB Project - 00 058204+Site Man agement+Study Education / Tra... Pending Approval | | | | | 0.50 | | | | | | | | | | | 0.50 |
| 6 | Janssen Research &1 / 216547-23P-0086-MTGT / BILL | US-CA / 1010-5910-1 / CMA2 | CRB Project - 00 058204+Technical Meeting - Intern... Pending Approval | | | | | | 1.00 | | | 0.75 | | | | 1.00 | | | 2.75 |
| 7 | PXL / 3000-G&A-MTGT / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project+Gen eral and Administ rative+Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-GCAD / EXP | US-CA / 1010-5910-1 / CMA2 | Non Project+Gen eral and Administr ative+General an d Administration | | | | | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 3.50 |
| 9 | PXL / 203136-TRNG / EXP | US-CA / 1010-5910-1 / CMA2 | Training Program +Training/Confer ence/Seminars Pending Approval | | | | | | 1.50 | | | | | | | | | | 1.50 |
| 10 | Janssen Research &1 / 216547-23P-0011.1-INVM / BILL | US-CA / 1010-5910-1 / CMA2 | CRB Project - 00 058204+Investiga tor Meetings+Prep /Attend Investigat... Pending Approval | 10.00 | 9.00 | 9.00 | 8.00 | | | | | | | | | | | | 36.00 |
| | Regular | | | 10.00 | 9.00 | 9.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 92.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 10.00 | 9.00 | 9.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 92.00 |

Signature: Plasis, Dexter

Date: May 13, 2016 1:41 PM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Vbar, Cynthia T.

Date: May 13, 2016 6:16 PM

PAR000107

PAR000108

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Pass, Dieter
Employee ID:
Class: US-CA/Reg. FT/Exempt
Printed: Feb 9, 2017 11:41 AM

Revision: 2
Schedule: PAREXEL Reporting 15/ECM
Period Ending: May 31, 2016
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code / Function | Charge Description | Mon 5/16 | Tue 5/17 | Wed 5/18 | Thu 5/19 | Fri 5/20 | Sat 5/21 | Sun 5/22 | Mon 5/23 | Tue 5/24 | Wed 5/25 | Thu 5/26 | Fri 5/27 | Sat 5/28 | Sun 5/29 | Mon 5/30 | Tue 5/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547-23P-0093.1-COMM BILL | US-CA 1010-5111- CMA2 | CRS Project-00 05820d+Project Management - Co / Pending Approval | 1.00 |  | 1.25 | 0.50 | 1.00 |  |  | 0.50 | 1.00 | 1.25 |  |  |  |  |  |  | 6.50 |
| 2 | Janssen Research &1 216547-23P-0014.1-MAIN BILL | US-CA 1010-5111- CMA2 | CRS Project-00 05820d+Site Man agement-Mainten / Pending Approval | 3.50 | 3.50 | 3.25 | 3.25 | 3.00 |  |  | 3.25 | 4.00 | 3.25 | 4.25 |  |  |  |  | 4.00 | 35.25 |
| 3 | Janssen Research &1 216547-23P-0014.1-SICM BILL | US-CA 1010-5111- CMA2 | CRS Project-00 05820d+Site Man agement-Regul / Pending Approval | 0.50 | 1.00 | 1.00 |  | 0.50 |  |  |  | 0.50 | 1.00 |  |  |  |  |  |  | 4.50 |
| 4 | Janssen Research &1 216547-23P-0014.1-SMGT BILL | US-CA 1010-5111- CMA2 | CRS Project-00 05820d+Site Man agement-Site Ma / Pending Approval | 2.50 | 3.00 | 2.00 | 3.75 | 2.00 |  |  | 2.75 | 2.00 | 2.00 | 3.25 |  |  |  |  | 2.50 | 25.75 |
| 5 | Janssen Research &1 216547-23P-0014.1-STED BILL | US-CA 1010-5111- CMA2 | CRS Project-00 05820d+Site Man agement-Study E |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6 | Janssen Research &1 216547-23P-0096-MTGT BILL | US-CA 1010-5111- CMA2 | CRS Project-00 05820d+Technica l Meeting - Interna / Pending Approval |  |  |  |  | 1.00 |  |  | 1.00 |  |  |  |  |  |  |  | 1.00 | 3.00 |
| 7 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5111- CMA2 | Non Project-Gen eral and Administr ative+Meetings |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 8 | PXL 3000-G&A-GCAD EXP | US-CA 1010-5111- CMA2 | Non Project-Gen eral and Administr ative+General an | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |  |  | 0.50 | 0.50 | 0.50 | 0.50 |  |  |  |  | 0.50 | 5.00 |
| 9 | PXL 2031136-TRNG EXP | US-CA 1010-5111- CMA2 | Training Program s+Training/Confer ences/Seminars |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 10 | PXL 3000-TIMEOFF-HOLD EXP | US-CA 1010-5111- CMA2 | Non Project-Time Off+Holiday (For mal Company) Le |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 8.00 |  | 8.00 |

Timesheet lines are continued on the next page.

PAR000109

# PAREXEL INTERNATIONAL CORP

**PAREXEL**

Employee: Paiss, Dexter
Employee ID:
Class: US-CA/Reg, FT/Exempt
Printed: Feb 9 2017 11:41 AM

Revision: 2
Schedule: PAREXEL Reporting 15/ECOM
Period Ending: May 31, 2016
Page: 2

| Line No | Client Charge Code Work Type | Work GL Code Function | Charge Description | Mon 5/16 | Tue 5/17 | Wed 5/18 | Thu 5/19 | Fri 5/20 | Sat 5/21 | Sun 5/22 | Mon 5/23 | Tue 5/24 | Wed 5/25 | Thu 5/26 | Fri 5/27 | Sat 5/28 | Sun 5/29 | Mon 5/30 | Tue 5/31 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PXL 78000-TIMEOFF-VACT EXP | US-CA 10110-5111-1 CMA2 | Non Project-Time Off-Vacation Lea ve | | | | | | | | | | | | 8.00 | | | | | 8.00 |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |
| | Regular | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | | | | 8.00 | 8.00 | 96.00 |
| | Overtime | | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 96.00 |

Signature: Paiss, Dexter
Date: May 31, 2016 9:49 PM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approver: Vitar, Cynthia T
Date: May 31, 2016 9:58 PM

# PAREXEL INTERNATIONAL CORP

## PAREXEL

Employee: Pass, Dexter
Employee ID:
Class: US-CARReg FTEExempt
Printed: Feb 9, 2017 11:42 AM

Revision: 3
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Jun 15, 2016
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Wed 6/1 | Thu 6/2 | Fri 6/3 | Sat 6/4 | Sun 6/5 | Mon 6/6 | Tue 6/7 | Wed 6/8 | Thu 6/9 | Fri 6/10 | Sat 6/11 | Sun 6/12 | Mon 6/13 | Tue 6/14 | Wed 6/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 / 216547-23P-0093.1-COMM | US-CA / 1010-5111-1 / CMA2 | CRS Project - 00 056204=Project Management - C ... Pending Approval | 1.00 | 0.50 | 1.25 | | | 0.50 | 1.00 | 1.00 | | 1.25 | | | | 0.50 | 1.25 | 8.25 |
| 2 | Janssen Research &1 / 216547-23P-0014.1-MAIN | US-CA / 1010-5111-1 / CMA2 | CRS Project - 00 056204=Site Main tenance=Mainte nance Pending Approval | 3.50 | 2.50 | 3.25 | | | 3.25 | 3.00 | 4.00 | | 3.25 | | | 3.50 | 4.00 | 3.25 | 33.50 |
| 3 | Janssen Research &1 / 216547-23P-0014.1-SCOM | US-CA / 1010-5111-1 / CMA2 | CRS Project - 00 056204=Site Man agement=Regular BILL Pending Approval | 0.50 | 0.50 | | | | | 0.50 | | | | | | | | 0.50 | 2.50 |
| 4 | Janssen Research &1 / 216547-23P-0014.1-SMGT | US-CA / 1010-5111-1 / CMA2 | CRS Project - 00 056204=Site Ma nagement=Site Ma nagement BILL Pending Approval | 2.50 | 4.00 | 2.00 | | | 2.75 | 3.00 | 2.50 | | 2.00 | | | 3.00 | 2.50 | 2.50 | 26.75 |
| 5 | Janssen Research &1 / 216547-23P-0014.1-STED | US-CA / 1010-5111-1 / CMA2 | CRS Project - 00 056204=Site Main agement=Study Education BILL | | | | | | | | | | | | | | | | |
| 6 | Janssen Research &1 / 216547-23P-0086-MTGT | US-CA / 1010-5111-1 / CMA2 | CRS Project - 00 056204=Technical Meeting - Intern al Meetings Pending Approval | | | | | | 1.00 | | | | 1.00 | | | 1.00 | | | 4.00 |
| 7 | PXL / 3000-G&A-MTGT | US-CA / EXP | Non Project=Gen eral and Administ rative=Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL / 3000-G&A-GDAD | US-CA / 1010-5111-1 / CMA2 / EXP | Non Project=Gen eral and Administ rative=General an d Administration | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | | 0.50 | | | 0.50 | 0.50 | 0.50 | 5.00 |
| 9 | PXL / 200136-TRNG | 1010-5111-1 / CMA2 / EXP | Non Project=Gen =Training Program >=Training=Confer ences/Seminars | | | | | | | | | | | | | | | | |
| 10 | PXL / 3000-TIMEOFF-SICK | US-CA / 1010-5111-1 / CMA2 / EXP | Non Project=Tim e Off=Sick Leave | | | | | | | | | 8.00 | | | | | | | 8.00 |
| | Regular | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 88.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 88.00 |

Signature: Pass, Dexter
Date: Jun 15, 2016 11:29 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Vitar, Cynthia T.
Date: Jun 15, 2016 8:44 PM

PAR000110

PAR000111

# PAREXEL INTERNATIONAL CORP

PAREXEL

Employer: Paas, Dexter
Employee ID:
Class: US-CA/Reg FT/Exempt
Printed: Feb 9, 2017 11:44 AM

Revision: 3
Schedule: PAREXEL Reporting 15/EOM
Period Ending: Jun 30, 2016
Page: 1

| Line No | Client / Charge Code / Work Type | Work GL Code Function | Charge Description | Thu 6/16 | Fri 6/17 | Sat 6/18 | Sun 6/19 | Mon 6/20 | Tue 6/21 | Wed 6/22 | Thu 6/23 | Fri 6/24 | Sat 6/25 | Sun 6/26 | Mon 6/27 | Tue 6/28 | Wed 6/29 | Thu 6/30 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &I 216547-23P-0093.1-COMM BILL | US-CA 1010-5111-1 CMA2 | CR5 Project - 00 1056204>Project Management> - Clinical Phase>Pr | 1.00 | | | | 1.00 | 0.50 | 1.00 | | 1.00 | | | | | 1.25 | 1.25 | 7.00 |
| 2 | Janssen Research &I 216547-23P-0014.1-MAIN BILL | US-CA 1010-5111-1 CMA2 | CR5 Project - 00 1056204>Site Maintenance>Maintenance | | 3.25 | | 3.50 | 3.50 | 3.25 | 4.00 | 3.50 | 3.25 | | | 4.25 | 4.00 | 3.25 | 4.25 | 40.00 |
| 3 | Janssen Research &I 216547-23P-0014.1-SECOM BILL | US-CA 1010-5111-1 CMA2 | CR5 Project - 00 1056204>Site Management>Regular Comm | 0.50 | | | 0.50 | | | 0.50 | 1.00 | | | | | 0.50 | | 0.50 | 3.50 |
| 4 | Janssen Research &I 216547-23P-0014.1-SMGT BILL | US-CA 1010-5111-1 CMA2 | CR5 Project - 00 1056204>Site Management>Site Management by Tea | 2.50 | 3.25 | | | 1.50 | 2.75 | 2.00 | 3.00 | 1.50 | | | 2.25 | 2.50 | 1.50 | 1.50 | 24.25 |
| 5 | Janssen Research &I 216547-23P-0014.1-STED BILL | US-CA 1010-5111-1 CMA2 | CR5 Project - 00 1056204>Site Management>Study Education / Train | | | | | | 1.00 | | | | | | | 0.50 | | | 1.50 |
| 6 | Janssen Research &I 216547-23P-0086-MTGT BILL | US-CA 1010-5111-1 CMA2 | CR5 Project - 00 1056204>Technical Meetings - Internal>Meetings | | | | | 1.00 | | | | 1.00 | | | 1.00 | | 1.50 | | 5.50 |
| 7 | PXL 3000-G&A-MTGT EXP | US-CA 1010-5111-1 CMA2 | Non Project>General and Administrative>Meetings | | | | | | | | | | | | | | | 0.75 | 0.75 |
| 8 | PXL 3000-G&A-GCAD EXP | US-CA 1010-5111-1 CMA2 | Non Project>General and Administrative>General and Administrative | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 0.50 | 0.50 | 0.50 | 0.50 | 5.50 |
| 9 | PXL 2921136.TRNG EXP | US-CA 1010-5111-1 CMA2 | Training Program>Training/Conferences/Seminars | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| | Regular | | | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |
| | Overtime | | | | | | | | | | | | | | | | | | |
| | Total | | | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 88.00 |

Signature: Paas, Dexter
Date: Jun 30, 2016 5:49 PM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Vitez, Cynthia T
Date: Jun 30, 2016 10:07 PM

PAR000112

# PAREXEL INTERNATIONAL CORP

PAREXEL

Employee: Paris, Dexter
Employee ID:
Class: US-QA/Reg_ET/Exempt
Printed: Feb 9, 2017 11:46 AM

Revision: 1
Schedule: PAREXEL Reporting 15IEOM
Period Ending: Jul 15, 2016
Page: 1

| Line No | Client Charge Code / Work Type | Work GL Code Function | Charge Description | Fri 7/1 | Sat 7/2 | Sun 7/3 | Mon 7/4 | Tue 7/5 | Wed 7/6 | Thu 7/7 | Fri 7/8 | Sat 7/9 | Sun 7/10 | Mon 7/11 | Tue 7/12 | Wed 7/13 | Thu 7/14 | Fri 7/15 | Line Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janssen Research &1 216547-23P-0093.1-COMM BILL | US-CA 1010-5111-1 CMA2 | CRS Project - 00 058204-Project Management - C applied Phase-Pr | 1.00 | | | | 1.00 | 0.50 | 0.75 | Pending Approval | | | | | | | | 3.25 |
| 2 | Janssen Research &1 216547-23P-0014.1-MAN BILL | US-CA 1010-5111-1 CMA2 | CRS Project - 00 058204-Site Man agement-Minute rance | 3.50 | | | 4.00 | 4.00 | 2.50 | 3.50 | 3.50 | | | | | | | | 17.00 |
| 3 | Janssen Research &1 216547-23P-0014.1-SCOM BILL | US-CA 1010-5111-1 CMA2 | CRS Project - 00 058204-Site Man agement-Regul PXI related -Si | 0.50 | | | | 0.50 | Pending Approval | | | | | | | | | | 1.00 |
| 4 | Janssen Research &1 216547-23P-0014.1-SMGT BILL | US-CA 1010-5111-1 CMA2 | CRS Project - 00 058204-Site Ma nagement-Site Ma nagement by Too | 2.50 | | | | 2.00 | 3.00 | 2.25 | Pending Approval | | | | | | | | 9.75 |
| 5 | Janssen Research &1 216547-23P-0014.1-STED BILL | US-CA 1010-5111-1 CMA2 | CRS Project - 00 058204-Site Man agement-Study Education / Train | | | | | | | | | | | | | | | | |
| 6 | Janssen Research &1 216547-23P-0096-MTGT BILL | US-CA 1010-5111-1 CMA2 | CRS Project - 00 058204-Technica l Meeting - Intern al Meetings | Pending Approval | | | | | 1.50 | 1.00 | 0.50 | | | | | | | | 3.00 |
| 7 | PXL 3000-GAA-MTGT EXP | US-CA 1010-5111-1 CMA2 | Non Project-Gen eral and Administr ative-Meetings | | | | | | | | | | | | | | | | |
| 8 | PXL 3000-GAA-GCAD EXP | US-CA 1010-5111-1 CMA2 | Non Project-Gen eral and Administr ative-General an d Administration | 0.50 | | | | 0.50 | 0.50 | 0.50 | 4.00 | | | | | | | | 6.00 |
| 9 | PXL 203136-TRNG EXP | US-CA 1010-5111-1 CMA2 | Training Program s-Training/Confer ences/Seminars | | | | | | | | | | | | | | | | |
| 10 | PXL 3000-TIME/OFF-HOLD EXP | US-CA 1010-5111-1 CMA2 | Non Project-Tim e Off-Holiday (Fo rmal Company) L eave | | | | 8.00 | | | | | | | | | | | | 8.00 |
| | | | Regular | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | | | | | | 48.00 |
| | | | Overtime | | | | | | | | | | | | | | | | |
| | | | Total | 8.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | | | | | | 48.00 |

Signature: Paris, Dexter
Date: Jul 7, 2016 10:54 AM

By signing this timesheet you are certifying that hours were incurred on the charge and day specified in accordance with company policies and procedures.

Approval: Visior, Cynthia T.
Date: Jul 11, 2016 3:07 PM