

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Cones

          **Plaintiff,**

    V.

Parexel International Corporation

          **Defendant.**

FILED

5/21, 6/11/18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:      S. Tweedle , Deputy

**Civil No.** 16-cv-03084-L-BGS

**STRICKEN DOCUMENT:**

**Per Order #**    114

101,106