

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Cones

                                **Plaintiff,**

         V.

Parexel International Corporation

                               **Defendant.**

**FILED**

5/21, 6/11/18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:         S. Tweedle , Deputy

**Civil No.**  16-cv-03084-L-BGS

**STRICKEN DOCUMENT:**

**Per Order #    114**

101,106