UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHOULEE CONES, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>PAREXEL INTERNATIONAL CORPORATION, et al.<br><br>                              Defendants. | Case No.:  3:16-cv-03084-L-BGS<br><br>**ORDER** |

The parties' joint motion [Doc. 109] for a special briefing schedule permitting an excessively high volume of collateral motions in response to Plaintiffs' motion [Doc. 83] for conditional class certification is **DENIED**.  In addition, because Defendants' Opposition [Doc. 101] is non-compliant with Civ. L. R. 7.1(h) and the undersigned's Standing Order for Civil Cases with respect to *Daubert* Motions, the Court **REJECTS** Defendants' Opposition and Plaintiffs' Reply [Doc. 106], both of which shall be stricken from the record.  Continued briefing on Plaintiffs' conditional class certification motion shall proceed as follows:

- No later than July 6, 2018, Defendants may file an opposition **not to exceed 30 pages in length**.  Defendants shall include any *Daubert* arguments within these 30 pages.

- No later than July 20, 2018, Plaintiffs may file a reply **not to exceed fifteen pages** in length. Plaintiffs shall include any arguments responsive to Defendants' *Daubert* arguments within these fifteen pages

- Concurrently with each of their briefs, the parties may file one document containing all evidentiary objections. Any objections shall be strictly evidentiary and concisely stated. The Court will reject any objections that seek to circumvent the above page limits by discussing non-evidentiary issues.

- Unless otherwise ordered by the Court, there will be no further briefing on Plaintiffs' motion for class certification after Plaintiff's reply. The Court is not inclined to permit any further briefing.

**IT IS SO ORDERED.**

Dated: June 21, 2018

_____
Hon. M. James Lorenz
United States District Judge