# EXHIBIT H

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name: Cones, et al. V. Parexel International
Depo. Date: May 09, 2018
Deponent: David Gortler, Pharm.D., FCCP

At page 42, line 24, now reads "Parexel" and should read "Parexel believes its".

At page 42, line 18-21, now reads "Well, it sounds like they're wanting to be reimbursed in such a way for working overtime because they have to do additional research in addition to their quality control job duties" and should read "Well, it sounds like they're wanting to be reimbursed in such a way for working overtime and Parexel believes they're not entitled to such reimbursement because they have to do additional research in addition to their quality control job duties".

At page 42, line 24, now reads "complaints" and should read "complaints and the answer to the complaint".

At page 43, line 3, now reads "very simply that" and should read "very simply Parexel believes that".

At page 43, line 9, now reads "Well, no," and should read "Well, no, Parexel believes that".

At page 43, line 18, now reads "in investigational medicine" and should read "in investigational medicine, the Parexel SOPs and job descriptions".

At page 48, lines 6-7, now reads "No, those were provided to me automatically" and should read "I reviewed the deposition transcript of Cynthia Vibar."

At page 48, lines 17-18, now reads "Two or more. Cones and one other individual named at the beginning of this deposition" and should read "I reviewed the deposition transcripts of Cynthia Vibar and Meaghan Marnell. I did not review the deposition transcripts of either Ms. Cones or Mr. Pasis."

At page 49, line 9, now reads "she" and should read "Cynthia Vibar" because I was referring to Cynthia Vibar, whose deposition transcript I had reviewed, and not Ms. Cones, whose deposition I had not reviewed.

At page 49, line 16, now reads "I didn't memorize the entire deposition" and should read "I didn't memorize the entire deposition of Cynthia Vibar" because I was referring to Cynthia Vibar, whose deposition transcript I had reviewed, and not Ms. Cones, whose deposition I had not reviewed.

At page 49, line 20, now reads "she" and should read "Cynthia Vibar" because I was referring to Cynthia Vibar, whose deposition transcript I had reviewed, and not Ms. Cones, whose deposition I had not reviewed.

At page 50, line 2, now reads "Being a supervisor kind of speaks for itself" and should be deleted because I was referring to Cynthia Vibar, whose deposition transcript I had reviewed, and not Ms. Cones, whose deposition I had not reviewed.

At page 51, line 9, now reads "He" and should read "She" because I was referring to Meaghan Marnell, whose deposition transcript I had reviewed, and not Mr. Pasis, whose deposition I had not reviewed.

At page 51, line 10, now reads "he" and should read "she" because I was referring to Meaghan Marnell, whose deposition transcript I had reviewed, and not Mr. Pasis, whose deposition I had not reviewed.

At page 51, line 11, now reads "Ms. Cones' " and should read "Ms. Vibar's" because I was referring to Cynthia Vibar, whose deposition transcript I had reviewed, and not Ms. Cones, whose deposition I had not reviewed.

At page 51, line 16, now reads "Ms. Cones" and should read "Ms. Vibar" because I was referring to Cynthia Vibar, whose deposition transcript I had reviewed, and not Ms. Cones, whose deposition I had not reviewed.

At page 51, line 17, now reads "he" and should read "she" because I was referring to Meaghan Marnell, whose deposition transcript I had reviewed, and not Mr. Pasis, whose deposition I had not reviewed.

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name: Cones, et al. V. Parexel International
Depo. Date: May 09, 2018
Deponent: David Gortler, Pharm.D., FCCP

At page 51, line 18, now reads "him" and should read "her" because I was referring to Meaghan Marnell, whose deposition transcript I had reviewed, and not Mr. Pasis, whose deposition I had not reviewed.

At page 51, line 19, now reads "He" and should read "She" because I was referring to Meaghan Marnell, whose deposition transcript I had reviewed, and not Mr. Pasis, whose deposition I had not reviewed.

At page 74, lines 24, now reads "No, that's something you've stated today" and should read "Yes, and that's something you've stated today".

At page 89, line 25, now reads "double-check and reply by e-mail" and should read "double-check and reply by e-mail. I did not review the deposition transcripts of either Ms. Cones or Mr. Pasis."

D. Gortler
Digitally signed by D. Gortler
Date: 2018.05.18 19:10:12 -07'00'

2

David Gortler, Pharm.D., FCCP
May 09, 2018

1        I, David Gortler, Pharm.D., FCCP, do

2  hereby declare under penalty of perjury that I have

3  read the foregoing transcript; that I have made any

4  corrections as appear noted, in ink, initialed by me,

5  or attached hereto; that my testimony as contained

6  herein, as corrected, is true and correct.

7

8    __X__    I have made changes to my deposition.

9    _____    I have NOT made any changes to my deposition.

10

11        EXECUTED this 21st day of

12  __May_____, 20_18_, at __Phoenix_____,

13  __Arizona_____.      (City)

14    (State)

15

16

17                  D. Gortler

18                  Digitally signed by D. Gortler

                Date: 2018.05.21 11:18:40 -07'00'

19          David Gortler, Pharm.D., FCCP

20

21

22

23

24

25