# EXHIBIT I

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name     Kim Anglin          Signature     X Angl

Date          06 Dec 2017

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   *Marina Appiah*          Signature _____

Date   *4 Dec 2017*

39525939v.1

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)   I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)   My participation in the interview is entirely voluntary.

(c)   I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)   The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)   It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)   **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Evelyn Bamgbose

Date   05/01/2018

Signature   Bobby bose

39525939v.1

**PAR013216**

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   *Pamela W Bazemore*   Signature   *Pamela W Bazemore*

Date   *01 May 2018*

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)   I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)   My participation in the interview is entirely voluntary.

(c)   I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)   The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)   It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)   I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   *Kathy Benton*

Signature   *K Benton*

Date   *08 DEC 2017*

PAR013218

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Melissa Bornemann        Signature   *Melissa Bornemann*

Date   5-Mar-18

39525939v.1

**PAR013219**

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment.  Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action.  The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit.  However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct.  I understand any decision by me to provide a declaration is purely voluntary.  I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the  information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name    Justin Cantrell

Signature

Date    2 May 2018

PAR013220

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)      I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)      My participation in the interview is entirely voluntary.

(c)      I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)      The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)      It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)      **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the  information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name      Lily Chan

Date      05Mar2018

Signature

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name  *Brandi M. Copling*

Date  *06 Dec 2017*

Signature _____

39525939v.1

PAR013222

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment.  Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action.  The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit.  However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

    (a)    I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

    (b)    My participation in the interview is entirely voluntary.

    (c)    I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct.  I understand any decision by me to provide a declaration is purely voluntary.  I understand the declaration would be signed under penalty of perjury.

    (d)    The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

    (e)    It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

    (f)    **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the  information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name     Cheryl Cox

Date     2/13/18

Signature     Cheryl Cox

39525939v 1

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees. Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California. Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)    I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)    My participation in the interview is entirely voluntary.

(c)    I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)    The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)    It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)    **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name    _Keithn Doly_          Signature _(signature)_

Date    _01 May 2018_

39525939v.1

**PAR013224**

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)  I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)  My participation in the interview is entirely voluntary.

(c)  I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)  The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)  It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)  **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Richard Della Puca MPH   Signature ~~Richard Della Puca~~

Date   05-Feb. 2018

PAR013225

## <u>DISCLAIMER AND NOTICE OF RIGHTS</u>

      You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

    (a)    I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

    (b)    My participation in the interview is entirely voluntary.

    (c)    I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

    (d)    The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

    (e)    It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

    **(f)    I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name      *Daniel Di Johnson*        Signature    

Date        *20 Nov 2017*

PAR013226

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   _Andrew Endicott_          Signature _[signature]_

Date   _01-May-2018_

PAR013227

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation,* U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name     Kimberly Ewing          Signature _____

Date     2/8/2018

PAR013228

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name    Mason Gay

Date    09 Jan 2018

Signature    _____

PAR013229

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   _Natalia Guzdeva_          Signature _[signature]_

Date   _15-Nov-2017_

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name  David Howell

Date  4/30/18

Signature _____

39525939v.1

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)    I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)    My participation in the interview is entirely voluntary.

(c)    I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)    The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)    It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)    **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Colleen Jusino     Signature  *[signature]*

Date           5/1/18

PAR013232

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   *Chandra Lee*

Date   *2/7/2018*

Signature   *Chandra Lee*

PAR013233

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name     Elizabeth Madden          Signature   Elizabeth Madden

Date          3/2/2018

PAR013234

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Terese Mitteness          Signature _____

Date   27APR2018

PAR013235

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

**(f)     I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name    Sarah Monteith                    Signature  Digitally signed by: Monteith, Sarah
                                                            Date: 2017.12.01 12:14:24 -05'00'

Date          01 December 2017

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)    I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)    My participation in the interview is entirely voluntary.

(c)    I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)    The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)    It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)    **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name    Rebecca A. Moser      Signature    Rebecca A. Moser

Date    4 May 2018

29575929v.1

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Jacqueline Nichols   Signature _____

Date   30 Jan 2018

PAR013238

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Jennifer Pathak

Signature   _Jennifer Pathak_

Date   06 Dec 2017

39525939A 1

PAR013239

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name     Laurie Richard

Signature     _____

Date     20 Dec 2017

39525939v.1

PAR013240

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name  LANESHA SANDUS   Signature

Date  20180220

PAR013241

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name     Cynthia Vikay

Date     6/21/17

Signature     _(signature)_

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a) I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b) My participation in the interview is entirely voluntary.

(c) I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d) The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e) It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f) **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name  Hannah Weaver          Signature _____

Date  5/4/18

39525939v.1

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)      I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)      My participation in the interview is entirely voluntary.

(c)      I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)      The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)      It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)      **I have been advised that PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Jason T. Zatkovich

Signature _____

Date   04 · JAN · 2018

39525939v.1

## DISCLAIMER AND NOTICE OF RIGHTS

You have been contacted in relation to litigation filed against PAREXEL by former employees, Schoulee Cones and Dexter Pasis, in which they claim the Company misclassified their positions as exempt from overtime pay (*Schoulee Cones v. PAREXEL International Corporation*, U.S. District Court, Southern District of California, Case No. 3:16-cv-03084-L-BGS). The Plaintiffs claim that they and other clinical monitoring associates and clinical research associates were not paid overtime, denied meal and rest breaks, received inaccurate wage statements, and/or were not timely paid wages upon the termination or resignation of their employment. Plaintiffs seek to certify a class action on behalf of current and former PAREXEL employees in the State of California and to certify a nationwide collective action. The court has not yet determined if this litigation can go forward as a class or collective action, nor has it determined if the claims have any merit. However, PAREXEL takes this matter seriously, and is therefore investigating the claims.

**By signing this document, I acknowledge that, prior to signing any declaration, I was advised of and understood the following:**

(a)     I am a potential member of the class that the Plaintiff seeks to certify in this case and my interests may ultimately be adverse to PAREXEL's interests.

(b)     My participation in the interview is entirely voluntary.

(c)     I may be asked to sign a declaration summarizing the information I provided during the interview and verifying that it was true and correct. I understand any decision by me to provide a declaration is purely voluntary. I understand the declaration would be signed under penalty of perjury.

(d)     The information I share during the interview might compromise my ability to make a wage claim against PAREXEL and the Company may use the declaration in defense of any claim brought by me or other employees.

(e)     It is possible that, as a result of signing a declaration, the parties to the lawsuit may seek to take a deposition from me during the course of the litigation to ask about my duties and responsibilities at PAREXEL.

(f)     I have been advised that **PAREXEL cannot and will not retaliate against me, or take any action against me, based upon my decision to participate or not to participate in the interview, or on my decision to sign or not sign a declaration, or on the information I provide.**

I also acknowledge that I have not been threatened, coerced or in any way intimidated to participate in the interview or sign a declaration.

Print Name   Samir Zughni

Signature _____

Date   2/2/18

39525939v.1

PAR013245